IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FEBIT BIOTECH GMBH,<br><br>                   Plaintiff,<br>v.<br><br>CODON DEVICES, INC.,<br><br>                   Defendant. | Civil Action No.:<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFFS' RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), Plaintiff febit biotech GmbH states that is has no parent corporation and that there is no publicly held corporation that owns 10% or more of its stock.

FEBIT BIOTECH GMBH

Date:  June 15, 2007

By: _/s/ Mary Matterer_
P. Clarkson Collins, Jr. (#739)
Mary B. Matterer (#2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
302.888.6800
mmatterer@morrisjames.com

Mark Fox Evens
Edward J. Kessler
W. Blake Coblentz
STERNE, KESSLER, GOLDSTEIN & FOX PLLC
1100 New York Avenue, NW
Washington, D.C. 20005-3934
(202) 371-2600

*Attorneys for Plaintiff*