IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FEBIT BIOTECH GMBH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 07-385 (GMS) |
| CODON DEVICES, INC., | ) ) ) |
| Defendant. | ) |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time in which the defendant may move, answer or otherwise plead in response to the complaint is extended until August 30, 2007. An extension of the deadline for Codon's response will permit the parties additional time to discuss a threshold patent ownership issue, thereby potentially obviating the need for judicial resolution of that issue.

| MORRIS JAMES LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ Mary B. Matterer | /s/ Jack B. Blumenfeld |
| Mary B. Matterer (#2696) | Jack B. Blumenfeld (#1014) |
| 500 Delaware Avenue, Suite 1500 | 1201 North Market Street |
| P.O. Box 2306 | P.O. Box 1347 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 888-6800 | (302) 658-9200 |
| mmatterer@morrisjames.com | jblumenfeld@mnat.com |
| *Attorneys for Plaintiff febit biotech GmbH* | *Attorneys for Defendant Codon Devices, Inc.* |

SO ORDERED this _____ day of July, 2007

_____
United States District Court Judge