IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FEBIT BIOTECH GMBH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-385 (GMS) |
| | ) |
| CODON DEVICES, INC., | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT'S RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), Defendant Codon Devices, Inc. states that it has no parent corporation and that there is no publicly held corporation that owns 10% or more of its stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Defendant*
*Codon Devices, Inc.*

*Of Counsel:*

Edward R. Reines
Nicholas A. Brown
Rip J. Finst
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

July 25, 2007

## CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on July 25, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Mary Matterer, Esquire
>MORRIS JAMES

I also certify that copies were caused to be served on July 25, 2007 upon the following in the manner indicated:

### BY ELECTRONIC MAIL

>Mary Matterer, Esquire
>Morris, James, Hitchens & Williams
>500 Delaware Avenue
>Suite 1500
>Wilmington, DE 19801

/s/ *Jack B. Blumenfeld*
───────────────────────────
Jack B. Blumenfeld (#1014)
jblumenfeld@mnat.com