IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FEBIT BIOTECH GMBH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 07-385 (GMS) |
| CODON DEVICES, INC., | ) ) ) |
| Defendant. | ) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time in which the defendant may move, answer or otherwise plead in response to the complaint is extended until September 30, 2007. The parties are continuing to discuss a threshold patent ownership issue, and plaintiff has agreed to provide defendant with materials concerning ownership of the patent-in-suit. An extension of the deadline for Codon's response will permit the parties additional time to attempt to informally resolve this issue, thereby potentially obviating the need for judicial resolution of that issue.

MORRIS JAMES LLP

/s/ Mary B. Matterer
Mary B. Matterer (#2696)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6800
mmatterer@morrisjames.com

*Attorneys for Plaintiff
  febit biotech GmbH*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Defendant
  Codon Devices, Inc.*

SO ORDERED this _____ day of August, 2007

_____
United States District Court Judge