# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FEBIT BIOTECH GMBH,<br><br>       Plaintiff,<br><br>v.<br><br>CODON DEVICES, INC.,<br><br>       Defendant. | Civil Action No.: 07-385 GMS |

## NOTICE OF NAME CHANGE

PLEASE TAKE NOTICE that plaintiff febit biotech GMBH has changed its name to febit holding GMBH.

                 FEBIT BIOTECH GMBH

Date: September 28, 2007    By:  */s/ Mary B. Matterer*
                   P. Clarkson Collins, Jr. (#739)
                   Mary B. Matterer (#2696)
                   MORRIS JAMES LLP
                   500 Delaware Avenue, Suite 1500
                   Wilmington, Delaware 19801
                   302.888.6800
                   mmatterer@morrisjames.com

Mark Fox Evens
Edward J. Kessler
W. Blake Coblentz
STERNE, KESSLER, GOLDSTEIN & FOX PLLC
1100 New York Avenue, NW
Washington, D.C. 20005-3934
(202) 371-2600

*Attorneys for Plaintiff*