**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FEBIT HOLDING GMBH,<br>             Plaintiff,<br>v.<br><br>CODON DEVICES, INC.,<br>             Defendant. | Civil Action No.:  07-385 GMS |

**STIPULATION TO EXTEND**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that Plaintiff febit holding GmbH's time to respond to Defendant Codon Devices, Inc.'s Motion to Dismiss Complaint or, in the Alternative, for a More Definite Statement is extended through and including October 26, 2007.  The reason for the requested extension is a prior commitment by Plaintiff's counsel which requires him to be out of town during the week that the response is due.  Neither party will be prejudiced by this brief extension.

| | |
|---|---|
| /s/ Mary B. Matterer | /s/ Jack B. Blumenfeld |
| Mary B. Matterer (I.D. No. 2696) | Jack B. Blumenfeld (I.D. No. 1014) |
| MORRIS JAMES LLP | MORRIS, NICHOLS, ARSHT |
| 500 Delaware Avenue, Suite 1500 |      & TUNNELL  LLP |
| Wilmington, Delaware 19801 | 1201 N. Market Street |
| 302.888.6800 | Wilmington, Delaware 19801 |
| mmatterer@morrisjames.com | 302.658.9200 |
| | jblumenfeld@mnat.com |
| *Counsel for Plaintiff* | |
| *febit holding GmbH* | *Counsel for Defendant* |
| | *Codon Devices, Inc.* |

**SO ORDERED** this _____ day of October, 2007.

_____
Gregory M. Sleet, J.