**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

FEBIT HOLDING GMBH,

                    Plaintiff,

v.

CODON DEVICES, INC.,

                    Defendant.

Civil Action No.:  07-385 GMS

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of Mark Fox Evens, Edward J. Kessler and W. Blake Coblentz of the law firm of Sterne, Kessler, Goldstein & Fox to represent Plaintiff febit holding GmbH in this matter.

Date:   October 17, 2007

By:  _____ */s/ Mary B. Matterer* _____
P. Clarkson Collins, Jr. (#739)
Mary B. Matterer (#2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
302.888.6800
mmatterer@morrisjames.com

Attorneys for Plaintiff
FEBIT HOLDING GMBH

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admissions pro hac vice is granted.

Date:  _____                    _____
                                           United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Virginia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effect 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk's Office upon the filing of this motion.

Date: _9/28/07_

_Mark F. Evens_

Mark Fox Evens
Sterne, Kessler, Goldstein & Fox
1100 New York Avenue, N.W.
Washington, DC  20005
(202) 371-2600

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Virginia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effect 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk's Office upon the filing of this motion.

Date: _28 Sept. 2007_

Edward J. Kessler
Sterne, Kessler, Goldstein & Fox
1100 New York Avenue, N.W.
Washington, DC 20005
(202) 371-2600

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Virginia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effect 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk's Office upon the filing of this motion.

Date: ___9/28/07___

W. Blake Coblentz
Sterne, Kessler, Goldstein & Fox
1100 New York Avenue, N.W.
Washington, DC 20005
(202) 371-2600