# Morris James LLP

Mary B. Matterer<br>
302.888.6960<br>
mmatterer@morrisjames.com

November 7, 2007

**VIA ELECTRONIC FILING**
The Honorable Gregory M. Sleet
United States District Court for the District of Delaware
844 King Street
Wilmington, Delaware 19801

    Re:   *febit holding GmbH v. Codon Devices, Inc.*, C. A. No. 07-385-GMS

Your Honor:

    Pursuant to Local Rule 7.1.4, Plaintiff febit holding GmbH requests oral argument on Defendant Codon Devices, Inc.'s Motion to Dismiss Complaint or, in the Alternative, for a More Definite Statement (D.I. no. 11). Briefing on this motion was completed on Monday, November 5th.

Respectfully,<br>
<br>
Mary B. Matterer, #2696<br>
mmatterer@morrisjames.com

MBM/sch

cc:    Jack B. Blumenfeld, Esq. (via email)
       Rip J. Finst, Esq. (via email)