IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FEBIT HOLDING GMBH,<br><br>                Plaintiff,<br><br>v.<br><br>CODON DEVICES, INC.,<br><br>                Defendant. | Civil Action No.: 07-385 GMS<br><br>**PUBLIC VERSION** |

DECLARATION OF VERENA EISENLOHR IN SUPPORT OF FEBIT HOLDING
GMBH'S OPPOSITION TO CODON DEVICES, INC.'S MOTION TO
DISMISS, OR IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT

P. Clarkson Collins, Jr. (#739)
Mary B. Matterer (#2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
302.888.6800
mmatterer@morrisjames.com

*Of Counsel*
Mark Fox Evens
Edward J. Kessler
W. Blake Coblentz
STERNE, KESSLER, GOLDSTEIN & FOX PLLC
1100 New York Avenue, NW
Washington, D.C. 20005-3934
(202) 371-2600

*Attorneys for Plaintiff*

Original Dated: October 26, 2007
Public Version: November 9, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FEBIT HOLDING GMBH,<br><br>                         Plaintiff,<br>v.<br><br>CODON DEVICES, INC.,<br><br>                         Defendant. | Civil Action No.: 07-385 GMS |

**DECLARATION OF VERENA EISENLOHR IN SUPPORT OF FEBIT HOLDING GMBH'S OPPOSITION TO CODON DEVICES, INC.'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT**

    I, Verena, Eisenlohr, declare:

    1.    I am an attorney admitted to the bar in Germany and am currently associated with RITTERSHAUS in Mannheim, Germany. I specialize in corporate and commercial law. The matters referred to in this declaration are based on my personal knowledge and review of the ownership documents of U.S. Patent No. 6,586,211 (the "'211 patent") obtained from my files, ordered from the court or provided to me by febit holding GmbH. Additionally, the matters referred to in this declaration mirror the signed statement, provided as Exhibit 32, regarding the ownership documents of the '211 patent that I provided to febit holding GmbH's counsel handling this litigation. Confidential business information not related to the ownership of the '211 patent has been redacted from these documents.

    2.    The lawsuit of febit holding GmbH against Codon Devices, Inc. is based on the assertion that febit holding GmbH is the owner of the U.S. Patent No. 6,586,211 B1 entitled Method for Producing Polymers, issued on July 1, 2003 (hereinafter referred to as the "'211



patent"). The following paragraphs shall demonstrate that febit biotech GmbH is the owner of the '211 patent. At the time I submitted my original letter (Exhibit 32), the lawsuit had been filed under the name febit biotech GmbH.

3. The initially registered owner of the '211 patent is the German company FeBit Ferrarius Biotechnology GmbH. This company was founded on November 10, 1998 and was registered in the commercial register of the local court of Mannheim, Germany on January 26, 1999 under the registration number "HRB 2476 W". *See* Exhibit 33/60[1] (Annex 1 - extract of the commercial register HRB 2476 W). By this registration the company became a limited liability company (*Gesellschaft mit beschränkter Haftung - GmbH*) under German Law.

4. Pursuant to a shareholders' resolution dated November 29, 1999, FeBit Ferrarius Biotechnology GmbH transferred its registered office from Weinheim to Mannheim. Due to this change of registered office the company was then registered in the commercial register of the local court of Mannheim under HRB 8373 on April 12, 2000. *See* Exhibit 34/61 (Annex 2 - extract of the commercial register HRB 8373).

5. On May 4, 2001, the shareholders of FeBit Ferrarius Biotechnology GmbH resolved that the legal form of the company shall be transformed into a stock corporation (*Aktiengesellschaft*) with the name "febit AG" according to §§ 190 seq. of the German Law Regulating Transformation of Companies (*Umwandlungsgesetz*). This change of legal form became valid by registration in the commercial register on October 11, 2001. *See* Exhibit 34/61

---

[1] In preparing this declaration and in preparing the signed statement, provided as Exhibit 32, I relied upon the German language ownership documents only. In this declaration, I have also noted the exhibit numbers for the certified English translations of these documents for convenience.

2

(Annex 2 - extract of the commercial register HRB 8373). The newly formed febit AG was then registered in the commercial register of the local court of Mannheim under HRB 8959. *See* Exhibits 35-36/62 (Annex 3 - extract of the commercial register HRB 8959).

6.   Regardless of the transformation of FeBit Ferrarius Biotechnology GmbH into febit AG, the legal entity of the company remained the same; only the form of organization had changed. Therefore, febit AG was the owner of the same assets as FeBit Ferrarius Biotechnology GmbH. When the '211 patent was issued for FeBit Ferrarius Biotechnology GmbH on July 1, 2003, the name of the '211 patent's owner was already febit AG, the legal successor company of FeBit Ferrarius Biotechnology GmbH.

7.   On July 1, 2004, bankruptcy proceedings were instituted against the assets of febit AG. Mr. Christopher Seagon was appointed as insolvency administrator. *See* Exhibits 35-36/62 (Annex 3 -- extract of the commercial register 8959); and Exhibit 37/49 (Annex 4, order of the local court of Mannheim dated July 1, 2004). As insolvency administrator, Mr. Seagon was entitled to sell and transfer the title of febit AG's assets in order to liquidate the company.

8.   On September 24, 2004, the insolvency administrator and TechnoStart Beratungsgesellschaft für Beteiligungsfonds mbH entered into a purchase agreement by which assets of febit AG were sold and transferred to TechnoStart Beratungsgesellschaft für Beteiligungsfonds mbH. Pursuant to § 7 of this purchase agreement, TechnoStart Beratungsgesellschaft für Beteiligungsfonds mbH was also granted the option to buy and acquire patents and patent applications listed in Annex 4 to this purchase agreement. In this Annex 4 the '211 patent is listed in the first line. *See* Exhibits 38/50 (Annex 5 (see subpart Annex 4) - purchase agreement between the insolvency administrator and TechnoStart

Beratungsgesellschaft für Beteiligungsfonds mbH dated September 24, 2004). The option had to be exercised by Friday, December 12, 2004, 12 a.m. With letter dated December 17, 2004, TechnoStart Beratungsgesellschaft für Beteiligungsfonds mbH exercised the option pursuant to § 7 of the said purchase agreement. *See* Exhibit 39/63 (Annex 6 - letter of TechnoStart Beratungsgesellschaft für Beteiligungsfonds mbH dated December 17, 2004). The exercise of the option in due time was confirmed by the insolvency administrator with letter dated January 17, 2005. He furthermore confirmed the payment of the purchase price which was a condition precedent for transfer of title regarding the sold patents and patent applications. *See* Exhibit 40/64 (Annex 7 - letter of Mr. Seagon dated January 17, 2005). TechnoStart Beratungsgesellschaft für Beteiligungsfonds mbH therefore became owner of the '211 patent.

9. On April 18, 2005, TechnoStart Beratungsgesellschaft für Beteiligungsfonds mbH sold and transferred the former assets of febit AG, including the '211 patent, to a limited liability company under the then present name "Neckarburg 66. V V GmbH" and the future name, "febit biotech GmbH". *See* Exhibits 41/51 (Annex 8 - purchase agreement between TechnoStart Beratungsgesellschaft für Beteiligungsfonds mbH and Neckarburg 66. V V GmbH dated April 18, 2005).

10. The company "Neckarburg 66. V V GmbH" was founded as a shelf company on February 16, 2005, and became registered in the commercial register of the local court of Stuttgart on February 22, 2005 under the number HRB 25183. *See* Exhibit 42/65 (Annex 9 - extract of the commercial register HRB 25183). After acquiring the shares of this shelf company, the new shareholders resolved on April 18, 2005 that the company shall be named "febit biotech GmbH" and the registered office shall be moved to Heidelberg. The company became registered under the name "febit biotech GmbH" in the commercial register of the local

court Mannheim under the number HRB 337906. *See* Exhibit 43/66 (Annex 10 - extract of the commercial register 337906).

11.    As febit biotech GmbH paid the agreed purchase price which was a condition precedent to the transfer of title regarding the sold assets, febit biotech GmbH became owner of the '211 patent. This was confirmed by TechnoStart Beratungsgesellschaft für Beteiligungsfonds mbH to febit biotech GmbH with letter dated May 30, 2005. In this letter, TechnoStart Beratungsgesellschaft für Beteiligungsfonds mbH confirmed that febit biotech GmbH, formerly named Neckarburg 66. V V GmbH, acquired the patents, trademarks, utility patents, name rights and intellectual properties and the respective applications hereto which the insolvency administrator of febit AG had transferred to TechnoStart Beratungsgesellschaft für Beteiligungsfonds mbH by purchase agreements dated September 24, 2004, November 5, 2004, and December 16, 2004. *See* Exhibit 47/67 (Annex 11 - letter of TechnoStart Beratungsgesellschaft für Beteiligungsfonds mbH dated May 30, 2005).

12.    Meanwhile, febit biotech GmbH has changed its name into "febit holding GmbH" due to a shareholders' resolution dated August 6, 2007. *See* Exhibit 46/66 (Annex 10 - extract of the commercial register HRB 337906).

13.    This statement is based on the assumption that FeBit Ferrarius Biotechnology GmbH was originally the owner of the '211 patent, that the title of the '211 patent was only transferred by the purchase agreements mentioned above and that the respective sellers had not transferred the '211 patent to a third party prior to the aforementioned purchase agreements.

14.    Exhibit 37, attached to the Opposition, is a true and correct copy of "ANNEX 4" to the my Statement, which is a copy of a German-language court order of the local court of

5

Mannheim, Germany, dated July 1, 2004, which shows that bankruptcy proceedings were instituted against febit AG on July 1, 2004.

15. Exhibit 38, attached to the Opposition, is a true and correct copy of "ANNEX 5" to my Statement (Exhibit 32), which is a redacted German-language purchase agreement dated September 24, 2004, between the insolvency administrator in the bankruptcy proceedings against febit AG and TechnoStart Beratungsgesellschaft für Beteiligungsfonds mbH.

16. Exhibit 41, attached to the Opposition, is a true and correct copy of "ANNEX 8" to my Statement (Exhibit 32), which is a redacted copy of a German-language purchase agreement dated April 18, 2005, between TechnoStart Beratungsgesellschaft für Beteiligungsfonds mbH and Neckarburg 66. VV GmbH.

17. Exhibit 60, attached to the Opposition, is a true and correct copy of "ANNEX 1" to my Statement (Exhibit 32), which is a redacted copy of a German-language extract of the commercial register HRB 2476 W of the local court of Mannheim, Germany, showing that FeBit Ferrarius Biotechnology GmbH was founded on November 10, 1998, and registered in the local court of Mannheim, Germany on January 26, 1999.

18. Exhibit 61, attached to the Opposition, is a true and correct copy of "ANNEX 2" to my Statement (Exhibit 32), which is a redacted copy of a German-language extract of the commercial register HRB 8373 of the local court of Mannheim, Germany, showing that on November 29, 1999, FeBit Ferrarius Biotechnology GmbH transferred its registered office from Weinheim, Germany to Mannheim, Germany.



19.  Exhibit 62, attached to the Opposition, is a true and correct copy of "ANNEX 3" to my Statement (Exhibit 32), which is a redacted copy of a German-language extract of the commercial register HRB 8959 of the local court of Mannheim, Germany, showing that FeBit Ferrarius Biotechnology GmbH was transformed into a stock corporation and became registered as febit AG in the local court of Mannheim, Germany.

20.  Exhibit 63, attached to the Opposition, is a true and correct copy of "ANNEX 6" to my Statement (Exhibit 32), which is a German-language letter dated December 17, 2004, from TechnoStart Beratungsgesellschaft für Beteiligungsfonds mbH to Wellensiek Grub & Partner stating that TechnoStart Beratungsgesellschaft für Beteiligungsfonds mbH exercises its purchase option of the patents and patent registrations listed in Appendix 4.

21.  Exhibit 64, attached to the Opposition, is a true and correct copy of "ANNEX 7" to my Statement (Exhibit 32), which is a German-language letter dated January 17, 2005, from Wellensiek Grub & Partner to TechnoStart Beratungsgesellschaft für Beteiligungsfonds mbH stating that the purchase option exercised on December 17, 2004, was valid and that transfer of title of the sold patent applications and patents to TechnoStart Beratungsgesellschaft für Beteiligungsfonds mbH was completed.

22.  Exhibit 65, attached to the Opposition, is a true and correct copy of "ANNEX 9" to my Statement (Exhibit 32), which is a redacted copy of a German-language extract of the commercial register HRB 25183 of the local court Stuttgart, Germany, showing that the company "Neckarburg 66. VV GmbH" was registered in the local court of Stuttgart, Germany on February 22, 2005.

7



23. Exhibit 66, attached to the Opposition, is a true and correct copy of "ANNEX 10" to my Statement (Exhibit 32), which is a redacted copy of a German-language extract of the commercial register HRB 337906 of the local court of Mannheim, Germany, showing that as of August 6, 2007, febit biotech GmbH changed its name to febit holding GmbH.

24. Exhibit 67, attached to the Opposition, is a true and correct copy of "ANNEX 11" to my Statement (Exhibit 32), which is a German-language letter dated May 30, 2005, from TechnoStart Beratungsgesellschaft für Beteiligungsfonds mbH to febit biotech GmbH showing that as of April 18, 2005, febit biotech GmbH had acquired the patents, brands, utility models, name rights, intellectual property rights and other registrations in relation to these, which the insolvency administrator of febit AG had assigned to TechnoStart Beratungsgesellschaft für Beteiligungsfonds mbH.



25. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to my best knowledge, information and belief and that the foregoing is based on the German documents of the annexes to which I refer to in my statement.

Executed on October 26, 2007 in Mannheim/Germany

_____
Verena Eisenlohr

_____
Title