IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FEBIT HOLDING GMBH, <br><br> Plaintiff, <br><br> v. <br><br> CODON DEVICES, INC., <br><br> Defendant. | Civil Action No.: 07-385 GMS <br><br> **PUBLIC VERSION** |

DECLARATION OF JOCHEN KOHLHAAS IN SUPPORT OF FEBIT HOLDING
GMBH'S OPPOSITION TO CODON DEVICES, INC.'S MOTION TO
DISMISS, OR IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT

P. Clarkson Collins, Jr. (#739)
Mary B. Matterer (#2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
302.888.6800
mmatterer@morrisjames.com

*Of Counsel*
Mark Fox Evens
Edward J. Kessler
W. Blake Coblentz
STERNE, KESSLER, GOLDSTEIN & FOX PLLC
1100 New York Avenue, NW
Washington, D.C. 20005-3934
(202) 371-2600

*Attorneys for Plaintiff*

Original Dated: October 26, 2007
Public Version: November 9, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FEBIT HOLDING GMBH,

                        Plaintiff,

v.                                              Civil Action No.: 07-385 GMS

CODON DEVICES, INC.,

                        Defendant.

## DECLARATION OF JOCHEN KOHLHAAS IN SUPPORT OF FEBIT HOLDING GMBH'S OPPOSITION TO CODON DEVICES, INC.'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT

I, Jochen Kohlhaas, declare:

1.      I am the Chief Financial Officer and custodian of records of febit holding GmbH. I provided the following documents to Verena Eisenlohr, a corporate attorney who represents febit holding GmbH, on advice of counsel to prepare a statement regarding the ownership of the U.S. Patent No. 6,586,211 ("the '211 patent"). All of the following documents are kept by febit holding GmbH in the regular course of business. Confidential business information not related to the ownership of the '211 patent has been redacted from these documents.

2.      Exhibit 67, attached to the Opposition, is a true and correct copy of "ANNEX 11" to the Statement by Eisenlohr, LL.M., which is a German-language letter dated May 30, 2005, from TechnoStart to febit biotech GmbH showing that as of April 18, 2005, febit biotech GmbH had acquired the patents, brands, utility models, name rights, intellectual property rights and other registrations in relation to these, which the insolvency administrator of febit AG had

assigned to TechnoStart. Among the intellectual property assets purchased by febit biotech GmbH from TechnoStart was the '211 patent.

3.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 25, 2007 in _Heidelberg_ .

_Jochen Kohlhaas_
Jochen Kohlhaas
CHIEF FINANCIAL OFFICER
Title