IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| febit holding GMBH | : | |
| Plaintiff, | : | |
| v. | : | Civ. No. 07-385-GMS-LPS |
| Codon Devices Inc., | : | |
| Defendant. | : | |

### ORDER

At Wilmington this **5th** day of **May, 2008:**

**IT IS ORDERED** that the Rule 16 scheduling teleconference set for May 19th, 2008 at 11:00 am with Magistrate Judge Stark is hereby **CANCELED**.

IT IS FURTHER ORDERED that the Rule 16 scheduling teleconference is rescheduled for June 9th, 2008 at 2:00 pm. **Plaintiff's counsel shall initiate the teleconference call to 302-573-4573.** The parties shall follow the instructions regarding proposed dates contained in the Order issued on April 25th, 2008.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

*/s/ Leonard P. Stark*
UNITED STATES MAGISTRATE JUDGE