# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

JACK B. BLUMENFELD
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

May 5, 2008

The Honorable Leonard P. Stark                    *VIA ELECTRONIC FILING*
United States District Court
    For the District of Delaware
844 North King Street
Wilmington, DE 19801

Re:    *febit biotech GmbH v. Codon Devices, Inc.*
       C.A. No. 07-385 (GMS) (LPS)

Dear Judge Stark:

A scheduling conference in this case has been set for June 9, 2008, I write on behalf of the defendant Codon Devices to advise Your Honor that Codon's motion to dismiss for lack of standing (D.I. 11) is pending and to request a telephonic hearing on that motion prior to the scheduling conference, if Your Honor's schedule permits.

Respectfully,

Jack B. Blumenfeld

JBB/dlb
cc:    Clerk of Court (Via Hand Delivery)
       Mary Matterer, Esquire (Via Electronic Mail and Hand Delivery)
       Mark Fox Evens, Esquire (Via Electronic Mail)
       Edward R. Reines, Esquire (Via Electronic Mail)