# Morris James LLP

Mary B. Matterer
302.888.6960
mmatterer@morrisjames.com

May 8, 2008

The Honorable Leonard P. Stark
United States District Court for the
  District of Delaware
844 North King Street
Wilmington, Delaware 19801

Re: *febit holding GmbH v. Codon Devices, Inc.*
Case No: 07-cv-385 (GMS) (LPS)

Dear Judge Stark:

This letter responds to Codon Devices' May 5, 2008 letter requesting a telephone hearing on Codon's Motion to Dismiss prior to the scheduling conference on June 9, 2008.

As counsel for febit holding GmbH, we do not feel there is a need for such a hearing before the scheduling conference. If the Court deems such a hearing necessary before the scheduling conference, we renew our request for such an oral hearing in-person before the Court, as requested by letter to Judge Sleet on November 7, 2007.

Very truly yours,

/Mary B. Matterer, #2696
mmatterer@morrisjames.com

MBM/tp

cc: Clerk of the Court (Via E-File)
    Jack B. Blumenfeld (Via Electronic Mail and Hand Delivery)
    Mark F. Evens, Esquire (Via Electronic Mail)
    Blake Coblentz, Esquire (Via Electronic Mail