# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

**LEONARD P. STARK**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
844 KING STREET
LOCKBOX 26
WILMINGTON, DE 19801

May 13, 2008

Mary Matterer, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

Jack B. Blumenfeld, Esq.
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

RE: febit holding GmbH v. Codon Devices Inc: C.A. No. 07-385-GMS-LPS

Dear Counsel:

I have received and reviewed your letters of May 5 and May 8, 2008. I will be unable to schedule a hearing prior to the scheduling teleconference on June 9, 2008. The request for oral argument on the motion to dismiss is a matter that may be addressed during the scheduling teleconference.

Cordially,

LEONARD P. STARK

LPS/jk
cc: Peter Dalleo, Clerk