IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FEBIT HOLDING GMBH, | : | |
| Plaintiff, | : | |
| v. | : | C. A. No. 07-385-GMS-LPS |
| CODON DEVICES, INC., | : | |
| Defendant. | : | |

### ORDER

At Wilmington this **10th** day of **June, 2008**.

For the reasons set forth by the Court during the teleconference with counsel on June 9, 2008,

IT IS ORDERED that:

1. Defendant's motion to dismiss (D.I. 11) is DENIED.

2. Plaintiff shall file by June 11, 2008, an amended complaint containing the specific allegations regarding plaintiff's ownership of the patents at issue.

3. On or before June 16, 2008, the parties shall file a Revised Rule 16 Scheduling Order, incorporating the text of their previously-proposed scheduling order (D.I. 32) with the following modifications:

    a.    Rule 26 initial disclosures to be made on or before five days from the date of the Scheduling Order.

    b.    A *Markman* claim construction hearing shall be held before Magistrate Judge Leonard P. Stark on June 18, 2009 at 10:00 a.m.

    c.    Any proposed protective order relating to confidential

information shall be filed no later than 30 days from the date of the Scheduling Order.

        d.    The next-to-last sentence of paragraph 8 shall read: "Upon receipt of the foregoing letters, Judge Stark will schedule a Status Conference to hear argument and to determine whether the filing of any motion for summary judgment will be permitted."

        e.    The first sentence of paragraph 13 shall read: "Judge Stark will hold a Pretrial Conference in Chambers with counsel at a date to be determined." The blanks in the remainder of paragraph 13 shall be filled in "TBD."

        f.    This matter is scheduled for a five-day jury trial at a date to be determined.

        g.    Paragraph 15 is to be deleted.

        h.    A new paragraph 15 is to be added to state as follows:

**Tutorial Describing the Technology and Matters in Issue.**

On December 15, 2008, beginning at 10:00 a.m., the Court will hold a hearing during which the parties will present a tutorial on the technology at issue. The tutorial should not be used to argue the parties' claims construction contentions. The parties shall arrange for the in-court tutorial to be videotaped, with a copy to be provided to the Court following the hearing, with costs to be shared equally by both sides.

        i.    A new paragraph 16 is to be added to state as follows:

**Ownership-related Discovery.** For the first 30 days of discovery provided for under this Order, the only discovery that may be served is discovery relating solely to the issue of the ownership of the patents in suit. With respect to these discovery requests only, responses shall be due within twenty (20) days of service of the request, rather than the ordinary thirty (30) days. Absent agreement of the parties or further order of the Court,

any motion (and opening brief in support of such a motion) challenging the plaintiff's ownership of the patents in suit must be filed within ten (10) days after the close of the period for Ownership-related Discovery set out in this paragraph. Briefing on any such motion shall take place according to the Local Rules.

      Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE