IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| FEBIT HOLDING GMBH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-385 (GMS) (LPS) |
| | ) | |
| CODON DEVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (i) *Codon Devices, Inc.'s First Set of Interrogatories* (ii) *Codon Devices, Inc.'s First Set of Requests for Production of Documents and Things* and (iii) *Codon Devices, Inc.'s First Set of Requests for Admissions* were caused to be served on June 11, 2008 upon the following in the manner indicated:

Mary Matterer, Esquire
MORRIS JAMES LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE  19801

*VIA HAND DELIVERY*
*and ELECTRONIC MAIL*

Mark Fox Evens, Esquire
Edward J. Kessler, Esquire
W. Blake Coblentz, Esquire
STERNE, KESSLER, GOLDSTEIN & FOX PLLC
1100 New York Avenue, NW
Washington, DC  20005-3934

*VIA ELECTRONIC*
*and FIRST CLASS MAIL*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_Jack B. Blumenfeld (#1014)_
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
*Attorneys for Defendant*
   *Codon Devices, Inc.*

*Of Counsel*:

Edward R. Reines
Nicholas A. Brown
Rip J. Finst
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
(650) 802-3000

June 11, 2008

## CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on June 11, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Mary Matterer, Esquire
> MORRIS JAMES LLP

I also certify that copies were caused to be served on June 11, 2008 upon the following in the manner indicated:

> **BY ELECTRONIC MAIL**
> **and HAND DELIVERY**
>
> Mary Matterer, Esquire
> MORRIS JAMES LLP
> 500 Delaware Avenue
> Suite 1500
> Wilmington, DE  19801
>
> **BY ELECTRONIC**
> **and FIRST CLASS MAIL**
>
> Mark Fox Evens, Esquire
> Edward J. Kessler, Esquire
> W. Blake Coblentz, Esquire
> STERNE, KESSLER, GOLDSTEIN & FOX PLLC
> 1100 New York Avenue, NW
> Washington, DC  20005-3934

Jack B. Blumenfeld (#1014)