IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FEBIT HOLDING GMBH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CODON DEVICES, INC., )<br>)<br>Defendant. ) | C.A. No. 07-385 (GMS) (LPS) |

**CODON DEVICES, INC.'S FIRST NOTICE OF DEPOSITION OF FEBIT HOLDING GMBH PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)**

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, defendant Codon Devices, Inc. will take the deposition upon oral examination of plaintiff febit holding, GmbH before a before an officer authorized by law to administer oaths. The deposition will commence on July 3, 2008 at 9:00 a.m., or a date to be mutually agreed upon by the counsel for both parties, and will continue from day to day until completed or adjourned, consistent with the Federal Rules of Civil Procedure. The deposition will take place at the office of MORRIS, NICHOLS, ARSHT & TUNNELL, 1201 N. Market St., Wilmington, DE 19899-1347.

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, febit holding, GmbH shall designate one or more officers, directors, managing agents, or other persons who are most qualified, knowledgeable, and competent to testify on its behalf as to all matters known or reasonably available to febit holding, GmbH with respect to each of the topics set forth below. febit holding, GmbH is requested to identify each person so designated and to set forth the topics on which that person will testify at least three business days before the deposition.

## **DEFINITIONS**

1.      "febit holding," "you," and "your" means plaintiff febit holding, GmbH, its predecessors and successors, its past and present parents, subsidiaries, divisions, affiliates, and their related companies, and each of its past and present directors, officers, employees, agents, investors, affiliates, and others purporting to act on its behalf (including consultants and attorneys).

2.      "febit biotech" means febit biotech, GmbH, its predecessors and successors, its past and present parents, subsidiaries, divisions, affiliates, and their related companies, and each of its past and present directors, officers, employees, agents, investors, affiliates, and others purporting to act on its behalf (including consultants and attorneys).

3.      "febit GmbH" means febit GmbH, its predecessors and successors, its past and present parents, subsidiaries, divisions, affiliates, and their related companies, and each of its past and present directors, officers, employees, agents, investors, affiliates, and others purporting to act on its behalf (including consultants and attorneys).

4.      "Neckarburg" means Neckarburg 66. V V GmbH, its predecessors and successors, its past and present parents, subsidiaries, divisions, affiliates, and their related companies, and each of its past and present directors, officers, employees, agents, investors, affiliates, and others purporting to act on its behalf (including consultants and attorneys).

5.      "TechnoStart" means TechnoStart Beratungsgesellschaft fur Beteiligungsfonds mbH, its predecessors and successors, its past and present parents, subsidiaries, divisions, affiliates, and their related companies, and each of its past and present directors, officers, employees, agents, investors, affiliates, and others purporting to act on its behalf (including consultants and attorneys).

6. "febit AG" means febit AG, its predecessors and successors, its past and present parents, subsidiaries, divisions, affiliates, and their related companies, and each of its past and present directors, officers, employees, agents, investors, affiliates, and others purporting to act on its behalf (including consultants and attorneys).

7. "Febit Ferrarius" means Febit Ferrarius Biotechnology GmbH, its predecessors and successors, its past and present parents, subsidiaries, divisions, affiliates, and their related companies, and each of its past and present directors, officers, employees, agents, investors, affiliates, and others purporting to act on its behalf (including consultants and attorneys).

8. "Patent-In-Suit" means U.S. Patent No. 6,586,211 and any patent application from which the patent may have resulted.

**TOPICS**

1. Your ownership of the entire right, title and interest in and to the Patent-In-Suit and your right to sue for infringement of the Patent-In-Suit.

2. The facts, circumstances, witnesses, documents and evidence concerning your response to Codon Devices, Inc.'s Interrogatory No. 1.

3. Claims, demands, or statements by others of any ownership, license, or right, title, or interest in or to the Patent-In-Suit or a right to sue for infringement of the Patent-In-Suit or an entitlement to recover for infringement of those Patent-In-Suit.

4. Transfers, conveyances, purchases, sales, licenses, offers to license or assignment of the Patent-In-Suit.

5. The founding and change in legal form or name of febit holding, FeBit Ferrarius, febit AG, TechnoStart, Neckarburg, febit GmbH, and febit biotech.

6. The bankruptcy of febit AG and TechnoStart's acquisition of the Patent-In-Suit from the bankruptcy of febit AG.

7. The relationship among and between febit holdings and Febit Ferrarius, Febit AG, TechnoStart, Neckarburg, febit GmbH, and febit biotech.

8. Verena Eisenlohr's work for or relationship with febit holding, Febit Ferrarius, Febit AG, the trustees or insolvency administrator of Febit AG, TechnoStart, Neckarburg, febit GmbH, and febit biotech.

9. The identity, location and contents of documents concerning Topic Nos. 1-8, above.

10. The identity of persons, departments, groups or entities who have knowledge concerning Topic Nos. 1-9, above.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
*Attorneys for Defendant*
  *Codon Devices, Inc.*

*Of Counsel*:

Edward R. Reines
Nicholas A. Brown
Rip J. Finst
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

June 11, 2008

2365763

## CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on June 11, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Mary Matterer, Esquire
> MORRIS JAMES LLP

I also certify that copies were caused to be served on June 11, 2008 upon the following in the manner indicated:

> **BY ELECTRONIC MAIL**
> **and HAND DELIVERY**
>
> Mary Matterer, Esquire
> MORRIS JAMES LLP
> 500 Delaware Avenue
> Suite 1500
> Wilmington, DE 19801
>
> **BY ELECTRONIC**
> **and FIRST CLASS MAIL**
>
> Mark Fox Evens, Esquire
> Edward J. Kessler, Esquire
> W. Blake Coblentz, Esquire
> STERNE, KESSLER, GOLDSTEIN & FOX PLLC
> 1100 New York Avenue, NW
> Washington, DC 20005-3934

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)