# UNITED STATES DISTRICT COURT

DISTRICT: Delaware

FEBIT HOLDING GMBH

  Plaintiff

V.

  Defendant

CODON DEVICES, INC.

**CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE OVER DISPOSITIVE MOTIONS DESCRIBED UNDER 28 U.S.C.§636(b)(1)(B)**

CASE NUMBER: 07-385-GMS-LPS

## CONSENT TO EXERCISE OF JURISDICTION

In accordance with the provisions of 28 U.S.C.§636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings and enter a final order as to each motion identified below. The parties understand that by their consent, there will be no review by a district court judge.

**MOTION(S) with docket index (D.I.) numbers:** Codon Devices, Inc.'s Motion to Dismiss [D.I. 11]

| Party Represented | Signatures | Date |
|---|---|---|
| for Codon Devices, Inc. | *(signature)* | June 9, 2008 |
| for Febit Holding, GmbH | Mary Mattern | June 9, 2008 |

## ORDER OF REFERENCE

IT IS ORDERED that the above motion(s) be referred to Leonard P. Stark, United States Magistrate Judge, to conduct all proceedings and enter a final order on such motion(s) in accordance with 28 U.S.C. §636(c) and Fed.R.Civ.P.73.

6/12/08
Date

*(signature)* United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY IF</u> ALL PARTIES HAVE CONSENTED <u>ON THIS FORM</u> TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

FILED
JUN 12 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE