IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FEBIT HOLDING GMBH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-385 (GMS) (LPS) |
| | ) |
| CODON DEVICES, INC., | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF DEPOSITION OF CORD F. STÄHLER

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 26 and 30, and the applicable Local Rules of the United States District Court for the District of Delaware, defendant Codon Devices, Inc. shall take the deposition of Cord F. Stähler, commencing at 9:00 a.m. on July 16, 2008, at Heidelberg, Germany, or at such time and place as may be agreed to among counsel, and will continue from day to day until complete.

The deposition shall be by oral examination, and recorded by stenographic and/or videographic means before a Notary Public or other officer authorized by law to administer oaths.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack Blumenfeld*

Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE   19899
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Defendant
Codon Devices, Inc.*

*Of Counsel*:

Edward R. Reines
Nicholas A. Brown
Rip J. Finst
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA   94065
(650) 802-3000

June 25, 2008

## CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on June 25, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Mary Matterer, Esquire
>MORRIS JAMES LLP

I also certify that copies were caused to be served on June 25, 2008 upon the following in the manner indicated:

>**BY ELECTRONIC MAIL**
>**and HAND DELIVERY**
>
>Mary Matterer, Esquire
>MORRIS JAMES LLP
>500 Delaware Avenue
>Suite 1500
>Wilmington, DE 19801
>
>**BY ELECTRONIC**
>**and FIRST CLASS MAIL**
>
>Mark Fox Evens, Esquire
>Edward J. Kessler, Esquire
>W. Blake Coblentz, Esquire
>STERNE, KESSLER, GOLDSTEIN & FOX PLLC
>1100 New York Avenue, NW
>Washington, DC 20005-3934

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)