IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **FEBIT HOLDING GMBH,**<br><br>        **Plaintiff,**<br><br>v.<br><br>**CODON DEVICES, INC.,**<br><br>        **Defendant.** | C.A. No. 07-385 (GMS) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following document, **FEBIT HOLDING GMBH'S RULE 26(a)(1) INITIAL DISCLOSURES**, were served upon the attorneys listed below as indicated on the 27th day of June, 2008:

**VIA EMAIL AND HAND DELIVERY**
Jack B. Blumenfeld, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801
jblumenfeld@mnat.com

**VIA EMAIL**
Edward R. Reines, Esq.
Nicholas A. Brown, Esq.
Rip Finst, Esq.
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
650.802.3000
edward.reines@weil.com
nicholas.brown@weil.com
rip.finst@weil.com

Dated: June 27, 2008

By: */s/ Mary B. Matterer*
P. Clarkson Collins, Jr. (#739)
Mary B. Matterer (#2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
302.888.8600
mmatterer@morrisjames.com

*.Attorneys for Plaintiff*