IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FEBIT HOLDING GMBH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-385 (GMS) (LPS) |
| | ) |
| CODON DEVICES, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Codon Devices, Inc.'s Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)* were caused to be served on June 27, 2008 upon the following in the manner indicated:

Mary Matterer, Esquire  
MORRIS JAMES LLP  
500 Delaware Avenue  
Suite 1500  
Wilmington, DE  19801  

*VIA HAND DELIVERY*  
*and ELECTRONIC MAIL*

Mark Fox Evens, Esquire  
Edward J. Kessler, Esquire  
W. Blake Coblentz, Esquire  
STERNE, KESSLER, GOLDSTEIN & FOX PLLC  
1100 New York Avenue, NW  
Washington, DC  20005-3934  

*VIA ELECTRONIC*  
*and FIRST CLASS MAIL*

                                                 MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                 */s/ Jack B. Blumenfeld*

                                                 Jack B. Blumenfeld (#1014)
                                               1201 North Market Street
                                               P.O. Box 1347
                                               Wilmington, DE 19899
                                               (302) 658-9200
                                               jblumenfeld@mnat.com
                                               *Attorneys for Defendant*
                                                 *Codon Devices, Inc.*

*Of Counsel*:

Edward R. Reines
Nicholas A. Brown
Rip J. Finst
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

June 27, 2008

## CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on June 27, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Mary Matterer, Esquire
>MORRIS JAMES LLP

I also certify that copies were caused to be served on June 27, 2008 upon the following in the manner indicated:

>**BY ELECTRONIC MAIL**
>**and HAND DELIVERY**
>
>Mary Matterer, Esquire
>MORRIS JAMES LLP
>500 Delaware Avenue
>Suite 1500
>Wilmington, DE  19801
>
>**BY ELECTRONIC**
>**and FIRST CLASS MAIL**
>
>Mark Fox Evens, Esquire
>Edward J. Kessler, Esquire
>W. Blake Coblentz, Esquire
>STERNE, KESSLER, GOLDSTEIN & FOX PLLC
>1100 New York Avenue, NW
>Washington, DC  20005-3934

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)