IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FEBIT HOLDING GMBH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CODON DEVICES, INC., )<br>)<br>Defendant. ) | C.A. No. 07-385 (GMS) (LPS) |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of (i) *Defendant Codon Devices, Inc.'s Objections and Responses to Plaintiff's First Interrogatory* and (ii) *Defendant Codon Devices, Inc.'s Objections and Responses to Plaintiff's First Request for Production of Documents* were caused to be served on July 10, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Mary Matterer, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington, DE 19801 | *VIA HAND DELIVERY*<br>*and ELECTRONIC MAIL* |
| Mark Fox Evens, Esquire<br>Edward J. Kessler, Esquire<br>W. Blake Coblentz, Esquire<br>STERNE, KESSLER, GOLDSTEIN & FOX PLLC<br>1100 New York Avenue, NW<br>Washington, DC 20005-3934 | *VIA ELECTRONIC*<br>*and FIRST CLASS MAIL* |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
*Attorneys for Defendant*
 *Codon Devices, Inc.*

*Of Counsel*:

Edward R. Reines
Nicholas A. Brown
Rip J. Finst
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

July 10, 2008

## CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on July 10, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Mary Matterer, Esquire
>MORRIS JAMES LLP

I also certify that copies were caused to be served on July 10, 2008 upon the following in the manner indicated:

>**BY ELECTRONIC MAIL**
>**and HAND DELIVERY**
>
>Mary Matterer, Esquire
>MORRIS JAMES LLP
>500 Delaware Avenue
>Suite 1500
>Wilmington, DE  19801
>
>**BY ELECTRONIC**
>**and FIRST CLASS MAIL**
>
>Mark Fox Evens, Esquire
>Edward J. Kessler, Esquire
>W. Blake Coblentz, Esquire
>STERNE, KESSLER, GOLDSTEIN & FOX PLLC
>1100 New York Avenue, NW
>Washington, DC  20005-3934

_____
Jack B. Blumenfeld (#1014)