IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FEBIT HOLDING GMBH, )<br>                  Plaintiff, )<br>       v.             ) C.A. No. 07-385 (GMS/LPS)<br>CODON DEVICES, INC.,  )<br>                  Defendant. ) | |

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Byron L. Pickard of Sterne, Kessler, Goldstein & Fox PLLC, 1100 New York Avenue, N.W., Washington, DC 20005 to represent plaintiff febit Biotech GmbH in this matter.

Dated: July 11, 2008

Morris James LLP

/s/ Mary Matterer
Mary B. Matterer (#2696)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6800
mmatterer@morrisjames.com

*Attorney for Plaintiff
Febit Holding GmbH*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____       _____
                                                                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Virginia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effect 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk's Office upon the filing of this motion.

Date: 7/11/08

Byron L. Pickard
Sterne, Kessler, Goldstein & Fox
1100 New York Avenue, N.W.
Washington, DC 20005
(202) 371-2600