IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FEBIT HOLDING GMBH, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 07-385-GMS-LPS |
| | : | |
| CODON DEVICES, INC., | : | |
| | : | |
| Defendant. | : | |

### ORDER

At Wilmington this **23rd** day of **July, 2008**.

IT IS ORDERED that the Technology Tutorial scheduled for December 15, 2008 at 10:00 a.m. is canceled. The Technology Tutorial is hereby rescheduled for **December 16, 2008**, beginning at **10:00 a.m.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE