IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **FEBIT HOLDING GMBH,**<br><br>                      **Plaintiff,**<br>v.<br><br>**CODON DEVICES, INC.,**<br><br>                      **Defendant.** | C.A. No. 07-385 (GMS) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following documents, **Plaintiff febit Holding GMBH's Second Set of Interrogatories to Defendant Codon Devices, Inc.,** and **Plaintiff febit Holding GMBH's Second Request for Production of Documents to Defendant Codon Devices, Inc.** were served upon the attorneys listed below as indicated on the 23rd day of July, 2008:

**VIA EMAIL AND HAND DELIVERY**
Jack B. Blumenfeld, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801
jblumenfeld@mnat.com

**VIA EMAIL**
Edward R. Reines, Esq.
Nicholas A. Brown, Esq.
Rip Finst, Esq.
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
650.802.3000
edward.reines@weil.com
nicholas.brown@weil.com
rip.finst@weil.com

2

Dated: July 23, 2008                    By:      /s/ Mary B. Matterer
                                        P. Clarkson Collins, Jr. (#739)
                                        Mary B. Matterer (#2696)
                                        MORRIS JAMES LLP
                                        500 Delaware Avenue, Suite 1500
                                        Wilmington, Delaware  19801
                                        302.888.8600
                                        mmatterer@morrisjames.com

                                        *Attorneys for Plaintiff*

2