IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FEBIT HOLDING GMBH | ) ) ) ) | |
| PLAINTIFF, | ) ) ) | |
| vs. | ) ) | Civil Action No.: 07-cv-00385-GMS-LPS |
| CODON DEVICES, INC. | ) ) ) | |
| DEFENDANT. | ) ) ) | |

**PLAINTIFF FEBIT HOLDING GMBH'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON OWNERSHIP OF PATENT-IN-SUIT AND STANDING**

Plaintiff febit holding GmbH ("febit holding") respectfully moves this Court, pursuant to Fed.R.Civ.P. 56(a), for entry of partial summary judgment that febit holding owns the entire right, title, and interest to the patent-in-suit, U.S. Patent No. 6,586,211 ("the '211 patent") and has standing to bring the captioned matter.  Pursuant to the Transcript of the June 9, 2008 Rule 16 Conference and the June 20, 2008 Scheduling Order, it is febit holding's understanding that this Court invited each party to file an appropriate motion to resolve the issue of ownership of the '211 patent at this juncture rather than wait until trial.  febit holding respectfully refers the Court to its opening memorandum and the appendix of supporting exhibits filed herewith in support of this motion.

## REQUEST FOR ORAL ARGUMENT

febit holding believes that oral argument may assist the Court in reaching a decision on the present motion and hereby respectfully requests that the Court hear oral argument on the present motion.

WHEREFORE, Plaintiff febit holding respectfully requests that the Court grant febit holding's motion for partial summary judgment.

FEBIT HOLDING GMBH

Date:  August 4, 2008                    By: /s/ Mary Matterer
P. Clarkson Collins, Jr. (#739)
Mary B. Matterer (#2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
302.888.6800
mmatterer@morrisjames.com

Mark Fox Evens
Edward J. Kessler
Byron L. Pickard
W. Blake Coblentz
STERNE, KESSLER, GOLDSTEIN & FOX PLLC
1100 New York Avenue, NW
Washington, D.C. 20005-3934
(202) 371-2600

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FEBIT HOLDING GMBH | ) ) ) ) ) | |
| PLAINTIFF, | ) ) | |
| vs. | ) ) | Civil Action No.: 07-cv-00385-GMS-LPS |
| CODON DEVICES, INC. | ) ) ) | |
| DEFENDANT. | ) ) ) | |

### ORDER

This matter having come before the Court on Plaintiff febit holding GmbH's ("febit holding") Motion for Partial Summary Judgment on the issue of ownership of the patent-in-suit and this Court having fully considered Plaintiff's and Defendant's legal memoranda, with accompanying declarations and exhibits, and after fully considering the premises; it is hereby

ORDERED that Plaintiff's Motion for Partial Summary Judgment that febit holding owns the patent-in-suit, U.S. Patent No. 6,586,211 ("the '211 patent) is GRANTED, and it is

FURTHER ORDERED that Plaintiff's Motion for Partial Summary Judgment that febit holding has standing to bring the captioned matter is GRANTED.

SO ORDERED.

Dated: _____       _____

United States District Court Magistrate Judge