IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FEBIT HOLDING GMBH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-385 (GMS) (LPS) |
| | ) |
| CODON DEVICES, INC., | ) |
| | ) |
| Defendant. | ) |

**CODON DEVICES, INC.'S MOTION TO DISMISS
AMENDED COMPLAINT OF FEBIT HOLDING GMBH**

Pursuant to the paragraph 16 of the Rule 16 Scheduling Order, defendant Codon Devices, Inc., moves for an order dismissing with prejudice the amended complaint of febit holding GmbH for lack of standing and lack of subject matter jurisdiction. The grounds are set forth in the accompanying opening brief.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
*Attorneys for Defendant
  Codon Devices, Inc.*

OF COUNSEL:

Edward R. Reines
Nicholas A. Brown
Rip J. Finst
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
(650) 802-3000

August 4, 2008
2437261

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FEBIT HOLDING GMBH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-385 (GMS) (LPS) |
| | ) |
| CODON DEVICES, INC., | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING DEFENDANT CODON DEVICES, INC.'S
MOTION TO DISMISS AMENDED COMPLAINT
OF PLAINTIFF FEBIT HOLDING GMBH**

Having reviewed the papers and arguments of counsel submitted in connection with Defendant Codon Devices, Inc.'s Opening Brief In Support of its Motion To Dismiss Amended Complaint of febit holding Gmbh ("Codon's Motion"), and finding good cause therefor, IT IS HEREBY ORDERED that:

  Codon's Motion is GRANTED; and

  The Amended Complaint of febit holding GmbH (D.I. 35) is DISMISSED WITH PREJUDICE.


Dated: _____, 2008    _____
                              Judge

## CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on August 4, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Mary Matterer, Esquire
> MORRIS JAMES

I also certify that copies were caused to be served on August 4, 2008 upon the following in the manner indicated:

**BY ELECTRONIC MAIL**
**and HAND DELIVERY**

Mary Matterer, Esquire
MORRIS JAMES
500 Delaware Avenue
Suite 1500
Wilmington, DE  19801

**BY ELECTRONIC MAIL**

Mark Fox Evens, Esquire
Edward J. Kessler, Esquire
W. Blake Coblentz, Esquire
STERNE, KESSLER, GOLDSTEIN & FOX PLLC
1100 New York Avenue, NW
Washington, DC  20005-3934

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)