## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ) | |
| ) | |
| **FEBIT HOLDING GMBH** ) | |
| ) | |
| **PLAINTIFF,** ) | |
| ) | |
| vs. ) | **Civil Action No.: 07-cv-00385-GMS-LPS** |
| ) | |
| **CODON DEVICES, INC.** ) | **PUBLIC VERSION** |
| ) | |
| **DEFENDANT.** ) | |
| ) | |
| ) | |

**APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFF FEBIT HOLDING GMBH'S
MOTION FOR PARTIAL SUMMARY JUDGMENT
ON THE ISSUES OF OWNERSHIP OF THE PATENT-IN-SUIT AND STANDING
VOLUME I OF II – EXHIBITS A THROUGH Z**

P. Clarkson Collins, Jr. (#739)
Mary B. Matterer (#2696)
MORRIS JAMES LLP
500 Delaware Avenue,  Suite 1500
Wilmington, Delaware 19801
302.888.6800
mmatterer@morrisjames.com

*Of Counsel*

Mark Fox Evens
Edward J. Kessler
Byron L. Pickard
W. Blake Coblentz
STERNE, KESSLER, GOLDSTEIN & FOX PLLC
1100 New York Avenue, NW
Washington, D.C.  20005-3934
(202) 371-2600

*Attorneys for Plaintiff*

Originally filed:  August 4, 2008
Public version filed:  August 11, 2008

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| FEBIT HOLDING GMBH | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| vs. | ) | Civil Action No.:  07-cv-00385-GMS-LPS |
| | ) | |
| CODON DEVICES, INC. | ) | FILED UNDER SEAL |
| | ) | |
| DEFENDANT. | ) | |
| | ) | |

## APPENDIX OF EXHIBITS IN SUPPORT OF FEBIT HOLDING GMBH'S MOTION FOR PARTIAL SUMMARY JUDGMENT

**Ownership Documents**

Exhibit A      German-language deed dated November 10, 1998 re: foundation of FeBit Ferrarius Biotechnology GmbH

Exhibit B      German-language extract of the commercial register HRB 2476 W of the local court of Mannheim, Germany (the "Commercial Register"), re: foundation of FeBit Ferrarius Biotechnology GmbH on November 10, 1998, and registration in the local court of Mannheim, Germany on January 26, 1999.

Exhibit C      Certified English translation of Exhibit B

Exhibit D      German-language extract of the Commercial Register re:  November 29, 1999, transfer of FeBit Ferrarius Biotechnology GmbH registered office from Weinheim, Germany to Mannheim, Germany.

Exhibit E      Certified English translation of Exhibit D

Exhibit F      German-language deed dated May 4, 2001 re: shareholders' meeting resolving, among other things, transformation of the company into a "Aktiengesellschaft" (corporation) with effect as of January 1, 2001 and with the name febit AG.

Exhibit G      German-language extract of the Commercial Register re: transformation of FeBit Ferrarius Biotechnology GmbH into a stock corporation registration as "febit AG" in the local court of Mannheim, Germany.

Exhibit H      Certified English translation of Exhibit G

Exhibit I        German-language April 14, 2004 resolution of the local court of Mannheim re: appointment of Christopher Seagon as temporary insolvency administrator for febit AG.

Exhibit J        German-language July 1, 2004 order of the local court of Mannheim, Germany, re: institution bankruptcy proceedings against febit AG.

Exhibit K        Certified English translation of Exhibit J

Exhibit L        German-language September 24, 2004 purchase agreement, between the insolvency administrator and TechnoStart.

Exhibit M        Certified English translation of Exhibit L

Exhibit N        German-language December 17, 2004 letter from TechnoStart to Insolvency Administrator re: exercise of option.

Exhibit O        Certified English translation of Exhibit N

Exhibit P        German-language January 17, 2005 letter from Insolvency Administrator to TechnoStart re: December 17, 2004 exercise of purchase option.

Exhibit Q        Certified English translation of Exhibit P

Exhibit R        German-language February 16, 2005 deed re: the foundation of Neckarburg 66. VV GmbH.

Exhibit S        German-language application for entry in the commercial register regarding the foundation of Neckarburg 66. VV. GmbH dated February 16, 2005.

Exhibit T        German-language notification by the commercial register of the local court of Stuttgart regarding the registration of Neckarburg 66.VV GmbH in the commercial register on February 22, 2005.

Exhibit U        German-language extract of the Commercial Register re: registration of Neckarburg 66. VV GmbH in the local court of Stuttgart, Germany on February 22, 2005.

Exhibit V        Certified English translation of Exhibit U

Exhibit W        German-language April 11, 2005 deed re: a share transfer agreement.

Exhibit X        German-language extract of the Commercial Register re: August 6, 2007 febit biotech GmbH name change to "febit holding GmbH."

Exhibit Y        Certified English translation of Exhibit X

Exhibit Z        German-language application for entry in the Commercial Register re: Neckarburg 66. VV GmbH April 11, 2005 name change to "febit biotech GmbH."

| | |
|---|---|
| Exhibit AA | German-language purchase agreement dated April 18, 2005, between TechnoStart and Neckarburg 66. VV GmbH. |
| Exhibit BB | Certified English translation of Exhibit AA |
| Exhibit CC | German-language start check from Neckarburg to Technostart pursuant to the purchase agreement. |
| Exhibit DD | German-language May 30, 2005 letter from TechnoStart to febit biotech GmbH re: febit biotech GmbH acquisition of febit AG property. |
| Exhibit EE | Certified English translation of Exhibit DD |
| Exhibit FF | German-language August 6, 2007 deed re: febit biotech GmbH shareholders resolution changing the name of the company to "febit holding GmbH." |
| Exhibit GG | German-language entry in the Commercial Register re: among other things, changing the name of the company to febit holding GmbH. |
| Exhibit HH | Executed assignment of the entire right, title, and interest in the application that resulted in U.S. Patent No. 6,586,211 from the inventors to febit ferrarius biotechnology GmbH |
| Exhibit II | German-language extract of the Commercial Register re: the change of name from Neckarburg 66. VV GmbH to febit biotech GmbH. |
| Exhibit JJ | Certified English translation of Exhibit II |

**Discovery Materials**

| | |
|---|---|
| Exhibit KK | Codon Devices, Inc.'s Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) |
| Exhibit LL | Defendant Codon Devices, Inc.'s Objections and Responses to Plaintiff's First Interrogatory |
| Exhibit MM | Defendant Codon Devices, Inc.'s Objections and Responses to Plaintiff's First Request for Production of Documents |

**Certified Assignment Documents**

| | |
|---|---|
| Exhibit NN | United States Patent and Trademark Office certified Assignment Records for U.S. Patent No. 6,586,211 |

**<u>Declarations</u>**

Exhibit OO     Declaration of Peer F. Stahler

Exhibit PP     Declaration of Michael Mayer

Exhibit QQ     Declaration of Verena Eisenlohr

# EXHIBIT  A

# EXHIBIT REDACTED
# IN ITS ENTIRETY

# EXHIBIT   B

Handelsregister - Abt. B - des Amtsgerichts MANNHEIM

Blatt 1

HRB 2476 w

| Nummer der Eintragung | a) Firma b) Sitz (Niederlassung) c) Gegenstand des Unternehmens | Grundkapital oder Stammkapital | Vorstand Persönlich haftende Gesellschafter Geschäftsführer Abwickler | Prokura | Rechtsverhältnisse | a) Tag der Eintragung und Unterschrift b) Bemerkungen |
|---|---|---|---|---|---|---|
| 1 | a) FeSET Ferractus Bio-Technology GmbH<br><br>b) Weinheim<br><br>c) Die Entwicklung, Her-stellung sowie der Ver-trieb von Geräten, bio-chemischen und chemi-schen Reagenzien, Rea-genzträgern und EDV-Programmen und Benutzer-der Mikrobiologie auf dem Gebiet der Diagnostik und biologischen Industriezweigen, soweit es um handwerkliche Tätigkeiten geht, er-folgt die Ausführung durch ausgebildete Fachbetriebe. | 100.000,-- DM | Dr. Fritz Stähler, geb. 5.4.1937, Weinheim<br><br>Carl Friedrich Stähler, geb. 24.4.1959, Stuttgart |  | Gesellschaft mit beschränkter Haftung.<br><br>Gesellschaftsvertrag vom 16.11.1988.<br><br>Die Gesellschafter sind, wenn nur ein Geschäftsführer vor-handen ist, durch diesen allein vertreten.<br><br>Falls mehrere Geschäftsführer bestellt sind, wird die Gesellschaft durch zwei Geschäftsführer oder durch ei-nen Geschäftsführer mit einem Prokuristen vertreten.<br><br>Einzelvertretungsbefugnis kann erteilt werden.<br><br>Der Geschäftsführer Dr. Fritz Stähler ist stets einzel-vertretungsberechtigt.<br><br>Die Geschäftsführer Dr. Fritz Stähler und Carl Friedrich Stähler sind befugt, die Gesellschaft bei der Vornahme von Rechtsgeschäften mit sich selbst im eigenen Namen oder als Vertreter eines Dritten vorzunehmen zu ver-treten. | a) 26. Januar 1989<br><br>b) Gerichtlich——<br>vorläge.<br>Geb.<br>Blatt 27-38 |
| 2 | b) Jetzt: Mannheim | 144.000,-- DM |  |  | Die Gesellschafterversammlung vom 10. Februar 1989 hat die Erhöhung des Stammkapitals um 44.000,-- DM auf 144.000,-- DM und die Änderung des Gesellschaftsvertrages insbesonde-re in § 3 (Stammkapital) sowie eine vollständige Neufas-sung beschlossen.<br><br>Auf die dem Gericht eingereichten Urkunden über die Ab-änderung wird Bezug genommen.<br><br>Die Gesellschafterversammlung vom 10. Februar 1989 hat die Er-höhung des Gesellschaftsvertrages in der Fassung vom 10. Februar 1989 in § 2,1. (Gegenstand) beschlossen. | a) 9. Juni 1989<br><br>b) Gesellschafter——<br>vertrag<br>Sonderband 1<br>Blatt 99-105<br>144-106<br>Gesellschafter-<br>vertrag<br>Sonderband 1<br>Blatt 106-115 |
| 3 |  |  |  |  | Der Sitz der Gesellschaft ist nach Mannheim verlegt. | a) 23. April 2001<br><br>b) Josef Blau<br>Amtsgericht<br>HRB 6372 |



Handelsregister - Abt. B - des Amtsgerichts

HRB 2476w

Blatt

FEBO 001020



FEBO 001024

# EXHIBIT C

Commercial Register – Dept. B – of the District Court of Mannheim                                          Page 1

| Entry number | a) Company b) Registered office c) Corporate purpose | Equity or nominal capital | Executive Personally liable partner Director Liquidator | Procuration | Legal relationships | HRB 2476w a) Day of entry and signature b) Notes |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 1 | a) FeBIT Ferrarius Bio-technology GmbH b) Weinheim c) The development, manufacture and distribution of devices, biochemical and chemical reagents, reagent carriers and IT programs and other resources for the processing and evaluation of chemical and biological information. Insofar as this concerns manual activities, execution shall be carried out by authorized specialists. | DM 180,000.- | Dr Fritz Stähler, DOB 06/04/1937, Weinheim; Cord Friedrich Stähler, DOB 24/02/1969, Stuttgart | | Limited liability corporation. Articles of incorporation of 10/11/1998 and 18/01/1999. If only one executive director is present, the corporation shall be represented solely by this person. If multiple executive directors are appointed, the corporation shall be represented by two executive directors, or by one executive director with one procurator. An individual procuration may be granted. The executive director Dr Fritz Stähler is permanently authorized for individual procuration. The executive directors Dr Fritz Stähler and Cord Friedrich Stähler are authorized without restriction to represent the corporation in entering into legal transactions with themselves in their own name or as representatives of a third party. | a) January 26, 1999 < signature > b) Articles of incorporation SoBa I pp. 27-38 |
| 2 | | DM 144,000.- | | | The shareholders' general meeting of February 10, 1999, agreed to the increase in nominal capital by DM 44,000.- to DM 144,000.-, to the amendment of the articles of incorporation, especially in § 3 (nominal capital) and to a completely revised form. The certificates submitted to the court regarding the amendment were referred to. The shareholders' general meeting of May 12, 1999, agreed to the extension of the articles of incorporation in the form of February 10, 1999, in § 2.1 (purpose). | a) June 09, 1999 < signature > b) Shareholders' resolutions Special edition 1 pp. 39-50 104-106 Shareholders' resolutions Special edition 1 pp. 52-60 107-116 |
| 3 | b) now: Mannheim | | | | The registered office of the company has been relocated to Mannheim. | a) April 25, 2000 < signature > b) now: District court Mannheim HRB 8373 |

Commercial Register – Dept. B – of the District Court of Mannheim

Page

HRB 2476w

| Entry number | a) Company b) Registered office c) Corporate purpose | Equity or nominal capital | Executive Personally liable partner Director Liquidator | Procuration | Legal relationships | a) Day of entry and signature b) Notes |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| | | | | | As a result of the ruling of the President of the Higher Court of Karlsruhe (Oberlandesgericht Karlsruhe) of 12/09/2005, the district symbol W, until now allocated to the local court district of Weinheim, shall no longer be applicable, and the district shall be allocated the identification number 43 in its place. The labeling system of the register shall be continued with the placement of this number in front of the hitherto existing file number, and the retention of this previous number. Any spaces shall be filled with zeroes. | |

Mannheim, 07/09/2007
The transcript attests to the content of the Commercial Register
Barth, Registrar (Justizfachangestellte)
Certification officer of the court (Urkundsbeamter der Geschäftsstelle)

< signature >

< stamp: District Court of Mannheim >

< back side >

< stamp: District court of Mannheim >

FEBO 001022

I certify
correctness and completeness of the translation
from German into English language

Braeunrode,     1 2 SEP. 2007

Oksana Peters

Oksana Peters
Dorfberg 7
06333 Braunrode

FEBO 001023





FEBO 001025

# EXHIBIT   D

**HRB 8373**

Handelsregister – Abt. B – des Amtsgerichts MANNHEIM

Blatt 1 (Fortsetzung des 1. Einblatts)

| | Grundkapital oder Stammkapital Einlage | Vorstand Persönlich haftende Gesellschafter Geschäftsführer Abwickler | Prokura | Rechtsverhältnisse | a) Tag der Eintragung und Unterschrift b)Bemerkungen |
|---|---|---|---|---|---|

| 1 | a) Fabit Fectrius Bio-technology GmbH<br><br>b) Mannheim<br><br>c) Die Entwicklung, Herstellung sowie der Vertrieb von Geräten, Maschinen und chemischen Reagenzien, Reagenzträgern und sonstiger Hilfsmittel für die Verarbeitung und Auswertung von chemischen und biologischen Informationen sowie einschlägige Tätigkeiten gleich welcher Art und die Eröffnung durch zusätzliche Fachbetriebe. | 261.000,--<br>DM | Dr. Fritz<br>Eisner,<br>geb. 6.9.1937,<br>Mannheim<br><br>Card Friedrich<br>Söldner,<br>geb. 24.2.1960,<br>Eppingen | Carl Friedrich<br>Söldner,<br>geb. 14.2.1972,<br>Mannheim<br><br>Manfred Müller,<br>geb. 11.3.1962,<br>München<br><br>Sie gestatten jeweils in Gemeinschaft mit einem Geschäftsführer oder einem anderen Prokuristen | Gesellschaft mit beschränkter Haftung. Gesellschaftsvertrag vom 10.11.1998 und 18.1.1999 mit Änderung vom 11.2.1999.<br><br>Die Gesellschafterversammlung vom 23.11.1998 hat die Änderung des Gesellschaftsvertrages in<br>– § 11.2 (Sitz) beschlossen.<br><br>Der Sitz der Gesellschaft ist von Weinheim nach Mannheim verlegt.<br><br>Die Gesellschaft wird, wenn nur ein Geschäftsführer vorhanden ist, durch diesen allein vertreten.<br><br>Falls mehrere Geschäftsführer bestellt sind, wird die Gesellschaft durch zwei Geschäftsführer oder durch einen Geschäftsführer und einen Prokuristen vertreten.<br><br>Einzelvertretungsbefugnis kann erteilt werden.<br><br>Dr. Fritz Eisner ist stets einzelvertretungsberechtigt. | a) 22. April 2000<br><br>b) Eisner<br>Amtsgericht<br>Mannheim<br>HRB 2476 W<br><br>Gesellschafter-beschluß;<br>Blatt 1-3<br><br>Gesellschafts-vertrag;<br>Blatt 1<br>Blatt 10-20<br><br>Tag der ersten Eintragung:<br>26.1.1999 |

| 2 | | 221.900,--<br>DM | | | Die Gesellschafterversammlung vom 20.3.2000 hat die Erhöhung des Stammkapitals um 77.000,-- DM auf 221.900,-- DM beschlossen; der Gesellschaftsvertrag ist in §§ 3 (Stammkapital) und 4 (Stammeinlagen) geändert und insgesamt neu gefaßt. | a) 24. ..... 2001<br><br>b) Gesellschafter-beschluß;<br>Band 4<br>Blatt 39-44<br><br>Gesellschafts-vertrag;<br>Band 4q<br>Band 5<br>Blatt 126-141 |

| 3 | | 113.495,67<br>EUR<br><br>221.900,-- DM<br>...<br>60.840,...<br>EUR | | | Die Gesellschafterversammlung vom 4.5.2001 hat die Umstellung des Stamm- kapitals zu dem von Kraft Gesellschaften Umstellung auf Euro beschlossen und auf 113.495,67 EUR festgesetzt. Die Gesellschafterversammlung vom 4.5.2001 hat die Erhöhung des Stamm- kapitals um ..... auf 113.495,67 EUR beschlossen. | a) 5.September 2001<br><br>b) Gesellschafter-beschluß<br>Band 7<br>Blatt 6-22<br><br>Gesellschafter-vertrag<br>Band 7q Blatt 163-177 |



Handelsregister – Abt. B – des Amtsgerichts MANNHEIM

HRB 8373

Rückseite von Blatt

FEBO 001027



FEBO 001028

# EXHIBIT   E

Commercial Register – Dept. B – of the District Court of Mannheim
< stamp: District Court of Mannheim >

Page 1
(Continued on    page 1 reverse)

HRB 8373

| Entry number | a) Company b) Registered office c) Corporate purpose | Equity or nominal capital | Executive Personally liable partner Director Liquidator | Procuration | Legal relationships | a) Day of entry and signature b) Notes |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 1 | a) FeBiT Ferrarius Bio-technology GmbH<br><br>b) Mannheim<br><br>c) The development, manufacture and distribution of devices, biochemical and chemical reagents, reagent carriers and IT programs and other resources for the processing and evaluation of chemical and biological information, insofar as this concerns manual activities, execution shall be carried out by authorized specialists. | DM 144,000.- | Dr. Fritz Stähler, DOB 06/04/1937, Weinheim<br><br>Cord Friedrich Stähler, DOB 24/02/1969, Stuttgart | | Limited liability corporation. Articles of incorporation of 10/11/1998 and 18/01/1999, amended (0/02/1999.<br>The company general meeting of 29/11/1999 agreed to the amendment of the articles of incorporation in § 1.2 (registered office).<br>If only one executive director is present, the corporation shall be represented solely by this person.<br>If multiple executive directors are appointed, the corporation shall be represented by two executive directors, or by one executive director with one procurator.<br>An individual procuration may be granted.<br>The executive directors Dr Fritz Stähler and Cord Friedrich Stähler are authorized without restriction to represent the corporation in entering into legal transactions with themselves in their own name or as representatives of a third party.<br>Dr Fritz Stähler 's permanently authorized for individual procuration. | a) April 12, 2000 < signature > b) Previous district court: Mannheim HRB 2476 w Shareholders' resolution: SoBa 1 pp. 1-3 Articles of Incorporation: SoBa 1 pp. 10-20 Day of first entry: 26/01/1999 |
| 2 | | DM 221,900.- | | | The shareholders' general meeting of 22/09/2000 agreed to the increase in nominal capital by DM 77,900.- to DM 221,900.-, the articles of incorporation have been amended in § 7 (Nominal and Invested Capital) and compiled in completely revised form. | a) January 24, 2001 < signature > b) Shareholders' resolution Edition I pp. 39-64 Articles of Incorporation Edition I pp. 124-141 |
| 3 | | EUR | | | The shareholders' general meeting of 04/05/2001 agreed to the | a) September 5, |

FEBO 001030

| | | |
|---|---|---|
| 113,455.67 EUR 133,140.- EUR 168,840.- | adjustment of the nominal capital in line with the conversion rate, irrevocably determined by the Council of the European Union in accordance with article 1091(4)(1) of the EC-agreement, of 1.95583 to EUR 113,455.67. The shareholders' general meeting of 04/05/2001 agreed to the increase of the nominal capital through corporate resources by EUR 19,684.33 to EUR 133,140.- | 2001 < signature > b) Shareholders' resolution Edition 2 pp. 6-92 Articles of Incorporation Edition 2 pp. 160-177 |

FEBO 001031

I certify
correctness and completeness of the translation
from German into English language

Braeunrode,    1 2 SEP. 2007

Oksana Peters





Commercial Register – Dept. B – of the District Court of Mannheim

Reverse from page 1
Continued on          page

HRB 8325

| Entry number | a) Company b) Registered office c) Corporate purpose | Equity or nominal capital | Executive Personally liable partner Director Liquidator | Procuration | Legal relationships | a) Day of entry and signature b) Notes |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 3 cont. | | | | | The shareholders' general meeting of 04/05/2001 agreed to the increase of the nominal capital by EUR 35,700.- to EUR 168,840.-; the articles of incorporation have been amended in § 7 (Nominal and Invested Capital). | |
| 4 | | | | The procurators Peer Friedhen Stähler and Manfred Müller have not been re-appointed. | Dr Fritz Stähler is no longer executive director. The corporation has, on the basis of the change in corporate form resolution of 04/05/2001 with the amendment of 28/08/2001, changed corporate form to a public corporation under the name of "febit AG" with registered office in Mannheim (District Court of Mannheim HRB 8959) in accordance with §§ 190 ff. of the German Law Regulating the Transformation of Companies (UmwG). | a) October 11, 2001  < signature > |

Mannheim, 07/09/2007
The transcript attests to the content of the Commercial Register
Barth, Registrar (Justizangestellte)
Certification officer of the court (Urkundsbeamter der Geschäftsstelle)

< signature >

< stamp: District Court of Mannheim >

< back side >

< stamp: District court of Mannheim >

FEBO 001033



Ich versichere
die Richtigkeit und Vollständigkeit der Übersetzung
aus der deutschen in die englische Sprache

Halle (Saale), den 02.07.2008

I herewith certify
that this English translation from German language
is true and accurate

Halle/Saale, 02/07/2008







FEBO 001029

# EXHIBIT  F

# EXHIBIT  REDACTED
# IN  ITS  ENTIRETY

# EXHIBIT   G

DIESES BLATT IST ZUR FORTFÜHRUNG AUF EDV UMGESCHRIEBEN UND GESCHLOSSEN.

HRB 8959

Handelsregister – Abt. B – des Amtsgerichts MANNHEIM

Blatt 1

| Nummer der Eintragung | a) Firma b) Sitz oder Niederlassungen der Unternehmen | Grundkapital oder Stammkapital DM/EUR | Vorstand Persönlich haftende Gesellschafter Geschäftsführer Abwickler | Prokura | Rechtsverhältnisse | a) Tag der Eintragung und Unterschrift b) Bemerkungen |
|---|---|---|---|---|---|---|
| 1 | a) febit AG | 168.860,-- EUR | Cord Friedrich Stähler, geb. 24.9.1959, Mannheim - Vorstandsvorsitzender - | | **Aktiengesellschaft** Jetzige formwechselnde Umwandlung der Gesellschaft mit beschränkter Haftung unter der Firma febit Ferrarius Biotechnology GmbH mit Sitz in Mannheim (Amtsgericht Mannheim HRB 8373) gemäß §§ 190ff UmwG. | a) 11. Oktober 2001 |
| | b) Mannheim | | Peer Friedrich Stähler, geb. 14.1.1974, Mannheim | | Setzung vom 4.5.2001. | |
| | c) Die Entwicklung, Herstellung sowie der Vertrieb von Geräten, biochemischen und chemischen Reagenzien, Reagenzentren und EDV-Programmen und sonstiger Hilfsmittel für die Herstellung von chemischen und biologischen Informationen, soweit es um die Entwicklung, Herstellung und Verwertung von chemischen und biologischen Informationen geht, erfolgt die Ausführung durch autorisierte Fachbetriebe. | | Manfred Müller, geb. 11.11.1969, Schriesheim | | Die Gesellschaft wird, wenn nur ein Vorstandsmitglied vorhanden ist, durch dieses allein vertreten. Sind mehrere Vorstandsmitglieder bestellt, wird die Gesellschaft durch zwei Vorstandsmitglieder oder durch ein Vorstandsmitglied mit einem Prokuristen vertreten. | b) Setzung Blatt 75-93 |
| | | | | | Einzelvertretungsbefugnis kann erteilt werden. | |
| | | | | | Das Vorstandsmitglied Cord Friedrich Stähler ist stets einzelvertretungsberechtigt. | |
| 2 | | | | | Die Hauptversammlung vom 29.11.2001 hat die bedingte Erhöhung des Grundkapitals um bis zu 12.708,-- EUR durch Ausgabe von bis zu 12.708 Aktien beschlossen (bedingtes Kapital I). Die bedingte Kapitalerhöhung dient der Gewährung von Bezugsrechten in Ausübung von Wandlungs- und Bezugsrechten, soweit die ... in ... der Geschäftsführung ... Sie wird nur in dem Umfang durchgeführt, in welchem Bezugsberechtigte von ihrem Bezugsrecht Gebrauch machen. | a) 13. Februar 2002 |
| | | | | | Die Hauptversammlung vom 29.11.2001 hat die Änderung der Setzung in den §§ 6 (Grundkapital), 7 (Vinkulierung), 15 (Aufsichtsratsmitglieder) 24 (Einberufung) und 27 (Niederschrift über die Hauptversammlung) beschlossen. | b) Hauptversammlungsbeschluß Band 3 Blatt 100-119 |
| | | | | | Mit der "tpg Technologie-Beteiligungs-Gesellschaft mbH der Deutschen Ausgleichsbank" (Amtsgericht Bonn HRB 4840) wurde am 20.4.1998/28.4.1998 ein Teilgewinnabführungsvertrag (Nummer 0840321) abgeschlossen, dem die Hauptversammlung vom 29.11.2001 zugestimmt hat. | Setzung Band 2 Blatt 100-119 |
| | | | | | Mit der "tbg Technologie-Beteiligungs-Gesellschaft mbH der Deutschen Ausgleichsbank" (Amtsgericht Bonn HRB 4840) wurde am 20.4.1998/28.4.1998 ein Teilgewinnabführungsvertrag (Nummer 0840322) abgeschlossen, dem die Hauptversammlung vom 29.11.2001 zugestimmt hat. | Hauptversammlungsbeschluß Band 2 Blatt 3-58 Teilgewinnabführungsverträge Band 2 Blatt 55-98 120-154 |

Fortsetzung Rückseite

FEBO 001641

- 200 — | DIESES BLATT IST ZUR FORTFÜHRUNG AUF EDV UMGESCHRIEBEN UND GESCHLOSSEN.

**HRB 8959**

Handelsregister – Abt. B – des Amtsgerichts Mannheim    Rückseite von Blatt 1

| Nummer der Eintragung | a) Firma b) Sitz c) Gegenstand des Unternehmens | Grundkapital oder Stammkapital DM/EUR | Vorstand Persönlich haftende Gesellschafter Geschäftsführer Abwickler | Prokura | Rechtsverhältnisse | a) Tag der Eintragung und Unterschrift b) Bemerkungen |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| noch 2 | | | | | Mit der "tbg Technologie-Beteiligungs-Gesellschaft abt der Deutschen Ausgleichsbank mit Sitz in Bonn Abgeschlossen zum Folge (040) wurde am 13.9.2002/23.9.2002 Beteiligungsgründungsvertrag (Nummer 0849223) abgeschlossen, dem die Hauptversammlung vom 29.11.2001 zugestimmt hat. Auf die bei Gericht eingereichten Urkunden (Teilgewinnabführungsvertrag und Zustimmungsbeschluß der Hauptversammlung) wird Bezug genommen. | a) 4. April 2002 [signature] |
| 3 | | Peter Kuhl, geb. 19.12.1960 Stuttgart | | | Peter Kuhl ist zum Vorstandsmitglied bestellt. | a) 28. Januar 2003 [signature] b) Hauptversammlungsbeschluß: Blatt 38-57 Satzung: Seite 3 Blatt 124-134 |
| 4 | | 181.518,— EUR 321.781,— EUR 329.512,— EUR | | | Die Hauptversammlung vom 13.11.2002 hat die Erhöhung des Grundkapitals um 12,678,— EUR auf 181.518,— EUR sowie um weitere 140.263,— EUR auf 321.781,— EUR sowie um weitere 7.731,— EUR auf 329.512,— EUR beschlossen. Die Kapitalerhöhungen sind durchgeführt. Die Satzung ist (insbesondere in § 5 (Grundkapital) und § 26 (Geschäftsjahr)) geändert und sowie insgesamt neu gefaßt. | |
| 5 | | | | | Die Hauptversammlung vom 15.5.2003 hat die Änderung der Satzung in § 5 (Grundkapital) beschlossen. Das Grundkapital der Gesellschaft ist um/bis zu EUR 12.708,00 durch Ausgabe von bis zu 12.708 neuen, auf den Namen lautenden Stammaktien, welche die Stückaktien mit einem anteiligen Betrag des Grundkapitals von EUR 1,00 je Aktie und mit Gewinnberechtigung ab dem Beginn des Geschäftsjahres in dem sie ausgegeben werden, bedingt erhöht (Bedingtes Kapital I). Die bedingte Kapitalerhöhung dient ausschließlich der Gewährung von Aktien an Inhaber von Bezugsrechten (Aktienoptionen) im Rahmen eines und Mitglieder des Vorstands(der Gesellschaft sowie Arbeitnehmer mit dem verbundener Unternehmen gemäß den unter TOP 1 der ordentlichen Hauptversammlung der Gesellschaft vom 28. Januar 2003 und dem in der außerordentlichen Hauptversammlung der Gesellschaft vom 15. Mai 2003 festgelegten Bestimmungen; insbesondere werden die Bezugsaktien zu den dort ...3b | a) 1. September 2003 [signature] b) Hauptversammlungsbeschluß Seite 3 Blatt 149-264 Satzung Seite 3 Blatt 262-272 |

Fortsetzung auf dem nächsten

**FEBO 001642**



FEBO 001643

Handelsregister – Abt. B – des Amtsgerichts    Mannheim

Rückseite von Blatt ___    mit Vorwortag Blatt

HRB 89.50

| Nummer der Eintragung | a) Firma b) Sitz c) Gegenstand des Unternehmens | Grundkapital oder Stammkapital | Vorstand Persönlich haftende Gesellschafter Geschäftsführer Abwickler | Prokura | Rechtsverhältnisse | a) Tag der Eintragung und Unterschrift b) Bemerkungen |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| noch 5 | | | | | Ausgabe laufender Geschäftsanteile ausgegeben werden, bedingt erhöht (Bedingtes Kapital IV). Die bedingte Kapitalerhöhung dient der Gewährung von Umtauschrechten an die Gläubiger von Wandelschuldverschreibungen (Wandelanleihe 2003-PI), die aufgrund der unter TOP 6 der außerordentlichen Hauptversammlung der Gesellschaft von 15. Mai 2003 beschlossenen Ermächtigung begeben werden; insbesondere werden die Bezugsaktien zu dem dort festgelegten Wandlungspreis ausgegeben. Die bedingte Kapitalerhöhung wird nur in dem Umfang durchgeführt, in welchem die Gläubiger der Wandelschuldverschreibungen von ihrem Umtauschrecht Gebrauch machen. Ein Bezugsrecht der Aktionäre der Gesellschaft besteht nicht. Der Vorstand wird ermächtigt, die weiteren Einzelheiten der Durchführung der bedingten Kapitalerhöhung festzusetzen.

Auf die dem Gericht eingereichten Urkunden wird Bezug genommen. | |
| | | | | | Durch Beschluß des Amtsgerichts Mannheim vom 14.4.2004 (IN 252/04) wurde ein vorläufiger Insolvenzverwalter bestellt.

Cord Friedrich Stähler, Peer Friedrich Stähler und Manfred Müller sind nicht mehr Vorstandsmitglieder. | e) 1. Juni 2004

_[Unterschrift]_ |
| | | | | | Durch Beschluß des Amtsgerichts Mannheim vom 1.7.2004 (IN 252/04) ist über das Vermögen der Aktiengesellschaft das Insolvenzverfahren eröffnet.

Durch die Eröffnung des Insolvenzverfahrens über das Vermögen der Gesellschaft am 1.7.2004 ist die Gesellschaft aufgelöst. Von Amts wegen eingetragen aufgrund § 263 AktG. | d) 4. August 2004

_[Unterschrift]_ |

_[Rundstempel: AMTSGERICHT MANNHEIM]_

Mannheim, 07.09.2007
Der Ausdruck bezugt den Inhalt des Registers vor der Umschreibung.
RJ 111-versandse le-Blatt, Justizbehörde
Urkundsbeamter der Geschäftsstelle    _[Unterschrift]_

Fortsetzung auf dem ___ ten Blatt

FEBO 001644



FEBO 001645

# EXHIBIT   H

Commercial Register – Dept. B – of the District Court of Mannheim
<stamp: District Court of Mannheim >

*This form has been revised for computer processing*

Page 1

HRB 6959

| Entry number | a) Company b) Registered office c) Corporate purpose | Equity or nominal capital | Executive Personally liable partner Director Liquidator | Procuration | Legal relationships | a) Day of entry and signature b) Notes |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 1 | a) febit AG<br><br>b) Mannheim<br><br>c) The development, manufacture and distribution of devices, biochemical and chemical reagents, reagent carriers and IT programs and other resources for the processing and evaluation of chemical and biological information. Insofar as this concerns manual activities, execution shall be carried out by authorized specialists. | EUR 168,680.- | Cord Friedrich Stähler, DOB 24/02/1969, Weinheim – Chief Executive Officer –<br><br>Peer Friedrich Stähler, DOB 14/02/1972, Mannheim<br><br>Manfred Müller, DOB 14/01/1969, Schriesheim | | Public company<br>due to the change in corporate form of the company with limited liability under the company name "FeBiT Ferrarius Biotechnology GmbH", based in Mannheim (District Court of Mannheim HRB 8373) in accordance with §§ 190 f. of the German Law Regulating the Transformation of Companies (UmwG).<br><br>Articles of Incorporation of 04/05/2001.<br><br>If only one executive director is present, the corporation shall be represented solely by this person.<br><br>If multiple executive directors are appointed, the corporation shall be represented by two executive directors, or by one executive director with one procurator.<br><br>An individual procuration may be granted.<br><br>The director Cord Friedrich Stähler is permanently authorized for individual procuration. | a) October 11, 2001<br>< signature ><br>b) Settlement: Edition 1 pp. 75-93 |
| 2 | | | | | The annual general meeting of 29/11/2001 agreed to conditionally increase the nominal capital by up to EUR 12,288 through the release of up to 12,288 shares (conditional capital). The conditional increase of capital serves the purpose of granting options to employees and members of the executive board of the corporation, as well as employees of associated companies. It will only | a) February 13, 2002<br>< signature ><br>b) Annual General Meeting resolution Edition 1 pp. > 58 |

FEBO 001634



be conducted to the extent that those with options make use of the options.

The annual general meeting of 29/11/2001 agreed to the amendment of the articles in §§ 5 (Nominal Capital), 7 (Restrictions on Transferability), 15 (Supervisory Board), 24 (Calling) and 27 (Record of the Annual General Meeting).

A partial profit payment agreement (number 0849321) was entered into with "tbg Technologie-Beteiligungs-Gesellschaft mbH der Deutschen Ausgleichsbank", based in Bonn (District Court of Bonn HRB 4940) on the 2004/1999-2804/1999, which was agreed to by the annual general meeting on 29/11/2001.

A partial profit payment agreement (number 0849322) was entered into with "tbg Technologie-Beteiligungs-Gesellschaft mbH der Deutschen Ausgleichsbank", based in Bonn (District Court of Bonn HRB 4940) on the 2004/1999-2804/1999, which was agreed to by the annual general meeting on 29/11/2001.

Articles
Edition 2
pp.100-119

Partial Profit Payment
Contracts
Edition 2
pp.59-99
120-154

Continued overleaf

FEBO 001635

Commercial Register – Dept. B – of the District Court of Mannheim

Reverse of page 1
Continued on page 2

HRB 8959

| Entry number | a) Company b) Registered office c) Corporate purpose | Equity or nominal capital | Executive Personally liable partner Director Liquidator | Procuration | Legal relationships | a) Day of entry and signature b) Notes |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 2 cont. | | | | | A partial profit payment agreement (purdier 0849323) was entered into with "bg Technologie-Beteiligungs-Gesellschaft mbH der Deutschen Ausgleichsbank", based in Bonn (District Court of Bonn HRB 4940) on the 01/03/2000-28/03/2000, which was agreed to by the annual general meeting on 29/11/2001. | |
| | | | | | Reference was made to the certificates submitted to the court (partial profit payment contract, and affirmative resolution of the annual general meeting). | |
| | | | | | Peter Kuhl is appointed to the board. | |
| 3 | | | Peter Kuhl, DOB 18/12/1960, Stuttgart | | | a) April 04, 2002 < signature > |
| 4 | | EUR 181,518.- EUR 321,781.- EUR 329,512.- | | | The annual general meeting of 13/11/2002 has agreed to the increase of the nominal capital by EUR 12,678.- to EUR 181,518.-, by a further EUR 140,263.- to EUR 321,781.- and a further EUR 7,731 to EUR 329,512.-. The capital increase has been executed. The articles, especially in relation to § 5 (Nominal Capital) and § 26 (Adoption of Resolution), have been amended and compiled entirely anew. | a) January 29, 2003 < signature > b) Annual general meeting resolution: SoBa 3pp. 38-1 l17 Articles: SoBa 3 pp. 124-134 |



The annual general meeting of 15/05/2003 agreed to the amendment to the articles in § 5 (Nominal Capital). The nominal capital of the corporation is conditionally increased by up to EUR 12,708.00 through the issue of up to 12,708 new ordinary registered shares, which will be issued with a shared sum of the nominal capital of EUR 1.00 shares and with dividend rights from the beginning of the financial year corresponding to the year of issue (Conditional capital I). The conditional increase of capital is to serve the granting of options (share options) to employees and members of the board of the company, as well as employees of associated companies in accordance with the provisions determined under TOP 1 of the extraordinary general meeting of the company of November 29, 2001, and under TOP 1 of the extraordinary general meeting of the company of May 15, 2003; in particular, the option share

a)September 1, 2003
< signature >
b) Amend general meeting resolution
SoBa 3
pp. 149-261

Articles
SoBa 3
pp. 262-272

5



Commercial Register – Dept. B – of the District Court of Mannheim

Page 2
Continued on page 2 reverse

HRB 8959

| Entry number | a) Company b) Registered office c) Corporate purpose | Equity or nominal capital | Executive Personally liable partner Director Liquidator | Procuration | Legal relationships | a) Day of entry and signature b) Notes |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 5 cont. | | | | | will be issued to the determined issue amount. The conditional increase of capital will only be executed to the extent that those entitled to options actually make use of these options. The shareholders of the company shall not have option rights. The board will be authorized to determine further details regarding the execution of the conditional increased capital. | |
| | | | | | The nominal capital of the corporation is conditionally increased by up to EUR 18,436.00 through the issue of up to 18,436 new ordinary registered shares, which will be issued with a shared sum of the nominal capital of EUR 1.00 shares and with dividend rights from the beginning of the financial year corresponding to the year of issue (Conditional capital II). The conditional increase of capital is to serve the granting of options (share options) to employees and members of the board of the company, as well as employees of associated companies in accordance with the provisions determined under TOP 2 of the extraordinary general meeting of the company of May 15, 2003; in particular, the option share will be issued to the determined issue amount. The conditional increase of capital will only be executed to the extent that those entitled to options actually make use of these options. The shareholders of the company shall not have option rights. The board will be authorized to determine further details regarding the execution of the conditional increase of capital. | |
| | | | | | The nominal capital of the corporation is conditionally | |



increased by up to EUR 25,326.00 through the issue of up to 25,326 new ordinary registered shares, which will be issued with a shared sum of the nominal capital of EUR 1.00 shares and with dividend rights from the beginning of the financial year corresponding to the year of issue (Conditional capital III). The conditional increase of capital is to serve the granting of conversion rights to the creditors of convertible bonds (conversion issue 2003-V), which will be issued in accordance with TOP 4 of the extraordinary general meeting of the company of May 15, 2003 in particular, the option shares will be issued at the conversion price specified there. The conditional increase of capital will only be executed to pre extent that the creditors of the convertible bonds precise their conversion rights. The shareholders of the company shall not have option rights. The board will be authorized to determine further details regarding the execution of the conditional increase of capital.

The nominal capital of the corporation is conditionally increased by up to EUR 2,542.00 through the issue of up to 2,542 new registered preference shares of series (A), which will be issued with a shared sum of the nominal capital of EUR 1.00 per share and with dividend rights from the beginning of the financial year corresponding to the year of issue (Conditional capital IV).

FEBO 001639



Reverse from page 2

**HRB 8959**

Commercial Register – Dept. B – of the District Court of Mannheim

| Entry number | a) Company b) Registered office c) Corporate purpose | Equity or nominal | Executive Personally liable partner Director Liquidator | Procuration | Legal relationships | a) Day of entry and signature b) Notes |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 5 cont. | | | | | The conditional increase of capital is to serve the granting of conversion rights to creditors of conversion bonds (conversion issue 2003-PT), which will be issued in accordance with authorisation pursuant to TOP 6 of the extraordinary general meeting of the company of May 15, 2003; in particular, the option shares will be issued at the conversion price specified there. The conditional increase of capital will only be executed to the extent that the creditors of the convertible bonds exercise their conversion rights. The shareholders of the company shall not have option rights. The board will be authorized to determine further details regarding the execution of the conditional increase of capital.<br><br>The certificates submitted to the court will be referred to. | |
| 6 | | | | | Through the ruling of the District Court of Mannheim of 14/04/2004 (IN 252/04), a provisional insolvency was appointed. Cord Friedrich Stähler, Peer Friedrich Stähler and Manfred Müller are not members of the board anymore. | a) June 1, 2004 < signature > |
| 7 | | | | | Through the ruling of the District Court of Mannheim of 01/07/2004 (IN 252/04), insolvency proceedings were issued against the capital of the public company.<br><br>Through the initiation of insolvency proceedings over the assets of the company on 01/07/2004, the corporation has been dissolved. Ex officio entered pursuant to § 263 of the German Companies Code (AktG). | a) August 4, 2004 < signature > |

Mannheim, 07/09/2007

The transcript attests to the content of the Commercial Register
Barth, Registrar (Justizfachangestellte) < signature >

Certification officer of the court (Urkundsbeamter der Geschäftsstelle)

< stamp: District Court of Mannheim >

< back side >

< stamp: District court of Mannheim >

FEBO 001640

# EXHIBIT  I

Az.: IN 252/04



## Amtsgericht Mannheim

### Beschluss vom 14.04.2004

Im Insolvenzeröffnungsverfahren über das Vermögen der

**febit AG, vertr. d.d. Vorstand Peter Kuhl,**
**Käfertaler Str. 190, 68167 Mannheim**                    **-Schuldnerin-**

wird heute, am 14.04.2004, um 18.00 Uhr, zur Sicherung der künftigen Insolvenzmasse und zur Aufklärung des Sachverhalts angeordnet (§§ 21, 22 InsO):

Zum vorläufigen Insolvenzverwalter wird

**Herr Rechtsanwalt Christopher Seagon**
**Blumenstr.17, 69115 Heidelberg (Tel. 06221-9118-0)**



bestellt.

Verfügungen der Schuldnerin über Gegenstände ihres Vermögens sind nur noch mit Zustimmung d. vorl. Insolvenzverwalt. wirksam (§ 21 Abs. 2 Nr. 2 InsO).

Der Schuldnerin wird verboten, über ihre Bankkonten und über ihre Außenstände ganz oder teilweise zu verfügen.
Hinsichtlich der Bankkonten und der Außenstände d. Schuld. geht die Verwaltungs- und Verfügungsbefugnis auf den vorläufigen Insolvenzverwalter über.

D. vorläufige Insolvenzverwalt. ist nicht der allgemeine Vertreter d. Schuldn. Er hat die Aufgabe, durch Überwachung d. Schuldn. dessen Vermögen zu sichern und zu erhalten.

Den Schuldnern d. Schuld. (Drittschuldnern) wird verboten, an d. Schuldn. zu zahlen. D. vorläufige Insolvenzverwalt. wird ermächtigt, Bankguthaben und sonstige Forderungen des Schuldners einzuziehen sowie eingehende Gelder entgegenzunehmen. Die Drittschuldner werden aufgefordert, nur noch unter Beachtung dieser Anordnung zu leisten (§ 23 Abs. 1 Satz 3 InsO).

☒ Maßnahmen der Zwangsvollstreckung einschließlich der Vollziehung eines Arrests oder einer einstweiligen Verfügung gegen d. Schuldn. werden untersagt, soweit nicht unbewegliche Gegenstände betroffen sind; bereits begonnene Maßnahmen werden einstweilen eingestellt (§ 21 Abs. 2 Nr. 3 InsO).

D. vorläufige Insolvenzverwalt. ist berechtigt, die Geschäftsräume und betrieblichen Einrichtungen d. Schuldn. einschließlich der Nebenräume zu betreten und dort Nachforschungen anzustellen.

FEBO 001067

D. Schuldn. hat ihm Einsicht in die Bücher und Geschäftspapiere zu gestatten und sie
ihm auf Verlangen bis zur Entscheidung über die Eröffnung des Verfahrens herauszuge-
ben. Er hat ihm alle Auskünfte zu erteilen, die zur Sicherung der künftigen Insolvenz-
masse und zur Aufklärung der schuldnerischen Vermögensverhältnisse erforderlich sind.
Bei Mißachtung dieser Pflicht kann das Gericht d. Schuldn. oder seine organschaftlichen
Vertreter zur Abgabe der eidesstattlichen Versicherung laden, zwangsweise vorführen
lassen oder in Haft nehmen (§ 22 Abs. 3, §§ 97, 98, 101 InsO).

☒ D. vorläufige Insolvenzverwalt. wird zugleich beauftragt, als Sachverständig. zu
prüfen, ob ein nach der Rechtsform d. Schuldn. maßgebender Eröffnungsgrund
vorliegt und welche Aussichten für eine Fortführung des schuldnerischen Unter-
nehmens bestehen. Er hat ferner zu prüfen, ob das schuldnerische Vermögen die
Kosten des Verfahrens decken wird (§ 22 Abs. 1 Nr. 3, Abs. 2 InsO).

Schnepf,
Vizepräsident des Amtsgerichts

Ausgefertigt:
Der Urkundsbeamte
der Geschäftsstelle des Amtsgerichts

Justizangestellte

FEBO 001068

# EXHIBIT   J

Az.: IN 292/04



AUSFERTIGUNG

## Amtsgericht Mannheim

## Beschluss

I. Über das Vermögen der

**febit AG, vertreten durch den Vorstand Peter Kuhl,
Käfertaler Str. 190, 68167 Mannheim**

wird wegen Zahlungsunfähigkeit und Überschuldung, am 01.07.2004, um 10.00 Uhr
das Insolvenzverfahren eröffnet.

Zum Insolvenzverwalter wird ernannt:

**Herr Rechtsanwalt Christopher Seagon,
Blumenstr. 17, 69115 Heidelberg,   Tel.:06221/91180**

II. Forderungen der Insolvenzgläubiger sind bis zum 04.08.2004 unter Beachtung des
§ 174 InsO beim Insolvenzverwalter anzumelden.

Die Gläubiger werden aufgefordert, dem Insolvenzverwalter unverzüglich mitzuteilen,
welche Sicherungsrechte sie an beweglichen Sachen oder an Rechten der Schuldnerin
in Anspruch nehmen. Der Gegenstand, an dem das Sicherungsrecht beansprucht
wird, die Art und der Entstehungsgrund des Sicherungsrechts sowie die gesicherte
Forderung sind zu bezeichnen. Wer diese Mitteilungen schuldhaft unterläßt oder ver-
zögert, haftet für den daraus entstehenden Schaden (§ 28 Abs. 2 InsO).

Wer Verpflichtungen gegenüber der Schuldnerin hat, wird aufgefordert, nicht mehr an
die Schuldnerin, sondern nur noch an den Insolvenzverwalter zu leisten.

ATTORNEY'S EYES ONLY

FEBO 001069

Termin zur Gläubigerversammlung, in der auf Grundlage eines Berichts des Insolvenz verwalters über den Fortgang des Verfahrens beschlossen wird (Berichtstermin) ist am

**Montag, den 16.08.2004, 14.00 Uhr**

im Gebäude des Amtsgerichts Mannheim, 68159 Mannheim, Schloß, Westflügel, 1.Stockwerk/Raum 232.

Der Termin dient zugleich zur Beschlußfassung der Gläubiger über
- die Person des Insolvenzverwalters,
- den Gläubigerausschuß,
- gegebenenfalls die Zahlung von Unterhalt aus der Insolvenzmasse (§§ 100, 101 InsO) und die in §§ 66, 79, 149, 159 bis 163 Abs. 2, 271 und 272 InsO bezeichneten Gegenstände,

und unter Umständen zur Anhörung über eine Verfahrenseinstellung mangels Masse (§ 207 InsO).

Termin zur Prüfung der angemeldeten Forderungen ist am

**Montag, den 20.09.2004, 8.50 Uhr**

im Gebäude des Amtsgerichts Mannheim, 68159 Mannheim, Schloß, Westflügel, 1.Stockwerk/Raum 232.

Mannheim, den 01.07.2004

zu Ziff. I                                                          zu Ziff. II

Schnepf                                                           Ettner
Vizepräsident des Amtsgerichts                     Rechtspflegerin

GESAMTSEITEN 02

ATTORNEY'S EYES ONLY

# EXHIBIT   K

EXECUTED COPY

< shield >

### District Court of Mannheim

### Ruling

I.  Insolvency proceedings have been issued over the assets of

febit AG, represented by the director Peter Kuhl,
Käfertaler Str. 190, 68167 Mannheim,

as a result of insolvency and over-indebtedness, on 01/07/2004 at 10 am.

The nominated insolvency administrator is:

Mr Christopher Seagon, lawyer (Rechtsanwalt)
Blumenstr. 17, 69115 Heidelberg, Tel: 06221 91180

II.  Claims of the insolvency creditors are to be registered with the insolvency administrator by 04/08/2004 in accordance with § 174 of the Insolvency Directive (InsO).

The creditors are required to immediately inform the insolvency administrator of any security interests they may claim in movable items or in the rights of the debtor. The object in which the security interest is asserted, the type and the reasons for the existence of the security interest, as well as the secured demand, are to be specified. If this notice is culpably neglected or delayed, the person responsible shall be liable for any damages which may arise therefrom. (§§ 28 of the Insolvency Directive [InsO])

Those who have obligations to the debtor are no longer required to render to the debtor, but rather exclusively to the insolvency administrator.

ATTORNEY'S EYES ONLY

FEBO 001071

The appointment for the creditors' meeting, in which the procedure of the proceedings will be determined on the basis of a report from the insolvency administrator (reporting date), is on

### Monday, the 16/08/2004, 2pm

in the building of the District Court of Mannheim, 68159 Mannheim, castle, west wing, first floor / room 232.

The meeting shall simultaneously facilitate the adoption of the resolution of the creditors in relation to:

- The character of the insolvency administrator
- The committee of creditors
- Where necessary, the payment of maintenance from the insolvency assets (§§ 100, 101 of the Insolvency Directive [InsO]) and the items specified in §§ 66, 79, 149, 159 to 163(2), 271 and 272 of the Insolvency Directive [InsO],

and, in certain circumstances, a hearing with regard to the dismissal of proceedings due to a lack of assets (§ 207 of the Insolvency Directive [InsO]).

The appointment for examination of the registered claims is on

### Monday, the 20/09/2004, 850am

in the building of the District Court of Mannheim, 68159 Mannheim, castle, west wing, first floor / room 232.

Mannheim, the 01/07/2004

re no. I                                         re no. II

Schnepf
Vice President of the District Court          Ettner
                                              Registrar          ATTORNEY'S EYES ONLY

< illegible stamp >

Total pages 02

FEBO 001072

I certify
correctness and completeness of the translation
from German into English language

Braeunrode,     1 2 SEP. 2007

Oksana Peters



ATTORNEY'S EYES ONLY

FEBO 001073

# EXHIBIT   L

# EXHIBIT  REDACTED
# IN  ITS  ENTIRETY

# EXHIBIT   M

# EXHIBIT  REDACTED
# IN  ITS  ENTIRETY

# EXHIBIT  N



**TechnoStart**

Beratungsgesellschaft für
Beteiligungsfonds mbH

TechnoStart GmbH | Martin-Luther-Straße 57 | 71636 Ludwigsburg

**Wellensiek Grub & Partner**
**Zu Händen Herrn Seagon**
**Blumenstrasse 17**

**69115 Heidelberg**

Martin-Luther-Straße 57
D-71636 Ludwigsburg
Telefon +49(0)7141-971 59-0
Telefax +49(0)7141-971 59-10
office@technostart.com
www.technostart.com

<u>Insolvenzverfahren über das Vermögen der febit AG</u>                    17.12.04
<u>Kaufvertrag Assets vom 24. September 2004</u>

Sehr geehrter Herr Seagon,

in der oben bezeichneten Angelegenheit beziehe ich mich auf § 7 des
Kaufvertrages.

Hiermit erkläre ich, dass TechnoStart Beratungsgesellschaft für Beteiligungsfonds
mbH die Kaufoption ausübt, d.h. wir nehmen das Angebot zum Kauf der in der
Anlage 4 des benannten Kaufvertrages aufgeführten Patente und
Patentanmeldungen an.

Da gemäß § 7 Absatz 1 des Kaufvertrages die Kaufoption bis zum 29. Dezember
2004 befristet ist, behalten wir uns bis zu diesem Tage das Recht vor, von der
obigen Annahme wieder Abstand zu nehmen, sofern die Finanzierung bis zu
diesem Tage nicht zustande kommt.

Dieses Schreiben geht Ihnen fristwahrend vorab per Fax zu.

Mit freundlichen Grüssen

Michael Mayer
Geschäftsführer

ATTORNEY'S EYES ONLY

**HIGHLY
CONFIDENTIAL**

Sitz Ludwigsburg | Registergericht
Ludwigsburg | HRB 5347
Geschäftsführer: Michael Mayer
Mitglied der EVCA European
Venture Capital Association
Mitglied im BVK Bundesverband
deutscher Kapitalbeteiligungs-
gesellschaften

FEBO 001130

# EXHIBIT   O



< logo >
TechnoStart

Consulting Firm for
Investment Funds mbH

Martin-Luther-Strasse 57
D-71636 Ludwigsburg
Tel: +49 (0)7141 97159 0
Fax: +49 (0)7141 97159 10
office@technostart.com

TechnoStart GmbH | Martin-Luther-Strasse 57 | 71636 Ludwigsburg

**Wellensiek Grub & Partner**
**Att. Mr Seagon**
**Blumenstrasse 17**

**69115 Heidelberg**

17/12/04

Re: Insolvency proceedings over the assets of febit AG
Purchase contract regarding assets of September 24, 2004

Dear Mr Seagon,

In the matter described above, I refer to § 7 of the purchase contract.

I hereby declare that TechnoStart Consulting Firm for Investment Funds mbH exercises the purchase option, that is, we accept the offer to purchase the patents and patent registrations listed in Appendix 4 of the said purchase contract.

As, according to § 7 section 1 of the purchase contract, the purchase option is limited in time to December 19, 2004, we reserve up until this date the right to withdraw the above acceptance, should the financing not be raised by this date.

This notice

Yours sincerely,

< signature >

Michael Mayer
Chief Executive Officer

< various signed initials >

**HIGHLY**
**CONFIDENTIAL**

**ATTORNEY'S EYES ONLY**

Ludwigsburg | Register Court
Ludwigsburg | HRB 5347

Chief Executive Officer: Michael Mayer

Member of the EVCA European
Venture Capital Association

Member of the BVK (German Private
Equity and Venture Capital Association e.V.)

I certify
correctness and completeness of the translation
from German into English language

Braeunrode,    1 2 SEP. 2007.

Oksana Peters



**HIGHLY
CONFIDENTIAL**

**ATTORNEY'S EYES ONLY**

# EXHIBIT  P

WELLENSIEK GRUB & PARTNER
RECHTSANWÄLTE

Wellensiek Grub & Partner · Postfach 10 61 80 · 69051 Heidelberg

**EINGEGANGEN**
1 9. JAN. 2005
Erledigt. ............

Einschreiben/Rückschein
TechnoStart Beratungsgesellschaft
für Beteiligungsfonds mbH
Frau Rechtsanwältin Ulrike Schlotzhauer
Martin-Luther-Straße 57

71636 Ludwigsburg

Heidelberg, den 17.01.2005
/Dokument4

Sekretariat        Frau Kosytorz
Telefon:           06221/9118-56
Telefax:           06221/9118-66
eMail:             carolin.kosytorz@wellensiek-grub.de

HEIDELBERG
DR. JOBST WELLENSIEK
Fachanwalt für Insolvenzrecht
DR. RER. POL. W. SCHREIBER
UWE TONNECKER
ERNST HESS
FALK HÄCKEL
FRITZ TREMMEL
Dipl. Betriebswirt u. vereidigter Buchprüfer
THOMAS OBERLE
DR. GÖRAN BERGER
Steuerberater u. Fachanwalt für Steuerrecht
CHRISTOPH SCHOLL
CHRISTOPHER SEAGON
Fachanwalt für Insolvenzrecht
PROF. DR. ULRICH GOLL
Zulassung ruht
HENRIK SCHMOLL
MICHAEL BAUER
CHRISTOPH ROBBECKE

FRANKFURT
ALFRED HAGEBUSCH
TOBIAS WAHL
DR. MICHAEL FLITSCH
DR. SEBASTIAN GALL
DR. CHRISTOPH HERBST
HANS KONRAD SCHENK
DR. RICHARD SCHOLZ LL.M.
Fachanwalt für Steuerrecht

DÜSSELDORF
ANDREAS PANTLEN
Steuerberater
ALEXANDER REUS
DR. CHRISTOF SCHILLER
Steuerberater u. CPA (USA)

STUTTGART
DR. VOLKER GRUB
Fachanwalt für Insolvenzrecht
ULRICH BRUGGER
URSULA THEIN
Fachanwältin für Arbeitsrecht
DR. WOLFGANG BILGERY
DR. PHILIPP GRUB
DR. VOLKER MUSCHALLE
Mehr en Deu
MARTIN MUCHA
DR. THILO SCHULTZE
DR. DIRK TÄGER

BERLIN
JOACHIM KURT
Fachanwalt für Steuerrecht
TOBIAS PFEIFER

DRESDEN
PETER SCHOLL
FABIAN TESCHLER
LARS HINKEL

ERFURT
STEFFANIE HARDER

LEIPZIG
DR. VOLKER SCHLITTGEN

HILDESHEIM
RALF NESTLER
Fachanwalt für Steuerrecht
SILVIO HÖFER

MÜNCHEN
DR. GEORG STREIT
VINCENZ VON DRAUN

Insolvenzverfahren über das Vermögen der febit ag, Käfertaler Straße 190, 68167 Mann-
heim
hier: Erwerb der Patente

Sehr geehrte Frau Kollegin Schlotzhauer,

nachdem die Option durch Ihr Haus fristgerecht ausgeübt wurde und der Kaufpreis zwischenzeit-
lich auf unserem Anderkonto eingegangen ist, übersende ich Ihnen in der Anlage ein Originaldo-
kument, welches die Gensynthi-Schutzrechte betrifft.

Für Rückfragen stehe ich gerne zur Verfügung und verbleibe

mit freundlichen kollegialen Grüßen
für

Seagon
Rechtsanwalt
als Insolvenzverwalter

Robbecke
Rechtsanwalt

**HIGHLY
CONFIDENTIAL**

**ATTORNEY'S EYES ONLY**

70178 Stuttgart · Hurnholdstr. 16 · Tel. (0711) 96689-0 · Fax (0711) 96689-19
60325 Frankfurt · Corneliusstr. 18 · Tel. (069)907458-0 · Fax (069)907458-50
10179 Berlin · Littenstr. 108 · Tel. (030)28 52 95-0 · Fax (030) 28 52 95-29
01097 Dresden · Theresienstr. 8 · Tel. (0351)80861-0 · Fax (0351)80861-50
99084 Erfurt · Andreasstr. 39 · Tel. (0361)56569-0 · Fax (0361) 56569-23

04105 Leipzig · Lützstr. 11 · Tel. (0341)98 48 2-0 · Fax (0341)98 48 2-20
31134 Hildesheim · Bernwardstr. 11 · Tel. (05121) 74974-0 · Fax (05121) 74974-17
40212 Düsseldorf · Königsallee 90 · Tel. (0211) 8 60 68 00 · Fax (0211) 8 60 68 10
80333 München · Brienner Str. 12a · Tel. (089)28 78 81-0 · Fax (089) 28 78 81-29

69115 Heidelberg · Blumenstraße 17 · Tel. (06221) 91 18-0 · Fax (06221) 23 128 · eMail: heidelberg@wellensiek-grub.de
Eingetragen in das Partnerschaftsregister Amtsgericht Heidelberg PR 0277 · USt-ID.-Nr. DE143285192

FEBO 001133

# EXHIBIT   Q



### WELLENSIEK GRUB & PARTNER
### LAWYERS

Wellensiek Grub & Partner · PO Box 106180 · Heidelberg

Certified Mail/Delivery Receipt
TechnoStart Consulting Firm
For Investment Funds mbH
Ms Ulrike Schlotzhauer
Martin-Luther-Strasse 57

71636 Ludwigsburg
Heidelberg, the 17/01/2005
/document4

< stamp: received 19 Jan 2005 >

< list of Wellensiek Grub Partners and Branches >

| Secretary: | Ms Koystorz |
| Tel: | 06221 / 9118-56 |
| Fax: | 06221 / 9118-66 |
| Email: | carolin.koystorz@wellensiek-grub.de |



**Re: Insolvency proceedings over the assets of febit ag, Käfertaler Strasse 190, 68167 Mannheim**
Here: Acquisition of the patents

Dear Ms Schlotzhauer,

Following the timely exercise of the option by your company, and the receipt of the purchase price into our trust account in the meantime, I am sending you an original document regarding the Gensynthi patent rights.

It would be my pleasure to help you if you have any further questions.

Yours sincerely,

for Seagon
Lawyer
in his capacity as insolvency administrator

< signature >

Rohbeck
Lawyer

**HIGHLY CONFIDENTIAL**

**ATTORNEY'S EYES ONLY**

< various signed initials >

70178 Stuttgart · Humboldtstr. 16 · Tel: (0711) 96689-0 · Fax: (0711) 96689-19   04105 Leipzig · Löhrstr. 11·Tel: (0341) 98482-0·Fax: (0341) 98482-20
60325 Frankfurt-Corneliusstr. 18·Tel: (069) 907458-0·Fax: (069) 907458-50   31334 Hildesheim-Bernwardstr.11·Tel: (05121)74974-0·Fax: (05121) 7497417
10179 Berlin-Littenstr 108·Tel: (030) 285295-0·Fax: (030) 28529529) 96689-19   40212 Düsseldorf · Königsallee 90·Tel: (0211) 8606800·Fax: (0211) 8606810
01097 Dresden-Theresienstr.8·Tel: (0351) 80861-0·Fax: (0351) 80861-50   80333 Munich · Briennerstr. 17a·Tel: (089) 287881-0·Fax: (089) 287881-29
99084 Erfurt · Andreasstr.. 39 · Tel: (0361) 56569-0 · Fax: (0361) 56569-23
69115 Heidelberg · Blumenstrasse 17 · Tel: (06221) 9118-0 · Fax: (06221) 23128 · email: heidelberg@wellensiek-grub.de
Entered in the partnership register of the District Court of Heidelberg PR 0027 · VAT ID no: DEI4328519

FEBO 001135

I certify
correctness and completeness of the translation
from German into English language

Braeunrode,    1 2 SEP. 2007

*Oksana Peters*



**HIGHLY
CONFIDENTIAL**

ATTORNEY'S EYES ONLY

FEBO 001137

# EXHIBIT  R



3

**Beglaubigte Abschrift**

Gründungsurkunde
Neckarburg 66. V V GmbH

Urkundenrolle Nr. 861/2005 KO

Verhandelt

zu Bonn am 16. Februar 2005

Vor dem unterzeichnenden Notar

Dr. Peter Kolb
in Bonn

erschien, von Person bekannt:

Herr Frank Zenk, geboren am 11.02.1953,
wohnhaft Friedrich-Ebert-Str. 10, 65239 Hochheim,
handelnd:

1.  als einzelvertretungsberechtigter und von § 181 2. Alt. BGB befreiter Prokurist
    für die FORATIS AG mit Sitz in Bonn, eingetragen im Handelsregister beim
    Amtsgericht Bonn unter HRB 12099, und

2.  als einzelvertretungsberechtigter und von § 181 BGB befreiter Geschäftsführer
    für die Firma, fertig, los GmbH mit Sitz in Bonn, eingetragen im Handelsregister
    beim Amtsgericht Bonn unter HRB 12160

wozu der Notar aufgrund Einsicht in das Handelsregister Bonn vom 16. Februar
2005 bescheinigt, dass unter den angegebenen Registernummern die vorgenannten
Gesellschaften eingetragen sind und die Vertretungsberechtigung in der vorge-
nannten Weise besteht.

Der Erschienene – handelnd wie angegeben – erklärte:

Ich errichte hiermit eine Gesellschaft mit beschränkter Haftung und stelle den Ge-
sellschaftsvertrag wie folgt fest:

FEBO 001138



Gründungsurkunde
Neckarburg 66. V V GmbH

§ 1    Firma, Sitz und Geschäftsjahr

Die Firma der Gesellschaft lautet

Neckarburg 66. V V GmbH.

Der Sitz der Gesellschaft ist Stuttgart.

Geschäftsjahr ist das Kalenderjahr.

§ 2    Unternehmensgegenstand

Gegenstand des Unternehmens ist die Verwaltung eigener Vermögenswerte.

§ 3    Stammkapital

Das Stammkapital beträgt 25.000,00 EUR.

Auf das Stammkapital übernehmen

die FORATIS AG eine Stammeinlage in Höhe von              1.000,00 EUR,
die Firma. fertig, los GmbH eine Stammeinlage in Höhe von  24.000,00 EUR.

Die FORATIS AG hat auf die Stammeinlage 250,00 EUR, die Firma, fertig, los
GmbH 12.250,00 EUR sofort einzuzahlen, den Rest nach Abruf durch den
Geschäftsführer.

§ 4    Geschäftsführer

Die Gesellschaft hat einen oder mehrere Geschäftsführer.

Ist nur ein Geschäftsführer bestellt, so vertritt dieser die Gesellschaft allein.
Sind mehrere Geschäftsführer bestellt, wird die Gesellschaft durch zwei Ge-
schäftsführer oder durch einen Geschäftsführer in Gemeinschaft mit einem
Prokuristen vertreten.

Die Gesellschafterversammlung kann einzelnen Geschäftsführern jeweils
Einzelvertretungsbefugnis und Befreiung von den Beschränkungen des
§ 181 BGB erteilen.



Gründungsurkunde
Neckarburg 66. V V GmbH

§ 5    Bekanntmachungen

Die Bekanntmachungen der Gesellschaft erfolgen nur durch Veröffentlichung im Deutschen Bundesanzeiger, soweit und sobald gesetzlich zulässig nur im elektronischen Bundesanzeiger.

§ 6    Gründungskosten

Sämtliche mit der Gründung verbundenen Kosten trägt die FORATIS AG.

Der Notar wies den Erschienenen darauf hin, dass

- die Gesellschaft erst mit Eintragung ins Handelsregister entsteht (§ 11 Abs. 1 GmbHG)
- die vorher in ihrem Namen abgeschlossenen Geschäfte mit der Eintragung auf die Gesellschaft übergehen;
- die Gesellschafter bei falschen Angaben oder Schädigung der Gesellschaft durch Einlagen oder Gründungsaufwand unter Umständen ersatzpflichtig und strafrechtlich verantwortlich sind (§§ 9 a, 82 GmbHG);
- das zur Erhaltung des Stammkapitals erforderliche Gesellschaftsvermögen nicht zurückgewährt werden darf (§§ 30, 31 GmbHG);
- die Gesellschafter auch für den Fall ihres etwaigen Ausscheidens aus der Gesellschaft neben dem Erwerber ihres Geschäftsanteiles für die Volleinzahlung der Stammeinlage gesamtschuldnerisch haften (§ 21 Abs. 3 GmbHG);
- der Notar gemäß § 54 EStDV eine Anzeigepflicht gegenüber dem für die Gesellschaft gem. § 20 AO zuständigen Finanzamt hat.

Der Notar wies weiter darauf hin, dass er nicht beauftragt war, die steuerlichen Folgen dieser Urkunde zu prüfen und daher auch keine steuerliche Beratung durch den Notar mit dieser Beurkundung verbunden ist.

Die Geschäftsräume der Gesellschaft befinden sich in Rommelstr. 3, 70376 Stuttgart.

Diese Niederschrift wurde dem Erschienenen vom Notar vorgelesen, von dem Erschienenen genehmigt und von ihm und dem Notar eigenhändig wie folgt unterschrieben:



**Beglaubigte Abschrift**

Die wörtliche Übereinstimmung der vorstehenden Abschrift mit der mir vorliegenden Urschrift beglaubige ich hiermit.

Bonn, den 17. Februar 2005

**Der Notar:**
(Dr. Peter Kolb)

FEBO 001141

# EXHIBIT  S



*1*

Handelsregisteranmeldung
Neckarburg 66. V V GmbH

Amtsgericht Stuttgart
Hauffstraße 5

70190 Stuttgart

Eintr. Verfg. Bl.            H b·
Eingetragen am :   2 Z. Feb. 2005

5185|05

Bonn; den 16.02.05

In der Handelsregistersache

Neckarburg 66. V V GmbH
- Neuanmeldung –

überreiche ich, die unterzeichnende Geschäftsführerin

1.  eine beglaubigte Abschrift der Gründungsverhandlung nebst Gesellschaftsvertrages vom 16.02.05 des Notars Dr. Peter Kolb in Bonn mit der UR-Nr. 861/2005 KO

2.  die Liste der Gesellschafter

und melde die Gesellschaft und meine Bestellung zur Geschäftsführerin zur Eintragung in das Handelsregister an.

Die Gesellschaft hat einen oder mehrere Geschäftsführer.

Ist nur ein Geschäftsführer bestellt, so vertritt dieser die Gesellschaft allein. Sind mehrere Geschäftsführer bestellt, wird die Gesellschaft durch zwei Geschäftsführer oder durch einen Geschäftsführer in Gemeinschaft mit einem Prokuristen vertreten.

Die Gesellschafterversammlung kann einzelnen Geschäftsführern jeweils Einzelvertretungsbefugnis und Befreiung von den Beschränkungen des § 181 BGB erteilen.

Ich vertrete die Gesellschaft allein, solange ich alleinige Geschäftsführerin bin. Sind mehrere Geschäftsführer bestellt, so vertrete ich die Gesellschaft gemeinsam mit einem Geschäftsführer oder einem Prokuristen.

Ich zeichne meine Unterschrift wie folgt:

_V. Suttner_
Nicole Suttner

Handelsregisteranmeldung
Neckarburg 66. V V GmbH

Ich versichere, dass auf die übernommenen Stammeinlagen vom Gesellschafter
FORATIS AG ein Betrag von 250,00 EUR und vom Gesellschafter Firma, fertig, los
GmbH ein Betrag von 12.250,00 EUR vollständig in die Gesellschaft eingezahlt sind.
Damit ist auf jede Stammeinlage mindestens ein Viertel und auf das Stammkapital
insgesamt ein Betrag von 12.500,00 EUR eingezahlt. Die eingezahlten Beträge be-
finden sich endgültig in meiner freien Verfügung als Geschäftsführer.

Ich versichere ferner, dass das Anfangskapital der Gesellschaft nicht durch Schulden
vorbelastet ist.

Weiter versichere ich, dass keine Umstände vorliegen, die meiner Bestellung als
Geschäftsführer nach § 6 Abs. 2 Satz 3 und 4 GmbHG entgegenstehen.

Ich wurde niemals wegen einer Straftat nach den §§ 283 bis 283 d StGB verurteilt,
und mir ist weder durch gerichtliches Urteil noch durch die vollziehbare Entschei-
dung einer Verwaltungsbehörde die Ausübung eines Berufes, eines Berufszweiges,
Gewerbes oder Gewerbezweiges untersagt worden.

Ich versichere auch, dass ich durch den Notar darüber belehrt wurde, dass ich dem
Registergericht gegenüber nach § 53 Abs. 2 BZRG zur unbeschränkten Auskunft
hierüber verpflichtet bin.

Die Geschäftsräume befinden sich in Rommelstr. 3, 70376 Stuttgart.

Bonn 16.0?.05

*N. Suttner*
Nicole Suttner

UR-Nr. B90/2005 KO

Hiermit beglaubige ich die vorstehende, heute vor mir vollzogene Namenszeich-
nung der Unterschrift sowie die Unterschrift unter der Anmeldung der Hotelfach-
frau Nicole Suttner, geboren am 29.07.1973, wohnhaft Heidegartenweg 2a, 53343
Wachtberg, ausgewiesen durch amtlichen Personalausweis.

Bonn, 16.02.2005

**Notar**

# EXHIBIT  T

24.FEB.2005 15:13 +49 228 655982          NOTARIAT KEMP & KOLB          *8978 P.001/00

H i n w e i s :                                          Amtsgericht Stuttgart
Die für diese Eintragung entstandenen                   - Registergericht -
Gerichtskosten werden ausschließlich                    Hauffstraße 5
von der Landesoberkasse Baden-Württemberg               70190 Stuttgart
eingefordert. Zahlen Sie bitte nur an die               Tel. 0711/921-0
Landesoberkasse.

         Notar
         Dr. Peter Kolb

                                                    ┌──────────────────────┐
                                                    │        Notare        │
         Bertha-von-Suttner-Platz 2-4               │   Kemp und Kolb      │
                                                    │   2 4 Feb. 2005      │
         53111 Bonn                                 │        Ms            │
                                                    └──────────────────────┘

         zu UR.Nr. 890/2005 KO

| Mitteilung über die Eintragung im Handelsregister                    Seite : 1  |
| Amtsgericht Stuttgart                                                           |
|      HRB 25183                                                                  |
|                                                                                 |
| Geschäftsanschrift nach zuletzt vorliegenden Angaben:                           |
|                                                                                 |
|      Roummelstr. 3                                                              |
|      70376 Stuttgart                                                            |
| Unter der oben angegebenen Registernummer ist im Handelsregister                |
| am 22.02.2005 in den Spalten folgendes eingetragen worden :                     |

         Spalte 1 (Laufende Nummer) :

              1

         Spalte 2 (Firma, Sitz, Gegenstand) :

              a)
              Neckarburg 66. V V GmbH

              b)
              Stuttgart

              c)
              die Verwaltung eigener
              Vermögenswerte.

         Spalte 3 (Grund- oder Stammkapital) :

              25.000 EUR

         Spalte 4 (Vorstand, Pers. haft. Gesellsch., Gesch.führer, Abwickler) :

              Nicole Suttner,
              geb.
              29.07.1973,              **HIGHLY**
              Wachtberg               **CONFIDENTIAL**     ATTORNEY'S EYES ONLY

FEBO 001145

21.FEB'2005 15:14 +49 228 655582      NOTARIAT KEMP & KOLB          #4978 P.002/002

```
-------------------------------------------------------------------
| Mitteilung über die Eintragung im Handelsregister    Seite : 2   |
| Amtsgericht Stuttgart                                            |
|    HRB 25183                                                    |
|                                                                 |
| Unter der oben angegebenen Registernummer ist im Handelsregister |
| am 22.02.2005 in den Spalten folgendes eingetragen worden :      |
-------------------------------------------------------------------
```

Spalte 5 (Prokura) :

Spalte 6 (Rechtsverhältnisse) :

Gesellschaft mit beschränkter Haftung.

Gesellschaftsvertrag vom 16. Februar 2005.

Ist nur ein Geschäftsführer bestellt, vertritt er die
Gesellschaft allein.

Sind mehrere Geschäftsführer bestellt, wird die Gesell-
schaft durch zwei Geschäftsführer oder durch einen
Geschäftsführer und einen Prokuristen vertreten.

Die Geschäftsführerin Nicole Suttner, geb. 29.07.1973,
Wachtberg, vertritt allein, solange nur ein Geschäftsführer
bestellt ist.

Spalte 7 (Eintragungstag, Bemerkung) :

a) 22.2.2005

b)
Ges. Vertr.
Bl. 2 Süd.

**HIGHLY
CONFIDENTIAL**

ATTORNEY'S EYES ONLY

FEBO 001146

# EXHIBIT   U



# Handelsregister – Abt. B – des Amtsgerichts STUTTGART

Blatt _1_ (mit Fortsetzung Blatt)

HRB 25183

| Nummer der Eintragung | a) Firma b) Sitz c) Gegenstand des Unternehmens | Grund(kapital oder Stammkapital | Vorstand Persönlich haftende Gesellschafter Geschäftsführer Abwickler | Prokura | Rechtsverhältnisse | a) Tag der Eintragung und Unterschrift b) Bemerkungen |
|---|---|---|---|---|---|---|
| 1 | a) Neckarburg 66. V v GmbH  b) Stuttgart  c) Die Verwaltung eigenen Vermögenswerte. | 25.000 EUR | Nicole Suttner geb. 29.07.1973, Wachtberg | | Gesellschaft mit beschränkter Haftung. Gesellschaftsvertrag von 16. Februar, 2005.  Ist nur ein Geschäftsführer bestellt, vertritt er die Gesellschaft allein.  Sind mehrere Geschäftsführer bestellt, wird die Gesellschaft durch zwei Geschäftsführer oder durch einen Geschäftsführer und einen Prokuristen vertreten.  Die Geschäftsführerin Nicole Suttner, geb. 29.07.1973, Wachtberg, vertritt allein, solange nur ein Geschäftsführer bestellt ist. | a)22.2.2005  b) _(signature)_  Geb. Vertr. Bl. 2 Bbl. |
| 2 | b) nun: Heidelberg | | | | Der Sitz der Gesellschaft ist verlegt nach Heidelberg; nun Amtsgericht Heidelberg HRB 7906. | a)17.6.2005  b) _(signature)_ |

Fortsetzung Rückseite



HRB 25183

Handelsregister – Abt. B – des Amtsgerichts STUTTGART

Blatt _____
(mit Fortsetzung Blatt)

| Nummer der Eintragung | a) Firma b) Sitz c) Gegenstand des Unternehmens | Grundkapital oder Stammkapital | Vorstand Persönlich haftende Gesellschafter Geschäftsführer Abwickler | Prokura | Rechtsverhältnisse | a) Tag der Eintragung und Unterschrift b) Bemerkungen |
|---|---|---|---|---|---|---|
| 1 | | 2 | 4 | 5 | 6 | 7 |

Fortsetzung auf dem _____ten Blatt

Stuttgart, 30.03.2007
Der Ausdruck bezeugt den inhaltlichen Übereinstimmung...
Kosten, Justizzahlstelle
Urkundsbeamter der Geschäftsstelle



FEBO 001149

# EXHIBIT  V

Commercial Register – Dept. B – of the District Court of Stuttgart

Page 1
Continued on    page

HRB 25183

| Entry number | a) Company b) Registered office c) Corporate purpose | Equity or nominal capital | Executive Personally liable partner Director Liquidator | Procuration | Legal relationships | a) Day of entry and signature b) Notes |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 1 | a) Neckarburg 66. V V GmbH b) Stuttgart c) The administration of own assets | DM 25,000.- | Nicole Suttner, DOB 29/07/1973, Wachberg | | Limited liability corporation. Articles of incorporation of 16/02/2005. If only one executive director is present, the corporation shall be represented solely by this person. If multiple executive directors are appointed, the corporation shall be represented by two executive directors, or by one executive director with one procurator. Chief Executive Officer Nicole Suttner, born 29/07/1973, Wachberg, is sole representative if only one executive director is appointed. | a) 22/02/2005 < signature > b) Legal representative p 2 SBd |
| 2 | b) now: Heidelberg | | | | The registered office of the corporation has been relocated to Heidelberg; now District Court of Heidelberg HRB 7906. | a) 17/06/2005 < signature > |

Commercial Register – Dept. B – of the District Court of Stuttgart

Page 1
Continued on    page

HRB 25183

| Entry number | a) Company b) Registered office c) Corporate purpose | Equity or nominal capital | Executive Personally liable partner Director Liquidator | Procuration | Legal relationships | a) Day of entry and signature b) Notes |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |

Stuttgart, 30/08/2007
The transcript attests to the content of the Register prior to the revision
Kersten, Registrar (Justizfachangestellte) < signature >
Certification officer of the court (Urkundsbeamter der Geschäftsstelle)

< stamp: District Court of Stuttgart >

< back side >
< stamp: District court of Mannheim >

FEBO 001151

I certify
correctness and completeness of the translation
from German into English language

Braeunrode,      1 2 SEP. 2007

*Oksana Peters*







FEBO 001153

# EXHIBIT  W

## 9 UR 713/05

*Ausfertigung*



Notariat IX Mannheim  68149 Mannheim

An das
Amtsgericht Stuttgart
Hauffstr. 5

70190 Stuttgart

zu HRB 25183



Amtsgericht
Stuttgart
Eing.        1 8. April 2005
mit ..................... Anlagen
mit ............ EUR/DM bar/Kost    4



**Notariat IX Mannheim**
**Notar Dr. Rainer Preusche**

## Öffentliche Urkunde

über

**Kauf- u. Abtretungsvertrag**

1. FORATIS AG, Bonn
2. Firma fertig, los GmbH, Bonn
und
3. INGRABAN Beratungs- u. Beteiligungs
   GmbH, Weinheim
u.a.

**Gesellschafterversammlung**

Firma Neckarburg 66.VV GmbH

---

Postanschrift: Notariat IX Mannheim, 68149 Mannheim
Dienstgebäude: N 7, 19, 68161 Mannheim
Telefon:
Notar                                   0621/292-1358
Kanzlei (Terminvereinbarung)            0621/292-1359
Geschäftsstelle (Kostenfragen)          0621/292-1357
Telefax:                                0621/292-3139
*E-mail: rainer.preusche@notmannheim.justiz.bwl.de*

FEBO 001156

*13*

Nr.: 713 der Urkundenrolle für 2005

Verhandelt

zu Mannheim

am 11. April 2005

Vor mir, dem unterzeichnenden

**Notar Dr. Rainer Preusche**

**mit Amtssitz in Mannheim**

erschienen heute ausgewiesen durch Vorlage ihrer Personalausweise und unbedenklich geschäftsfähig:

1. Herr Prof. Dr. Christof Hettich, geboren am 5. November 1959, geschäftsansässig Harrlachweg 4, 68163 Mannheim,

   hier nicht handelnd für sich selbst persönlich, sondern als von den Beschränkungen des § 181 BGB befreiter Vertreter von:
   a) der FORATIS AG, Kurt-Schumacher-Straße 18 - 20, 53113 Bonn sowie
   b) der Firma, fertig, los GmbH, Kurt-Schumacher-Straße 18 - 20, 53113 Bonn.
   c) New Market Venture Verwaltungs GmbH, Harrlachweg 4, 68163 Mannheim
   Die Vertretungsmacht wird nachgewiesen durch die als **Anlage 1** beigefügte Vollmacht sowie die als **Anlagen 2 und 3** beigefügten beglaubigten Handelsregisterauszüge des Amtsgerichts Bonn vom 2. März 2005 zu HRB 12099 und HRB 12160 sowie beurkundete Generalvollmacht, die in begl. Kopie als Anlage 8 beigefügt ist.

2. Herr Cord F. Stähler, geboren am 24. Februar 1969, wohnhaft Siegfriedstraße 54, 69469 Weinheim,

   hier nicht handelnd für sich persönlich, sondern als:

   a) einzelvertretungsberechtigter und von den Beschränkungen des § 181 BGB befreiter Geschäftsführer der INGRABAN Beratungs- und Beteiligungs-

080405　VH/febit/AnteilskaufV

FEBO 001157

2

GmbH, Siegfriedstraße 54, 69469 Weinheim, eingetragen in dem Handelsre-
gister des Amtsgerichts Mannheim unter HRB 3044 W.

Die Vertretungsmacht wird nachgewiesen durch den beglaubigten Handels-
registerauszug vom 30. März 2005 des Amtsgerichts Mannheim zu HRB
3044 W, der als **Anlage 4** beigefügt ist.

b) als von den Beschränkungen des § 181 BGB befreiter Vertreter von Herrn
Dr. Markus Beier, geboren am 13. Oktober 1965, wohnhaft Friedensstraße.
39, 69121 Heidelberg.

Die Vertretungsmacht wird nachgewiesen durch die als **Anlage 5** beigefügte
Vollmacht.

3. Herr Peer F. Stähler, geboren am 14. Februar 1972, wohnhaft Obere Clignetstra-
ße 14, 68167 Mannheim.

4. Herr Dr. Ramón Güimil García, geboren am 5. Oktober 1962, wohnhaft Otto-Hahn
Platz 7, 69126 Heidelberg.

5. Herr Klaus Thomé, geboren am 2. Januar 1961, wohnhaft Schillerstrasse 25 b,
68789 St. Leon-Rot, hier nicht handelnd für sich persönlich, sondern als einzel-
vertretungsberechtigter und von den Beschränkungen des § 181 BGB befreiter
Geschäftsführer der Cybidts Systems Beratungs- und Beteiligungsverwaltung
GmbH, Schillerstrasse 25 b, 68789 St. Leon-Rot, eingetragen im Handelsregister
des Amtsgerichts Heidelberg unter HRB 2068-Wi.

Die Vertretungsmacht wird nachgewiesen durch den beglaubigten Handelsregis-
terauszug vom 21. März 2005 des Amtsgerichts Heidelberg zu HRB 2068-Wi, der
als **Anlage 6** beigefügt ist.

6. Herr Dr. Matthias Scheffler, geboren am 8. März 1967, wohnhaft Ladenburger
Straße 22, 69493 Hirschberg, hier nicht handelnd für sich persönlich, sondern als
einzelvertretungsberechtigter und von den Beschränkungen des § 181 BGB be-

080405 VH/febl/AnteilskaufV

3

freiter Geschäftsführer der SyntheLion Beratungs- und Beteiligungs GmbH, eingetragen im Handelsregister des Amtsgerichts Mannheim unter HRB 3061-W.

Die Vertretungsmacht wird nachgewiesen durch den beglaubigten Handelsregisterauszug vom 31. März 2005 des Amtsgerichts Mannheim zu HRB 3061-W, der als **Anlage 7** beigefügt ist.

7.  Herr Michael Mayer, geboren am 30. August 1953, geschäftsansässig Martin-Luther-Straße 57, 71636 Ludwigsburg,

hier nicht handelnd für sich persönlich, sondern als:

a)  einzelvertretungsberechtigter und von den Beschränkungen des § 181 BGB befreiter Geschäftsführer der Zweite TechnoStart Ventures Verwaltungs GmbH mit Sitz in Ludwigsburg, eingetragen in das Handelsregister des Amtsgerichts Ludwigsburg unter HRB 6050, diese wieder handelnd als Komplementärin der Zweite TechnoStart Ventures Fonds GmbH & Co. KG mit dem Sitz in Ludwigsburg, eingetragen in das Handelsregister des Amtsgerichts Ludwigsburg unter HRA 2789, sowie

b)  einzelvertretungsberechtigter und von den Beschränkungen des § 181 BGB befreiter Geschäftsführer der TechnoStart Ventures Verwaltungs GmbH mit Sitz in Ludwigsburg, eingetragen in das Handelsregister des Amtsgerichts Ludwigsburg unter HRB 5387, diese wieder handelnd als Komplementärin der TechnoStart Ventures GmbH & Co. Fonds KG mit dem Sitz in Ludwigsburg, eingetragen in das Handelsregister des Amtsgerichts Ludwigsburg unter HRA 2587.

Die Vertretungsmacht wird nachgewiesen durch die beglaubigten Handelsregisterauszüge des Amtsgerichts Ludwigsburg vom 07.04.2005, die als beglaubigte Kopien als **Anlagen 9 bis 12** beigefügt sind.

I.

Die Erschienenen baten um öffentliche Beurkundung des folgenden Vertrages:

080405 VI-H/ebil/AnteilskaufV

4

**Kauf- und Abtretungsvertrag**

**über die Geschäftsanteile der Neckarburg 66. V V GmbH**

zwischen

1. der FORATIS AG,
Kurt-Schumacher-Straße 18 - 20,
53113 Bonn

und

2. der Firma, fertig, los GmbH,
Kurt-Schumacher-Straße 18 - 20,
53113 Bonn

- nachfolgend gemeinsam auch „Verkäufer" genannt -

und

3. INGRABAN Beratungs- und Beteiligungs GmbH,
Siegfriedstraße 54, 69469 Weinheim

4. Peer F. Stähler, Obere Clignetstraße 14, 68167 Mannheim

5. Dr. Ramon Gümil García, Otto-Hahn-Platz 7, 69126 Heidelberg

6. Cybridts Systems Beratungs- und Beteiligungsverwaltungs GmbH,
Schillerstraße 25 b, 68769 St. Leon-Rot

7. Dr. Markus Beier, Friedensstraße 39, 69121 Heidelberg

8. SyntheLion Beratungs- und Beteiligungsverwaltungs GmbH,
Ladenburgerstraße 22, 69463 Hirschberg

9. Dr. Fritz Stähler, Limbergweg 23, A-5700 Zell am See

10. NewMarket Venture Verwaltungs GmbH, Harrlachweg 4, 68163 Mannheim

11. TechnoStart Ventures GmbH & Co. Fonds KG,
Martin-Luther-Straße 57, 71636 Ludwigsburg

12. Zweite TechnoStart Ventures Fonds GmbH & Co. KG,
Martin-Luther-Straße 57, 71636 Ludwigsburg

- nachfolgend gemeinsam auch „Käufer" genannt -

080405  VH/febit/AnteilskaufV

FEBO 001160

· 5 ·

## § 1 - Vorbemerkungen

Die FORATIS AG hält einen Geschäftsanteil von nominal € 1.000,00 und die Firma, fertig, los GmbH einen Geschäftsanteil von nominal € 24.000,00 an der mit einem Stammkapital von € 25.000,00 ausgestatteten Neckarburg 66. V V GmbH, eingetragen im Handelsregister des Amtsgerichts Stuttgart unter HRB 25183 (nachfolgend „Gesellschaft" genannt).

## § 2 - Verkauf und Abtretung

(1) Die FORATIS AG verkauft ihren Geschäftsanteil an der Gesellschaft von nominal € 1.000,00 an die INGRABAN Beratungs- und Beteiligungs GmbH und tritt den Geschäftsanteil an diese ab. Die INGRABAN Beratungs- und Beteiligungs GmbH nimmt den Verkauf und die Abtretung hiermit an.

(2) Die Firma, fertig, los GmbH teilt hiermit ihren Geschäftsanteil an der Gesellschaft von nominal € 24.000,00 in folgende Teilgeschäftsanteile:

   a)  Teilgeschäftsanteil 1 von nominal € 1.800,00,
   b)  Teilgeschäftsanteil 2 von nominal € 2.550,00,
   c)  Teilgeschäftsanteil 3 von nominal € 1.400,00,
   d)  Teilgeschäftsanteil 4 von nominal € 1.200,00,
   e)  Teilgeschäftsanteil 5 von nominal € 1.200,00,
   f)  Teilgeschäftsanteil 6 von nominal € 1.200,00,
   g)  Teilgeschäftsanteil 7 von nominal € 2.200,00,
   h)  Teilgeschäftsanteil 8 von nominal € 5.650,00,
   i)  Teilgeschäftsanteil 9 von nominal € 2.900,00,
   j)  Teilgeschäftsanteil 10 von nominal € 3.900,00.

(3) Die Firma, fertig, los GmbH verkauft ihre in Abs. 2 aufgeführten Teilgeschäftsanteile an die nachfolgend aufgeführten diesen Kauf annehmenden Personen und tritt diese Teilgeschäftsanteile an diese die Abtretung annehmenden Personen ab:

   a)  Teilgeschäftsanteil 1 von nominal € 1.800,00 an die INGRABAN Beratungs- und Beteiligungs GmbH,

080405 VH/fcbit/AnteilskaufV

FEBO 001161

6

73

b) Teilgeschäftsanteil 2 von nominal € 2.550,00 an Herrn Peer F. Stähler,

c) Teilgeschäftsanteil 3 von nominal € 1.400,00 an Herrn Dr. Ramon Gümil Garcia,

d) Teilgeschäftsanteil 4 von nominal € 1.200,00 an Cybridts Systems Beratungs- und Beteiligungsverwaltungs GmbH,

e) Teilgeschäftsanteil 5 von nominal € 1.200,00 an Herrn Dr. Markus Beier,

f) Teilgeschäftsanteil 6 von nominal € 1.200,00 an SyntheLion Beratungs- und Beteiligungsverwaltungs GmbH,

g) Teilgeschäftsanteil 7 von nominal € 2.200,00 an Herrn Dr. Fritz Stähler,

h) Teilgeschäftsanteil 8 von nominal € 5.650,00 an die New Market Venture Verwaltungs GmbH

i) Teilgeschäftsanteil 9 von nominal € 2.900,00 an die TechnoStart Ventures GmbH & Co. Fonds KG,

j) Teilgeschäftsanteil 10 von nominal € 3.900,00 an die Zweite TechnoStart Ventures Fonds GmbH & Co. KG.

### § 3 - Garantien

Die Verkäufer garantieren, dass zum Zeitpunkt des Wirksamwerdens dieses Vertrages

a) sie alleinige Gesellschafter der Gesellschaft sind,

b) das Stammkapital in voller Höhe eingezahlt ist und der Betrag in Höhe von € 25.000,00 auf dem Konto der Gesellschaft bei der Fortis Bank (BLZ 370 10 600), Konto-Nr. 1 163 9 111 78 vorhanden ist,

c) keine Rechte Dritter an den Geschäftsanteilen bestehen,

d) die Gesellschaft keine wirtschaftliche Tätigkeit aufgenommen hat und keine Verbindlichkeiten der Gesellschaft gegenüber Dritten bestehen,

e) die Gesellschafterversammlung keine satzungsändernden Beschlüsse getroffen hat.

### § 4 - Kaufpreis

(1) Der Kaufpreis beträgt insgesamt € 27.500,00.

(2) Der Kaufpreis ist innerhalb von zwei Wochen nach Beurkundung dieses Vertrages, wie nachfolgend aufgeführt, auf das Konto der Fortis AG bei der Fortis Bank Köln (BLZ 370 10 600), Konto-Nr. 108 970 12 29 zu zahlen:

080405 VH/febit/AnteilskaufV

FEBO 001162

7

- der INGRABAN Beratungs- und Beteiligungs GmbH einen weiteren Kaufpreis in Höhe von € 3.080,00,
- Herrn Peer F. Stähler einen Kaufpreis in Höhe von € 2.805,00,
- Herrn Dr. Ramon Gümil Garcia einen Kaufpreis in Höhe von € 1.540,00,
- Cybridts Systems Beratungs- und Beteiligungsverwaltungs GmbH einen Kaufpreis in Höhe von € 1.320,00,
- Dr. Markus Beier einen Kaufpreis in Höhe von € 1.320,00,
- SyntheLion Beratungs- und Beteiligungsverwaltungs GmbH einen Kaufpreis in Höhe von € 1.320,00,
- Herrn Dr. Fritz Stähler einen Kaufpreis in Höhe von € 2.420,00,
- New Market Venture Verwaltungs GmbH einen Kaufpreis in Höhe von € 6.215,00,
- TechnoStart Ventures GmbH & Co. Fonds KG einen Kaufpreis in Höhe von € 3.190,00,
- Zweite TechnoStart Ventures Fonds GmbH & Co. KG einen Kaufpreis in Höhe von € 4.290,00.

(3) Mit dem Kaufpreis ist darüber hinaus eine Bearbeitungsgebühr von € 100,00 fällig.

### § 5 - Geschäftsführer

Die Käufer verpflichten sich, unverzüglich im Anschluss an die Beurkundung den bisherigen Geschäftsführer der Gesellschaft abzuberufen und einen neuen Geschäftsführer zu bestellen.

### § 6 - Kosten

Die mit dem Abschluss und der Durchführung dieses Vertrages entstehenden Kosten tragen die Käufer im Innenverhältnis entsprechend ihrer Beteiligung an der Gesellschaft. Die gilt auch für die Bearbeitungsgebühr gemäß § 4 Abs. 3.

### § 7 - Schlussbestimmungen

(1) Sollten einzelne Bestimmungen dieses Vertrages unwirksam oder undurchführbar sein, so berührt dies die Wirksamkeit der übrigen Bestimmungen nicht. Die unwirksame oder undurchführbare Bestimmung ist durch eine wirksame bzw. durchführbare Bestimmung zu ersetzen, die dem wirtschaftlich

080405 VH/febit/AnteilskaufV

FEBO 001163

8

von den Vertragsparteien Gewollten möglichst nahe kommt. Entsprechendes gilt im Falle einer Vertragslücke.

(2)  Auf diesen Vertrag findet das Recht der Bundesrepublik Deutschland Anwendung.

(3)  Gerichtsstand ist Bonn, soweit es sich um juristische Personen handelt.

Der Erschienene zu 1. a) u. b) erklärte: Die Gesellschaft hat keinen Grundbesitz.

## II.
## Gesellschafterversammlung

Die Erschienenen zu 1. c) bis 7. erklärten:

Wir vertreten nunmehr alle Gesellschafter der Neckarburg 66. V V GmbH (nachfolgend „Gesellschaft" genannt). Unter Verzicht auf sämtliche Form- und Fristvorschriften für die Einberufung und Abhaltung einer Gesellschafterversammlung der Gesellschaft beschließen wir wie folgt:

1.  Die bisherige Geschäftsführerin, Frau Nicole Suttner, geboren am 29. Juli 1973, wird abberufen.

2.  Zum neuen Geschäftsführer der Gesellschaft wird Herr Cord F. Stähler, geboren am 24. Februar 1969, wohnhaft Siegfriedstraße 54, 69469 Weinheim, berufen. Herr Stähler ist stets einzelvertretungsbefugt und von den Beschränkungen des § 181 BGB befreit.

3.  Der Gesellschaftsvertrag wird entsprechend der als **Anlage 15** beigefügten Satzung neu gefasst.

080405 VH/febil/AnteilskaufV

FEBO 001164

9

Weitere Beschlüsse wurden nicht gefasst. Die Erschienenen erklärten die Gesell-
schafterversammlung hiermit für beendet.

### III.
### Schluss

Von dieser Urkunde erhalten:

1.  Erste Ausfertigung das Amtsgericht Stuttgart, Registergericht,

2.  Beglaubigte Abschriften:

    -  die Verkäufer zusammen eine
    -  die Käufer jeweils eine
    -  die Gesellschaft (Im Neuenheimer Feld 515, 69120 Heidelberg) zwei,
    -  das Finanzamt Stuttgart eine,
    -  Frau Rechtsanwältin Verena Eisenlohr, Kanzlei RITTERSHAUS, Harrlachweg
       4, 68163 Mannheim eine.

Die vorstehende Niederschrift nebst Anlagen 13 bis 15 wurde den Erschienenen von
dem Notar vorgelesen, von den Erschienenen genehmigt und von ihnen und dem
Notar eigenhändig wie folgt unterschrieben:

080405  VH/febil/AnteilskaufV

Vollmacht Kaufvertrag
Neckarburg 66. V V GmbH

*A 1*

## Vollmacht

hiermit erteilen wir

Dr. Christof Hettich, geboren am 05.11.1959,
geschäftsansässig Harrlachweg 4, 68163 Mannheim

unter Befreiung von den Beschränkungen des § 181 BGB Vollmacht, für uns den
Abschluss des Kaufvertrages zu den nachstehenden Bedingungen, die etwaige Teilung und die Abtretung der Geschäftsanteile der FORATIS AG und der Firma, fertig, los GmbH an der Neckarburg 66. V V GmbH, eingetragen im Handelsregister beim
Amtsgericht Stuttgart unter HRB 25183, zu erklären:

1. Die Verkäufer verkaufen alle Geschäftsanteile der von ihnen am 16.02.05 mit Urkunden-Nummer, 861/2005 KO des Notars Dr. Peter Kolb in Bonn gegründeten und im Handelsregister beim Amtsgericht Stuttgart unter HRB 25183 eingetragenen

   Neckarburg 66. V V GmbH
   – nachfolgend „die Gesellschaft" –
   und treten diese an den Käufer ab.

2. Die Verkäufer garantieren, dass zum Zeitpunkt des Wirksamwerdens dieses Vertrages

   a) sie alleinige Gesellschafter der Gesellschaft sind,

   b) das Stammkapital in voller Höhe eingezahlt ist und der Betrag in Höhe von 25.000,00 EURO auf dem Konto der Gesellschaft bei der Fortis Bank, BLZ 37010600 mit der Nummer 1163911178 vorhanden ist,

   c) keine Rechte Dritter an den Geschäftsanteilen bestehen,

   d) die Gesellschaft bis heute keine wirtschaftliche Tätigkeit aufgenommen hat und keine Verbindlichkeiten der Gesellschaft gegenüber Dritten bestehen,

   e) die Gesellschafterversammlung keine satzungsändernden Beschlüsse getroffen hat.

3. Der Kaufpreis beträgt insgesamt 27.500,00 EURO.

   Er muss spätestens zwei Wochen nach Beurkundung dieses Vertrages auf dem nachstehenden Konto der FORATIS AG eingegangen sein.

   Fortis Bank Köln,
   BLZ 370 106 00,
   Kontonummer 108 970 122 9

   In dem Fall, dass ein deutscher Rechtsanwalt oder Notar die Hinterlegung des Kaufpreises auf seinem Fremdgeld- bzw. Anderkonto schriftlich bestätigt hat oder sich für die Kaufpreiszahlung gutgesagt hat, erheben die Verkäufer zur Deckung ihres Aufwandes eine Bearbeitungspauschale von 100,00 EURO, die mit dem Kaufpreis fällig wird.

4. Der Käufer verpflichtet sich, unverzüglich im Anschluss an die Beurkundung den bisherigen Geschäftsführer der Gesellschaft abzuberufen und einen neuen Geschäftsführer zu bestellen.

5. Die mit dem Abschluss und der Durchführung dieses Vertrages entstehenden Kosten trägt der Käufer.

6. Auf den Vertrag findet das Recht der Bundesrepublik Deutschland Anwendung.

7. Gerichtsstand ist Bonn, soweit es sich um juristische Personen handelt.

Abweichungen von dem vorstehenden Vertragswortlaut sind von der Vollmacht
gedeckt, soweit sie keine Änderungen der Vertragsbedingungen beinhalten.

Bonn, 7. April 2005

FORATIS AG

Frank Zenk
Prokurist

Firma, fertig, los GmbH

Frank Zenk
Geschäftsführer

FEBO 001166

Handelsregister B des Amtsgerichts Bonn

Amtlicher Ausdruck
Abruf vom 2.3.2005 11:11

Nummer der Firma:    HRB 12010
Seite   1   von   2

->Dieser Ausdruck wird nicht unterschrieben und gilt als beglaubigte Abschrift<-

*(handwritten top right: 172  33)*

| Nummer der Eintragung | a) Firma b) Sitz, Niederlassung, Zweigniederlassungen c) Gegenstand des Unternehmens | Grund- oder Stammkapital | a) Allgemeine Vertretungsregelung b) Vorstand, persönlich haftender Gesellschafter, Geschäftsführer, Vertretungsberechtigte und besondere Vertretungsbefugnis | Prokura | a) Rechtsform, Beginn, Satzung oder Gesellschaftsvertrag b) Sonstige Rechtsverhältnisse | a) Tag der Eintragung b) Bemerkungen |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4. | 5. | 6 | 7 |
| 1 | a) FORATIS AG. b) Bonn c) Beteiligung an anderen Unternehmen, insbesondere die Gründung und Veräußerung von Vorratsgesellschaften, der Handel mit und die Vermittlung von Klienten; ferner die Unternehmens- und Organisationsberatung, Wertung und Vertragsgeschäfte. | 50,000,00 EUR | a) Ist nur ein Vorstandsmitglied bestellt, so vertritt es die Gesellschaft allein. Sind mehrere Vorstandsmitglieder bestellt, so wird die Gesellschaft durch zwei Vorstandsmitglieder oder durch ein Vorstandsmitglied gemeinsam mit einem Prokuristen vertreten. b) Vorstand: Rothmeyer, Antje, Berlin, *27.08.1968, einzelvertretungsberechtigt mit der Befugnis im Namen der Gesellschaft mit sich als Vertreter eines Dritten Rechtsgeschäfte abzuschließen. Vorstand: Viehl, Julia, Bonn, *01.10.1969, einzelvertretungsberechtigt mit der Befugnis im Namen der Gesellschaft mit sich als Vertreter eines Dritten Rechtsgeschäfte abzuschließen. | | a) Aktiengesellschaft Satzung vom 21. Juli 2000 zuletzt geändert am 22.08.2002. Die Hauptversammlung vom 8.08.2002 hat die Änderung der Satzung in § 1 Abs. 2 und mit Ihr die Sitzverlegung von Berlin (bisher Amtsgericht Charlottenburg HRB 78742) nach Bonn beschlossen. b) Zwischen der Gesellschaft und der FORIS AG, Berlin (AG Charlottenburg HRB 66001), als herrschende Gesellschaft besteht ein Beherrschungs- und Gewinnabführungsvertrag vom 10. April/12. April 2001, dem die Hauptversammlung durch Beschluss vom 06. Dezember 2001 zugestimmt hat. | a) 07.11.2002 Midderhoff b) Beschluss Blatt 3-4 Sonderband Satzung Bl. 12 |
| 2 | | | a) Nicht mehr Vorstand: Awes Nicht mehr Vorstand: Rothmeyer, Antje, Berlin, *27.08.1968 Nicht mehr Vorstand: Viehl, Julia, Bonn, *01.10.1969 Vorstand: Faber, Bernhard, Bonn, *22.03.1970, einzelvertretungsberechtigt mit der Befugnis im Namen der Gesellschaft mit sich als Vertreter eines Dritten Rechtsgeschäfte abzuschließen. | | | a) 06.12.2002 Beckers |
| 3 | | | b) Nicht mehr Vorstand: Viehl, Julia, Bonn, *01.10.1969 | | | a) 27.03.2003 Baecker |

FEBO 001167

Handelsregister B des Amtsgerichts Bonn

**Amtlicher Ausdruck**
Abruf vom 2.3.2005 11:11

HRB 12039

Nummer der Firma:
Seite  2  von  2

->Dieser Ausdruck wird nicht unterschrieben und gilt als beglaubigte Abschrift<-

| Nummer der Eintragung | a) Firma b) Sitz, Niederlassung, Zweigniederlassungen c) Gegenstand des Unternehmens | Grund- oder Stammkapital | a) Allgemeine Vertretungsregelung b) Vorstand, persönlich haftende Gesellschafter, Geschäftsführer, Vertretungsberechtigte und besondere Vertretungsbefugnis | Prokura | a) Rechtsform, Beginn, Satzung oder Gesellschaftsvertrag b) Sonstige Rechtsverhältnisse | a) Tag der Eintragung b) Bemerkungen |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 1 | | | | | | b) Geburtsdatum von bereits gelöschtem Vorstandsmitglied nachträglich von Amts wegen berichtigt |
| 4 | | | | Einzelprokura mit der Befugnis im Namen der Gesellschaft mit sich als Vertreter eines Dritten Rechtsgeschäfts abzuschließen: Zenk, Frank, Hochheim, *11.02.1963 | | a) 27.01.2004 Baedker |
| 5 | | | b) Nicht mehr Vorstand: Faber, Bernhard, Leipzig, *22.03.1970 Vorstand: Dr. Rothmann, Christian, Bonn, *20.11.1959 mit der Befugnis im Namen der Gesellschaft mit sich als Vertreter eines Dritten Rechtsgeschäfte abzuschließen. | | | a) 11.02.2004 Keiser |

Bonn, 02.03.2005
Der Ausdruck bezeugt den Inhalt des Registers.
Koch, Justizangestellte
Urkundsbeamter der Geschäftsstelle

AMTSGERICHT BONN

FEBO 001168

Handelsregister B des Amtsgerichts Bonn

**Amtlicher Ausdruck**
Abruf vom 2.3.2005 11:1:0

Nummer der Firma:
Seite 1 von 2

HRB 9160

A3

>Dieser Ausdruck wird nicht unterschrieben und gilt als beglaubigte Abschrift<

| Nummer der Eintragung | a) Firma b) Sitz, Niederlassung, Zweigniederlassungen c) Gegenstand des Unternehmens | Grund- oder Stammkapital | a) Allgemeine Vertretungsregelung b) Vorstand, persönlich haftende Gesellschafter, Geschäftsführer, Vertretungsberechtigte und besondere Vertretungsbefugnis | Prokura | a) Rechtsform, Beginn, Satzung oder Gesellschaftsvertrag b) Sonstige Rechtsverhältnisse | a) Tag der Eintragung b) Bemerkungen |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 1 | a) F 1 Beteiligungs GmbH b) Bonn c) Beteiligung an anderen Unternehmen, insbesondere Gründung und Verwaltung von Vorratsgesellschaften | 25.000,00 EUR | a) Ist nur ein Geschäftsführer bestellt, so vertritt er die Gesellschaft allein. Sind mehrere Geschäftsführer bestellt, so wird die Gesellschaft durch zwei Geschäftsführer oder durch einen Geschäftsführer gemeinsam mit einem Prokuristen vertreten. b) Geschäftsführer: Dr. Mehrcke, Gerrit, Bonn, *13.11.1968 einzelvertretungsberechtigt; mit der Befugnis im Namen der Gesellschaft mit sich im eigenen Namen oder als Vertreter eines Dritten Rechtsgeschäfte abzuschließen. | | a) Gesellschaft mit beschränkter Haftung Gesellschaftsvertrag vom 27.02.2002 mit Änderung vom 14.10.2002. Die Gesellschafterversammlung vom 05.11.2002 hat die Änderung des Gesellschaftsvertrages in § 1 (2) und mit ihr die Sitzverlegung von München (bisher Amtsgericht München HRB 141616) nach Bonn beschlossen. | a) 09.12.2002 Middelhoff b) Beschluss Blatt 4-5 Sonderband Gesellschaftsvertrag Bl. 7-8 Sonderband |
| 2 | | | | | b) Mit der FORATIS AG, Bonn (AG Bonn HRB 12069) als herrschendem Unternehmen ist am 17.12.2002 ein Beherrschungs- und Gewinnabführungsvertrag geschlossen worden. Ihm hat die Hauptversammlung der herrschenden Gesellschaft vom 17.12.2002 und die Gesellschafterversammlung der beherrschten Gesellschaft vom 17.12.2002 zugestimmt. | a) 19.12.2002 Wippenhohn b) Vertrag Blatt 2-15 Sonderband zustimmende Beschlüsse Blatt 10-11, 15-16 Sonderband |
| 3 | | | Geschäftsführer: Faber, Bernhard, Bonn, *22.03.1970 einzelvertretungsberechtigt; mit der Befugnis im Namen der Gesellschaft mit sich im eigenen Namen oder als Vertreter eines Dritten Rechtsgeschäfte abzuschließen. | | | a) 14.01.2003 Grotz |
| 4 | a) Forres fertig, tes GmbH | | | | a) Die Gesellschafterversammlung vom 15.10.2003 hat | a) 09.01.2004 |

Handelsregister B des Amtsgerichts Bonn

Amtlicher Ausdruck
Abruf vom 2.3.2005 11:10

Nummer der Firma: 2
Seite 2 von 2

HRB 13060

->Dieser Ausdruck wird nicht unterschrieben und gilt als beglaubigte Abschrift<-

| Nummer der Eintragung | a) Firma b) Sitz, Niederlassung, Zweigniederlassungen c) Gegenstand des Unternehmens | Grund- oder Stammkapital | a) Allgemeine Vertretungsregelung b) Vorstand, persönlich haftender Gesellschafter, Geschäftsführer, Vertretungsberechtigte und besondere Vertretungsbefugnis | Prokura | a) Rechtsform, Beginn, Satzung oder Gesellschaftsvertrag b) Sonstige Rechtsverhältnisse | a) Tag der Eintragung b) Bemerkungen |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 1 | | | | | | Wippenbohm b) Beschluss Blatt 34- 35 Sonderband Gesellschaftsvertrag Blatt 38 Sonderband |
| | | | | | eine Änderung des Gesellschaftsvertrages in § 1 Abs. 1 (Firma) und mit ihr die Änderung der Firma beschlossen. | |
| 5 | | | b) Geschäftsführer: Zenk, Frank, Hochheim, 11.02.1953 einzelvertretungsberechtigt mit der Befugnis im Namen der Gesellschaft mit sich im eigenen Namen oder als Vertreter eines Dritten Rechtsgeschäfte abzuschließen. | | | e) 23.01.2004 Grotz |
| 6 | | | b) Nicht mehr: Geschäftsführer: Faller, Bernhard, Leipzig, 22.03.1970 | | | e) 17.03.2004 Grotz |

Bonn, 02.03.2005
Der Ausdruck bezeugt den Inhalt des Handelsregisters.
Koch, Justizangestellte
Urkundsbeamtin der Geschäftsstelle

FEBO 001170

A4  41

# AMTSGERICHT MANNHEIM

Registergericht

## Beglaubigte Ablichtung
============================

aus dem Handelsregister

HRA _____

HRB _____

Nachfolgende Fotokopie ist ein vollständiges
Lichtbild der Registereintragungen.

Mannheim,     30. März 2005

Grüner
Justizangestellte

Justizangestellte
als Urkundsbeamtin der Geschäftsstelle

Anmerkung:
Die unterstrichenen Eintragungen sind
gelöscht, falls sich aus dem sonstigen
Inhalt nicht etwas anderes ergibt







43

**HRB 3044W**

## Handelsregister – Abt B – des Amtsgerichts  MANNHEIM

Blatt 1

| Nummer der Eintragung | a) Firma b) Sitz c) Gegenstand des Unternehmens | Grundkapital oder Stammkapital | Vorstand Persönlich haftende Gesellschafter Geschäftsführer Abwickler | Prokura | Rechtsverhältnisse | a) Tag der Eintragung und Unterschrift b) Bemerkungen |
|---|---|---|---|---|---|---|
| 1 | a) INGRABAX Beratungs- und Beteiligungs-GmbH  b) Weinheim  c) Erwerb, Verwaltung und Veräusserung von Grundbesitz, Unternehmen, Beteiligungen und Wertpapieren im eigenen Namen und für eigene Rechnung sowie die technische und kaufmännische Beratung. | 25.000,-- EUR | Cord Friedrich Siemser, geb. 24.2.1959, Weinheim | | Gesellschaft mit beschränkter Haftung.  Die Gesellschaftsvertrag vom 19.5.2004.  Die Gesellschaft wird, wenn nur ein Geschäftsführer vorhanden ist, durch diesen allein vertreten.  Falls mehrere Geschäftsführer bestellt sind, wird die Gesellschaft durch zwei Geschäftsführer oder durch einen Geschäftsführer mit einem Prokuristen vertreten.  Jeder Geschäftsführer ist befugt, die Gesellschaft bei der Vornahme von Rechtsgeschäften mit sich selbst im eigenen Namen oder als Vertreter eines Dritten uneingeschränkt zu vertreten. | a) 18. Oktober 2004  b) Gesellschaftsvertrag §dB 1 Blatt 6-10 |

### Vollmacht

Ich, der Unterzeichner, Herr Dr. Markus Beier, bevollmächtige hiermit

**Herrn Cord Stähler, Siegfriedstraße 54, 69469 Weinheim,**

mich bei folgenden Geschäften und Handlungen zu vertreten:

1. Kauf und Erwerb eines Geschäftsanteils im Nennbetrag von € 1.200,00 an einer Vorratsgesellschaft;

2. Teilnahme an einer Gesellschafterversammlung dieser Vorratsgesellschaft, auch unter Verzicht auf alle Formen und Fristen der Einberufung und Einhaltung, insbesondere hinsichtlich des Versammlungsortes, und Ausübung meines Stimmrechts insbesondere im Hinblick auf folgende Gesellschafterbeschlüsse:

   - die Abberufung des bisherigen Geschäftsführers der Vorratsgesellschaft
   - Berufung von Herrn Cord F. Stähler als neuen Geschäftsführer,
   - Neufassung des Gesellschaftsvertrages der Vorratsgesellschaft, zukünftig firmierend unter „febit biotech GmbH".

3. Abschluss eines Beteiligungsvertrags zwischen sämtlichen Gesellschaftern der neuen febit biotech GmbH und der HDP Beteiligungs GmbH.

4. Teilnahme an einer weiteren Gesellschafterversammlung der zukünftigen febit biotech GmbH, auch unter Verzicht auf alle Formen und Fristen der Einberufung und Einhaltung, insbesondere hinsichtlich des Versammlungsortes, und Ausübung meines Stimmrechts insbesondere im Hinblick auf Gesellschafterbeschlüssen über die Erhöhung des Stammkapitals unter Ausschluss des Bezugsrechts und unter Zulassung der Übernahme der neuen Geschäftsanteile durch Dritte, sowie über die Änderungen des Gesellschaftsvertrags.

5. Abgabe eines bindenden und unwiderruflichen Angebots auf Veräußerung und Übertragung meines Geschäftsanteils an der LUMA Biotech Holding GmbH (vormals Magnet 41. VV GmbH) zum Nominalbetrag gegenüber der febit biotech GmbH.

6. Abschluss einer Vesting-Vereinbarung im Hinblick auf meinen Geschäftsanteil an der Vorratsgesellschaft, gemäß der ich zur Übertragung eines Teilgeschäftsanteils bei einem vorzeitigen Ausscheiden als Angestellter aus der Vorratsgesellschaft vor dem 31. Dezember 2006 verpflichtet bin.

Der Bevollmächtigte ist zu allen erforderlichen oder zweckmäßigen Handlungen im Zusammenhang mit dem Vorstehenden berechtigt. Er ist von den Beschränkungen des § 181 BGB befreit und berechtigt, Untervollmachten zu erteilen.

_Heidelberg_, den 31.03.2005

Dr. Markus Beier

300305  VH/Febit/Vollmacht-Beier-2V

FEBO 001173

A6117

## Handelsregister — Abt. B — des Amtsgerichts Heidelberg

**HRB2086-WI**

| Nummer der Eintragung (1) | a) Firma b) Sitz c) Gegenstand des Unternehmens (2) | Grundkapital oder Stammkapital DM/EUR (3) | Vorstand Persönlich haftende Gesellschafter Geschäftsführer Abwickler (4) | Prokura (5) | Rechtsverhältnisse (6) | a) Tag der Eintragung und Unterschrift b) Bemerkungen (7) |
|---|---|---|---|---|---|---|
| 1 | a) Cybidis-Systems Beratungs- und Beteiligungsverwaltung GmbH<br><br>b) St. Leon-Rot<br><br>c) Erwerb, Verwalten und Veräußerung von Grundbesitz, Unternehmen, Beteiligungen und Wertpapieren in eigenem Namen und für eigene Rechnung sowie die Beratung von Unternehmen; Tätigkeiten auf dem Gebiet der Rechts- und Steuerberatung sind ausgenommen.<br><br>Eintragungsnachricht an:<br><br>a) Firma, 68789 St. Leon-Rot, Schillerstr. 25 B<br>b) Industrie- und Handelskammer Mannheim<br>c) Finanzamt Heidelberg – KörpStStelle –<br>d) Gewerbeamt des Rhein-Neckar-Kreises Heidelberg<br>e) Notariat 1, Mannheim, zu: 1 UR 5405/04 u.a.<br><br>Auf Anordnung:<br>Tischler, Justizangestellte | 25.000,00 Euro | Klaus Thome, geb. 02. Januar 1961, St. Leon-Rot | | Gesellschaft mit beschränkter Haftung<br>Gesellschaftsvertrag vom 30. September 2004, geändert durch Beschluss vom 07. Oktober 2004 und vom 10. März 2005.<br><br>Die Gesellschaft wird durch einen Geschäftsführer allein vertreten, wenn er einziger Geschäftsführer ist; bei Bestellung mehrerer Geschäftsführer wird die Gesellschaft durch je zwei Geschäftsführer gemeinschaftlich oder durch einen Geschäftsführer zusammen mit einem Prokuristen vertreten.<br><br>Es kann die Ermächtigung zur Alleinvertretung erteilt werden.<br><br>Der Geschäftsführer Klaus Thome ist alleinvertretungsberechtigt, auch wenn mehrere Geschäftsführer bestellt sind und befugt, die Gesellschaft bei der Vornahme von Rechtsgeschäften mit sich selbst im eigenen Namen oder als Vertreter eines Dritten zu vertreten (§ 181 BGB).<br><br>*Sie überprüfen Sie sofort die Eintragung und rufen Sie bei Unstimmigkeiten oder Anschriftenänderung das Amtsgericht Heidelberg Tel. 06221/59 1370 an.* | a) 21. März 2005<br>Tischler<br><br>b) Bisschii, SB AS. 5 ff., 21 II, 43 ff, Ges.Vertr. SB AS. 49 ff |

# AMTSGERICHT MANNHEIM

Registergericht

## Beglaubigte Ablichtung
==================================

aus dem Handelsregister

HRA

HRB _306/W_







Nachfolgende Fotokopie ist ein vollständiges
Lichtbild der Registereintragungen.

Mannheim, 3.1.MÄR. 2005

Justizangestellte
als Urkundsbeamtin Geschäftsstelle



HRB 3061 W

...delsregister – Abt. B – des Amtsgerichts NINHEIM

Blatt __1__ (mit Fortsetzung Blatt)

| a)Firma b)Sitz c)Gegenstand des Unternehmens | Grundkapital oder Stammkapital | Vorstand Persönlich haftende Gesellschafter Geschäftsführer Abwickler | Prokura | Rechtsverhältnisse | a)Tag der Eintragung und Unterschrift b)Bemerkungen |
|---|---|---|---|---|---|
| a) Synthalien Beratungs- und Beteiligungsver- waltung GmbH b) Hirschberg c) Erwerb, Verwalten und Veräußerung von Grund- besitz, Unternehmen, Beteiligungen und Wert- papieren in eigenem Na- men und für eigene Rechnung sowie die Be- ratung von Unternehmen. | 25.000,-- EUR | Dr. Matthias Scheffler, geb. 8.3.1967, Hirschberg | | Gesellschaft mit beschränkter Haftung. Gesellschaftsvertrag vom 30.9.2004. Ist Gesellschaft wird, wenn nur ein Geschäftsführer vor- handen ist, durch diesen allein vertreten. Falls mehrere Geschäftsführer bestellt sind, wird die Ge- sellschaft durch zwei Geschäftsführer oder durch einen Geschäftsführer mit einem Prokuristen vertreten. Einzelvertretungsbefugnis kann erteilt werden. Die Geschäftsführer sind befugt, die Gesellschaft bei der Vornahme von Rechtsgeschäften mit sich selbst im eigenen Namen oder als Vertreter eines Dritten uneingeschränkt zu vertreten. Der Geschäftsführer Dr. Matthias Scheffler ist stets ein- zelvertretungsberechtigt. | a) 24. Januar 2005 [signature] b) Gesellschafts- vertrag Band 1 Blatt 6-10 |

**Geschäftsnummer:**
**Urkundenrolle: III UR 546/03**

Beglaubigte Fotokopie
Ausfertigung

Notariat III Schwetzingen , 68706 Schwetzingen

Frau
Erika Hettich
Hans-Thoma-Str. 2

68723 Schwetzingen



# Notariat III Schwetzingen

### Urkunde des Notars

# Justizrat
# Peter Frauenfeld

**im Oberlandesgerichtsbezirk Karlsruhe**
**mit dem Amtssitz in Schwetzingen**

Notariat III Schwetzingen, Marstallstr. 11, 68723 Schwetzingen, ☎ 06202-81-600

FEBO 001177

Nummer 546 der Urkundenrolle für 2003

**Verhandelt**

zu Schwetzingen am 11. April 2003

Vor mir, dem unterzeichnenden Notar

**Justizrat Peter Frauenfeld**

in Schwetzingen

erschien heute:

Frau Erika Hettich, geb. am 12.09.1963, wohnhaft Hans-Thoma-Straße 2, 68723 Schwetzingen.

Die Erschienene, ausgewiesen durch einen mit Lichtbild versehenen amtlichen Personalausweis und unbedenklich geschäftsfähig, legte einen beglaubigten Auszug aus dem Handelsregister der NewMarket Venture Verwaltungs GmbH (AG Mannheim, HRB 8453) vom ...01.04.. 2003 vor und bat um Beurkundung der nachstehenden

**Generalvollmacht.**

In meiner Eigenschaft als alleinige, von den Beschränkungen des § 181 BGB befreite, Geschäftsführerin der NewMarket Verwaltungs GmbH mit Sitz in Mannheim, eingetragen im Handelsregister des Amtsgerichts Mannheim unter HRB 8453, („Gesellschaft") erteile ich hiermit

Herrn Dr. Christof Hettich, Hans-Thoma-Straße 2, 68723 Schwetzingen

- im Folgenden „Bevollmächtigter" genannt -

**Generalvollmacht.**

Der Bevollmächtigte ist jeweils alleine berechtigt, sämtliche Angelegenheiten der Gesellschaft wahrzunehmen. Er ist befugt, für die Gesellschaft in gesetzlicher Weise ohne Einschränkung jede rechtlich bedeutsame Handlung vorzunehmen, die von der Gesellschaft und der Gesellschaft gegenüber nach dem Gesetz vorgenommen werden

24032003 MB/Cytonet/NewMarket/Generalvollmacht CH.doc

FEBO 001178

2

kann, und zwar mit denselben Wirkungen, als wenn die Gesellschaft durch ihre Geschäftsführerin gehandelt hätte.

Die Vollmacht umfasst insbesondere das Recht, Zahlungen für die Gesellschaft anzunehmen, zu quittieren oder Zahlungen vorzunehmen, Beschlüsse in Gesellschafterversammlungen von Gesellschaften zu fassen, an denen die Gesellschaft beteiligt ist sowie derartige Beschlüsse zum Handelsregister anzumelden. Der Bevollmächtigte ist auch befugt Anmeldungen von Beschlüssen der Gesellschafter der Gesellschaft zum Handelsregister vorzunehmen.

Die Vollmacht schließt für den Bevollmächtigten dessen Befreiung von den Beschränkungen des § 181 BGB ein. Der Bevollmächtigte ist berechtigt - auch unter Befreiung von den Beschränkungen des § 181 BGB - Untervollmacht zu erteilen.

Diese Niederschrift wurde der Erschienenen vorgelesen, von ihr genehmigt und von ihr und dem Notar wie folgt eigenhändig unterzeichnet:

Die Übereinstimmung vorstehender
Fotokopie mit der vorgelegten *Ausfertigung*
und wieder zurückgegebenen ~~Urschrift~~
wird beglaubigt.    **1 2 APR. 2005**
Mannheim, den
Notariat IX Mannheim

(Dr Preusche)
N o t a r

24032003 MB/Cytonet/NewMarket/Generalvollmacht CH.doc



Vorstehende **A u s f e r t i g u n g** stimmt mit der amtlich zu verwahrenden Urschrift überein.

Schwetzingen, 11 April 2003
Notariat III

Frauenfeld
Notar

FEBO 001180

# AMTSGERICHT MANNHEIM

Registergericht

## Beglaubigte Ablichtung

aus dem Handelsregister

HRA

HRB  8453



Nachfolgende Fotokopie ist ein vollständiges
Lichtbild der Registereintragungen.

Mannheim, 01. April 2003

Justizangestellte
als Urkundsbeamtin der Geschäftsstelle

Anmerkung:
Die unterstrichenen Eintragungen sind
gelöscht, falls sich aus den sonstigen
Inhalt nicht etwas anderes ergibt

FEBO 001181

HRB 845

63

## Handelsregister – Abt. B – des Amtsgerichts Mannheim

Blatt _____ (mit Fortsetzung Blatt _____)

| Nummer der Eintragung | a) Firma b) Sitz c) Gegenstand des Unternehmens | Grundkapital oder Stammkapital DM/EUR | Vorstand Persönlich haftende Gesellschafter Geschäftsführer Abwickler | Prokura | Rechtsverhältnisse | a) Tag der Eintragung und Unterschrift b) Bemerkungen |
|---|---|---|---|---|---|---|
| 1 | a) NewMarket Venture Verwaltungs GmbH b) Mannheim c) Der Erwerb und die Verwaltung von Beteiligungen sowie die Geschäftsführung und die Übernahme der persönlichen Haftung in anderen Unternehmen. | 25.000,-- EUR | Erika Mettich geb. 12.9.1963 Schwetzingen | | Gesellschaft mit beschränkter Haftung.<br><br>Gesellschaftsvertrag vom 14.3.2000.<br><br>Die Gesellschaft wird, wenn nur ein Geschäftsführer vorhanden ist, durch diesen allein vertreten.<br><br>Falls mehrere Geschäftsführer bestellt sind, wird die Gesellschaft durch zwei Geschäftsführer oder durch einen Geschäftsführer mit einem Prokuristen vertreten.<br><br>Einzelvertretungsbefugnis kann erteilt werden.<br><br>Die Geschäftsführerin Erika Mettich ist stets einzelvertretungsberechtigt und befugt, die Gesellschaft bei der Vornahme von Rechtsgeschäften mit sich selbst im eigenen Namen oder als Vertreter eines Dritten uneingeschränkt zu vertreten. | a) 28. Juni 200_ b) Gesellschaftsvertrag: S.8 1 Blatt B - 15 |

FEBO 001182

Handelsregister - Abt. B - des Amtsgerichts Ludwigsburg

Blatt _____ (mit fortlaufend Blatt _____)

HRB 5187

| lfd. Nr. der Eintragung | a) Firma b) Sitz c) Gegenstand des Unternehmens | Grundkapital oder Stammkapital DM | Vorstand Persönlich haftende Gesellschafter Geschäftsführer Abwickler | Prokura | Rechtsverhältnisse | a) Tag der Eintragung und Unterschrift b) Bemerkungen |
|---|---|---|---|---|---|---|
| 1 | a) TechnoStart Ventures Verwaltungs GmbH b) Ludwigsburg c) Geschäftsführung und Vertretung der TechnoStart Ventures GmbH & Co. Fonds KG mit dem Sitz in München als deren persönlich haftende Gesellschafterin. Gegenstand der TechnoStart Ventures GmbH & Co. Fonds KG ist der Aufbau und das Halten und Verwalten eines fortfeilfiziles von passivem Eigenkapital- und ähnlichen Anlagen im Bereich des Wachstumskapitals an überwiegend nicht börsennotierten und überwiegend in Deutschland ansässigen Unternehmen. | 50.000,-- | Michael Mayer, Dipl.-Volkswirt, Team; Vincent James, Kaufmann, Neublberg; Dr. Michael Rheinnecker, Biochemiker, Ludwigsburg | | Gesellschaft mit beschränkter Haftung. Gesellschaftsvertrag vom 28. Januar 1998. Die Gesellschaft wird vertreten, wenn nur ein Geschäftsführer vorhanden ist durch diesen allein, wenn mehrere Geschäftsführer bestellt sind durch zwei Geschäftsführer gemeinsam oder durch einen Geschäftsführer zusammen mit einem Prokuristen. Die Geschäftsführer Michael Mayer, Vincent James und Dr. Michael Rheinnecker sind einzelvertretungsberechtigt und ihnen ist es gestattet, die Gesellschaft auch bei Rechtsgeschäften mit sich selbst in eigenem und fremden Namen zu vertreten. Die Gesellschafterversammlung vom 30. Juni 1998 hat die Sitzverlegung der Gesellschaft von München nach Ludwigsburg mit der entsprechenden Änderung des § 1 Ziffer (2) des Gesellschaftsvertrages beschlossen. Rotunterstrichene Teile der Eintragung erscheinen in der Fotokopie schwarz. Diese Teile der Eintragungen sind gelöscht. | a) 29. Juli 1998 b) Ges.-Vertrag. Bl. 3 Sbd. Abl.Bl.7/10Sbd Erster Eintrag 4. März 1998 AG München HRB 113723 |
| | | | | | Vincent James ist nicht mehr Geschäftsführer. Die Gesellschafterversammlung vom 27. Januar 1999 hat die Änderung des § 5 (Stammkapital) des Gesellschaftsvertrages beschlossen. | a) 24. März 1999 b) Bl. 30/37 Sbd. |

Beglaubigt
Gebühr §§ 89, 73 KostO 18,- €
AG Ludwigsburg, den - 7. April 2005
Justizangestellte
KREJSSER

FEBO 001183

Handelsregister - Abt. A - des Amtsgerichts    Ludwigsburg    Blatt 1    HRA 2587
(mit Fortsetzung über)

| lfd. Nr. | Firma | Gesellschafter persönliche haftende Gesellschafter Vorstand Abwickler | Prokura | Rechtsverhältnisse | a) Tag der Eintragung und Unterschrift b) Bemerkungen |
|---|---|---|---|---|---|
| 1 | a) TechnoStart Ventures GmbH & Co. Fonds KG<br>b) Ludwigsburg | TechnoStart Ventures Verwaltungs GmbH, Sitz Ludwigsburg | | | Kommanditgesellschaft. Die Gesellschaft hat am 23. März 1998 begonnen.<br><br>Kommanditisten:<br><br>Michael Heyer, Dipl.-Volkswirt, Taen.<br>Einlage: 1.000.— DM;<br>Vincent Jenns, Kaufmann, Neuisburg.<br>Einlage: 1.000.— DM;<br>Dr. Michael Rheinmetter, Biochemiker, Aachen,<br>Einlage: 1.000.— DM;<br>Folgende Kommanditisten sind in die Gesellschaft<br>eingetreten:<br><br>European Investment Fund, Luxembourg,<br>Einlage: 75.000.— DM;<br>Technologie-Beteiligungs-Gesellschaft mbH der<br>Deutschen Ausgleichsbank, Bonn,<br>Einlage: 75.000.— DM;<br>Günther Tröster, Modellbaumeister, Breitengüßbach,<br>Einlage: 40.000.— DM;<br>Stratagic European Technologies N.V., Heiloo/Niederlande,<br>Einlage: 37.500.— DM;<br>Martin Broost, Unternehmer, München,<br>Einlage: 12.500.— DM;<br>Technologieholding-Fonds VI GmbH, München,<br>Einlage: 10.000.— DM;<br>Dr. Franz Al Wirtz, Dipl.-Chemiker, Stollberg,<br>Einlage: 10.000.— DM;<br>Dr. Gert Köhler, Physiker, Friedrichsdorf,<br>Einlage: 5.000.— DM;<br>Falk Strzschek, Ingenieur, München,<br>Einlage: 5.000.— DM;<br><br>Folgende Einlagen der Kommanditisten sind erhöht bei:<br>Michael Heyer um 3.000.— DM auf 4.000.— DM;<br>Vincent Jenns um 2.000.— DM auf 3.000.— DM;<br><br>Dr. Michael Rheinmetter um 1.000.— DM auf 2.000.— DM;<br>Der Sitz der Gesellschaft ist von München nach Ludwigsburg verlegt.<br>Der Sitz der persönlich haftenden Gesellschafterin TechnoStart Ventures Verwaltungs GmbH ist ebenfalls von München nach Stuttgart verlegt. | e) 10. September :<br><br>b) phG:<br>AG Ludwigsbur<br>HRB 3343<br>Ersteintragun<br>23. März 1998<br>AG München<br>HRA 72 371<br><br>* richtig:<br>phG:<br>AG Ludwigsburg<br>HRB 5387<br>Prokura wegen<br>berichtigt:<br>28. Januar 200<br><br>* Ludwigsburg,<br>von Amts wegen berich<br>11. September 1998 |

14 10    GP

FEBO 001184

Handelsregister - Abt. A - des Amtsgerichts Ludwigsburg

HRA 2587

Blatt 1 Rs.
(mit Fortsetzung Blatt)

| unter der lfden Eintrag | a) Firma b) Ort der Niederlassung c) Gegenstand des Unternehmens (bei juristischen Personen) | Geschäftsinhaber persönlich haftende Gesellschafter Vorstand Abwickler | Prokura | Rechtsverhältnisse | a) Tag der Eintragung und Unterschrift b) Bemerkungen |
|---|---|---|---|---|---|
| 2 | | | | Folgende Kommanditisten sind in die Gesellschaft eingetreten: | e) 13. Januar 19 |
| | | | | FERI Financial & Economic Research International GmbH, Bad Homburg v.d.H., Einlage: 90.000.-- DM | • Nach Umwandlung nun Dow Deutsch land Anlagenge- sellschaft mbH OHG, Stade |
| | | | | * DOW Deutschland Anlagengesellschaft mbH, Eschborn, Einlage: 40.000.-- DM | |
| | | | | Erich Eggelhöfer, geb. 17. September 1942, Mainz-Laubenheim, Einlage: 10.000.-- DM | |
| | | | | Dr. Heinrich Hocreé, geb. 19. April 1931, Weinheim, Einlage: 7.000.-- DM | 15 Dezember 19 |
| 3 | | | | Folgende Kommanditistin ist in die Gesellschaft ein- getreten: | e) 03. März 199 |
| | | | | Andrea Krey, geb. am 11. Dezember 1956, Stuttgart Einlage: 1.000.-- DM | |
| | | | | Folgende Einlagen der Kommanditisten sind erhöht bei: | |
| | | | | Michael Meyer um 1.000.-- DM auf: 5.000.-- DM; | |
| | | | | Erich Eggelhöfer, um 2.000.-- DM auf : 12.000.-- DM | |
| | | | | Der Kommanditist Vincent James ist aus der Gesellschaft ausgeschieden. Seine Kommanditeinlage ist im Wege der Sonderrechts- nachfolge übergegangen auf die Kommanditisten Michael Meyer, geb. am 30. August 1958, Tamm dessen Einlage sich dadurch um 2.000.-- DM erhöht hat auf 7.000.-- DM und Dr. Michael Rheinnecter, geb. am 3. Mai 1965, Aachen dessen Einlage sich dadurch um 1.000.-- DM erhöht hat auf 3.000.-- DM. | |

Fortsetzung Bl. 2

FEBO 001185

**Handelsregister - Abt. A - des Amtsgerichts** Ludwigsburg

**Blatt** 2 (bei Fortsetzung Blatt)

**HRA** 2587

| Nummer der Eintragung | a) Firma b) Ort der Niederlassung (Sitz der Gesellschaft) c) Gegenstand des Unternehmens (bei juristischen Personen) | Gesellschafter persönliche haftende Gesellschafter Vorstand Abwickler | Prokura | Rechtsverhältnisse | a) Tag der Eintragung und Unterschrift b) Bemerkungen |
|---|---|---|---|---|---|
| 2 | | | 4 | 6 | 6 |
| noch 3 | | | | Folgende Einlagen der Kommanditisten sind erhöht bei: | |
| | | | | European Investment Fund, Luxembourg um 25.000,-- DM auf  100.000,-- DM. | |
| | | | | Technologie-Beteiligungs-Gesellschaft mbH der Deutschen Ausgleichsbank, Bonn um 25.000,-- DM auf  100.000,-- DM. | |
| | | | | Folgende Kommanditistin ist in die Gesellschaft einge- treten: | |
| | | | | VCM Treuhand-Beteiligungsverwaltungs GmbH, Sitz München | |
| | | | | Einlage:  40.000,-- DM. | |
| 4 | | | | Die Kommanditeinlagen der Kommanditisten wurden von DM auf EUR umgestellt und wie folgt verändert: | a) 21. Februar 200 |
| | | | | European Investment Fund, Luxemburg von 100.000,-- DM umgestellt auf 51.129,19 EUR und herabgesetzt auf 51.120,-- EUR | |
| | | | | Dr. Franz A. Wirtz, geb. 14. März 1932, Stoßburg von 10.000,-- DM umgestellt auf 5.112,92 EUR und erhöht auf  5.120,-- EUR | |
| | | | | Technologie-Beteiligungs-Gesellschaft mbH der Deutschen Ausgleichsbank, Bonn von 100.000,-- DM umgestellt auf 51.129,19 EUR und erhöht auf  51.160,-- EUR | |
| | | | | Strategic European Technologies N.V. (berichtigt), Heiloo/Niederlande von 37.500,-- DM umgestellt auf 19.173,45 EUR und erhöht auf  19.180,-- EUR | |
| | | | | Technologieholding Fonds VC GmbH, München von 12.500,-- DM umgestellt auf 6.391,15 EUR und erhöht auf  6.400,-- EUR | |
| | | | | Günther Tickler, geb. 2. Juni 1948, richtig: Breitengüßbach von 40.000,-- DM umgestellt auf 20.451,68 EUR und erhöht auf  20.480,-- EUR | |
| | | | | Falk Strauchek richtig: Strascheg, geb. 20. März 1940, München von 5.000,-- DM umgestellt auf 2.556,46 EUR und erhöht auf  2.560,-- EUR | |
| | | | | Dr. Gerd Köhler, geb. 18. Sept. 1949, Friedrichsdorf von 5.000,-- DM umgestellt auf 2.556,46 EUR und erhöht auf  2.560,-- EUR | |
| | | | | Michael Mayer, geb. 30. Aug. 1953, Tamm von 7.000,-- DM umgestellt auf 3.579,04 EUR und erhöht auf  3.580,-- EUR | |

## Handelsregister - Abt. A - des Amtsgerichts Ludwigsburg

**Blatt 2 Rs** (mit Fortsetzung Bl.)    **HRA 2587**

| Nummer der Eintragung | a) Firma b) Ort der Niederlassung c) Gegenstand des Unternehmens | Geschäftsinhaber persönlich haftende Gesellschafter Vorstand Abwickler | Prokura | Rechtsverhältnisse | a) Tag der Eintragung und Unterschrift b) Bemerkungen |
|---|---|---|---|---|---|
| noch 4 | | | | Dr. Michael Rheinwander, geb. 3. Mai 1955, nun: Möglingen von 3.000,— DM umgestellt auf 1.533,88 EUR und erhöht auf **1.540,— EUR** | |
| | | | | Dow Deutschland Anlagengesellschaft mbH & Co. OHG, Stade von 40.000,— DM umgestellt auf 20.451,68 EUR und erhöht auf **20.460,— EUR** | |
| | | | | FERI Financial & Economic Research Institute GmbH nun: FERI Financial and Economic Research Institute GmbH, Bad Homburg von 90.000,— DM umgestellt auf 46.016,27 EUR und erhöht auf **46.080,— EUR** | |
| | | | | Dr. Heinrich Horetf, geb. 19. April 1931, Weinheim von 7.000,— DM umgestellt auf 3.579,04 EUR und erhöht auf **3.580,— EUR** | |
| | | | | Erich Eggelhöfer, geb. 17. Sept. 1942, Mainz von 12.000,— DM umgestellt auf 6.135,50 EUR und erhöht auf **6.140,— EUR** | |
| | | | | Martin Prost, geb. 4. Feb. 1949, München von 32.000,— DM umgestellt auf 16.361,34 EUR und erhöht auf **16.370,— EUR** | |
| | | | | VCM Treuhand-Beteiligungsverwaltungs GmbH richtig: VCM Treuhand Beteiligungsverwaltung GmbH, München von 40.000,— DM umgestellt auf 20.451,68 EUR und erhöht auf **20.460,— EUR** | |
| | | | | Andrea Kery, geb. 11. Dez. 1999, Stuttgart von 1.000,— DM umgestellt auf 511,29 EUR und erhöht auf **520,— EUR** | |

Rotunterstrichene Teile der
Eintragung erscheinen in der
Fotokopie schwarz.
Diese Teile der Eintragungen sind
gelöscht!

Beglaubigt
Gebühr §§ 89, 73 KostO 18,— €
AG Ludwigsburg, den - 7. April 2005
*[signature]*
Justizangestellte
KREJSSL

*[Stamp: AMTSGERICHT LUDWIGSBURG]*

Handelsregister – Abt. B – des Amtsgerichts Ludwigsburg

Blatt 1 (mit Fortsetzung Blatt) — HRB 6050

Au

| Nr lfg | a) Firma b) Sitz c) Gegenstand des Unternehmens | Grundkapital oder Stammkapital DM/EUR | Vorstand Persönlich haftende Gesellschafter Geschäftsführer Abwickler | Prokura | Rechtsverhältnisse | a) Tag der Eintragung und Unterschrift b) Bemerkungen |
|---|---|---|---|---|---|---|
| | a) Zweite Technostart Ventures Verwaltungs GmbH  b) Ludwigsburg  c) Geschäftsführung und Vertretung der Zweite Technostart Ventures Fonds GmbH & Co. KG mit dem Sitz in Ludwigsburg als deren persönlich haftende Gesellschafterin. Geschäftsführung und Vertretung der Dr.-Ing-TSV Initial2 GmbH & Co. KG mit dem Sitz in Ludwigsburg als persönlich haftende Gesellschafterin. | 25.000,-- EUR | Michael Meyer, geb. 30. Aug. 1953, Ilsfeld  Dr. Michael Andreas Rheinmecker, geb. 3. Mai 1965, Möglingen | | Gesellschaft mit beschränkter Haftung.  Gesellschaftsvertrag vom 23. Oktober 2000 mit Nachtrag vom 24. November 2000 und vom 30. November 2000.  Die Gesellschaft wird vertreten, wenn nur ein Geschäftsführer vorhanden ist, durch diesen allein, wenn mehrere Geschäftsführer bestellt sind, durch zwei Geschäftsführer gemeinsam oder durch einen Geschäftsführer zusammen mit einem Prokuristen.  Die Geschäftsführer Michael Meyer und Dr. Michael Andreas Rheinmecker sind einzelvertretungsberechtigt und ihnen ist es gestattet, die Gesellschaft auch bei Rechtsgeschäften mit sich selbst in eigenem und fremden Namen zu vertreten. | a) 6. Dezember 2000  b) Ges. Vertrag Bl. 9/13 Sbd.. Nachtrag Bl. 17/19  Sbd.. Bl. 34/35  Sbd.. |

Beglaubigt
Gebühr §§ 89, 73 KostO   18,— €
AG Ludwigsburg, den  7. April 2005
Justizangestellte
KREISSEL

[Stamp: AMTSGERICHT LUDWIGSBURG]

FEBO 001188

# Handelsregister – Abt. A – des Amtsgerichts Ludwigsburg

Blatt ___ (mit Fortsetzungsblatt)

HRA 2789

A 12

| Nummer ... Ort der Gesellschaft ... Rechtsform | Geschäftsinhaber Persönlich haftende Gesellschafter Vorstand Abwickler | Prokura | Rechtsverhältnisse | a) Tag der Eintragung und Unterschrift b) Bemerkungen |
|---|---|---|---|---|
| **1** a) Zweite TechnoStart Ventures Fonds GmbH & Co. KG b) Ludwigsburg | Zweite TechnoStart Ventures Verwaltungs GmbH, Sitz Ludwigsburg | | Kommanditgesellschaft. Die Gesellschaft hat am 31. Januar 2001 begonnen. Kommanditisten: Michael Mayer, geb. 30. Aug. 1953, Tamm; Einlage: 1.000,– EUR; Dr. Michael Rheinmecker, geb. 3. Mai 1953, Möglingen, Einlage: 1.000,– EUR; Zweite TSV Initiativ GmbH & Co. KG, Sitz Ludwigsburg Einlage: 150.000,– EUR; | e. 31. Januar 2001 [signature] b. ph13.-Amtsgericht Ludwigsburg HRB 6550 |
| **2** | | | Folgende Kommanditisten sind in die Gesellschaft eingetreten: Credit Suisse Anlagestiftung, Sitz Zürich Einlage: 10.000,– EUR Feast Holding Limited, Sitz St. Peter Port (Guernsey) Einlage: 30.000,– EUR Partners Group Private Equity Performance Holding Limited, Sitz St. Peter Port (Guernsey) Einlage: 20.000,– EUR Dow Deutschland GmbH & Co. OHG, Sitz Schwalbach (Amtsgericht Königstein, HRA 2471g) Einlage: 16.000,– EUR European Investment Fund, Sitz Luxemburg Einlage: 120.000,– EUR tbg Technologie-Beteiligungs-Gesellschaft mbH der Deutschen Ausgleichsbank, Sitz Bonn (Amtsgericht Bonn, HRB 4905) Einlage: 100.000,– EUR Dr. Franz Wirtz GmbH, Sitz Stolberg (Amtsgericht Eschweiler, HRB 1520) Einlage: 10.020,– EUR | a) 26. März 2003 [signature] |

Fortsetzung Rückseite

FEBO 001189

Handelsregister – Abt. A – des Amtsgerichts **Ludwigsburg**

'Blat' TRS. HRA 2799

| Nummer der Eintragung | a) Firma b) Ort der Niederlassung (Sitz der Gesellschaft) c) Gegenstand des Unternehmens (bei juristischen Personen) | Geschäftsinhaber Persönlich haftende Gesellschafter Vorstand Abwickler | Prokura | Rechtsverhältnisse | a) Tag der Eintragung und Unterschrift b) Bemerkungen |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
| noch 2 | | | | Köhler Technovision Vermögensverwaltungs KG, Sitz Friedrichsdorf (Amtsgericht Bad Homburg v.d. Höhe, HRA 2372)  15.000,– EUR  Einlage:  FERI AG, Sitz Bad Homburg (Amtsgericht Bad Homburg v.d. Höhe, HRB 7121)  155.000,– EUR  Einlage:  Rainer Eichl, geb. 28. Dez. 1951, Kronberg  1.000,– EUR  Einlage:  Günther Tröster, geb. 2. Juni 1946, Breitengüßbach  11.000,– EUR  Einlage:  VCH Best-of-VC GmbH & Co. Kgaa, Sitz Bayreuth  (Amtsgericht Bayreuth, HRB 2482)  10.000,– EUR  Einlage:  Die Einlage der Kommanditistin Zweite TSV Intlbefv GmbH & Co. KG, Sitz Ludwigsburg ist herabgesetzt um 25.000,– EUR auf 125.000,– EUR | |
| 3 | | Rotunterstrichene Teile der Eintragung erscheinen in der Fotokopie schwarz. Diese Teile der Eintragungen sind gelöscht | | Die Kommanditistin tbg Technologie-Beteiligungs-Gesellschaft mbH der Deutschen Ausgleichsbank hat ihre Firma geändert und heißt nunmehr tbg Technologie-Beteiligungs-Gesellschaft mbH.  Die Kommanditistin FERI AG hat ihre Firma geändert und heißt nunmehr Sauerborn Trust AG.  Die Sauerborn Trust AG hat ihren Kommanditanteil i.H.v. 155.000,– EUR in einen Anteil von 130.000,– EUR und einen Anteil von 25.000,– EUR geteilt.  Die Sauerborn Trust AG hat im Wege der Sonderrechtsnachfolge übertragen auf  Wega Support GmbH, Sitz Garrel  25.000,– EUR  (Amtsgericht Cloppenburg, HRB 1620)  die damit als Kommanditistin in die Gesellschaft eingetreten ist,  Der Kommanditanteil der Sauerborn Trust AG beträgt  130.000,– EUR.  damit nunmehr | a) 04. Februar 2004 |

Fortsetzung auf dem

Beglaubigt
Gebühr §§ 89, 73 KostO _18,– €_
AG Ludwigsburg, der  −7. April 2005

Justizangestellte
KREISSEL

[Siegel: AMTSGERICHT LUDWIGSBURG]

FEBO 001190

81

auf Anlagen

A 13 u. A 14

wurde verzichtet

Nele

FEBO 001191

*H 15*     83

# Gesellschaftsvertrag

### § 1 - Firma, Sitz

(1) Die Gesellschaft lautet

febit biotech GmbH.

(2) Die Gesellschaft hat ihren Sitz in Heidelberg.

### § 2 - Gegenstand des Unternehmens

(1) Gegenstand des Unternehmens ist die Entwicklung, Herstellung sowie der Vertrieb von Geräten, biochemischen und chemischen Reagenzien, Reagenzträgern und EDV-Programmen und sonstiger Hilfsmittel für die Verarbeitung und Auswertung von chemischen und biologischen Informationen. Soweit es um handwerkliche Tätigkeiten geht, erfolgt die Ausführung durch autorisierte Fachbetriebe.

*Vorat*

(2) Die Gesellschaft ist berechtigt, alle Geschäfte vorzunehmen, die geeignet sind, den Gesellschaftszweck mittelbar oder unmittelbar zu fördern. Die Gesellschaft ist berechtigt, Grundbesitz zu erwerben. Die Gesellschaft ist berechtigt, sich an anderen Unternehmen zu beteiligen. Sie kann Niederlassungen im In- und Ausland errichten.

### § 3 - Dauer, Geschäftsjahr

(1) Die Gesellschaft ist auf unbestimmte Zeit errichtet.

(2) Geschäftsjahr ist das Kalenderjahr. Das erste Geschäftsjahr ist ein Rumpfjahr und endet am 31. Dezember 2005.

080405/VH/febit/GV-Gründung-3V

FEBO 001192

2

## § 4  -  Stammkapital, Stammeinlagen

(1)  Das Stammkapital der Gesellschaft beträgt Euro 25.000,00. Es ist in voller
Höhe sofort fällig.

(2)  Die Geschäftsanteile werden wie folgt gehalten:

| | | EUR |
|---|---|---|
| a) | INGRABAN Beratungs- und Beteiligungs GmbH | ~~2.800,00~~ 1.000,— und 1.800,— |
| b) | Peer F. Stähler | 2.550,00 |
| c) | Dr. Ramon Güimil García | 1.400,00 |
| d) | Cybridts Systems Beratungs- und Beteiligungs-verwaltung GmbH | 1.200,00 |
| e) | Dr. Markus Beier | 1.200,00 |
| f) | SyntheLion Beratungs- und Beteiligungverwaltung GmbH | 1.200,00 |
| g) | Dr. Fritz Stähler | 2.200,00 |
| h) | ~~febit biotech Beteiligungs GdbR,~~ ~~derzeit bestehend aus folgenden Gesellschaftern:~~ NewMarket Venture Verwaltungs GmbH ~~Dr. Gerald Möller~~ Gerhard Krusch Dr. Berhard Jurisch Kimelion Beteiligungs-GmbH Dr. Peter Grassmann ~~Dr. Jörg Hohelsel~~ TechnoStart Ventures GmbH & Co. Fonds KG Zweite TechnoStart Ventures Fonds GmbH & Co. KG | 5.650,00 2.900,00 3.900,00 |

## § 5  -  Organe

Organe der Gesellschaft sind:

a)  die Geschäftsführung,

b)  die Gesellschafterversammlung,

c)  der Aufsichtsrat.

08D405/VH/febit/GV-Gründung-3V

FEBO 001193

3

### § 6  -  Geschäftsführung

(1) Die Gesellschaft hat einen oder mehrere Geschäftsführer, die durch den Aufsichtsrat bestellt und abberufen werden.

(2) Die Geschäftsführer sind verpflichtet, die Geschäfte der Gesellschaft in Übereinstimmung mit dem Gesetz, diesem Gesellschaftsvertrags, soweit vorhanden einer Geschäftsordnung und den Beschlüssen der Gesellschafterversammlung sowie des Aufsichtsrats zu führen.

(3) Der Aufsichtsrat kann durch Beschluss Geschäftsführungsmaßnahmen festlegen, zu deren Durchführung die Geschäftsführung der vorherigen Zustimmung des Aufsichtsrates bedarf.

(4) Der Aufsichtsrat beschließt eine Geschäftsordnung sowie ein Informations- und Berichtssystems für die Geschäftsführung.

### § 7  -  Vertretung

(1) Sind mehrere Geschäftsführer bestellt, so wird die Gesellschaft gemeinschaftlich durch zwei Geschäftsführer oder gemeinschaftlich durch einen Geschäftsführer und einen Prokuristen vertreten. Die Gesellschaft wird durch einen Geschäftsführer allein vertreten, wenn er alleiniger Geschäftsführer ist. Der Aufsichtsrat kann, auch wenn mehrere Geschäftsführer bestellt sind, einzelne Geschäftsführer zur Alleinvertretung ermächtigen.

(2) Der Aufsichtsrat kann einem oder mehreren Geschäftsführern durch Beschluss generell oder für den Einzelfall die Befugnis erteilen, die Gesellschaft bei der Vornahme von Rechtsgeschäften mit sich selbst oder als Vertreter eines Dritten uneingeschränkt zu vertreten (Befreiung von den Beschränkungen des § 181 BGB).

080405/VH/tebit/GV-Gründung-3V

4

## § 8 - Gesellschafterversammlung

(1) Gesellschafterversammlungen werden durch die Geschäftsführer oder durch Gesellschafter, die zusammen mindestens 10% des Stammkapitals auf sich vereinigen, einberufen. Jeder Geschäftsführer ist allein einberufungsberechtigt.

(2) Zu einer Gesellschafterversammlung ist unter Einhaltung einer Frist von mindestens zwei Wochen per Einschreiben gegen Rückschein einzuladen. Die Frist beginnt mit der Absendung der Einladung. Der Tag der Versammlung wird bei der Berechnung der Frist nicht mitgezählt. Tagungsort, Tagungszeit und Tagungsordnung sind in der Ladung mitzuteilen.

(3) Die Gesellschafterversammlung soll am Sitz der Gesellschaft einberufen werden. Mit Zustimmung aller Gesellschafter können Gesellschafterversammlungen jedoch auch an jedem anderen Ort abgehalten werden.

(4) Sind sämtliche Gesellschafter in der Gesellschafterversammlung anwesend oder vertreten und widerspricht keiner der Beschlussfassung, so können Beschlüsse auch dann gefasst werden, wenn die für die Einberufung und Ankündigung geltenden gesetzlichen oder gesellschaftsvertraglichen Vorschriften nicht eingehalten worden sind.

(5) Die Gesellschafterversammlung ist beschlussfähig, wenn drei Viertel des Stammkapitals vertreten ist. Ist dies nicht der Fall, so ist innerhalb von einer Woche mit einer Frist von zwei Wochen eine zweite Gesellschafterversammlung mit derselben Tagesordnung einzuberufen. Die zweite Gesellschafterversammlung ist ohne Rücksicht auf die Anzahl des vertretenen Stammkapitals beschlussfähig. Hierauf ist in der erneuten Ladung hinzuweisen.

(6) Jeder Gesellschafter kann sich durch einen Mitgesellschafter oder einen zur Berufsverschwiegenheit verpflichteten Dritten, der Angehöriger der rechts- und steuerberatenden oder wirtschaftsprüfenden Berufe ist, vertreten oder begleiten lassen. Die Vollmacht bedarf der Textform und ist bei dem Versammlungsleiter zu hinterlegen.

080405/VH/febil/GV-Gründung-3V

5

(7) Der Gesellschafter mit den meisten Stimmen übt den Vorsitz der Gesellschaf-
terversammlung aus, es sei denn, die Gesellschafterversammlung bestimmt
durch Beschluss einen anderen Versammlungsleiter.

(8) Soweit das Gesetz nicht entgegensteht können Gesellschafterbeschlüsse
auch außerhalb von Gesellschafterversammlungen durch schriftliche, telefo-
nische, telegrafische, mündliche oder fernschriftliche Abstimmung per Telefax
oder per e-mail gefasst werden, sofern sich sämtliche Gesellschafter an der
Beschlussfassung beteiligen und kein Gesellschafter der Art der Beschluss-
fassung widerspricht.

(9) Über den Hergang jeder Gesellschafterversammlung und über die gefassten
Beschlüsse, auch wenn sie gem. Abs. 8 außerhalb einer Gesellschafterver-
sammlung gefasst worden sind, führt der Vorsitzende ein Protokoll, das den
Gesellschaftern vorzulegen ist. Die Gesellschafter haben innerhalb einer Wo-
che nach Zugang zu widersprechen, anderenfalls gilt der Inhalt des Protokolls
als genehmigt.

## § 9 - Gesellschafterbeschlüsse

(1) Sofern Gesetz oder dieser Gesellschaftsvertrag nicht zwingend eine andere
Mehrheit vorschreiben, werden Gesellschafterbeschlüsse mit einfacher Mehr-
heit der abgegebenen gültigen Stimmen gefasst.

(2) Beschlüsse über folgende Gegenstände bedürfen in jedem Fall einer Mehrheit
von 75 % der abgegebenen gültigen Stimmen:
   a) Änderungen des Gesellschaftsvertrags;
   b) Maßnahmen der Kapitalerhöhung und -herabsetzung;
   c) Umwandlungen im Sinne von § 1 Umwandlungsgesetz;
   d) Abschluss und Beendigung von Betriebspacht-, Betriebsführungs- und
   Unternehmensverträgen und Verträgen, die eine wesentliche Einschrän-
   kung potentieller unternehmerischer Aktivitäten der Gesellschaft zur Fol-
   ge haben können;

080405/VH/febil/GV-Gründung-3V

FEBO 001196

6

e) Veräußerung des Gesellschaftsvermögens als Ganzes oder zu einem wesentlichen Teil;

f) Abschluss und Änderung von Konsortialverträgen;

g) Eingehen stiller Gesellschaften und sonstiger Verträge, die Dritten ein Recht auf Beteiligung am Vermögen oder Gewinn der Gesellschaft gewähren.

(3) Vorstehender Abs. 2 gilt auch für alle sonstigen Beschlüsse, für die nach dem Gesetz eine Mehrheit von drei Vierteln der abgegebenen Stimmen oder des Stammkapitals erforderlich ist.

(4) Je Euro 50,00 eines Geschäftsanteils gewähren eine Stimme. Stimmenthaltungen gelten als nicht abgegebene Stimmen.

## § 10 - Aufsichtsrat

(1) Die Gesellschaft hat einen Aufsichtsrat, der aus mindestens vier und höchstens sechs Mitgliedern besteht. Die Gesellschafter zu § 4 Abs. 2 lit. a) bis g) gemeinsam sowie die Gesellschafter zu § 4 Abs. 2 lit. i) und j) gemeinsam haben das Recht, je ein weiteres Aufsichtsratsmitglied zu entsenden und wieder abzuberufen. Die übrigen Aufsichtsratsmitglieder werden von der Gesellschafterversammlung gewählt.

(2) Der Aufsichtsrat ist insbesondere zuständig für:



a) die laufende Beratung und Überwachung der Geschäftsführung, insbesondere für die Festlegung der strategischen Unternehmensentwicklung;

b) die Festlegung der Geschäfte und Maßnahmen der Geschäftsführung, die der Zustimmung des Aufsichtsrats bedürfen, sowie Erteilung der Zustimmung;

c) die Bestellung und Abberufung der Geschäftsführer und deren Entlastung sowie die Erteilung der Einzelvertretungsbefugnis und deren Befreiung von den Beschränkungen des § 181 BGB;

d) den Abschluss, die Änderung und die Beendigung von Anstellungsverträgen mit den Geschäftsführern;

080405/VH/febi/GV-Gründung-3V

7

e)   die Ausübung des Weisungsrechts der Gesellschafter, wenn die Gesell-
     schafterversammlung dem Aufsichtsrat dieses Recht durch Gesellschaf-
     terbeschluss zugewiesen hat;

f)   die Aufforderung an die Geschäftsführung, eine Geschäftsordnung für die
     Geschäftsführung zu erlassen sowie deren Genehmigung;

g)   die Aufforderung an die Geschäftsführung zur Erstellung eines Informati-
     ons- und Berichtssystems für die Geschäftsführung sowie dessen Ge-
     nehmigung;

h)   die Genehmigung des von der Geschäftsführung erstellten Jahresbud-
     gets und des Geschäftsplans.

(3) Solange keine Aufsichtsratsmitglieder entsandt wurden, obliegen die Aufga-
    ben und Befugnisse des Aufsichtsrats der Gesellschafterversammlung, wobei
    die Beschlüsse der Gesellschafterversammlung mit einfacher

(4) Der Aufsichtsrat tritt mindestens viermal jährlich zusammen. Die Geschäfts-
    führung hat das Recht, Vorschläge zur Tagesordnung zu machen, sowie an
    der Aufsichtsratssitzung teilzunehmen, es sei denn, der Aufsichtsrat be-
    schließt etwas anderes.

(5) Soweit in diesem Gesellschaftsvertrag oder in Gesellschaftervereinbarungen
    nichts Abweichendes bestimmt ist, bedürfen Aufsichtsratsbeschlüsse der ein-
    fachen Mehrheit der abgegebenen gültigen Stimmen. Der Aufsichtsrat ist nur
    beschlussfähig, wenn mindestens 60% seiner Mitglieder anwesend sind. Ein
    Mitglied ist auch dann anwesend, wenn es über Lautsprechertelefon zuge-
    schaltet ist.

(6) Die Amtszeit der Aufsichtsratsmitglieder dauert bis zur Beendigung der Ge-
    sellschafterversammlung, die über die Entlastung für das dritte Geschäftsjahr
    nach dem Beginn der Amtszeit beschließt. Das Geschäftsjahr, in dem die
    Amtszeit beginnt, wird nicht mitgerechnet. Die entsandten oder bestellten Mit-
    glieder bleiben bis zur Neubenennung im Amt. Eine wiederholte Entsendung
    oder Bestellung ist zulässig.

080405/VH/febi/GV-Gründung-3V

FEBO 001198

8

(7) Jedes Mitglied des Aufsichtsrats kann sein Amt jederzeit ohne Angabe von Gründen mit einer Frist von einem Monat zum Ende eines Kalendermonats sowie aus wichtigem Grunde fristlos durch schriftliche Erklärung gegenüber dem Aufsichtsratsvorsitzenden oder seinem Stellvertreter niederlegen.

(8) Der Aufsichtsrat wählt nach jeder Änderung der Zusammensetzung ein Mitglied zum Vorsitzenden und ein weiteres Mitglied zum stellvertretenden Vorsitzenden. Im Falle seiner Verhinderung übernimmt für die Dauer der Verhinderung der Stellvertreter die Aufgaben des Vorsitzenden.

(9) Die Mitglieder der Geschäftsführung der Gesellschaft sind verpflichtet, dem Aufsichtsrat jede gewünschte Auskunft über alle geschäftlichen Verhältnisse der Gesellschaft zu erteilen sowie auf Aufforderung zu den Sitzungen zu erscheinen und ihm über alle Sachverhalte, die für die Entscheidung des Aufsichtsrats von Bedeutung sein können, zu berichten.

(10) Der Aufsichtsratsvorsitzende vertritt den Aufsichtsrat nach Außen und bei der Abgabe und der Entgegennahme von Erklärungen gegenüber den Geschäftsführern. Der Aufsichtsrat gibt sich durch Beschluss eine Geschäftsordnung. Die Aufsichtsratsmitglieder haften nur für Vorsatz und grobe Fahrlässigkeit.

(11) Die Gesellschaft kann den Aufsichtsratsmitgliedern eine angemessene Vergütung gewähren. Über deren Höhe entscheidet die Gesellschafterversammlung von Jahr zu Jahr.

## § 11 - Jahresabschluss, Gewinnverwendung

(1) Die Geschäftsführer sind verpflichtet, den Jahresabschluss, den Anhang - und falls erforderlich - den Lagebericht innerhalb der gesetzlichen Fristen aus §§ 264 ff HGB für das vergangene Geschäftsjahr aufzustellen.

(2) Die Gesellschafterversammlung stellt den Jahresabschluss fest. Sie bestimmt über die Gewinnverwendung, insbesondere darüber, inwieweit der Bilanzgewinn in eine Rücklage eingestellt und an die Gesellschafter ausgeschüttet

FEBO 001199

9

wird. Der ausgeschüttete Gewinn steht den Gesellschaftern entsprechend ih-
ren Geschäftsanteilen zu.

(3) Vorabausschüttungen auf den zu erwartenden Gewinn des laufenden Ge-
schäftsjahres können bereits vor dessen Ablauf beschlossen werden.

(4) Die Gewinnverwendung richtet sich im Übrigen nach § 29 GmbHG.


## § 12 -   Wettbewerbsverbot

(1) Den Gesellschaftern zu § 4 Abs. 2 lit. a) bis f) sowie allen sonstigen Gesell-
schaftern, die operativ für die Gesellschaft tätig sind, z.B. aufgrund eines Be-
ratervertrags, ist es untersagt, sich ohne Zustimmung aller übrigen Gesell-
schafter im Geschäftszweig der Gesellschaft unmittelbar oder mittelbar, ge-
werbsmäßig oder gelegentlich für eigene oder fremde Rechnung zu betäti-
gen. Die Gesellschafter stehen dafür ein, dass dieses Wettbewerbsverbot
auch von ihren Ehegatten und nahen Angehörigen bzw. soweit es sich bei
den Gesellschaftern um juristische Personen handelt, von ihren beherrschen-
den Gesellschaftern eingehalten wird.

(2) Die Gesellschafterversammlung kann im Einzelfall mit einer Mehrheit von drei
Vierteln der Stimmen aller Gesellschafter einen Gesellschafter von dem
Wettbewerbsverbot befreien. In diesem Fall sind weitere Einzelheiten von der
Gesellschafterversammlung festzulegen.


## § 13 -   Erbfolge

(1) Beim Ableben des Gesellschafters treten die Erben an dessen Stelle.

(2) Wird der Anteil des Gesellschafters nicht ausschließlich dessen Ehegatten
oder dessen Abkömmlingen vererbt, so können die anderen Gesellschafter
mit einer Mehrheit von drei Vierteln der abgegebenen gültigen Stimmen be-
schließen, dass der Geschäftsanteil des verstorbenen Gesellschafters von

080405/VH/febit/GV-Gründung-3V

FEBO 001200

10

der Gesellschaft eingezogen wird, soweit die gesetzlichen Voraussetzungen hinsichtlich der Zahlung einer Einziehungsverfügung erfüllt sind.

(3) Die Gesellschaft hat unverzüglich nach Prüfung, inwieweit die Voraussetzung für die Zahlung einer Einziehungsvergütung erfüllt ist, spätestens sechs Monate nach Kenntnis vom Eintritt des Erbfalls, den Erben anzuzeigen, dass die Einziehung beabsichtigt ist.

(4) Den Erben steht das Recht zu, innerhalb von sechs Monaten nach Zugang der Anzeige der bevorstehenden Einziehung, die Geschäftsanteile entsprechend den Bestimmungen dieses Gesellschaftsvertrags zu veräußern. Sofern die Veräußerung nicht stattfindet, kann die Einziehung durchgeführt werden.

(5) Im Fall der Einziehung erhalten die Erben eine Vergütung gemäß § 18 Abs. 3.

(6) Mehrere Erben können ihre Rechte nur durch einen gemeinsamen Bevollmächtigten wahrnehmen. § 19 findet Anwendung.

## § 14 - Verfügungsbeschränkungen

(1) Verfügungen über Geschäftsanteile oder Teile davon, insbesondere die Veräußerung sowie die Eingehung von Treuhandverhältnissen bedürfen der schriftlichen Zustimmung des Aufsichtsrats. Dies gilt entsprechend für die Begründung von Unterbeteiligungen. Die vorstehenden Regelungen können nur durch Zustimmung aller Gesellschafter abgeändert werden. § 17 Abs. 1 GmbHG bleibt unberührt.

(2) Hat ein veräußerungswilliger Gesellschafter die Regelungen der §§ 15 und 16 eingehalten und werden die Vorerwerbsrechte gem. § 15 sowie die Mitveräußerungsrechte gem. § 16 von den berechtigten Gesellschaftern ganz oder teilweise nicht ausgeübt, so ist der veräußerungswillige Gesellschafter nach Ablauf der in Abs. 3 geregelten Sperrfrist berechtigt, die Geschäftsanteile, hinsichtlich derer die vorgenannten Rechte nicht ausgeübt wurden, zu veräu-

080405/VH/febb/GV-Gründung-3V

FEBO 001201

11

ßern oder in sonstiger Weise mit oder ohne Gegenleistung zu übertragen, ohne dass es der gesonderten Zustimmung gem. Abs. 1 bedarf.

(3)  Die Sperrfrist gem. Abs. 2 beträgt für die Gesellschafter zu § 4 Abs. 2 lit. i) und j) drei Jahre und für die übrigen Gesellschafter fünf Jahre nach Beginn der Gesellschafterstellung.

## § 15 -  Vorerwerbsrecht

(1)  Für den Fall, dass ein Gesellschafter (im Folgenden „übertragungswilliger Gesellschafter" genannt) einem Dritten die Veräußerung seiner Geschäftsanteile oder von Teilen davon oder deren Übertragung in sonstiger Weise mit oder ohne Gegenleistung anbietet oder von einem Dritten ein solches Angebot erhält, steht den übrigen Gesellschaftern (im Folgenden auch „vorerwerbsberechtigte Gesellschafter" genannt) ein Vorerwerbsrecht zu. Dieses Vorerwerbsrecht berechtigt die übrigen Gesellschafter, die angebotenen Geschäftsanteile oder Teile davon zu den in dem Informationsschreiben gem. Abs. 2 enthaltenen Bedingungen zu erwerben.

(2)  Die übertragungswilligen Gesellschafter haben die übrigen Gesellschafter unverzüglich durch eingeschriebenen Brief über das Verkaufsangebot bzw. über das Angebot auf Übertragung zu informieren. In dem Informationsschreiben sind von dem übertragungswilligen Gesellschafter insbesondere Angaben über Name bzw. Firma, Sitz und Adresse des in Aussicht genommenen Erwerbers zu machen. Weiter sind Angaben zu machen hinsichtlich des Kaufpreises bzw. der sonstigen Gegenleistung für die beabsichtigte Veräußerung bzw. Übertragung in sonstiger Weise, bzw. des Verkehrswerts dieser Gegenleistung, soweit diese nicht in Geld besteht, der Fälligkeit des Kaufpreises bzw. der sonstigen Gegenleistung.

(3)  Besteht die in dem Angebot enthaltene Gegenleistung nicht in Geld, ist der Verkehrswert der Gegenleistung durch den übertragungswilligen Gesellschafter in dem Schreiben gemäß Abs. 2 in Geld anzugeben. Zu diesem angegebenen Wert können die übrigen Gesellschafter dann ihr Vorerwerbsrecht ausüben. Bei Zweifeln an der Richtigkeit dieses Wertes können die vorer-

FEBO 001202

12

*105*

werbsberechtigten Gesellschafter zusammen oder einzeln bei einem unab-
hängigen Sachverständigen (z.B. Wirtschaftsprüfer) auf eigene Kosten ein
Gutachten über den Verkehrswert der Gegenleistung einholen. Das Ergebnis
dieses Gutachtens bestimmt den Verkehrswert der in dem Angebot genann-
ten Gegenleistung.

(4) Das Vorerwerbsrecht gemäß vorstehendem Abs. 1 ist durch die vorerwerbs-
berechtigten Gesellschafter innerhalb von zwei Monaten nach Zugang der
Mitteilung gemäß Abs. 2 durch eingeschriebenen Brief gegenüber dem über-
tragungswilligen Gesellschafter auszuüben. Die Frist beginnt für jeden Ge-
sellschafter gesondert mit Zugang der Mitteilung zu laufen. Die Gesellschaft
wird durch Übersendung einer Kopie der Ausübungserklärung informiert.

(5) Üben mehrere vorerwerbsberechtigte Gesellschafter das Vorerwerbsrecht
aus, so erwerben sie den oder die Anteil/e pro rata ihrer Beteiligung, wobei
die einzelnen Anteile durch 50 teilbar sein müssen und Spitzenbeträge dem-
jenigen zufallen, der die geringste Nominalbeteiligung hält. Übt einer oder ü-
ben mehrere der vorerwerbsberechtigten Gesellschafter sein bzw. ihr Vorer-
werbsrecht gem. Abs. 1 nicht oder nicht rechtzeitig aus, so steht der nicht ü-
bernommene Anteil den übrigen vorerwerbsberechtigten Gesellschaftern, die
ihre Vorerwerbsrechte ausgeübt haben, im Verhältnis ihrer Anteile zueinander
zu. Der übertragungswillige Gesellschafter teilt diesen Gesellschaftern inner-
halb einer Woche nach Ablauf der Frist gem. Abs. 4 durch eingeschriebenen
Brief mit, dass einzelne der vorerwerbsberechtigten Gesellschafter ihr Vorer-
werbsrecht nicht ausgeübt haben. Gleichzeitig teilt er ihnen den auf sie je-
weils entfallenden Nennbetrag der Geschäftsanteile mit, den sie durch eine
weitere Ausübungserklärung zusätzlich erwerben können. Die vorerwerbsbe-
rechtigten Gesellschafter, die diese weiteren, ihnen zustehenden Vorerwerbs-
rechte ausüben wollen, müssen gegenüber dem übertragungswilligen Gesell-
schafter innerhalb weiterer zwei Wochen nach Zugang der Mitteilung gem.
Satz 3 dieses Vorerwerbsrecht ausüben.

(6) Nach Ablauf der Ausübungsfristen gem. Abs. 4 und 5 teilt der übertragungs-
willige Gesellschafter der Gesellschaft sowie allen übrigen Gesellschaftern

FEBO 001203

13

unverzüglich durch eingeschriebenen Brief mit, in welchem Umfang und durch wen die Vorerwerbsrechte ausgeübt wurden.

(7) Die Vorerwerbsrechte können von einem Berechtigten jeweils nur in Anse-hung sämtlicher zum Verkauf stehender und auf einen Berechtigten anteilig entfallenden Anteile ausgeübt werden.

(8) Üben die vorerwerbsberechtigten Gesellschafter ihr Vorerwerbsrecht nach Ablauf der in Abs. 4 und 5 genannten Ausübungsfristen nicht aus, sind die üb-rigen Gesellschafter verpflichtet, der Übertragung der Anteile des übertra-gungswilligen Gesellschafters zuzustimmen. Die Zustimmung darf nur aus wichtigem Grund verweigert werden.

## § 16 -  Mitveräußerungsrechte

Veräußert ein Gesellschafter alle Geschäftsanteile oder Teile davon unter Beachtung der vorstehenden §§ 14 und 15 an Dritte, haben die übrigen Ge-sellschafter das Recht, von dem veräußerungswilligen Gesellschafter zu ver-langen, dass der Erwerber ihnen ein entsprechendes Angebot zur gleichzeiti-gen Übernahme ihrer sämtlichen Geschäftsanteile zu den gleichen Konditio-nen entsprechend ihrer Beteiligung macht. § 14 Abs. 2 bleibt unberührt.

## § 17 -  Einziehung von Geschäftsanteilen

(1) Die Gesellschafter können die Einziehung von Geschäftsanteilen beschlie-ßen, wenn der betroffene Gesellschafter zustimmt.

(2) Die Einziehung von Geschäftsanteilen ist ohne Zustimmung des betroffenen Gesellschafters zulässig, wenn

　　a)　über das Vermögen des betroffenen Gesellschafters das Insolvenzver-fahren eröffnet ist oder die Eröffnung mangels Masse abgelehnt wird;

080405/VH/febi/GV-Gründung-3V

FEBO 001204

14

b) der Gesellschafter die eidesstattliche Versicherung gemäß § 807 ZPO abgibt oder bereits abgegeben hat oder gegen ihn Haft zur Abgabe dieser eidesstattlichen Versicherung angeordnet wird (Haftbefehl);

c) von Seiten des Gläubigers eines Gesellschafters Zwangsvollstreckungsmaßnahmen in den Geschäftsanteil des Gesellschafters vorgenommen werden und es dem Gesellschafter des betroffenen Geschäftsanteils nicht binnen zwei Monaten seit Beginn dieser Maßnahme gelungen ist, ihre Aufhebung zu erreichen;

d) der Gesellschafter auf Auflösung der Gesellschaft klagt;

e) in der Person des Gesellschafters ein wichtiger, seinen Ausschluss rechtfertigender Grund vorliegt. Dies ist insbesondere der Fall, wenn der Gesellschafter gegen schwerwiegende Pflichten aus dem jeweils gültigen Beteiligungsvertrag, diesem Gesellschaftsvertrag oder dem Gesellschaftsverhältnis verstößt oder sich gesellschaftsschädlich verhält und die Zielsetzung der Gesellschaft nicht mehr mitträgt bzw. dagegen verstößt.

(3) Die von den Gesellschaftern zu § 4 Abs. 2 lit. a), d) und f) gehaltenen Geschäftsanteile können eingezogen werden, wenn

a) ein die Ausschließung rechtfertigender Grund in der Person des beherrschenden Gesellschafters vorliegt;

b) die Gesellschafter der oben genannten Gesellschafter gegen Bestimmungen des zu dem jeweiligen Zeitpunkt gültigen Beteiligungsvertrages oder diesem Gesellschaftsvertrag verstoßen;

c) die Bestellung des jeweiligen beherrschenden Gesellschafters als Geschäftsführer des jeweiligen Gesellschafters zu § 4 Abs. 2 lit. a), d) und f) endet oder weitere Geschäftsführer ohne Zustimmung des Aufsichtsrats bestellt werden, nicht jedoch im Falle der Krankheit oder des Todes des beherrschenden Gesellschafters;

d) die Satzung eines der Gesellschafter zu § 4 Abs. 2 lit. a), d) und f) ohne Zustimmung des Aufsichtsrats geändert wird;

e) Gesellschafter der Gesellschafter zu § 4 Abs. 2 lit. a), d) und f) über einzelne oder alle Geschäftsanteile oder Teile davon ohne Zustimmung des Aufsichtsrats verfügen, insbesondere diese an Dritte übertragen, oder eine Unterbeteiligung daran einräumen;

080405/VH/febi/GV-Gründung-3V

FEBO 001205

15

f) Geschäftsanteile eingezogen werden, die der beherrschende Gesellschaf-
ter des jeweiligen Gesellschafters zu § 4 Abs. 2 lit. a), d) und f) direkt an
der Gesellschaft hält;

g) sonst ein wichtiger Grund vorliegt.

(4) Der von dem Gesellschafter zu § 4 Abs. 2 lit. h) gehaltene Geschäftsanteil
kann eingezogen werden, wenn

a) deren Gesellschafter gegen Bestimmungen des zum jeweiligen Zeitpunkt
gültigen Beteiligungsvertrages oder diesem Gesellschaftsvertrag versto-
ßen und die anderen Gesellschafter der Gesellschaft zu § 4 Abs. 2 lit. h)
nicht innerhalb von vier Wochen ab Kenntnis von dem Verstoß den Aus-
schluss des verstoßenden Gesellschafters beschließen;

b) der Gesellschaftsvertrag des Gesellschafters zu § 4 Abs. 2 lit. h) ohne
Zustimmung des Aufsichtsrates geändert wird;

c) Gesellschafter des Gesellschafters zu § 4 Abs. 2 lit. h) über einzelne oder
alle Gesellschaftsanteile oder Teile davon ohne Zustimmung des Auf-
sichtsrats verfügen, insbesondere diese an Dritte übertragen, oder eine
Unterbeteiligung daran einräumen;

d) der im Gründungsvertrag des Gesellschafters zu § 4 Abs. 2 lit. h) be-
nannte Geschäftsführer ausscheidet und ohne Zustimmung des Auf-
sichtsrats durch einen Nachfolger ersetzt wird;

e) der Gesellschafter zu § 4 Abs. 2 lit. h) aufgelöst wird;

f) sonst ein wichtiger Grund vorliegt. Liegt der wichtige Grund nicht bei allen
Gesellschaftern des Gesellschafters zu § 4 Abs. 2 lit. h) vor, ist eine Ein-
ziehung nur möglich, wenn die Gesellschafter des Gesellschafters zu § 4
Abs. 2 lit. h) nicht innerhalb von vier Wochen ab Kenntnis von dem wich-
tigen Grund den Ausschluss des betroffenen Gesellschafters beschlos-
sen haben.

(5) Der Gesellschafter dessen Geschäftsanteil eingezogen wird, hat kein Stimm-
recht im Hinblick auf den Einziehungsbeschluss. Ab dem Zeitpunkt des Zu-
gangs der Mitteilung über den Einziehungsbeschluss ruht das Stimmrecht des
betroffenen Gesellschafters.

080405/VH/febi/GV-Gründung-3V

FEBO 001206



16

(6) Steht ein Geschäftsanteil mehreren Mitberechtigten ungeteilt zu, so ist die Einziehung gemäß Abs. 2 bis 4 auch zulässig, wenn deren Voraussetzungen nur in der Person eines Mitberechtigten vorliegen.

(7) Statt der Einziehung kann die Gesellschafterversammlung – ohne Stimmrecht des ausscheidenden Gesellschafters - verlangen, dass der Geschäftsanteil nach Wahl der Gesellschaft ganz oder geteilt an die Gesellschaft selbst, an einen oder mehrere Gesellschafter oder an von der Gesellschaft zu benennende Dritte abgetreten wird. Die Neubildung eines eingezogenen Geschäftsanteils ist zulässig.

## § 18 - Abfindung

(1) In allen Fällen des Ausscheidens eines Gesellschafters, gleich aus welchem Rechtsgrund, ist an ihn bzw. bei Ausscheiden von Todes wegen an seine Erben oder Vermächtnisnehmer eine Abfindung zu zahlen, die nach den nachstehenden Bestimmungen ermittelt wird.

(2) In den Fällen einer Einziehung gem. § 17 Abs. 2 bis 4 erhält der ausscheidende Gesellschafter sein anteiliges Stammkapital abzüglich anteiliger Verlustvorträge zuzüglich anteiliger Gewinnvorträge, abzüglich eines laufenden anteiligen Verlusts und zuzüglich eines laufenden anteiligen Gewinns.

(3) Im Falle des § 17 Abs. 1 und in anderen in diesem Vertrag ausdrücklich genannten Fällen ist an den bzw. die Gesellschafter bzw. Erben oder Vermächtnisnehmer eine Vergütung entsprechend dem Verkehrswert zu zahlen, die nach den Grundsätzen des IDW zur Durchführung von Unternehmensbewertungen (IDW S 1) in der jeweils aktuellen Fassung zu ermitteln ist.

(4) Sollte vorstehender Absatz 2 unwirksam sein und sowie in allen anderen Fällen eines Ausscheidens wird die Abfindung nach den jeweiligen geltenden Grundsätzen des Bewertungsgesetzes (derzeit: Stuttgarter Verfahren) zum Schluss des Geschäftsjahres, welches dem Einziehungs- oder Übertragungsbeschluss vorausgeht, ermittelt. Für den Fall, dass durch rechtskräftiges Urteil festgestellt ist, dass die Abfindung nach diesem Abs. 4 unwirksam ist, ver-

080405/VH/leb/l/GV-Gründung-3V

17

pflichten sich die Gesellschafter zu einer Festsetzung der Abfindung, die einerseits wirksam ist und andererseits die Gesellschaft am wenigsten belastet.

(5) Sollte sich ein Streit über die Höhe des Entgeltes erheben, so entscheidet über die Abfindung endgültig ein Wirtschaftsprüfer, der von der IHK Rhein-Neckar zu bestimmen ist, als Schiedsgutachter verbindlich für alle Parteien.

(6) In allen Fällen ist das Abfindungsguthaben in fünf gleichen Jahresraten auszuzahlen. Die erste Jahresrate wird fällig sechs Monate nach dem Zeitpunkt des Ausscheidens des betroffenen Gesellschafters. Ab dem Ausscheidungszeitpunkt ist der Abfindungsbetrag mit einem Zinssatz von 3 % über dem Basiszinsatz jährlich zu verzinsen, wobei die Zinsen mit den Raten fällig werden. Der Abfindungsbetrag kann vorzeitig ausbezahlt werden. Die Stellung einer Sicherheit kann nicht gefordert werden.

### § 19 - Gemeinsamer Vertreter

(1) Steht ein Geschäftsanteil mehreren Mitberechtigten i.S.d. § 18 Abs. 1 GmbHG ungeteilt zu, so sind diese verpflichtet, gegenüber der Gesellschaft einen gemeinsamen Vertreter zur Ausübung ihrer Rechte aus dem Geschäftsanteil zu bestellen.

(2) Gemeinsamer Vertreter kann nur ein Mitberechtigter, ein anderer Gesellschafter oder ein zur Berufsverschwiegenheit verpflichteter Angehöriger der rechts- oder wirtschaftsberatenden Berufe sein.

(3) Bis zur Bestellung eines gemeinsamen Vertreters ruhen die Stimmrechte aus dem Geschäftsanteil.

### § 20 - Schlussbestimmungen

(1) Bekanntmachungen der Gesellschaft erfolgen nur im Bundesanzeiger und, soweit gesetzlich zulässig, nur im elektronischen Bundesanzeiger. 

000405/VH/lebU/GV-Gründung-3V

 

18

(2)  Sämtliche mit der Gründung verbundenen Kosten trägt die FORATIS AG.

(3)  Sollte eine Bestimmung dieses Vertrages unwirksam sein oder werden bzw.
der Vertrag eine Lücke enthalten, so bleibt die Rechtswirksamkeit der übrigen
Bestimmungen hiervon unberührt. Anstelle der unwirksamen Bestimmung gilt
eine wirksame Bestimmung als vereinbart, die dem von den Parteien Gewoll-
tem wirtschaftlich am nächsten kommt; das gleiche gilt im Fall einer Lücke.

080405/VH/febit/GV-Gründung-3V

FEBO 001209

Vorstehende **Ausfertigung** stimmt mit der amtlich
zu verwahrenden Urschrift überein.

Mannheim, den 12. April 2005
Notariat IX Mannheim

(Dr. Preusche)
Notar

FEBO 001210

# EXHIBIT X

des Amtsgerichts Mannheim

Amtlicher Ausdruck
Abruf vom 7.9.2007 9:14

Nummer der Firma:
Seite   1   von  2

HRB 337906

Dieser Ausdruck wird nicht unterschrieben und gilt als beglaubigte Abschrift

| Nummer | a) Firma b) Sitz, Niederlassung, Zweigniederlassungen c) Gegenstand des Unternehmens | Grund- oder Stammkapital | Allgemeine Vertretungsregelung / Vorstand, Leitungsorgan, geschäftsführende Direktoren, persönlich haftende Gesellschafter, Geschäftsführer, Vertretungsberechtigte und besondere Vertretungsbefugnis | Prokura | a) Rechtsform, Beginn, Satzung oder Gesellschaftsvertrag b) Sonstige Rechtsverhältnisse | a) Tag der Eintragung b) Bemerkungen |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 1 | a) febit biotech GmbH b) Heidelberg c) Die Entwicklung, Herstellung sowie der Vertrieb von Geräten, biochemischen und chemischen Reagenzien, Registerdaten und EDV-Programmen und sonstiger Hilfsmittel für die Verarbeitung und Auswertung von chemischen und biologischen Informationen. Soweit es um bestimmte Tätigkeiten geht, erfordert die Ausführung durch zuständige Fachbehörde. | 55.800,00 EUR | a) Ist nur ein Geschäftsführer bestellt, vertritt er allein. Sind mehrere Geschäftsführer bestellt, vertreten zwei gemeinsam oder ein Geschäftsführer mit einem Prokuristen. Einzelvertretungsbefugnis kann erteilt werden. b) Geschäftsführer: Stähler, Cord F., Weinheim, *24.02.1969 einzelvertretungsberechtigt (mit der Befugnis, im Namen der Gesellschaft mit sich im eigenen Namen oder als Vertreter eines Dritten Rechtsgeschäfte abzuschließen). | Gesamtprokura gemeinsam mit einem Geschäftsführer oder einem anderen Prokuristen: Stähler, Paer F., Mannheim, *14.02.1972 Konhaas, Jochen, Besigheim, *07.10.1962 | a) Gesellschaft mit beschränkter Haftung Gesellschaftsvertrag vom 16.02.2005 zuletzt geändert am 18.04.2005 | a) 16.02.2005 Winkler b) Dieses Blatt ist zur Fortführung auf EDV umgeschrieben worden und dabei an die Stelle des bisherigen Registerblattes getreten. Freigegeben am 16.02.2005. Tag der ersten Eintragung: 22.02.2005 Gesellschaftsvertrag: Sonderband Blatt 489 ff Änderungsbeschluss: Sonderband Blatt 183 ff |
| 2 | a) Firma geändert nun: febit holding GmbH c) Gegenstand geändert, nun: Gegenstand geändert, nun: Die Halten und Verwalten von Beteiligungen im eigenen Namen und für eigene Rechnung. Ferner ist Gegenstand des Unternehmens die Entwicklung, Herstellung sowie der Vertrieb von Geräten, biochemischen und chemischen Reagenzien, Registerdaten und EDV-Programmen und sonstiger Hilfsmittel für die Verarbeitung und Auswertung | 66.400,00 EUR | | | a) Die Gesellschafterversammlung vom 06.03.2007 hat die Änderung des Gesellschaftsvertrages in § 1 (Firma, Sitz), § 2 (Gegenstand des Unternehmens), § 4 (Stammkapital, Stammeinlagen), § 10 (Auflösung) und § 14 (Verfügungsbeschränkungen) beschlossen. Das Stammkapital ist durch Beschluss der Gesellschafterversammlung vom gleichen Tag auf 66.400,00 EUR erhöht. | a) 15.08.2007 Fries |

FEBO 001211

des Amtsgerichts Mannheim

Amtlicher Ausdruck
Abruf vom 7.9.2007 9:14

Nummer der Firma:
Seite 2 von 2

HRB 337906

Dieser Ausdruck wird nicht unterschrieben und gilt als beglaubigte Abschrift

| Nummer der Eintragung | a) Firma b) Sitz, Niederlassung, Zweigniederlassungen c) Gegenstand des Unternehmens | Grund- oder Stammkapital | a) Allgemeine Vertretungsregelung b) Vorstand, Leitungsorgane, geschäftsführende Direktoren, persönlich haftende Gesellschafter, Geschäftsführer, Vertretungsberechtigte und besondere Vertretungsbefugnis | Prokura | a) Rechtsform, Beginn, Satzung oder Gesellschaftsvertrag b) Sonstige Rechtsverhältnisse | a) Tag der Eintragung b) Bemerkungen |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| | von chemischen und biologischen Informationen. Diese Tätigkeiten werden vorrangig durch Tochterunternehmen ausgeführt. Soweit es um handwerkliche Tätigkeiten geht, erfolgt die Ausführung durch zuständere Fachbetriebe. | | | | | |

Mannheim, 07.09.2007
Der Ausdruck bezeugt den Inhalt des Handelsregisters
Barth, Justizfachangestellte
Urkundsbeamter der Geschäftsstelle





FEBO 001213

# EXHIBIT  Y

translation from german**********

Register of Commerce B of Mannheim District Court

Official print-out
Call of 22.8.2007, 13:28

Number of the company
Page, 1 of 1

HRB 337906

| No. of entry | a) Business name b) Registered office, branch, branch establishments c) Object of the company | Original or authorised capital | a) General representation regulation. b) Board of Directors, executive organs, directors with management powers, personally liable partners, managing director(s), parties entitled to representation and special representation power | Signing powers | a) Legal (form, commencement, articles of) Incorporation/partnership agreement b) Other legal relationships | a) Date of entry and confirmation b) Remarks |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 1. | a) febit biotech GmbH (limited liability company) b) Heidelberg c) To develop, manufacture and sell appliances, biochemical and chemical reagents, reagent plates and other aids for the processing and evaluation of chemical and biological information. To the extent that this is question of handicraft activities, implementation shall be done by authorised expert companies. | EUR 55,800.00 | a) If only one managing director has been appointed, he shall represent alone. If a plurality of managing directors have been appointed, two in community or one in community with a holder of a limited commercial power of attorney ("Prokurist") shall represent. The power to represent alone can be granted. b) Managing Director: Stähler, Cord F., Weinheim, born on 24.02.1959, entitled to represent the company alone, with the power to conclude legal transactions with himself in his own name or as a representative of a third party on behalf of the company | Joint signing rights together with a managing director or another holder of signing rights: Stähler, Peter F., Mannheim, 14.02.1972 Kohlhaas, Jochen, Besigheim, 07.10.1962 | a) Limited Liability Company Shareholders' Agreement of 16.02.2005, (last amended on 19.04.2005 | a) 18.02.2005 Winkler b) This folio has been transferred for continuation on EDP and has replaced the register folio in use up to now. Approved on 16.02.2005. Date of first entry: 22.02.2005. Articles of Association: special volume, pp. 489 et seq. Amendment resolution: special volume, pages 183 et seq. |
| 2. | a) Corporate name changed, now: febit holding GmbH c) Object changed now: To have and administer holdings in its own name and for its own account. Further, the object of the enterprise is to develop, manufacture and sell appliances, biochemical and chemical reagents, reagent plates and EDP programmes and other aids for the processing and evaluation of chemical and biological information. These activities are primarily implemented by subsidiaries. To the extent that it is a question of handicraft activities, implementation shall be done by authorised expert companies. | EUR 65,400.00 | | | a) The Shareholders' Meeting of 05.08.2007 resolved amendment of § 1 (Corporate name, registered office), § 2 (Object of the enterprise), § 4 (Original capital, original contributions), § 10 (Supervisory Board) and § 14 (Limitations, on disposal) of the Articles of Association. The original capital was increased to EUR 66,400.00 by a resolution of the Shareholders' Meeting of the same day. | a) 15.08.2007 Fries |

FEBO 001214

This is to certify the correctness and
completeness of the above translation
from the **German** language.

Grassel,  09.07.2008



FEBO 001215

# EXHIBIT   Z



Amtsgericht Stuttgart
- Registergericht -
Hauffstraße 5

70190 Stuttgart

Amtsgericht Stuttgart
1 8. April 2005

Eintr. Verfg. Bl. _____
Eingetragen am : _____ H Bd.

HRB 25183
Neckarburg 66. V V GmbH

Als einzelvertretungsberechtigter Geschäftsührer der Neckarburg 66. V V GmbH (nach-
folgend „Gesellschaft" genannt) melde ich zur Eintragung in das Handelsregister an:

1. Die Satzung der Gesellschaft ist unter Verlegung des Sitzes sowie in Bestimmung
   einer neuen Firma und eines geänderten Geschäftsgegenstandes komplett neu ge-
   fasst. Insbesondere wird angemeldet:

   a) Die Firma der Gesellschaft ist geändert und lautet nunmehr „febit biotech
      GmbH".

   b) Der Sitz der Gesellschaft ist nach Heidelberg verlegt. Die Geschäftsräume be-
      finden sich im Neuenheimer Feld 515, 69120 Heidelberg.

   c) Der Gegenstand der Gesellschaft ist geändert und lautet nunmehr wie folgt:

      „§ 2 - Gegenstand des Unternehmers

         (1) Gegenstand des Unternehmens ist die Entwicklung, Herstellung so-
             wie der Vertrieb von Geräten, biochemischen und chemischen Rea-
             genzien, Reagenzträgern und EDV-Programmen und sonstiger Hilfs-
             mittel ür die Verarbeitung und Auswertung von chemischen und bio-
             logischen Informationen. Soweit es um handwerkliche Tätigkeiten
             geht, erfolgt die Ausührung durch autorisierte Fachbetriebe.

080405   VH/febit/HR-Gründung

FEBO 001216

2

(2) Die Gesellschaft ist berechtigt, alle Geschäfte vorzunehmen, die ge-
eignet sind, den Gesellschaftszweck mittelbar oder unmittelbar zu
fördern. Die Gesellschaft ist berechtigt, Grundbesitz zu erwerben.
Die Gesellschaft ist berechtigt, sich an anderen Unternehmen zu
beteiligen. Die Gesellschaft kann Niederlassungen im In- und Aus-
land errichten."

d) Die abstrakte Vertretungsregelung in dem Gesellschaftsvertrag (§ 7 Abs. 1
und 2) lautet wie folgt:

„(1) Sind mehrere Geschäftsführer bestellt, so wird die Gesellschaft gemein-
schaftlich durch zwei Geschäftsführer oder gemeinschaftlich durch einen
Geschäftsführer und einen Prokuristen vertreten. Die Gesellschaft wird
durch einen Geschäftsführer allein vertreten, wenn er alleiniger Ge-
schäftsführer ist. Der Aufsichtsrat kann, auch wenn mehrere Geschäfts-
führer bestellt sind, einzelne Geschäftsführer zur Alleinvertretung er-
mächtigen.

(2) Der Aufsichtsrat kann einem oder mehreren Geschäftsführern durch Be-
schluss generell oder für den Einzelfall die Befugnis erteilen, die Gesell-
schaft bei der Vornahme von Rechtsgeschäften mit sich selbst oder als
Vertreter eines Dritten uneingeschränkt vertreten (Befreiung von den Be-
schränkungen des § 181 BGB)."

Es ist darauf hinzuweisen, dass, solange die erforderliche Anzahl der Aufsichts-
ratsmitglieder nicht bestellt ist, gemäß § 10 Abs. 2 des Gesellschaftsvertrages der
Gesellschaft die Aufgaben und Befugnisse des Aufsichtsrats der Gesellschafter-
versammlung obliegen.

2.  Frau Nicole Suttner ist als Geschäftsführerin abberufen worden.

3.  Herr Cord F. Stähler, geboren am 24. Februar 1969, wohnhaft Siegfriedstraße 54,
69469 Weinheim, ist als neuer Geschäftsführer der Gesellschaft berufen worden.

Herr Cord F. Stähler vertritt die Gesellschaft wie folgt:

080405  VH/febiz/HR-Gründung

FEBO 001217

3

Er ist stets einzelvertretungsberechtigt. Darüber hinaus ist er von den Beschränkungen des § 181 BGB befreit und kann infolge dessen die Gesellschaft bei Rechtsgeschäften mit sich selbst im eigenen oder mit einem von ihm vertretenen Dritten vertreten.

Herr Cord F. Stähler zeichnet seine Unterschrift wie folgt:

Cord F. Stähler

4.  Herr Cord. F. Stähler versichert,

-   dass bei ihm keine Umstände vorliegen, aufgrund derer er nach § 6 Abs. 2 GmbHG von dem Amt als Geschäftsführer ausgeschlossen wäre. Er wurde niemals wegen einer Insolvenzstraftat (Bankrott, Verletzung der Buchführungspflicht, Gläubigerbegünstigung, Schuldnerbegünstigung - §§ 283 - 283 d StGB -) rechtskräftig verurteilt. Die Ausübung eines Berufs, Berufszweigs, Gewerbes oder Gewerbezweigs ist ihm weder durch gerichtliches Urteil noch durch vollziehbare Entscheidung einer Verwaltungsbehörde untersagt. Über seine unbeschränkte Auskunftspflicht gegenüber dem Registergericht ist er durch den beglaubigenden Notar belehrt worden.

-   dass das Stammkapital voll eingezahlt ist und sich bei Eingang der Handelsregisteranmeldung bei Gericht in vollem Unfang ungeschmälert und endgültig zur freien Verfügung des Geschäftsführers befindet.

Als Anlagen werden überreicht:

1.  Ausfertigung der notariellen Niederschrift über den Geschäftsanteilserwerb, die Abberufung von Frau Suttner als Geschäftsführerin, die Neubestellung von Herrn Cord F. Stähler zum Geschäftsführer sowie dem Gesellschafterbeschluss über die Sitzverlegung vom 11. April 2005 (UR-Nr. 7/3    /2005 des Notars Dr. Rainer Preusche in Mannheim),

080405  VH/febl/HR-Gründung

4

2.  neue Gesellschafterliste,

3.  den vollständigen Wortlaut des geänderten Gesellschaftsvertrages mit Bescheinigung des Notars gemäß § 54 Abs. 1 Satz 1 GmbHG,

4.  Schreiben der IHK Rhein-Neckar vom 31. März 2005.

Mannheim, den 11. April 2005

Cord F. Stähler
- Geschäftsführer -

080405  VH/leb/t/HR-Gründung

FEBO 001219

5

9

Urkunde-Nr. 715 /2005

Ich beglaubige hiermit, als echt und vor mir, Notar geleistet, die vorstehende Unter-
schrift und Namenszeichnung des Herrn Cord F. Stähler, geboren am 24. Febru-
ar 1969, wohnhaft Siegfriedstraße 54, 69469 Weinheim, ausgewiesen durch seinen
Personalausweis.

Mannheim, den 11. April 2005

_____
Notar

080405  VH/lebil/HR-Gründung

FEBO 001220