IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FEBIT HOLDING GMBH, | : |
| Plaintiff, | : |
| v. | : C. A. No. 07-385-GMS-LPS |
| CODON DEVICES, INC., | : |
| Defendant. | : |

## ORDER

At Wilmington this **14th** day of **August, 2008.**

IT IS ORDERED that:

1. Plaintiff's Motion for Partial Summary Judgment (D.I. 54) is DENIED WITHOUT PREJUDICE. Plaintiff's motion is inconsistent with the Scheduling Order (D.I. 42), paragraphs 16 (permitting filing of motions "<u>challenging</u> the plaintiff's ownership of the patent in suit") and 8 (requiring "[p]rior to filing <u>any</u> summary judgment motion, the parties <u>must</u> submit letter briefs seeking permission to file the motion").

2. Plaintiff's brief in opposition to Defendant's Motion to Dismiss (D.I. 58), including any and all exhibits, shall be due no later than <u>August 29, 2008</u>.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE