IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FEBIT HOLDING GMBH,                          )
                                             )
                          Plaintiff,         )
                                             )
              v.                             )     C.A. No. 07-385 (GMS) (LPS)
                                             )
CODON DEVICES, INC.,                         )
                                             )
                          Defendant.         )

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Codon Devices, Inc.'s Second Set of Interrogatories to Plaintiff* were caused to be served on August 14, 2008 upon the following in the manner indicated:

Mary Matterer, Esquire                                    *VIA HAND DELIVERY*
MORRIS JAMES LLP                                          *and ELECTRONIC MAIL*
500 Delaware Avenue
Suite 1500
Wilmington, DE  19801

Mark Fox Evens, Esquire                                       *VIA ELECTRONIC*
Edward J. Kessler, Esquire                               *and FIRST CLASS MAIL*
W. Blake Coblentz, Esquire
STERNE, KESSLER, GOLDSTEIN & FOX PLLC
1100 New York Avenue, NW
Washington, DC  20005-3934

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
*Attorneys for Defendant
   Codon Devices, Inc.*

OF COUNSEL:

Edward R. Reines
Nicholas A. Brown
Rip J. Finst
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
(650) 802-3000

August 14, 2008
2363474

## CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on August 14, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Mary Matterer, Esquire
> MORRIS JAMES LLP

I also certify that copies were caused to be served on August 14, 2008 upon the following in the manner indicated:

**BY ELECTRONIC MAIL
and HAND DELIVERY**

Mary Matterer, Esquire
MORRIS JAMES LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE  19801

**BY ELECTRONIC MAIL**

Mark Fox Evens, Esquire
Edward J. Kessler, Esquire
W. Blake Coblentz, Esquire
STERNE, KESSLER, GOLDSTEIN & FOX PLLC
1100 New York Avenue, NW
Washington, DC  20005-3934

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)