IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FEBIT HOLDING GMBH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-385 (GMS) (LPS) |
| | ) | |
| CODON DEVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of 1) *Defendant Codon Devices, Inc.'s Objections and Responses to Plaintiff's Second Set of Interrogatories*; and 2) *Defendant Codon Devices, Inc.'s Objections and Responses to Plaintiff's Second Requests for Production of Documents* were caused to be served on August 22, 2008 upon the following in the manner indicated:

Mary Matterer, Esquire                                                         *VIA HAND DELIVERY*
MORRIS JAMES LLP                                                              *and ELECTRONIC MAIL*
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801

Mark Fox Evens, Esquire                                                        *VIA ELECTRONIC*
Edward J. Kessler, Esquire                                                    *and FIRST CLASS MAIL*
W. Blake Coblentz, Esquire
STERNE, KESSLER, GOLDSTEIN & FOX PLLC
1100 New York Avenue, NW
Washington, DC 20005-3934

2

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James W. Parrett, Jr.*
_____
Jack B. Blumenfeld (#1014)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
jparrett@mnat.com
*Attorneys for Defendant*
  *Codon Devices, Inc.*

OF COUNSEL:

Edward R. Reines
Nicholas A. Brown
Rip J. Finst
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
(650) 802-3000

August 22, 2008
2363474

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Mary Matterer, Esquire
>MORRIS JAMES LLP

I also certify that copies were caused to be served on August 22, 2008 upon the following in the manner indicated:

>**BY ELECTRONIC MAIL**
>**and HAND DELIVERY**
>
>Mary Matterer, Esquire
>MORRIS JAMES LLP
>500 Delaware Avenue
>Suite 1500
>Wilmington, DE  19801
>
>**BY ELECTRONIC**
>**and FIRST CLASS MAIL**
>
>Mark Fox Evens, Esquire
>Edward J. Kessler, Esquire
>W. Blake Coblentz, Esquire
>STERNE, KESSLER, GOLDSTEIN & FOX PLLC
>1100 New York Avenue, NW
>Washington, DC  20005-3934

*/s/ James W. Parrett, Jr.*

James W. Parrett, Jr. (#4292)