UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FEBIT HOLDING GMBH<br><br>PLAINTIFF,<br><br>vs.<br><br>CODON DEVICES, INC.<br><br>DEFENDANT. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 07-cv-00385-GMS-LPS<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following document, febit holding GmbH's Response to Codon Devices, Inc.'s Second Set of Interrogatories, were served upon the attorneys listed below as indicated on the 15th day of September, 2008:

**VIA EMAIL AND HAND DELIVERY**
Jack B. Blumenfeld, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801
jblumenfeld@mnat.com

**VIA EMAIL AND FEDEX**
Edward R. Reines, Esq.
Nicholas A. Brown, Esq.
Rip Finst, Esq.
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
650.802.3000
edward.reines@weil.com
nicholas.brown@weil.com
rip.finst@weil.com

Dated: September 15, 2008

/s/
P. Clarkson Collins, Jr. (#739)
Mary B. Matterer (#2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
302.888.8600
pcollins@morrisjames.com
mmatterer@morrisjames.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of September, 2008, I electronically filed the foregoing document, Notice of Service to febit holding GmbH's Response to Codon Devices, Inc.'s Second Set of Interrogatories, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Jack B. Blumenfeld, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801
jblumenfeld@mnat.com

Additionally, I hereby certify that on the same date the foregoing documents were served as indicated on the following:

**VIA EMAIL & HAND DELIVERY**
Jack B. Blumenfeld, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801
jblumenfeld@mnat.com

**VIA EMAIL & FEDEX**
Edward R. Reines, Esq.
Nicholas A. Brown, Esq.
Rip Finst, Esq.
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
650.802.3000
edward.reines@weil.com
nicholas.brown@weil.com
rip.finst@weil.com

Date: September 15, 2008

P. Clarkson Collins, Jr. (#739)
Mary B. Matterer (#2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
302.888.6800
pcollins@morrisjames.com
mmatterer@morrisjames.com
*Attorneys for Plaintiff*