**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| **FEBIT HOLDING GMBH** | ) ) ) ) |  |
| PLAINTIFF, | ) ) |  |
| vs. | ) ) | **C.A. No. 07-cv-00385-GMS-LPS** |
| **CODON DEVICES, INC.** | ) ) | **PUBLIC VERSION** |
| DEFENDANT. | ) ) ) ) |  |

**APPENDIX TO PLAINTIFF FEBIT HOLDING GMBH'S OPPOSITION TO**
**DEFENDANT CODON DEVICES, INC.'S MOTION TO DISMISS – VOLUME I OF II**

P. Clarkson Collins, Jr. (#739)
Mary B. Matterer (#2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
(302) 888-6800
mmatterer@morrisjames.com

*Of Counsel*

Mark Fox Evens
Edward J. Kessler
Byron L. Pickard
W. Blake Coblentz
STERNE, KESSLER, GOLDSTEIN & FOX PLLC
1100 New York Avenue, NW
Washington, D.C. 20005-3934
(202) 371-2600

*Attorneys for Plaintiff*

Originally filed: August 29, 2008
Public version filed: September 16, 2008

# EXHIBIT A

# EXHIBIT   REDACTED
# IN   ITS   ENTIRETY

# EXHIBIT B

## Handelsregister - Abt. B - des Amtsgerichts MANNHEIM

**HRB 2476 w**

**Blatt 1**

| Nummer der Eintragung | a) Firma b) Sitz c) Gegenstand des Unternehmens | Grundkapital oder Stammkapital DM | Vorstand Persönlich haftende Gesellschafter Geschäftsführer Abwickler | Prokura | Rechtsverhältnisse | a) Tag der Eintragung und Unterschrift b) Bemerkungen |
|---|---|---|---|---|---|---|
| 1 | a) FeBiT ferrarius Bio-technology GmbH b) **Weinheim** c) Die Entwicklung, Herstellung sowie der Vertrieb von Geräten, biochemischen und chemischen Reagenzien, Messgeräten und sonstiger Zubehör-Programmen und sonstiger Mittel teils für die Verarbeitung und Auswertung von chemischen und biologischen Informationen. Soweit es hauptsächliche Tätigkeiten geht, erfolgt die Ausführung durch autorisierte Fachbetriebe. | 150.000,-- DM | Dr. Fritz Stähler, geb. 5.4.1937, Weinheim; Cord Friedrich Stähler, geb. 24.2.1969, Stuttgart | | Gesellschaft mit beschränkter Haftung. Gesellschaftsvertrag vom 10.11.1998 und 18.1.1999. Die Gesellschaft wird, wenn nur ein Geschäftsführer vorhanden ist, durch diesen allein vertreten. Falls mehrere Geschäftsführer bestellt sind, wird die Gesellschaft durch zwei Geschäftsführer oder durch einen Geschäftsführer mit einem Prokuristen vertreten. Einzelvertretungsbefugnis kann erteilt werden. Der Geschäftsführer Dr. Fritz Stähler ist stets einzelvertretungsberechtigt. Die Geschäftsführer Dr. Fritz Stähler und Cord Friedrich Stähler sind befugt, die Gesellschaft bei der Vornahme von Rechtsgeschäften mit sich selbst in eigenem Namen oder als Vertreter eines Dritten uneingeschränkt zu vertreten. | a) 26. Januar 1999 [signature] b) Gesellschafts-vertrag GmbH Blatt 27-38 |
| 2 | | 144.000,-- DM | | | Die Gesellschafterversammlung vom 10. Februar 1999 hat die Erhöhung des Stammkapitals um 44.000,-- DM und die Änderung des Gesellschaftsvertrages insbesondere in § 3 (Stammkapital) sowie eine vollständige Neufassung beschlossen. Auf die beim Gericht eingereichten Urkunden über die Änderung wird Bezug genommen. Die Gesellschafterversammlung vom 12. Mai 1999 hat die Ergänzung des Gesellschaftsvertrages in der Fassung von 10. Februar 1999 in § 2.1. (Gegenstand) beschlossen. | a) 8. Juni 1999 [signature] b) Gesellschafter-beschluss Sonderband 1 104-106; Gesellschaftsvertrag Sonderband 1 Blatt 107-113 |
| 3 | b) **Jetzt: Mannheim** | | | | Der Sitz der Gesellschaft ist nach Mannheim verlegt. | a) 20. April 2000 [signature] b) Jetzt: Amtsgericht Mannheim HRB 8373 |





FEBO 001024

# EXHIBIT C

Commercial Register – Dep. B – of the District Court of Mannheim

HRB 2476w

Page I

| Entry number | a) Company b) Registered office c) Corporate purpose | Equity or nominal capital | Executive Personally liable partner Director Liquidator | Procuration | Legal relationships | a) Day of entry and signature b) Notes |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 1 | a) FeBIT Ferrarius Bio-technology GmbH b) Weinheim c) The development, manufacture and distribution of devices, biochemical and chemical reagents, reagent carriers and IT programs and other resources for the processing and evaluation of chemical and biological information. Insofar as this concerns manual activities, execution shall be carried out by authorized specialists. | DM 180,000.- | Dr Fritz Stähler, DOB 06/04/1937, Weinheim Cord Friedrich Stähler, DOB 24/02/1969, Stuttgart | | Limited liability corporation. Articles of incorporation of 10/11/1998 and 18/01/1999. If only one executive director is present, the corporation shall be represented solely by this person. If multiple executive directors are appointed, the corporation shall be represented by two executive directors, or by one executive director with one procurator. An individual procuration may be granted. The executive director Dr Fritz Stähler is permanently authorized for individual procuration. The executive directors Dr Fritz Stähler and Cord Friedrich Stähler are authorized without restriction to represent the corporation in entering into legal transactions with themselves in their own name or as representatives of a third party. | a) January 26, 1999 < signature > b) Articles of incorporation, SdnB I pp. 27-38 |
| 2 | | DM 144,000.- | | | The shareholders' general meeting of February 10, 1999, agreed to the increase in nominal capital by DM 44,000.- to DM 144,000.- to the amendment of the articles of incorporation, especially in § 3 (nominal capital) and to a completely revised form. The certificates submitted to the court regarding the amendment were referred to. The shareholders' general meeting of May 12, 1999, agreed to the extension of the articles of incorporation in the form of February 10, 1999, in § 2.1 (purpose). | a) June 09, 1999 < signature > b) Shareholders' resolutions Special edition I pp. 39-50 pp. 104-106 Shareholders' resolutions Special edition I pp. 52-60 107-116 |
| 3 | b) now: Mannheim | | | | The registered office of the company has been relocated to Mannheim. | a) April 25, 2000 < signature > b) now: District court Mannheim HRB 8373 |

Commercial Register – Dept. B – of the District Court of Mannheim

Page

HRB 2476w

| Entry number | a) Company b) Registered office c) Corporate purpose | Equity or nominal capital | Executive Personally liable partner Director Liquidator | Procuration | Legal relationships | a) Day of entry and signature b) Notes |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| | | | | | As a result of the ruling of the President of the Higher Court of Karlsruhe (Oberlandesgericht Karlsruhe) of 12/09/2005, the district symbol W, until now allocated to the local court district of Weinheim, shall no longer be applicable, and the district shall be allocated the identification number 43 in its place. The labeling system of the register shall be continued with the placement of this number in front of the hitherto existing file number, and the retention of this previous number. Any spaces shall be filled with zeroes. | |

Mannheim, 07/09/2007

The transcript attests to the content of the Commercial Register

Barth, Registrar (Justizfachangestellte)

Certification officer of the court: (Urkundsbeamter der Geschäftsstelle)

< signature >

< stamp: District Court of Mannheim >

< back side >

< stamp: District court of Mannheim >

FEBO 001022

**I certify**
correctness and completeness of the translation
from German into English language

**Braeunrode,** 1 2 SEP. 2007

Oksana Peters





FEBO 001025

# EXHIBIT D

# Handelsregister – Abt. B – des Amtsgerichts MANNHEIM

Blatt 1

HRB 8373

| | Firma und Ort der Niederlassung, ... | Grundkapital bzw. Stammkapital DM/EUR | Vorstand Persönlich-haftende Gesellschafter Geschäftsführer Abwickler | Prokura | Rechtsverhältnisse | a) Tag der Eintragung und Unterschrift b) Bemerkungen |
|---|---|---|---|---|---|---|
| 1 | a) FeBiT Ferritius Bio-technology GmbH b) Mannheim c) Die Entwicklung, Herstellung sowie der Vertrieb von Geräten, biochemischen und chemischen Reagenzien, Reagenziengen und sonstiger Hilfsmittel für die Verarbeitung von chemischen und bio-chemischen Reagenzien. Soweit es um handwerkliche Tätigkeiten geht, erfolgt die Ausführung durch außenstehende Fachbetriebe. | DM 1.000,-- DM | Dr. Fritz Stähler, geb. 6.4.1937, Mannheim Carl Friedrich Stähler, geb. 24.2.1988, Stuttgart | Carl Friedrich Stähler, geb. 14.2.1972, Mannheim Manfred Höllger, geb. 14.11.1988, München | Gesellschaft mit beschränkter Haftung Gesellschaftsvertrag vom 10.11.1998 und 18.1.1999 mit Änderung vom 10.f.1999. Die Gesellschafterversammlung vom 29.11.1999 hat die Änderung des Gesellschaftsvertrages in § 1/2 (Sitz) beschlossen. Der Sitz der Gesellschaft ist von Weinheim nach Mannheim verlegt. Sie vertreten jeweils gemeinsam mit einem anderen Geschäftsführer oder einem anderen Prokuristen. Die Gesellschaft wird, wenn nur ein Geschäftsführer vorhanden ist, durch diesen allein vertreten. Falls mehrere Geschäftsführer bestellt sind, wird die Gesellschaft durch zwei Geschäftsführer oder durch einen Geschäftsführer mit einem Prokuristen vertreten. Einzelvertretungsbefugnis kann erteilt werden. Dr. Fritz Stähler ist stets einzelvertretungsberechtigt. | a) 12. April 2000 b) Amtsgericht Mannheim HRB 2078 W Gesellschafts-vertrag: Sohn 1 Blatt 1-3 Gesellschafts-vertrag Sohn 1 Blatt 10-20 Tag der Bestätigung des Vertrages 28.1.1999 |
| 2 | | 221.900,-- EUR | | | Die Gesellschafterversammlung vom 20.9.2000 hat die Erhöhung des Stammkapitals um 77.900,-- DM auf 221.900,-- DM beschlossen. Der Gesellschaftsvertrag ist in § 1 (Stammkapital) und (Stammeinlagen) geändert und insgesamt neu gefaßt. | a) 24. Mai 2001 b) Gesellschafter-beschluß Band 1 Blatt 30-64 Gesellschafts-vertrag Band 1 Blatt 124-141 |
| 3 | | 113.454,67 EUR 178.240,-- EUR 168.840,-- EUR | | | Die Gesellschafterversammlung vom 4.5.2001 hat die Umstellung des Stamm-kapitals zu den von der Europäischen Union gemäß Artikel 1091, Abs.4 Satz 1 der EG-Vertrages unwiderruflich festgelegten Umrechnungskurs von 1.89583 auf 113.454,67 EUR beschlossen. Die Gesellschafterversammlung vom 4.5.2001 hat die Erhöhung des Stamm-kapitals um 19.684,33 EUR aus Gesellschaftsmitteln auf 133.140,-- EUR beschlossen. | a) 5.September 2001 b) Gesellschafter-beschluß Band 2 Blatt 6-32 Gesellschafts-vertrag Band 2 Blatt 124-177 Forderung Rückzahle |

FEBO 001026



HRB **8373**

Handelsregister – Abt. B – des Amtsgerichts   MANNHEIM

Rückseite von **Blatt** ___1___ (mit Fortsetzung Blatt ___)

| Nummer der laufenden Eintragung | a) Firma b) Sitz c) Gegenstand des Unternehmens | Grundkapital oder Stammkapital DM/EUR | Vorstand Persönlich haftende Gesellschafter Geschäftsführer Abwickler | Prokura | Rechtsverhältnisse | a) Tag der Eintragung und Unterschrift b) Bemerkungen |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| noch 3 | | | | Die Prokuren Peter Kaminski, Lothar und Manfred Müller sind erloschen. | Die Gesellschafterversammlung vom 4.5.2001 hat die Erhöhung des Stammkapitals um 38.700,— DM auf 100.000,— EUR beschlossen; der Gesellschaftsvertrag ist in § 7 (Stammkapital und Stammeinlagen) geändert.<br><br>Dr. Fritz Stähle ist nicht mehr Geschäftsführer. | |
| 4 | | | | | Die Gesellschaft ist aufgrund des Umwandlungsbeschlusses vom 4.1.2001 (mit Nachtrag vom 28.8.2001) in eine Aktiengesellschaft unter der Firma Febit AG mit Sitz in Mannheim (Amtsgericht Mannheim HRB 6955) gemäß §§ 190 ff. UmwG formwechselnd umgewandelt. | e) 11. Oktober 2001 |

Mannheim, 07.09.2007
Der Ausdruck bezeugt den Inhalt des Registers vor der Umschreibung.
Barth, Justizbeschäftigte
Urkundsbeamtin der Geschäftsstelle

Fortsetzung auf dem ___ ten Blatt



FEBO 001028

# EXHIBIT E

Commercial Register – Dept. B – of the District Court of Mannheim
< stamp: District Court of Mannheim >

Page 1
(Continued on   page 1 reverse)

HRB 8373

| Entry number | a) Company b) Registered office c) Corporate purpose | Equity or nominal capital | Executive Personally liable partner Director Liquidator | Procuration | Legal relationships | a) Day of entry and signature b) Notes |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 1 | a) FeBiT Ferrarius Bio-technology GmbH<br>b) Mannheim<br>c) The development, manufacture and distribution of devices, biochemical and chemical reagents, reagent carriers and IT programs and other resources for the processing and evaluation of chemical and biological information. Insofar as this concerns manual activities, execution shall be carried out by authorized specialists. | DM 144,000.- | Dr Fritz Stähler, DOB 06/04/1937, Weinheim<br><br>Cord Friedrich Stähler, DOB 24/02/1969, Sturgart | | Limited liability corporation.<br>Articles of incorporation of 10/11/1998 and 18/01/1999, amended 10/02/1999.<br>The company general meeting of 29/11/1999 agreed to the amendment of the articles of incorporation in § 1.2 (registered office).<br>If only one executive director is present, the corporation shall be represented solely by this person.<br>If multiple executive directors are appointed, the corporation shall be represented by two executive directors, or by one executive director with one procurator.<br>An individual procuration may be granted.<br>The executive directors Dr Fritz Stähler and Cord Friedrich Stähler are authorized without restriction to represent the corporation in entering into legal transactions with themselves in their own name or as representatives of a third party.<br>Dr Fritz Stähler is permanently authorized for individual procuration. | a) April 12, 2000<br>< signature ><br>b) Previous district court: Mannheim HRB 2476 w<br>Shareholders' resolution:<br>SoBa 1<br>pp. 1-3<br>Articles of Incorporation:<br>SoBa 1 pp. 10-20<br>Day of first entry: 26/01/1999 |
| 2 | | DM 221,900.- | | | The shareholders' general meeting of 20/09/2000 agreed to the increase in nominal capital by DM 77,900.- to DM 221,900.-; the articles of incorporation have been amended in § 7 (Nominal and Invested Capital) and compiled in completely revised form. | a) January 24, 2001<br>< signature ><br>b) Shareholders' resolution<br>Edition I<br>pp. 39-64<br>Articles of Incorporation<br>Edition I<br>pp. 124-141 |
| 3 | | EUR | | | The shareholders' general meeting of 04/05/2001 agreed to the | a) September 5, |

| | | | |
|---|---|---|---|
| | 113,455.67 EUR 133,140.- EUR 168,840.- | adjustment of the nominal capital in line with the conversion rate, irrevocably determined by the Council of the European Union in accordance with article 1091(4)(1) of the EC-agreement, of 1.95583 to EUR 113,455.67. The shareholders' general meeting of 04/05/2001 agreed to the increase of the nominal capital through corporate resources by EUR 19,684.33 to EUR 133,140.- | 2001 < signature > b) Shareholders' resolution Edition 2 pp. 692 Articles of Incorporation Edition 2 pp. 160-177 |

I certify
correctness and completeness of the translation
from German into English language

Braeunrode,   1 2 SEP. 2007

Oksana Peters





Commercial Register – Dept. B – of the District Court of Mannheim

Reverse from page 1
Continued on _____ page

HRB 8373

| Entry number | a) Company b) Registered office c) Corporate purpose | Equity or nominal capital | Executive Personally liable partner Director Liquidator | Procuration | Legal relationships | a) Day of entry and signature b) Notes |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 3 cont. | | | | | The shareholders' general meeting of 04/05/2001 agreed to the increase of the nominal capital by EUR 35,700.- to EUR 168,840.-; the articles of incorporation have been amended in § 7 (Nominal and Invested Capital). | |
| 4 | | | | The procurators Peer Friedrich Stähler and Manfred Müller have not been re-appointed. | Dr Fritz Stähler is no longer executive director. The corporation has, on the basis of the change in corporate form resolution of 04/05/2001 with the amendment of 28/08/2001, changed corporate form to a public corporation under the name of "föbit AG" with registered office in Mannheim (District Court of Mannheim HRB 8959) in accordance with §§ 190 ff. of the German Law Regulating the Transformation of Companies (UmwG). | a) October 11, 2001 \< signature > |

Mannheim, 07/09/2007
The transcript attests to the content of the Commercial Register
Barth, Registrar (Justizfachangestellte)
Certification officer of the court (Urkundenbeamter der Geschäftsstelle)

\< signature >

\< stamp: District Court of Mannheim >

\< back side>

\< stamp: District court of Mannheim >

FEBO 001033

Ich versichere
die Richtigkeit und Vollständigkeit der Übersetzung
aus der deutschen in die englische Sprache

Halle (Saale), den 02.07.2008

I herewith certify
that this English translation from German language
is true and accurate

Halle/Saale, 02/07/2008

*Oksana Peters*

Öffentlich bestellte Übersetzerin
Oksana Peters
Philipp-Müller-Str. 66
06110 Halle (Saale)
für die englische, russische und ukrainische Sprache





FEBO 001029

# EXHIBIT F

# EXHIBIT  REDACTED
# IN  ITS  ENTIRETY

# EXHIBIT G

DIESES BLATT IST ZUR FORTFÜHRUNG AUF EDV UMGESCHRIEBEN UND GESCHLOSSEN.

**Handelsregister – Abt. B – des Amtsgerichts MANNHEIM**

**HRB 8959**

Blatt 1 (mit Fortsetzungs-Blatt)

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| | | Grundkapital oder Stammkapital DM/EUR | Vorstand Persönlich haftende Gesellschafter Geschäftsführer Abwickler | Prokura | Rechtsverhältnisse | a) Tag der Eintragung und Unterschrift b) Bemerkungen |

a) febit AG

b) Mannheim

c) Die Entwicklung, Herstellung sowie der Vertrieb von Geräten, biochemischen und chemischen Reagenzien, Reagenzien und sonstiger Hilfsmittel für die Verarbeitung und Auswertung von chemischen und biologischen Informationen. Soweit es um handwerkliche Tätigkeiten geht, erfolgt die Ausführung durch autorisierte Fachbetriebe.

168 840.-- EUR

Cord Friedrich Stähler, geb. 24.2.1969. Mannheim — Vorstandsvorsitzender —

Peer Friedrich Stähler, geb. 11.1.1971 — Vorstand —

Manfred Müller, geb. 1.11.1955 Schriesheim

**Column 6 (Rechtsverhältnisse):**
Aktiengesellschaft

Infolge formwechselnder Umwandlung der Gesellschaft mit beschränkter Haftung unter der Firma "febit Ferrarius Biotechnology GmbH" mit Sitz in Mannheim (Amtsgericht Mannheim HRB 6375) gemäß §§ 190ff UmwG.

Satzung vom 4.5.2001.

Die Gesellschaft hat einen oder nur ein Vorstandsmitglied vorhanden ist, durch dieses allein vertreten.

Falls mehrere Vorstandsmitglieder bestellt sind, wird die Gesellschaft durch zwei Vorstandsmitglieder oder durch ein Vorstandsmitglied mit einem Prokuristen vertreten.

Einzelvertretungsbefugnis kann erteilt werden.

Das Vorstandsmitglied Cord Friedrich Stähler ist stets einzelvertretungsberechtigt.

Die Hauptversammlung vom 29.11.2001 hat die bedingte Erhöhung des Grundkapitals um bis zu 12 708,-- EUR durch Ausgabe von bis zu 12 708 Aktien beschlossen (bedingtes Kapital I). Die bedingte Kapitalerhöhung dient der Gewährung von Bezugsrechten im Rahmen von Aktienoptionen an Beschäftigte der Gesellschaft sowie Arbeitnehmer verbundener Unternehmen. Sie wird nur in dem Umfang durchgeführt, in welchem Bezugsberechtigte von ihrem Bezugsrecht Gebrauch machen.

Die Hauptversammlung vom 29.11.2001 hat die Änderung der Satzung in den §§ 5 (Grundkapital), 7 (Vinkulierung), 15 (Aufsichtsratsmitglieder) 24 (Einberufung) und 27 (Mehrheit für Über die Hauptversammlung) beschlossen.

Mit der "tbg Technologie-Beteiligungs-Gesellschaft mbH der Deutschen Ausgleichsbank" mit Sitz in Bonn (Amtsgericht Bonn HRB 4940) wurde am 20.4.1999/28.4.1999 ein Teilgewinnabführungsvertrag (Nummer 0849321) abgeschlossen, dem die Hauptversammlung vom 29.11.2001 zugestimmt hat.

Mit der "tbg Technologie-Beteiligungs-Gesellschaft mbH der Deutschen Ausgleichsbank" mit Sitz in Bonn (Amtsgericht Bonn HRB 4940) wurde am 20.4.1999/28.4.1999 ein Teilgewinnabführungsvertrag (Nummer 0848327) abgeschlossen, dem die Hauptversammlung vom 29.11.2001 zugestimmt hat.

a) 11. Oktober 2001

b) Satzung Band 2 Blatt 75-93

a) 13. Februar 2002

b) Hauptversammlungsbeschluß Band 2 Blatt 3-58

Satzung Band 2 Blatt 100-119

Hauptversammlungsbeschlüsse Band 2 Blatt 58-99

Führungszeugnis Band 2 Blatt 120-154

Fortsetzung Rückseite

FEBO 001641

**HRB 8959**

DIESES BLATT IST ZUR FORTFÜHRUNG AUF EDV UMGESCHRIEBEN UND GESCHLOSSEN.

Handelsregister – Abt. B – des Amtsgerichts Mannheim

Rückseite von Blatt 1 (mit Fortsetzung Blatt 2)

| Nummer der Eintragung | a) Firma b) Sitz c) Gegenstand des Unternehmens | Grundkapital StGK Stammkapital DM/EUR | Vorstand Persönlich haftende Gesellschafter Geschäftsführer Abwickler | Prokura | Rechtsverhältnisse | a) Tag der Eintragung und Unterschrift b) Bemerkungen |
|---|---|---|---|---|---|---|
| noch 2 | | | | | Mit der "sbg Technologie-Beteiligungs-Gesellschaft mbH der Deutschen Ausgleichsbank" mit Sitz in Bonn (Amtsgericht Bonn HRB 4940) wurde am 1.3.2000/28.3.2000 ein Teilgewinnabführungsvertrag (Nummer 049328) abgeschlossen, dem die Hauptversammlung vom 29.11.2001 zugestimmt hat.<br><br>Auf die bei Gericht eingereichten Urkunden (Teilgewinnabführungsverträge und Zustimmungsbeschluß der Hauptversammlung) wird Bezug genommen. | |
| 3 | | | Peter Kuhl geb. 8.12.1960 Stuttgart | | Peter Kuhl ist zum Vorstandsmitglied bestellt. | a) 4. April 2002 [signature] |
| 4 | | 181.518,-- EUR<br>321.781,-- EUR<br>329.512,-- EUR | | | Die Hauptversammlung vom 13.11.2002 hat die Erhöhung des Grundkapitals um 12.678,-- EUR auf 181.518,-- EUR sowie um weitere 140.263,-- EUR auf 321.781,-- EUR und um weitere 7.731,-- EUR auf 329.512,-- EUR beschlossen.<br><br>Die Kapitalerhöhungen sind durchgeführt.<br><br>Die Satzung ist insbesondere in § 5 (Grundkapital) und § 20 (Schlußbestimmung) geändert und sowie insgesamt neu gefaßt. | a) 29. Januar 2003 [signature]<br>b) Hauptversammlungsbeschluß: §§5a Blatt 38-117<br>Satzung: §5a Blatt 124-134 |
| 5 | | | | | Das Grundkapital der Gesellschaft ist um bis zu EUR 12.708,00 durch Ausgabe von bis zu 12.708 neuen, auf den Namen lautenden Stammaktien, welche als Stückaktien mit einem anteiligen Betrag des Grundkapitals von EUR 1,00/Aktie und mit Gewinnberechtigung ab Beginn des Jahres der Ausgabe bedingt erhöht (Bedingtes Kapital 1).<br>Die bedingte Kapitalerhöhung dient der Gewährung von Bezugsrechten (Aktienoptionen) an Arbeitnehmer und Mitglieder des Vorstands der Gesellschaft sowie an Arbeitnehmer ... außerordentlichen Hauptversammlung der Gesellschaft vom 29. November 2001 und den unter TOP 1 der außerordentlichen Hauptversammlung der Gesellschaft vom 15. Mai 2003 festgesetzten Maßnahmen; insbesondere werden die dazugehörigen Aktien zu den dort ... | a) 1. September 2003 [signature]<br>b) Hauptversammlungsbeschluß: §5a Blatt 149-261<br>Satzung: §5a Blatt 262-272 |

Die Hauptversammlung vom 15.5.2003 hat die Änderung der Satzung in § 5 (Grundkapital) beschlossen.

Fortsetzung auf dem ... Blatt

DIESES BLATT IST ZUR FORTFÜHRUNG AUF EDV UMGESCHRIEBEN UND GESCHLOSSEN.

Handelsregister -- Abt. B -- des Amtsgerichts Mannheim

Blatt 2
(mit Fortsetzung Blatt 2 Rückseite)

HRB 8959

| Nummer der Eintragung | a) Firma b) Sitz c) Gegenstand des Unternehmens | Grundkapital oder Stammkapital | Vorstand Persönlich haftende Gesellschafter Geschäftsführer Abwickler | Prokura | Rechtsverhältnisse | a) Tag der Eintragung und Unterschrift b) Bemerkungen |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |

festgelegten Ausgabebetrag ausgegeben. Die bedingte Kapitalerhöhung wird nur in dem Umfang durchgeführt, in welchem die Bezugsberechtigten von ihrem Bezugsrecht Gebrauch machen. Ein Bezugsrecht der Aktionäre der Gesellschaft besteht nicht. Der Vorstand wird ermächtigt, die weiteren Einzelheiten der Durchführung der bedingten Kapitalerhöhung festzusetzen.

Das Grundkapital der Gesellschaft ist um bis zu EUR 18.436,00 durch Ausgabe von bis zu 18.436 neuen, auf den Namen lautenden Stammaktien, welche als Stückaktien auf einen anteiligen Betrag des Grundkapitals von EUR 1,00 je Aktie und mit Gewinnberechtigung ab Beginn des im Jahr der Ausgabe laufenden Geschäftsjahres ausgegeben werden, bedingt erhöht (Bedingtes Kapital II). Die bedingte Kapitalerhöhung dient der Gewährung von Bezugsrechten (Aktienoptionen) an Arbeitnehmer der Gesellschaft gemäß den unter TOP 2 der außerordentlichen Hauptversammlung der Gesellschaft vom ... Mai 2003 festgelegten Bedingungen. Der Vorstand wird, soweit er selbst betroffen ist, durch den Aufsichtsrat ermächtigt und der Aufsichtsrat ermächtigt, die weiteren Einzelheiten der bedingten Kapitalerhöhung festzusetzen.

Das Grundkapital der Gesellschaft ist um bis zu EUR 25.326,00 durch Ausgabe von bis zu 25.326 neuen, auf den Namen lautenden Stammaktien, welche als Stückaktien mit einem anteiligen Betrag des Grundkapitals von EUR 1,00 je Aktie und mit Gewinnberechtigung ab Beginn des im Jahr der Ausgabe laufenden Geschäftsjahres ausgegeben werden, bedingt erhöht (Bedingtes Kapital III). Die bedingte Kapitalerhöhung dient der Gewährung von Umtausch- und Bezugsrechten gemäß der Wandelschuldverschreibungen, die aufgrund der Ermächtigung gemäß TOP 4 der außerordentlichen Hauptversammlung der Gesellschaft von bis ... Mai 2003 begeben werden. Die bedingte Kapitalerhöhung wird nur in dem Umfang durchgeführt, in welchem die Gläubiger der Wandelschuldverschreibungen von ihrem Umtauschrecht Gebrauch machen. Ein Bezugsrecht der Aktionäre der Gesellschaft besteht nicht. Der Aufsichtsrat ist ermächtigt, die weiteren Einzelheiten der Durchführung der bedingten Kapitalerhöhung festzusetzen.

Das Grundkapital der Gesellschaft ist um bis zu EUR 2.542,00 durch Ausgabe von bis zu 2.542 neuen, auf den Namen lautenden Vorzugsaktien Serie (2), welche als Stückaktien mit einem anteiligen Betrag des Grundkapitals von EUR 1,00 je Aktie und mit Gewinnberechtigung ab Beginn des im Jahr der



Fortsetzung Rückseite

FEBO 001643

DIESES BLATT IST ZUR FORTFÜHRUNG AUF EDV UMGESCHRIEBEN UND GESCHLOSSEN.

HRB 8950

Rückseite von Blatt ___ (im Forsetzung Blatt)

Handelsregister – Abt. B – des Amtsgerichts    Mannheim

| Nummer der Eintragung | a)Firma b)Sitz c)Gegenstand des Unternehmens | Grundkapital oder Stammkapital | Vorstand Persönlich haftende Gesellschafter Geschäftsführer Abwickler | Prokura | Rechtsverhältnisse | a)Tag der Eintragung und Unterschrift b)Bemerkungen |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| noch 5 | | | | | Ausgabe laufenden Geschäftsjahres ausgegeben werden, bedingte erhöht (bedingtes Kapital IV). Die bedingte Kapitalerhöhung dient der Durchführung von Umtauschrechten der Gläubiger von Wandelschuldverschreibungen (Wandelanleihe 2003-I), die aufgrund der unter TOP 6 der außerordentlichen Hauptversammlung der Gesellschaft vom 19. Mai 2003 beschlossenen Ermächtigung ausgegeben werden; insbesondere werden die Bezugsaktien zu dem dort festgelegten Wandlungspreis ausgegeben. Die bedingte Kapitalerhöhung wird nur in dem Umfang durchgeführt, in welchem die Inhaber der Wandelschuldverschreibungen von ihrem Umtauschrecht Gebrauch machen. Ein Bezugsrecht der Aktionäre der Gesellschaft besteht nicht. Der Vorstand wird ermächtigt, die weiteren Einzelheiten der Durchführung der bedingten Kapitalerhöhung festzusetzen.  Auf die beim Gericht eingereichten Urkunden wird Bezug genommen. | |
| 6 | | | | | Durch Beschluß des Amtsgerichts Mannheim vom 14.4.2004 (IN 232/04) wurde ein vorläufiger Insolvenzverwalter bestellt.  Herr Friedrich Stähler, Peter Friedrich Stähler und Manfred Müller sind nicht mehr Vorstandsmitglieder. | a) 1. Juni 2004  Salger |
| 7 | | | | | Durch Beschluß des Amtsgerichts Mannheim vom 1.7.2004 (IN 232/04) ist über das Vermögen der Aktiengesellschaft das Insolvenzverfahren eröffnet.  Durch die Eröffnung des Insolvenzverfahrens über das Vermögen der Gesellschaft am 1.7.2004 ist die Gesellschaft aufgelöst. Von Amts wegen eingetragen aufgrund § 263 AktG. | a) 4. August 2004  Salger |

Mannheim, 07.08.2007
Der Ausdruck bezeugt den Inhalt des Registers vor der Umschreibung.
Barth, Justizhauptsekretärin
Urkundsbeamtin der Geschäftsstelle

Fortsetzung auf dem ___ ten Blatt

FEBO 001644



FEBO 001645

# EXHIBIT H

*This form has been revised for computer processing*

Commercial Register – Dept. B – of the District Court of Mannheim   Page 1

&lt;stamp: District Court of Mannheim&gt;   HRB 8959

| Entry number | a) Company b) Registered office c) Corporate purpose | Equity or nominal capital | Executive Personally liable partner Director Liquidator | Procuration | Legal relationships | a) Day of entry and signature b) Notes |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 1 | a) febit AG<br><br>b) Mannheim<br><br>c) The development, manufacture and distribution of devices, biochemical and chemical reagents, reagent carriers and IT programs and other resources for the processing and evaluation of chemical and biological information. Insofar as this concerns manual activities, execution shall be carried out by authorized specialists. | EUR 168,640.- | Cord Friedrich Stähler, DOB 24/02/1969, Weinheim - Chief Executive Officer -<br><br>Peer Friedrich Stähler, DOB 14/02/1972, Mannheim<br><br>Manfred Müller, DOB 14/01/1969, Schriesheim | | Public company<br>due to the change in corporate form of the company with limited liability under the company name "febiT Ferrarius Biotechnology GmbH", based in Mannheim (District Court of Mannheim HRB 8373) in accordance with §§ 190 ff. of the German Law Regulating the Transformation of Companies (UmwG).<br><br>Articles of Incorporation of 04/05/2001.<br><br>If only one executive director is present, the corporation shall be represented solely by this person.<br><br>If multiple executive directors are appointed, the corporation shall be represented by two executive directors, or by one executive director with one procurator.<br><br>An individual procuration may be granted. | a) October 11, 2001<br>&lt; signature &gt;<br>b) Settlement:<br>Edition 1<br>pp. 75-93 |
| 2 | | | | | The director Cord Friedrich Stähler is permanently authorized for individual procuration.<br><br>The annual general meeting of 29/11/2001 agreed to conditionally increase the nominal capital by up to EUR 12,708.- through the release of up to 12,788 shares (conditional capital). The conditional increase of capital serves the purpose of granting options to employees and members of the executive board of the corporation, as well as employees of associated companies. It will only | a) February 13, 2002<br>&lt; signature &gt;<br>b) Annual General Meeting resolution Edition 1<br>pp. 3-58 |

FEBO 001634

| | |
|---|---|
| be conducted to the extent that those with options make use of the options. | Articles<br>Edition 2<br>pp. 100-119 |
| The annual general meeting of 29/11/2001 agreed to the amendment of the articles in §§ 5 (Nominal Capital), 15 (Restrictions on Transferability), 15 (Supervisory Board), 24 (Calling) and 27 (Record of the Annual General Meeting). | Partial Profit Payment<br>Contracts<br>Edition 2<br>pp. 59-99<br>120-154 |
| A partial profit payment agreement (number 0849321) was entered into with "tbg Technologie-Beteiligungs-Gesellschaft mbH der Deutschen Ausgleichsbank", based in Bonn (District Court of Bonn HRB 4940) on the 20/04/1999-28/4/1999, which was agreed to by the annual general meeting on 29/11/2001. | |
| A partial profit payment agreement (number 0849322) was entered into with "tbg Technologie-Beteiligungs-Gesellschaft mbH der Deutschen Ausgleichsbank", based in Bonn (District Court of Bonn HRB 4940) on the 20/04/1999-28/4/1999, which was agreed to by the annual general meeting on 29/11/2001. | Continued overleaf |

FEBO 001635

Commercial Register – Dept. B – of the District Court of Mannheim

Reverse of page 1
Continued on page 2

HRB 8959

| Entry number | a) Company b) Registered office c) Corporate purpose | Equity or nominal capital | Executive Personally liable partner Director Liquidator | Procuration | Legal relationships | a) Day of entry and signature b) Notes |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 2 cont. | | | | | A partial profit payment agreement (number 0849323) was entered into with "tbg Technologie-Beteiligungs-Gesellschaft mbH der Deutschen Ausgleichsbank", based in Bonn (District Court of Bonn HRB 4940) on the 01/03/2000-28/03/2000, which was agreed to by the annual general meeting on 29/11/2001.<br><br>Reference was made to the certificates submitted to the court (partial profit payment contracts, and affirmative resolution of the annual general meeting). | |
| 3 | | | Peter Kuhl, DOB 18/12/1960, Stuttgart | | Peter Kuhl is appointed to the board. | a) April 04, 2002<br>< signature > |
| 4 | | EUR 181,518.- EUR 321,781.-<br><br>EUR 329,512.- | | | The annual general meeting of 13/11/2002 has agreed to the increase of the nominal capital by EUR 12,678.- to EUR 181,518.-, by a further EUR 140,263.- to EUR 321,781.- and a further EUR 7,731 to EUR 329,512.-.<br><br>The capital increase has been executed.<br><br>The articles, especially in relation to § 5 (Nominal Capital) and § 26 (Adoption of Resolution), have been amended and compiled entirely anew. | a) January 29, 2003<br><br>< signature ><br>b) Annual general meeting resolution: SoBa 3pp. 38-117 Articles: SoBa 3 pp. 124-134 |



The annual general meeting of 15/05/2003 agreed to the amendment to the articles in § 5 (Nominal Capital). The nominal capital of the corporation is conditionally increased by up to EUR 12,708.00 through the issue of up to 12,708 new ordinary registeredshares, which will be issued with a shared sum of the nominal capital of EUR 1.00 shares and with dividend rights from the beginning of the financial year corresponding to the year of issue (Conditional  capital ). The conditional increase of capital is to serve the granting of options (share options) to employees and members of the board of the company, as well as  employees of associated companied in accordance with the provisions determined under TOP 1 of the extraordinary general meeting of the company of November 29, 2001, and under TOP 1 of the extraordinary general meeting of the company of May 15, 2003; in particular, the option share

a)September 1, 2003
< signature>
b) Appeal general
meeting resolution
SoBa 3
pp. 149-261

Articles
SoBa 3
pp. 262-272

FEBO 001637



Commercial Register – Dept. B – of the District Court of Mannheim

Page 2
Continued on page 2 reverse

HRB 8959

| Entry number | a) Company b) Registered office c) Corporate purpose | Equity or nominal capital | Executive Personally liable partner Director Liquidator | Procuration | Legal relationships | a) Day of entry and signature b) Notes |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 5 cont. | | | | | will be issued to the determined issue amount. The conditional increase of capital will only be executed to the extent that those entitled to options actually make use of these options. The shareholders of the company shall not have option rights. The board will be authorized to determine further details regarding the execution of the conditional increase of capital.

The nominal capital of the corporation is conditionally increased by up to EUR 18,436.00 through the issue of up to 18,436 new ordinary registered shares, which will be issued with a shared sum of the nominal capital of EUR 1.00 shares and with dividend rights from the beginning of the financial year corresponding to the year of issue (Conditional capital II). The conditional increase of capital is to serve the granting of options (share options) to employees and members of the board of the company, as well as employees of associated companied in accordance with the provisions determined under TOP 2 of the extraordinary general meeting of the company of May 15, 2003; in particular, the option share will be issued to the determined issue amount. The conditional increase of capital will only be executed to the extent that those entitled to options actually make use of these options. The shareholders of the company shall not have option rights. The board will be authorized to determine further details regarding the execution of the conditional increase of capital.

The nominal capital of the corporation is conditionally | |

FEBO 001638



increased by up to EUR 25,326.00 through the issue of up to 25,326 new ordinary registered shares, which will be issued with a shared sum of the nominal capital of EUR 1.00 shares and with dividend rights from the beginning of the financial year corresponding to the year of issue (Conditional capital III). The conditional increase of capital is to serve the granting of conversion rights to the creditors of convertible bonds (conversion issue 2003-V), which will be issued in accordance with TOP 4 of the extraordinary general meeting of the company of May 15, 2003. In particular, the option shares will be issued at the conversion price specified there. The conditional increase of capital will only be executed to the extent that the creditors of the convertible bonds exercise their conversion rights. The shareholders of the company shall not have option rights. The board will be authorized to determine further details regarding the execution of the conditional increase of capital.

The nominal capital of the corporation is conditionally increased by up to EUR 2,542.00 through the issue of up to 2,542 new registered preference shares of series (A), which will be issued with a shared sum of the nominal capital of EUR 1.00 per share and with dividend rights from the beginning of the financial year corresponding to the year of issue (Conditional capital IV).

FEBO 001639

Commercial Register – Dept. B – of the District Court of Mannheim    Reverse from page 2

HRB 8959

| Entry number | a) Company b) Registered office c) Corporate purpose | Equity or nominal | Executive Personally liable partner Director Liquidator | Procuration | Legal relationships | a) Day of entry and signature b) Notes |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 5 cont. | | | | | The conditional increase of capital is to serve the granting of conversion rights to creditors of conversion bonds (conversion issue 2003-PI), which will be issued in accordance with authorisation pursuant to TOP 6 of the extraordinary general meeting of the company of May 15, 2003; in particular, the option shares will be issued at the conversion price specified there. The conditional increase of capital will only be executed to the extent that the creditors of the convertible bonds exercise their conversion rights. The shareholders of the company shall not have option rights. The board will be authorized to determine further details regarding the execution of the conditional increase of capital. | |
| | | | | | The certificates submitted to the court will be referred to. | |
| 6 | | | | | Through the ruling of the District Court of Mannheim of 14/04/2004 (IN 252/04), a provisional insolvency was appointed. Cord Friedrich Stähler, Peer Friedrich Stähler and Manfred Müller are not members of the board anymore. | a) June 1, 2004 < signature > |
| 7 | | | | | Through the ruling of the District Court of Mannheim of 01/07/2004 (IN 252/04), insolvency proceedings were issued against the capital of the public company. Through the initiation of insolvency proceedings over the assets of the company on 01/07/2004, the corporation has been dissolved. Ex officio entered pursuant to § 263 of the German Companies Code (AktG). | e) August 4, 2004 < signature > |

Mannheim, 07/09/2007
The transcript attests to the content of the Commercial Register
Barth, Registrar (Justizfachangestellte) < signature >

Certification officer of the court (Urkundsbeamter der Geschäftsstelle)     < stamp: District Court of Mannheim >

< back side >

< stamp: District court of Mannheim >

FEBO 001640

# EXHIBIT I

Az.: IN 252/04



### Amtsgericht Mannheim

### Beschluss vom 14.04.2004

Im Insolvenzeröffnungsverfahren über das Vermögen der

**febit AG, vertr. d.d. Vorstand Peter Kuhl,**
**Käfertaler Str. 190, 68167 Mannheim**                    -Schuldnerin-

wird heute, am 14.04.2004, um 18.00 Uhr, zur Sicherung der künftigen Insolvenzmasse und zur Aufklärung des Sachverhalts angeordnet (§§ 21, 22 InsO):

Zum vorläufigen Insolvenzverwalter wird

**Herr Rechtsanwalt Christopher Seagon**
**Blumenstr.17, 69115 Heidelberg (Tel. 06221-9118-0)**

bestellt.



Verfügungen der Schuldnerin über Gegenstände ihres Vermögens sind nur noch mit Zustimmung d. vorl. Insolvenzverwalt. wirksam (§ 21 Abs. 2 Nr. 2 InsO).

Der Schuldnerin wird verboten, über ihre Bankkonten und über ihre Außenstände ganz oder teilweise zu verfügen.
Hinsichtlich der Bankkonten und der Außenstände d. Schuld. geht die Verwaltungs- und Verfügungsbefugnis auf den vorläufigen Insolvenzverwalter über.

D. vorläufige Insolvenzverwalt. ist nicht der allgemeine Vertreter d. Schuldn. Er hat die Aufgabe, durch Überwachung d. Schuldn. dessen Vermögen zu sichern und zu erhalten.

Den Schuldnern d. Schuldn. (Drittschuldnern) wird verboten, an d. Schuldn. zu zahlen. D. vorläufige Insolvenzverwalt. wird ermächtigt, Bankguthaben und sonstige Forderungen des Schuldners einzuziehen sowie eingehende Gelder entgegenzunehmen. Die Drittschuldner werden aufgefordert, nur noch unter Beachtung dieser Anordnung zu leisten (§ 23 Abs. 1 Satz 3 InsO).

☒ Maßnahmen der Zwangsvollstreckung einschließlich der Vollziehung eines Arrests oder einer einstweiligen Verfügung gegen d. Schuldn. werden untersagt, soweit nicht unbewegliche Gegenstände betroffen sind; bereits begonnene Maßnahmen werden einstweilen eingestellt (§ 21 Abs. 2 Nr. 3 InsO).

D. vorläufige Insolvenzverwalt. ist berechtigt, die Geschäftsräume und betrieblichen Einrichtungen d. Schuldn. einschließlich der Nebenräume zu betreten und dort Nachforschungen anzustellen.

FEBO 001067

D. Schuldn. hat ihm Einsicht in die Bücher und Geschäftspapiere zu gestatten und sie ihm auf Verlangen bis zur Entscheidung über die Eröffnung des Verfahrens herauszugeben. Er hat ihm alle Auskünfte zu erteilen, die zur Sicherung der künftigen Insolvenzmasse und zur Aufklärung der schuldnerischen Vermögensverhältnisse erforderlich sind. Bei Mißachtung dieser Pflicht kann das Gericht d. Schuldn. oder seine organschaftlichen Vertreter zur Abgabe der eidesstattlichen Versicherung laden, zwangsweise vorführen lassen oder in Haft nehmen (§ 22 Abs. 3, §§ 97, 98, 101 InsO).

☒ D. vorläufige Insolvenzverwalt. wird zugleich beauftragt, als Sachverständig. zu prüfen, ob ein nach der Rechtsform d. Schuldn. maßgebender Eröffnungsgrund vorliegt und welche Aussichten für eine Fortführung des schuldnerischen Unternehmens bestehen. Er hat ferner zu prüfen, ob das schuldnerische Vermögen die Kosten des Verfahrens decken wird (§ 22 Abs. 1 Nr. 3, Abs. 2 InsO).

Schnepf,
Vizepräsident des Amtsgerichts

Ausgefertigt
Der Urkundsbeamte
der Geschäftsstelle des Amtsgerichts

Justizangestellte

# EXHIBIT J

Az.: IN 252/04



AUSFERTIGUNG

# Amtsgericht Mannheim

## Beschluss

I. Über das Vermögen der

**febit AG, vertreten durch den Vorstand Peter Kuhl,
Käfertaler Str. 190, 68167 Mannheim**

wird wegen Zahlungsunfähigkeit und Überschuldung, am 01.07.2004, um 10.00 Uhr
das Insolvenzverfahren eröffnet.

Zum Insolvenzverwalter wird ernannt:

**Herr Rechtsanwalt Christopher Seagon,
Blumenstr. 17, 69115 Heidelberg,   Tel.:06221/91180**

II. Forderungen der Insolvenzgläubiger sind bis zum 04.08.2004 unter Beachtung des
§ 174 InsO beim Insolvenzverwalter anzumelden.

Die Gläubiger werden aufgefordert, dem Insolvenzverwalter unverzüglich mitzuteilen,
welche Sicherungsrechte sie an beweglichen Sachen oder an Rechten der Schuldnerin
in Anspruch nehmen. Der Gegenstand, an dem das Sicherungsrecht beansprucht
wird, die Art und der Entstehungsgrund des Sicherungsrechts sowie die gesicherte
Forderung sind zu bezeichnen. Wer diese Mitteilungen schuldhaft unterläßt oder ver-
zögert, haftet für den daraus entstehenden Schaden (§ 28 Abs. 2 InsO).

Wer Verpflichtungen gegenüber der Schuldnerin hat, wird aufgefordert, nicht mehr an
die Schuldnerin, sondern nur noch an den Insolvenzverwalter zu leisten.

ATTORNEY'S EYES ONLY

Termin zur Gläubigerversammlung, in der auf Grundlage eines Berichts des Insolvenz
verwalters über den Fortgang des Verfahrens beschlossen wird (Berichtstermin)
ist am

### Montag, den 16.08.2004, 14.00 Uhr

im Gebäude des Amtsgerichts Mannheim, 68159 Mannheim, Schloß, Westflügel,
1.Stockwerk/Raum 232.

Der Termin dient zugleich zur Beschlußfassung der Gläubiger über
- die Person des Insolvenzverwalters,
- den Gläubigerausschuß,
- gegebenenfalls die Zahlung von Unterhalt aus der Insolvenzmasse (§§ 100, 101
  InsO) und die in §§ 66, 79, 149, 159 bis 163 Abs. 2, 271 und 272 InsO bezeichne-
  ten Gegenstände,

und unter Umständen zur Anhörung über eine Verfahrenseinstellung mangels Masse
(§ 207 InsO).

Termin zur Prüfung der angemeldeten Forderungen ist am

### Montag, den 20.09.2004, 8.50 Uhr

im Gebäude des Amtsgerichts Mannheim, 68159 Mannheim, Schloß, Westflügel,
1.Stockwerk/Raum 232.

Mannheim, den 01.07.2004

zu Ziff. I                                                zu Ziff. II

Schnepf                                                  Ettner
Vizepräsident des Amtsgerichts                           Rechtspflegerin

GESAMTSEITEN 02

ATTORNEY'S EYES ONLY

FEBO 001070

# EXHIBIT K

EXECUTED COPY

< shield >

### District Court of Mannheim

### Ruling

I.    Insolvency proceedings have been issued over the assets of

      febit AG, represented by the director Peter Kuhl,
      Käfertaler Str. 190, 68167 Mannheim,

as a result of insolvency and over-indebtedness, on 01/07/2004 at 10 am.

The nominated insolvency administrator is:

      Mr Christopher Seagon, lawyer (Rechtsanwalt)
      Blumenstr. 17, 69115 Heidelberg, Tel: 06221 91180

II.    Claims of the insolvency creditors are to be registered with the insolvency administrator by 04/08/2004 in accordance with § 174 of the Insolvency Directive (InsO).

The creditors are required to immediately inform the insolvency administrator of any security interests they may claim in movable items or in the rights of the debtor. The object in which the security interest is asserted, the type and the reasons for the existence of the security interest, as well as the secured demand, are to be specified. If this notice is culpably neglected or delayed, the person responsible shall be liable for any damages which may arise therefrom. (§§ 28 of the Insolvency Directive [InsO])

Those who have obligations to the debtor are no longer required to render to the debtor, but rather exclusively to the insolvency administrator.

ATTORNEY'S EYES ONLY

The appointment for the creditors' meeting, in which the procedure of the proceedings will be determined on the basis of a report from the insolvency administrator (reporting date), is on

### Monday, the 16/08/2004, 2pm

in the building of the District Court of Mannheim, 68159 Mannheim, castle, west wing, first floor / room 232.

The meeting shall simultaneously facilitate the adoption of the resolution of the creditors in relation to:

- The character of the insolvency administrator
- The committee of creditors
- Where necessary, the payment of maintenance from the insolvency assets (§§ 100, 101 of the Insolvency Directive [InsO]) and the items specified in §§ 66, 79, 149, 159 to 163(2), 271 and 272 of the Insolvency Directive [InsO],

and, in certain circumstances, a hearing with regard to the dismissal of proceedings due to a lack of assets (§ 207 of the Insolvency Directive [InsO]).

The appointment for examination of the registered claims is on

### Monday, the 20/09/2004, 850am

in the building of the District Court of Mannheim, 68159 Mannheim, castle, west wing, first floor / room 232.

Mannheim, the 01/07/2004

re no. I                                             re no. II

Schnepf
Vice President of the District Court          Ettner
                                              Registrar         ATTORNEY'S EYES ONLY

< illegible stamp >

Total pages 02

FEBO 001072

I certify
correctness and completeness of the translation
from German into English language

Braeunrode,   1 2 SEP. 2007

Oksana Peters



ATTORNEY'S EYES ONLY

# EXHIBIT L

# EXHIBIT   REDACTED
# IN   ITS   ENTIRETY

# EXHIBIT M

# EXHIBIT REDACTED IN ITS ENTIRETY

# EXHIBIT N



**TechnoStart**

Beratungsgesellschaft für
Beteiligungsfonds mbH

Martin-Luther-Straße 57
D-71636 Ludwigsburg
Telefon +49 (0)7141-9 71 59-0
Telefax +49 (0)7141-9 71 59-10
office@technostart.com
www.technostart.com

TechnoStart GmbH | Martin-Luther-Straße 57 | 71636 Ludwigsburg

**Wellensiek Grub & Partner**
**Zu Händen Herrn Seagon**
**Blumenstrasse 17**

**69115 Heidelberg**

17.12.04

<u>Insolvenzverfahren über das Vermögen der febit AG</u>
<u>Kaufvertrag Assets vom 24. September 2004</u>

Sehr geehrter Herr Seagon,

in der oben bezeichneten Angelegenheit beziehe ich mich auf § 7 des
Kaufvertrages.

Hiermit erkläre ich, dass TechnoStart Beratungsgesellschaft für Beteiligungsfonds
mbH die Kaufoption ausübt, d.h. wir nehmen das Angebot zum Kauf der in der
Anlage 4 des benannten Kaufvertrages aufgeführten Patente und
Patentanmeldungen an.

Da gemäß § 7 Absatz 1 des Kaufvertrages die Kaufoption bis zum 29. Dezember
2004 befristet ist, behalten wir uns bis zu diesem Tage das Recht vor, von der
obigen Annahme wieder Abstand zu nehmen, sofern die Finanzierung bis zu
diesem Tage nicht zustande kommt.

Dieses Schreiben geht Ihnen fristwahrend vorab per Fax zu.

Mit freundlichen Grüssen

Michael Mayer
Geschäftsführer

Sitz Ludwigsburg | Registergericht
Ludwigsburg | HRB 5347

Geschäftsführer: Michael Mayer

Mitglied der EVCA European
Venture Capital Association

Mitglied im BVK Bundesverband
deutscher Kapitalbeteiligungs-
gesellschaften

ATTORNEY'S EYES ONLY

**HIGHLY**
**CONFIDENTIAL**

FEBO 001130

# EXHIBIT O



< logo >
TechnoStart

Consulting Firm for
Investment Funds mbH

Martin-Luther-Strasse 57
D-71636 Ludwigsburg
Tel: +49 (0)7141 97159 0
Fax: +49 (0)7141 97159 10
office@technostart.com

**TechnoStart GmbH | Martin-Luther-Strasse 57 | 71636 Ludwigsburg**

**Wellensiek Grub & Partner**
**Att. Mr Seagon**
**Blumenstrasse 17**

**69115 Heidelberg**

**17/12/04**

Re: Insolvency proceedings over the assets of febit AG
Purchase contract regarding assets of September 24, 2004

Dear Mr Seagon,

In the matter described above, I refer to § 7 of the purchase contract.

I hereby declare that TechnoStart Consulting Firm for Investment Funds mbH exercises the purchase option, that is, we accept the offer to purchase the patents and patent registrations listed in Appendix 4 of the said purchase contract.

As, according to § 7 section 1 of the purchase contract, the purchase option is limited in time to December 19, 2004, we reserve up until this date the right to withdraw the above acceptance, should the financing not be raised by this date.

This notice

Yours sincerely,

< signature >

Michael Mayer
Chief Executive Officer

< various signed initials >

**HIGHLY**
**CONFIDENTIAL**

**ATTORNEY'S EYES ONLY**

Ludwigsburg | Register Court
Ludwigsburg | HRB 5347

Chief Executive Officer: Michael Mayer

Member of the EVCA European
Venture Capital Association

Member of the BVK (German Private
Equity and Venture Capital Association e.V.)

FEBO 001131

I certify
correctness and completeness of the translation
from German into English language

Braeunrode,    1 2 SEP. 2007.

Oksana Peters



**HIGHLY
CONFIDENTIAL**

**ATTORNEY'S EYES ONLY**

# EXHIBIT P

# WELLENSIEK GRUB & PARTNER
### RECHTSANWÄLTE

EINGEGANGEN
1 9. JAN. 2005
Erled.

Wellensiek Grub & Partner · Postfach 106180 · 69051 Heidelberg

**Einschreiben/Rückschein**
TechnoStart Beratungsgesellschaft
für Beteiligungsfonds mbH
Frau Rechtsanwältin Ulrike Schlotzhauer
Martin-Luther-Straße 57

71636 Ludwigsburg

Heidelberg, den 17.01.2005
/Dokument4

Sekretariat:        Frau Kosytorz
Telefon:            06221/9118-56
Telefax:            06221/9118-66
eMail:              carolin.kosytorz@wellensiek-grub.de

**HEIDELBERG**
DR. JOBST WELLENSIEK
Fachanwalt für Insolvenzrecht
DR. DR. RER. POL. W. SCHREIBER
Fachanwalt für Insolvenzrecht
UWE TONNECKER
ERNST HESS
FALK HÄCKEL
FRITZ TREMMEL
Dipl. Betriebswirt u. vereidigter Buchprüfer
THOMAS OBERLE
DR. GORAN BERGER
Steuerberater u. Fachanwalt für Steuerrecht
CHRISTOPH SCHOLL
CHRISTOPHER SEAGON
Fachanwalt für Insolvenzrecht
PROF. DR. ULRICH GOLL
Zulassung ruht
HENRIK SCHMOLL
MICHAEL BAUER
CHRISTOPH ROBBECKE

**FRANKFURT**
ALFRED HAGEBUSCH
TOBIAS WARL
DR. MICHAEL FLITSCH
DR. SEBASTIAN GALL
DR. CHRISTOPH HERBST
HANS KONRAD SCHENK
DR. RICHARD SCHOLZ LL.M.
Fachanwalt für Steuerrecht

**DÜSSELDORF**
ANDREAS PANTLEN
Steuerberater
ALEXANDER REUS
DR. CHRISTOF SCHILLER
Steuerberater u. CPA (USA)

**STUTTGART**
DR. VOLKER GRUB
Fachanwalt für Insolvenzrecht
ULRICH BRUGGER
URSULA THEIN
Fachanwältin für Arbeitsrecht
DR. WOLFGANG BILGERY
DR. PHILIPP GRUB
DR. VOLKER MUSCHALLE
Maître en Droit
MARTIN MUCHA
DR. THILO SCHULTZE
DR. DIRK TÄGER

**BERLIN**
JOACHIM KURT
Fachanwalt für Steuerrecht
TOBIAS PFEIFER

**DRESDEN**
PETER SCROLL
FABIAN TESCHLER
LARS HINKEL

**ERFURT**
STEFFANIE HARDER

**LEIPZIG**
DR. VOLKER SCHLITTGEN

**HILDESHEIM**
RALF NESTLER
Fachanwalt für Steuerrecht
SILVIO HÖFER

**MÜNCHEN**
DR. GEORG STREIT
VINCENZ VON BRAUN

**Insolvenzverfahren über das Vermögen der febit ag, Käfertaler Straße 190, 68167 Mann-heim**
**hier:** Erwerb der Patente

Sehr geehrte Frau Kollegin Schlotzhauer,

nachdem die Option durch Ihr Haus fristgerecht ausgeübt wurde und der Kaufpreis zwischenzeit-lich auf unserem Anderkonto eingegangen ist, übersende ich Ihnen in der Anlage ein Originaldo-kument, welches die Gensynthi-Schutzrechte betrifft.

Für Rückfragen stehe ich gerne zur Verfügung und verbleibe

mit freundlichen kollegialen Grüßen
für

Seagon
Rechtsanwalt
als Insolvenzverwalter

**HIGHLY**
**CONFIDENTIAL**

**ATTORNEY'S EYES ONLY**

Robbecke
Rechtsanwalt

70178 Stuttgart · Humboldtstr. 16 · Tel. (0711) 96 689-0 · Fax (0711) 96 689-19    04105 Leipzig · Löhrstr. 11 · Tel. (03 41) 98 48 2-0 · Fax (03 41) 98 48 2-20
60325 Frankfurt · Cronstettenstr. 18 · Tel. (0 69) 90 74 58-0 · Fax (0 69) 90 74 58-50    31134 Hildesheim · Bernwardstr. 11 · Tel. (0 51 21) 749 74-0 · Fax (0 51 21) 749 74-17
10179 Berlin · Littenstr. 108 · Tel. (0 30) 28 52 95-0 · Fax (0 30) 28 52 95-29    40212 Düsseldorf · Königsallee 90 · Tel. (02 11) 86 06 800 · Fax (02 11) 86 06 810
01097 Dresden · Theresienstr. 8 · Tel. (03 51) 80 861-0 · Fax (03 51) 80 861-50    80333 München · Briennerstr. 12a · Tel. (0 89) 28 78 81-0 · Fax (0 89) 28 78 81-29
99084 Erfurt · Andreasstr. 39 · Tel. (03 61) 56 569-0 · Fax (03 61) 56 569-23

69115 Heidelberg · Blumenstraße 17 · Tel. (0 62 21) 91 18-0 · Fax (0 62 21) 23 128 · eMail: heidelberg@wellensiek-grub.de
Eingetragen in das Partnerschaftsregister Amtsgericht Heidelberg PR 0027 · USt-ID-Nr. DE143285192

FEBO 001133

# EXHIBIT Q



## WELLENSIEK GRUB & PARTNER
### LAWYERS

Wellensiek Grub & Partner · PO Box 106180 · Heidelberg

Certified Mail/Delivery Receipt
TechnoStart Consulting Firm
For Investment Funds mbH
Ms Ulrike Schlotzhauer
Martin-Luther-Strasse 57

< stamp: received 19 Jan 2005 >

< list of Wellensiek Grub Partners and Branches >

71636 Ludwigsburg
Heidelberg, the 17/01/2005
/document4

Secretary:        Ms Koystorz
Tel:              06221 / 9118-56
Fax:              06221 / 9118-66
Email:            carolin.koystorz@wellensiek-grub.de

**Re: Insolvency proceedings over the assets of febit ag, Käfertaler Strasse 190, 68167 Mannheim**
Here: Acquisition of the patents

Dear Ms Schlotzhauer,

Following the timely exercise of the option by your company, and the receipt of the purchase price into our trust account in the meantime, I am sending you an original document regarding the Gensynthi patent rights.

It would be my pleasure to help you if you have any further questions.

Yours sincerely,

for Seagon
Lawyer
in his capacity as insolvency administrator

**HIGHLY CONFIDENTIAL**

< signature >

**ATTORNEY'S EYES ONLY**

Rohbeck
Lawyer

< various signed initials >

70178 Stuttgart · Humboldtstr. 16 · Tel: (0711) 96689-0 · Fax: (0711) 96689-19   04105 Leipzig · Löhrstr. 11·Tel: (0341) 98482-0·Fax: (0341) 98482-20
60325 Frankfurt-Corneliusstr. 18·Tel: (069) 907458-0·Fax: (069) 907458-50   31334 Hildesheim·Bernwardstr.11·Tel: (05121)74974-0·Fax: (05121) 7497417
10179 Berlin·Littenstr 108·Tel: (030) 285295-0·Fax: (030) 28529529) 96689-19   40212 Düsseldorf · Königsallee 90·Tel: (0211) 8606800·Fax: (0211) 8606810
01097 Dresden·Theresienstr.5·Tel: (0351) 80861-0·Fax: (0351) 80861-50   80333 Munich · Briennerstr. 12a·Tel: (089) 287881-0·Fax: (089) 287881-29
99084 Erfurt · Andreasstr., 39 · Tel: (0361) 56569-0 · Fax: (0361) 56569-23
**69115 Heidelberg · Blumenstrasse 17 · Tel: (06621) 9118-0 · Fax: (06621) 23128 · email: heidelberg@wellensiek-grub.de**
Entered in the partnership register of the District Court of Heidelberg PR 0027 · VAT ID no: DE14328519

I certify
correctness and completeness of the translation
from German into English language

Braeunrode,     1 2. SEP. 2007

Oksana Peters



**HIGHLY
CONFIDENTIAL**

**ATTORNEY'S EYES ONLY**

# EXHIBIT R



3

**Beglaubigte Abschrift**

Gründungsurkunde
Neckarburg 66. V V GmbH

Urkundenrolle Nr. 861/2005 KO

Verhandelt

zu Bonn am 16. Februar 2005

Vor dem unterzeichnenden Notar

Dr. Peter Kolb
in Bonn

erschien, von Person bekannt:

Herr Frank Zenk, geboren am 11.02.1953,
wohnhaft Friedrich-Ebert-Str. 10, 65239 Hochheim,
handelnd:

1.  als einzelvertretungsberechtigter und von § 181 2. Alt. BGB befreiter Prokurist
    für die FORATIS AG mit Sitz in Bonn, eingetragen im Handelsregister beim
    Amtsgericht Bonn unter HRB 12099, und

2.  als einzelvertretungsberechtigter und von § 181 BGB befreiter Geschäftsführer
    für die Firma, fertig, los GmbH mit Sitz in Bonn, eingetragen im Handelsregister
    beim Amtsgericht Bonn unter HRB 12160

wozu der Notar aufgrund Einsicht in das Handelsregister Bonn vom 16. Februar
2005 bescheinigt, dass unter den angegebenen Registernummern die vorgenannten
Gesellschaften eingetragen sind und die Vertretungsberechtigung in der vorge-
nannten Weise besteht. ✓

Der Erschienene - handelnd wie angegeben - erklärte:

Ich errichte hiermit eine Gesellschaft mit beschränkter Haftung und stelle den Ge-
sellschaftsvertrag wie folgt fest:

FEBO 001138



Gründungsurkunde
Neckarburg 66. V V GmbH

**§ 1    Firma, Sitz und Geschäftsjahr**

Die Firma der Gesellschaft lautet

Neckarburg 66. V V GmbH.

Der Sitz der Gesellschaft ist Stuttgart.

Geschäftsjahr ist das Kalenderjahr.

**§ 2    Unternehmensgegenstand**

Gegenstand des Unternehmens ist die Verwaltung eigener Vermögenswerte.

**§ 3    Stammkapital**

Das Stammkapital beträgt 25.000,00 EUR.

Auf das Stammkapital übernehmen

die FORATIS AG eine Stammeinlage in Höhe von                1.000,00 EUR,
die Firma. fertig, los GmbH eine Stammeinlage in Höhe von   24.000,00 EUR.

Die FORATIS AG hat auf die Stammeinlage 250,00 EUR, die Firma, fertig, los GmbH 12.250,00 EUR sofort einzuzahlen, den Rest nach Abruf durch den Geschäftsführer.

**§ 4    Geschäftsführer**

Die Gesellschaft hat einen oder mehrere Geschäftsführer.

Ist nur ein Geschäftsführer bestellt, so vertritt dieser die Gesellschaft allein. Sind mehrere Geschäftsführer bestellt, wird die Gesellschaft durch zwei Geschäftsführer oder durch einen Geschäftsführer in Gemeinschaft mit einem Prokuristen vertreten.

Die Gesellschafterversammlung kann einzelnen Geschäftsführern jeweils Einzelvertretungsbefugnis und Befreiung von den Beschränkungen des § 181 BGB erteilen.

Gründungsurkunde
Neckarburg 66. V V GmbH

§ 5     Bekanntmachungen

Die Bekanntmachungen der Gesellschaft erfolgen nur durch Veröffentli-
chung im Deutschen Bundesanzeiger, soweit und sobald gesetzlich zulässig
nur im elektronischen Bundesanzeiger.

§ 6     Gründungskosten

Sämtliche mit der Gründung verbundenen Kosten trägt die FORATIS AG.

Der Notar wies den Erschienenen darauf hin, dass

- die Gesellschaft erst mit Eintragung ins Handelsregister entsteht (§ 11 Abs. 1
  GmbHG)
- die vorher in ihrem Namen abgeschlossenen Geschäfte mit der Eintragung auf
  die Gesellschaft übergehen;
- die Gesellschafter bei falschen Angaben oder Schädigung der Gesellschaft
  durch Einlagen oder Gründungsaufwand unter Umständen ersatzpflichtig und
  strafrechtlich verantwortlich sind (§§ 9 a, 82 GmbHG);
- das zur Erhaltung des Stammkapitals erforderliche Gesellschaftsvermögen nicht
  zurückgewährt werden darf (§§ 30, 31 GmbHG);
- die Gesellschafter auch für den Fall ihres etwaigen Ausscheidens aus der Gesell-
  schaft neben dem Erwerber ihres Geschäftsanteiles für die Volleinzahlung der
  Stammeinlage gesamtschuldnerisch haften (§ 21 Abs. 3 GmbHG);
- der Notar gemäß § 54 EstDV eine Anzeigepflicht gegenüber dem für die Gesell-
  schaft gem. § 20 AO zuständigen Finanzamt hat.

Der Notar wies weiter darauf hin, dass er nicht beauftragt war, die steuerlichen
Folgen dieser Urkunde zu prüfen und daher auch keine steuerliche Beratung durch
den Notar mit dieser Beurkundung verbunden ist.

Die Geschäftsräume der Gesellschaft befinden sich in Rommelstr. 3, 70376 Stuttgart.

Diese Niederschrift wurde dem Erschienenen vom Notar vorgelesen, von dem Er-
schienenen genehmigt und von ihm und dem Notar eigenhändig wie folgt unter-
schrieben:



**Beglaubigte Abschrift**

Die wörtliche Übereinstimmung der vorstehenden Abschrift mit der mir vorliegen
den Urschrift beglaubige ich hiermit.

Bonn, den 17. Februar 2005

**Der Notar:**
(Dr. Peter Kolb)

FEBO 001141

# EXHIBIT S



1

Handelsregisteranmeldung
Neckarburg 66. V V GmbH

Amtsgericht Stuttgart
Hauffstraße 5

70190 Stuttgart

Eintr. Verfg. Bl.
Eingetragen am :   22. Feb. 2005   HB

5185/05

Bonn, den 16.02.05

In der Handelsregistersache

Neckarburg 66. V V GmbH
- Neuanmeldung –

überreiche ich, die unterzeichnende Geschäftsführerin

1. eine beglaubigte Abschrift der Gründungsverhandlung nebst Gesellschaftsvertrages vom 16.02.05 des Notars Dr. Peter Kolb in Bonn mit der UR-Nr. 861/2005 KO

2. die Liste der Gesellschafter

und melde die Gesellschaft und meine Bestellung zur Geschäftsführerin zur Eintragung in das Handelsregister an.

Die Gesellschaft hat einen oder mehrere Geschäftsführer.

Ist nur ein Geschäftsführer bestellt, so vertritt dieser die Gesellschaft allein. Sind mehrere Geschäftsführer bestellt, wird die Gesellschaft durch zwei Geschäftsführer oder durch einen Geschäftsführer in Gemeinschaft mit einem Prokuristen vertreten.

Die Gesellschafterversammlung kann einzelnen Geschäftsführern jeweils Einzelvertretungsbefugnis und Befreiung von den Beschränkungen des § 181 BGB erteilen.

Ich vertrete die Gesellschaft allein, solange ich alleinige Geschäftsführerin bin. Sind mehrere Geschäftsführer bestellt, so vertrete ich die Gesellschaft gemeinsam mit einem Geschäftsführer oder einem Prokuristen.

Ich zeichne meine Unterschrift wie folgt:

*N. Suttner*

Nicole Suttner

FEBO 001143

Handelsregisteranmeldung
Neckarburg 66. V V GmbH

Ich versichere, dass auf die übernommenen Stammeinlagen vom Gesellschafter FORATIS AG ein Betrag von 250,00 EUR und vom Gesellschafter Firma, fertig, los GmbH ein Betrag von 12.250,00 EUR vollständig in die Gesellschaft eingezahlt sind. Damit ist auf jede Stammeinlage mindestens ein Viertel und auf das Stammkapital insgesamt ein Betrag von 12.500,00 EUR eingezahlt. Die eingezahlten Beträge befinden sich endgültig in meiner freien Verfügung als Geschäftsführer. ✓

Ich versichere ferner, dass das Anfangskapital der Gesellschaft nicht durch Schulden vorbelastet ist.

Weiter versichere ich, dass keine Umstände vorliegen, die meiner Bestellung als Geschäftsführer nach § 6 Abs. 2 Satz 3 und 4 GmbHG entgegenstehen.

Ich wurde niemals wegen einer Straftat nach den §§ 283 bis 283 d StGB verurteilt, und mir ist weder durch gerichtliches Urteil noch durch die vollziehbare Entscheidung einer Verwaltungsbehörde die Ausübung eines Berufes, eines Berufszweiges, Gewerbes oder Gewerbezweiges untersagt worden.

Ich versichere auch, dass ich durch den Notar darüber belehrt wurde, dass ich dem Registergericht gegenüber nach § 53 Abs. 2 BZRG zur unbeschränkten Auskunft hierüber verpflichtet bin.

Die Geschäftsräume befinden sich in Rommelstr. 3, 70376 Stuttgart.

Bonn 16.02.05

*N. Suttner*
Nicole Suttner

UR-Nr. 890/2005 KO

Hiermit beglaubige ich die vorstehende, heute vor mir vollzogene Namenszeichnung der Unterschrift sowie die Unterschrift unter der Anmeldung der Hotelfachfrau Nicole Suttner, geboren am 29.07.1973, wohnhaft Heidegartenweg 2a, 53343 Wachtberg, ausgewiesen durch amtlichen Personalausweis.

Bonn, 16.02.2005

**Notar**

# EXHIBIT T

# EXHIBIT  REDACTED
# IN  ITS  ENTIRETY

# EXHIBIT U

**Handelsregister – Abt. B – des Amtsgerichts STUTTGART**

**HRB 25 183**

Blatt _1_ (mit Fortsetzung)Blatt

| Nummer der Eintragung | a) Firma b) Sitz d) Gegenstand des Unternehmens | Grundkapital oder Stammkapital | Vorstand Persönlich haftende Gesellschafter Geschäftsführer Abwickler | Prokura | Rechtsverhältnisse | a) Tag der Eintragung und Unterschrift b) Bemerkungen |
|---|---|---|---|---|---|---|
| 1 | a) Neckarburg 66. V V GmbH b) Stuttgart d) Die Verwaltung eigener Vermögenswerte. | 25.000 EUR | Nicole Buttner geb. 29.07.1973, Wachtberg | | Gesellschaft mit beschränkter Haftung. Gesellschaftsvertrag vom 16. Februar 2005. Ist nur ein Geschäftsführer bestellt, vertritt er die Gesellschaft allein. Sind mehrere Geschäftsführer bestellt, wird die Gesellschaft durch zwei Geschäftsführer oder durch einen Geschäftsführer und einen Prokuristen vertreten. Die Geschäftsführerin Nicole Buttner, geb. 29.07.1973, Wachtberg vertritt allein, solange nur ein Geschäftsführer bestellt ist. | a) 22.2.2005 *(signature)* b) Gen. Vertr. Bl. 2 Bbd. |
| 2 | b) nun: Heidelberg | | | | Der Sitz der Gesellschaft ist verlegt nach Heidelberg; nun Amtsgericht Heidelberg HRB 7906. | a) 17.6.2005 *(signature)* |

Fortsetzung Rückseite

FEBO 001147

Handelsregister – Abt. B – des Amtsgerichts STUTTGART

Blatt _____

HRB 25183

| Nummer der Eintragung | a) Firma b) Sitz c) Gegenstand des Unternehmens | Grundkapital oder Stammkapital | Vorstand Persönlich haftende Gesellschafter Geschäftsführer Abwickler | Prokura | Rechtsverhältnisse | a) Tag der Eintragung und Unterschrift b) Bemerkungen |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |

Stuttgart, 30.08.2007
Der Ausdruck bezeugt den Inhalt der Registereintragung
Kosten: Justizkassstelle
Urkundsbeamter der Geschäftsstelle

Fortsetzung auf dem _____ den Blatt



FEBO 001149

# EXHIBIT V

Commercial Register – Dept. B – of the District Court of Stuttgart

Page 1
Continued on ___ page

HRB 25183

| Entry number | a) Company b) Registered office c) Corporate purpose | Equity or nominal capital | Executive Personally liable partner Director Liquidator | Procuration | Legal relationships | a) Day of entry and signature b) Notes |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 1 | a) Neckarburg 66. V V GmbH <br><br> b) Stuttgart <br><br> c) The administration of own assets | DM 25,000.- | Nicole Suttner, DOB 29/07/1973, Wachtberg | | Limited liability corporation. Articles of incorporation of 16/02/2005. If only one executive director is present, the corporation shall be represented solely by this person. If multiple executive directors are appointed, the corporation shall be represented by two executive directors, or by one executive director with one procurator. Chief Executive Officer Nicole Suttner, born 29/07/1973, Wachberg, is sole representative if only one executive director is appointed. | a) 22/02/2005 <br><br> < signature > <br><br> b) Legal representative p.2 SBd |
| 2 | b) now: Heidelberg | | | | The registered office of the corporation has been relocated to Heidelberg; now District Court of Heidelberg HRB 7906. | a) 17/06/2005 <br><br> < signature > |

FEBO 001150

Commercial Register – Dept. B – of the District Court of Stuttgart

Page I

Continued on _____ page _____

HRB 25183

| Entry number | a) Company b) Registered office c) Corporate purpose | Equity or nominal capital | Executive Personally liable partner Director Liquidator | Procuration | Legal relationships | a) Day of entry and signature b) Notes |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |

Stuttgart, 30/08/2007
The transcript attests to the content of the Register prior to the revision
Kersten, Registrar (Justizfachangestellte) < signature >
Certification officer of the court (Urkundsbeamter der Geschäftsstelle)

< stamp: District Court of Stuttgart >

< back side >
< stamp: District court of Mannheim >

FEBO 001151

I certify
correctness and completeness of the translation
from German into English language

Braeunrode,    1 2 SEP. 2007

Oksana Peters







FEBO 001153

# EXHIBIT W

**9 UR 713/05**

*Ausfertigung*

Notariat IX Mannheim   68149 Mannheim

An das
Amtsgericht Stuttgart
Hauffstr. 5

70190 Stuttgart

zu HRB 25183



Amtsgericht
Stuttgart
Eing.   1 8. April 2005
mit .................. Anlagen
mit .................. EUR/DM bar/Kost   4



### Notariat IX Mannheim
### Notar Dr. Rainer Preusche

### Öffentliche Urkunde

#### über

**Kauf- u. Abtretungsvertrag**

1. FORATIS AG, Bonn
2. Firma fertig, los GmbH, Bonn
und
3. INGRABAN Beratungs- u. Beteiligungs
   GmbH, Weinheim
**u.a.**

**Gesellschafterversammlung**

Firma Neckarburg 66.VV GmbH

---

**Postanschrift:** Notariat IX Mannheim, 68149 Mannheim
**Dienstgebäude:** N 7, 19, 68161 Mannheim
**Telefon:**
Notar                                    0621/292-1358
Kanzlei (Terminvereinbarung)             0621/292-1359
Geschäftsstelle (Kostenfragen)           0621/292-1357
**Telefax:**                             0621/292-3139
*E-mail: rainer.preusche@notmannheim.justiz.bwl.de*

FEBO 001156

*13*

**Nr.: 713 der Urkundenrolle für 2005**

Verhandelt

zu Mannheim

am 11. April 2005

Vor mir, dem unterzeichnenden

**Notar Dr. Rainer Preusche**

**mit Amtssitz in Mannheim**

erschienen heute ausgewiesen durch Vorlage ihrer Personalausweise und unbedenk-
lich geschäftsfähig:

1. Herr Prof. Dr. Christof Hettich, geboren am 5. November 1959, geschäftsansässig
   Harrlachweg 4, 68163 Mannheim,

   hier nicht handelnd für sich selbst persönlich, sondern als von den Beschränkun-
   gen des § 181 BGB befreiter Vertreter von:

   a) der FORATIS AG, Kurt-Schumacher-Straße 18 - 20, 53113 Bonn sowie

   b) der Firma, fertig, los GmbH, Kurt-Schumacher-Straße 18 - 20, 53113 Bonn.

   c) New Market Venture Verwaltungs GmbH, Harrlachweg 4, 68163 Mannheim
      Die Vertretungsmacht wird nachgewiesen durch die als **Anlage 1** beigefügte
      Vollmacht sowie die als **Anlagen 2 und 3** beigefügten beglaubigten Handelsre-
      gisterauszüge des Amtsgerichts Bonn vom 2. März 2005 zu HRB 12099 und HRB
      12160 sowie beurkundete Generalvollmacht, die in begl. Kopie als Anlage 8 bei-
      gefügt ist.

2. Herr Cord F. Stähler, geboren am 24. Februar 1969, wohnhaft Siegfriedstraße 54,
   69469 Weinheim,

   hier nicht handelnd für sich persönlich, sondern als:

   a) einzelvertretungsberechtigter und von den Beschränkungen des § 181 BGB
      befreiter Geschäftsführer der INGRABAN Beratungs- und Beteiligungs-

080405   VH/lebit/AnteilskaufV

2

GmbH, Siegfriedstraße 54, 69469 Weinheim, eingetragen in dem Handelsregister des Amtsgerichts Mannheim unter HRB 3044 W.

Die Vertretungsmacht wird nachgewiesen durch den beglaubigten Handelsregisterauszug vom 30. März 2005 des Amtsgerichts Mannheim zu HRB 3044 W, der als **Anlage 4** beigefügt ist.

b)   als von den Beschränkungen des § 181 BGB befreiter Vertreter von Herrn Dr. Markus Beier, geboren am 13. Oktober 1965, wohnhaft Friedensstraße. 39, 69121 Heidelberg.

Die Vertretungsmacht wird nachgewiesen durch die als **Anlage 5** beigefügte Vollmacht.

3.   Herr Peer F. Stähler, geboren am 14. Februar 1972, wohnhaft Obere Clignetstraße 14, 68167 Mannheim.

4.   Herr Dr. Ramón Güimil García, geboren am 5. Oktober 1962, wohnhaft Otto-Hahn Platz 7, 69126 Heidelberg.

5.   Herr Klaus Thomé, geboren am 2. Januar 1961, wohnhaft Schillerstrasse 25 b, 68789 St. Leon-Rot, hier nicht handelnd für sich persönlich, sondern als einzelvertretungsberechtigter und von den Beschränkungen des § 181 BGB befreiter Geschäftsführer der Cybridts Systems Beratungs- und Beteiligungsverwaltung GmbH, Schillerstrasse 25 b, 68789 St. Leon-Rot, eingetragen im Handelsregister des Amtsgerichts Heidelberg unter HRB 2068-Wi.

Die Vertretungsmacht wird nachgewiesen durch den beglaubigten Handelsregisterauszug vom 21. März 2005 des Amtsgerichts Heidelberg zu HRB 2068-Wi, der als **Anlage 6** beigefügt ist.

6.   Herr Dr. Matthias Scheffler, geboren am 8. März 1967, wohnhaft Ladenburger Straße 22, 69493 Hirschberg, hier nicht handelnd für sich persönlich, sondern als einzelvertretungsberechtigter und von den Beschränkungen des § 181 BGB be-

FEBO 001158

3

freiter Geschäftsführer der SyntheLion Beratungs- und Beteiligungs GmbH, eingetragen im Handelsregister des Amtsgerichts Mannheim unter HRB 3061-W.

Die Vertretungsmacht wird nachgewiesen durch den beglaubigten Handelsregisterauszug vom 31. März 2005 des Amtsgerichts Mannheim zu HRB 3061-W, der als **Anlage 7** beigefügt ist.

7.  Herr Michael Mayer, geboren am 30. August 1953, geschäftsansässig Martin-Luther-Straße 57, 71636 Ludwigsburg,

hier nicht handelnd für sich persönlich, sondern als:

a)  einzelvertretungsberechtigter und von den Beschränkungen des § 181 BGB befreiter Geschäftsführer der Zweite TechnoStart Ventures Verwaltungs GmbH mit Sitz in Ludwigsburg, eingetragen in das Handelsregister des Amtsgerichts Ludwigsburg unter HRB 6050, diese wieder handelnd als Komplementärin der Zweite TechnoStart Ventures Fonds GmbH & Co. KG mit dem Sitz in Ludwigsburg, eingetragen in das Handelsregister des Amtsgerichts Ludwigsburg unter HRA 2789, sowie

b)  einzelvertretungsberechtigter und von den Beschränkungen des § 181 BGB befreiter Geschäftsführer der TechnoStart Ventures Verwaltungs GmbH mit Sitz in Ludwigsburg, eingetragen in das Handelsregister des Amtsgerichts Ludwigsburg unter HRB 5387, diese wieder handelnd als Komplementärin der TechnoStart Ventures GmbH & Co. Fonds KG mit dem Sitz in Ludwigsburg, eingetragen in das Handelsregister des Amtsgerichts Ludwigsburg unter HRA 2587.

Die Vertretungsmacht wird nachgewiesen durch die beglaubigten Handelsregisterauszüge des Amtsgerichts Ludwigsburg vom 07.04.2005, die als beglaubigte Kopien als **Anlagen 9 bis 12** beigefügt sind.

I.

Die Erschienenen baten um öffentliche Beurkundung des folgenden Vertrages:

080405  VH/lebil/AnteilskaufV

FEBO 001159

4

**Kauf- und Abtretungsvertrag**

**über die Geschäftsanteile der Neckarburg 66. V V GmbH**

zwischen

1. der FORATIS AG,
Kurt-Schumacher-Straße 18 - 20,
53113 Bonn

und

2. der Firma, fertig, los GmbH,
Kurt-Schumacher-Straße 18 - 20,
53113 Bonn

- nachfolgend gemeinsam auch „**Verkäufer**" genannt -

und

3. INGRABAN Beratungs- und Beteiligungs GmbH,
Siegfriedstraße 54, 69469 Weinheim

4. Peer F. Stähler, Obere Clignetstraße 14, 68167 Mannheim

5. Dr. Ramon Gümil García, Otto-Hahn-Platz 7, 69126 Heidelberg

6. Cybridts Systems Beratungs- und Beteiligungsverwaltungs GmbH,
Schillerstraße 25 b, 68769 St. Leon-Rot

7. Dr. Markus Beier, Friedensstraße 39, 69121 Heidelberg

8. SyntheLion Beratungs- und Beteiligungsverwaltungs GmbH,
Ladenburgerstraße 22, 69463 Hirschberg

9. Dr. Fritz Stähler, Limbergweg 23, A-5700 Zell am See

10. NewMarket Venture Verwaltungs GmbH, Harrlachweg 4, 68163 Mannheim

11. TechnoStart Ventures GmbH & Co. Fonds KG,
Martin-Luther-Straße 57, 71636 Ludwigsburg

12. Zweite TechnoStart Ventures Fonds GmbH & Co. KG,
Martin-Luther-Straße 57, 71636 Ludwigsburg

- nachfolgend gemeinsam auch „**Käufer**" genannt -

080405  VH/febit/AnteilskaufV

FEBO 001160

- 5 -

§ 1 - **Vorbemerkungen**

Die FORATIS AG hält einen Geschäftsanteil von nominal € 1.000,00 und die
Firma, fertig, los GmbH einen Geschäftsanteil von nominal € 24.000,00 an
der mit einem Stammkapital von € 25.000,00 ausgestatteten Neckarburg 66.
V V GmbH, eingetragen im Handelsregister des Amtsgerichts Stuttgart unter
HRB 25183 (nachfolgend „Gesellschaft" genannt).

§ 2 - *Verkauf und Abtretung*

(1) Die FORATIS AG verkauft ihren Geschäftsanteil an der Gesellschaft von no-
minal € 1.000,00 an die INGRABAN Beratungs- und Beteiligungs GmbH und
tritt den Geschäftsanteil an diese ab. Die INGRABAN Beratungs- und Beteili-
gungs GmbH nimmt den Verkauf und die Abtretung hiermit an.

(2) Die Firma, fertig, los GmbH teilt hiermit ihren Geschäftsanteil an der Gesell-
schaft von nominal € 24.000,00 in folgende Teilgeschäftsanteile:

   a)  Teilgeschäftsanteil 1 von nominal € 1.800,00,
   b)  Teilgeschäftsanteil 2 von nominal € 2.550,00,
   c)  Teilgeschäftsanteil 3 von nominal € 1.400,00,
   d)  Teilgeschäftsanteil 4 von nominal € 1.200,00,
   e)  Teilgeschäftsanteil 5 von nominal € 1.200,00,
   f)  Teilgeschäftsanteil 6 von nominal € 1.200,00,
   g)  Teilgeschäftsanteil 7 von nominal € 2.200,00,
   h)  Teilgeschäftsanteil 8 von nominal € 5.650,00,
   i)  Teilgeschäftsanteil 9 von nominal € 2.900,00,
   j)  Teilgeschäftsanteil 10 von nominal € 3.900,00.

(3) Die Firma, fertig, los GmbH verkauft ihre in Abs. 2 aufgeführten Teilge-
schäftsanteile an die nachfolgend aufgeführten diesen Kauf annehmenden
Personen und tritt diese Teilgeschäftsanteile an diese die Abtretung anneh-
menden Personen ab:

   a)  Teilgeschäftsanteil 1 von nominal € 1.800,00 an die INGRABAN Bera-
tungs- und Beteiligungs GmbH,

080405 VH/febil/AnteilskaufV

FEBO 001161

6

b) Teilgeschäftsanteil 2 von nominal € 2.550,00 an Herrn Peer F. Stähler,

c) Teilgeschäftsanteil 3 von nominal € 1.400,00 an Herrn Dr. Ramon Gümil Garcia,

d) Teilgeschäftsanteil 4 von nominal € 1.200,00 an Cybridts Systems Beratungs- und Beteiligungsverwaltungs GmbH,

e) Teilgeschäftsanteil 5 von nominal € 1.200,00 an Herrn Dr. Markus Beier,

f) Teilgeschäftsanteil 6 von nominal € 1.200,00 an SyntheLion Beratungs- und Beteiligungsverwaltungs GmbH,

g) Teilgeschäftsanteil 7 von nominal € 2.200,00 an Herrn Dr. Fritz Stähler,

h) Teilgeschäftsanteil 8 von nominal € 5.650,00 an die New Market Venture Verwaltungs GmbH

i) Teilgeschäftsanteil 9 von nominal € 2.900,00 an die TechnoStart Ventures GmbH & Co. Fonds KG,

j) Teilgeschäftsanteil 10 von nominal € 3.900,00 an die Zweite TechnoStart Ventures Fonds GmbH & Co. KG.

### § 3 - Garantien

Die Verkäufer garantieren, dass zum Zeitpunkt des Wirksamwerdens dieses Vertrages

a) sie alleinige Gesellschafter der Gesellschaft sind,

b) das Stammkapital in voller Höhe eingezahlt ist und der Betrag in Höhe von € 25.000,00 auf dem Konto der Gesellschaft bei der Fortis Bank (BLZ 370 10 600), Konto-Nr. 1 163 9 111 78 vorhanden ist,

c) keine Rechte Dritter an den Geschäftsanteilen bestehen,

d) die Gesellschaft keine wirtschaftliche Tätigkeit aufgenommen hat und keine Verbindlichkeiten der Gesellschaft gegenüber Dritten bestehen,

e) die Gesellschafterversammlung keine satzungsändernden Beschlüsse getroffen hat.

### § 4 - Kaufpreis

(1) Der Kaufpreis beträgt insgesamt € 27.500,00.

(2) Der Kaufpreis ist innerhalb von zwei Wochen nach Beurkundung dieses Vertrages, wie nachfolgend aufgeführt, auf das Konto der Fortis AG bei der Fortis Bank Köln (BLZ 370 10 600), Konto-Nr. 108 970 12 29 zu zahlen:

080405  VH/febit/AnteilskaufV

7

- der INGRABAN Beratungs- und Beteiligungs GmbH einen weiteren Kaufpreis in Höhe von € 3.080,00,
- Herrn Peer F. Stähler einen Kaufpreis in Höhe von € 2.805,00,
- Herrn Dr. Ramon Gümil Garcia einen Kaufpreis in Höhe von € 1.540,00,
- Cybridts Systems Beratungs- und Beteiligungsverwaltungs GmbH einen Kaufpreis in Höhe von € 1.320,00,
- Dr. Markus Beier einen Kaufpreis in Höhe von € 1.320,00,
- SyntheLion Beratungs- und Beteiligungsverwaltungs GmbH einen Kaufpreis in Höhe von € 1.320,00,
- Herrn Dr. Fritz Stähler einen Kaufpreis in Höhe von € 2.420,00,
- New Market Venture Verwaltungs GmbH einen Kaufpreis in Höhe von € 6.215,00,
- TechnoStart Ventures GmbH & Co. Fonds KG einen Kaufpreis in Höhe von € 3.190,00,
- Zweite TechnoStart Ventures Fonds GmbH & Co. KG einen Kaufpreis in Höhe von € 4.290,00.

(3) Mit dem Kaufpreis ist darüber hinaus eine Bearbeitungsgebühr von € 100,00 fällig.

### § 5 - Geschäftsführer

Die Käufer verpflichten sich, unverzüglich im Anschluss an die Beurkundung den bisherigen Geschäftsführer der Gesellschaft abzuberufen und einen neuen Geschäftsführer zu bestellen.

### § 6 - Kosten

Die mit dem Abschluss und der Durchführung dieses Vertrages entstehenden Kosten tragen die Käufer im Innenverhältnis entsprechend ihrer Beteiligung an der Gesellschaft. Die gilt auch für die Bearbeitungsgebühr gemäß § 4 Abs. 3.

### § 7 - Schlussbestimmungen

(1) Sollten einzelne Bestimmungen dieses Vertrages unwirksam oder undurchführbar sein, so berührt dies die Wirksamkeit der übrigen Bestimmungen nicht. Die unwirksame oder undurchführbare Bestimmung ist durch eine wirksame bzw. durchführbare Bestimmung zu ersetzen, die dem wirtschaftlich

080405 VH/febit/AnteilskaufV

FEBO 001163

8

von den Vertragsparteien Gewollten möglichst nahe kommt. Entsprechendes gilt im Falle einer Vertragslücke.

(2) Auf diesen Vertrag findet das Recht der Bundesrepublik Deutschland Anwendung.

(3) Gerichtsstand ist Bonn, soweit es sich um juristische Personen handelt.

Der Erschienene zu 1. a) u. b) erklärte: Die Gesellschaft hat keinen Grundbesitz.

II.

Gesellschafterversammlung

Die Erschienenen zu 1. c) bis 7. erklärten:

Wir vertreten nunmehr alle Gesellschafter der Neckarburg 66. V V GmbH (nachfolgend „Gesellschaft" genannt). Unter Verzicht auf sämtliche Form- und Fristvorschriften für die Einberufung und Abhaltung einer Gesellschafterversammlung der Gesellschaft beschließen wir wie folgt:

1. Die bisherige Geschäftsführerin, Frau Nicole Suttner, geboren am 29. Juli 1973, wird abberufen.

2. Zum neuen Geschäftsführer der Gesellschaft wird Herr Cord F. Stähler, geboren am 24. Februar 1969, wohnhaft Siegfriedstraße 54, 69469 Weinheim, berufen. Herr Stähler ist stets einzelvertretungsbefugt und von den Beschränkungen des § 181 BGB befreit.

3. Der Gesellschaftsvertrag wird entsprechend der als **Anlage 15** beigefügten Satzung neu gefasst.

080405 VH/febit/AnteilskaufV

9

Weitere Beschlüsse wurden nicht gefasst. Die Erschienen erklärten die Gesell-schafterversammlung hiermit für beendet.

III.

Schluss

Von dieser Urkunde erhalten:

1.   Erste Ausfertigung das Amtsgericht Stuttgart, Registergericht,

2.   Beglaubigte Abschriften:

- die Verkäufer zusammen eine
- die Käufer jeweils eine
- die Gesellschaft (Im Neuenheimer Feld 515, 69120 Heidelberg) zwei,
- das Finanzamt Stuttgart eine,
- Frau Rechtsanwältin Verena Eisenlohr, Kanzlei RITTERSHAUS, Harrlachweg 4, 68163 Mannheim eine.

Die vorstehende Niederschrift nebst **Anlagen 13 bis 15** wurde den Erschienen von dem Notar vorgelesen, von den Erschienen genehmigt und von ihnen und dem Notar eigenhändig wie folgt unterschrieben:

080405 VH/febit/AnteilskaufV

Vollmacht Kaufvertrag
Neckarburg 66. V V GmbH

A 1  31

## Vollmacht

hiermit erteilen wir

**Dr. Christof Hettich, geboren am 05.11.1959,
geschäftsansässig Harrlachweg 4, 68163 Mannheim**

unter Befreiung von den Beschränkungen des § 181 BGB Vollmacht, für uns den Abschluss des Kaufvertrages zu den nachstehenden Bedingungen, die etwaige Teilung und die Abtretung der Geschäftsanteile der FORATIS AG und der Firma, fertig, los GmbH an der Neckarburg 66. V V GmbH, eingetragen im Handelsregister beim Amtsgericht Stuttgart unter HRB 25183, zu erklären:

1. Die Verkäufer verkaufen alle Geschäftsanteile der von ihnen am 16.02.05 mit Urkunden-Nummer, 861/2005 KO des Notars Dr. Peter Kolb in Bonn gegründeten und im Handelsregister beim Amtsgericht Stuttgart unter HRB 25183 eingetragenen

   Neckarburg 66. V V GmbH
   – nachfolgend „die Gesellschaft" –
   und treten diese an den Käufer ab.

2. Die Verkäufer garantieren, dass zum Zeitpunkt des Wirksamwerdens dieses Vertrages

   a) sie alleinige Gesellschafter der Gesellschaft sind,

   b) das Stammkapital in voller Höhe eingezahlt ist und der Betrag in Höhe von 25.000,00 EURO auf dem Konto der Gesellschaft bei der Fortis Bank, BLZ 37010600 mit der Nummer 1163911178 vorhanden ist,

   c) keine Rechte Dritter an den Geschäftsanteilen bestehen,

   d) die Gesellschaft bis heute keine wirtschaftliche Tätigkeit aufgenommen hat und keine Verbindlichkeiten der Gesellschaft gegenüber Dritten bestehen,

   e) die Gesellschafterversammlung keine satzungsändernden Beschlüsse getroffen hat.

3. Der Kaufpreis beträgt insgesamt 27.500,00 EURO.

   Er muss spätestens zwei Wochen nach Beurkundung dieses Vertrages auf dem nachstehenden Konto der FORATIS AG eingegangen sein.

   Fortis Bank Köln,
   BLZ 370 106 00,
   Kontonummer 108 970 122 9

   In dem Fall, dass ein deutscher Rechtsanwalt oder Notar die Hinterlegung des Kaufpreises auf seinem Fremdgeld- bzw. Anderkonto schriftlich bestätigt hat oder sich für die Kaufpreiszahlung gutgesagt hat, erheben die Verkäufer zur Deckung ihres Aufwandes eine Bearbeitungspauschale von 100,00 EURO, die mit dem Kaufpreis fällig wird.

4. Der Käufer verpflichtet sich, unverzüglich im Anschluss an die Beurkundung den bisherigen Geschäftsführer der Gesellschaft abzuberufen und einen neuen Geschäftsführer zu bestellen.

5. Die mit dem Abschluss und der Durchführung dieses Vertrages entstehenden Kosten trägt der Käufer.

6. Auf den Vertrag findet das Recht der Bundesrepublik Deutschland Anwendung.

7. Gerichtsstand ist Bonn, soweit es sich um juristische Personen handelt.

Abweichungen von dem vorstehenden Vertragswortlaut sind von der Vollmacht gedeckt, soweit sie keine Änderungen der Vertragsbedingungen beinhalten.

Bonn, 7. April 2005

FORATIS AG

Frank Zenk
Prokurist

Firma, fertig, los GmbH

Frank Zenk
Geschäftsführer

FEBO 001166

Handelsregister B des Amtsgerichts Bonn

HRB 12008

Nummer der Firma
Seite 1 von 2

Amtlicher Ausdruck
Abruf vom 2.3.2005 11:11

->Dieser Ausdruck wird nicht unterschrieben und gilt als beglaubigte Abschrift<-

| Nummer der Eintragung | a) Firma b) Sitz, Niederlassung, Zweigniederlassungen c) Gegenstand des Unternehmens | Grund- oder Stammkapital | a) Allgemeine Vertretungsregelung b) Vorstand, persönlich haftender Gesellschafter, Geschäftsführer, Vertretungsberechtigte und besondere Vertretungsbefugnis | Prokura | a) Rechtsform, Beginn, Satzung oder Gesellschaftsvertrag b) Sonstige Rechtsverhältnisse | a) Tag der Eintragung b) Bemerkungen |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4. | 5 | 6 | 7 |
| 1 | a) FORATIS AG. b) Bonn c) Beteiligung an anderen Unternehmen, insbesondere die Gründung und Veräußerung von Vorratsgesellschaften, der Handel mit und die Vermittlung von Marken; ferner die Unternehmens- und Organisationsberatung, Werbung und Verlagsgeschäfte. | 50.000,00 EUR | a) Ist nur ein Vorstandsmitglied bestellt, so vertritt es die Gesellschaft allein. Sind mehrere Vorstandsmitglieder bestellt, so wird die Gesellschaft durch zwei Vorstandsmitglieder oder durch ein Vorstandsmitglied gemeinsam mit einem Prokuristen vertreten. b) Vorstand: Rohmeyer, Antje, Berlin, *27.08.1968 einzelvertretungsberechtigt mit der Befugnis im Namen der Gesellschaft mit sich als Vertreter eines Dritten Rechtsgeschäfte abzuschließen. Vorstand: Viehl, Julia, Bonn, *01.10.1969 einzelvertretungsberechtigt mit der Befugnis im Namen der Gesellschaft mit sich als Vertreter eines Dritten Rechtsgeschäfte abzuschließen. | | a) Aktiengesellschaft Satzung vom 21.Juli 2000 zuletzt geändert am 22.08.2002. Die Hauptversammlung vom 8.08.2002 hat die Änderung der Satzung in § 1 Abs. 2 und mit ihr die Sitzverlegung von Berlin (bisher Amtsgericht Charlottenburg HRB 76742.) nach Bonn beschlossen. b) Zwischen der Gesellschaft und der FORIS AG, Berlin (AG Charlottenburg HRB 68001), als herrschende Gesellschaft besteht ein Beherrschungs- und Gewinnabführungsvertrag vom 10. April/12. April 2001, dem die Hauptversammlung durch Beschluss vom 06. Dezember 2001 zugestimmt hat. | a) 07.11.2002 Midderhoff b) Beschluss Blatt 3-4 Sonderband Satzung Bl. 12 |
| 2 | | | b) Nicht mehr Vorstand: Rohmeyer, Antje, Berlin, *27.08.1968 Nicht mehr Vorstand: Viehl, Julia, Bonn, *01.10.1969 Vorstand: Faber, Bernhard, Berlin *20.03.1972 einzelvertretungsberechtigt mit der Befugnis im Namen der Gesellschaft mit sich als Vertreter eines Dritten Rechtsgeschäfte abzuschließen. | | | a) 06.12.2002 Beckers |
| 3 | | | b) Nicht mehr Vorstand: Viehl, Julia, Bonn, *01.10.1969 | | | a) 27.03.2003 Baecker |

Handelsregister B des Amtsgerichts Bonn

**Amtlicher Ausdruck**
Abruf vom 2.3.2005 11:11
->Dieser Ausdruck wird nicht unterschrieben und gilt als beglaubigte Abschrift<-

Nummer der Firma:
Seite 2 von 2

HRB 12093

| Nummer der Eintragung | a) Firma b) Sitz, Niederlassung, Zweigniederlassungen c) Gegenstand des Unternehmens | Grund- oder Stammkapital | a) Allgemeine Vertretungsregelung b) Vorstand, persönlich haftender Gesellschafter, Geschäftsführer, Vertretungsberechtigte und besondere Vertretungsbefugnis | Prokura | a) Rechtsform, Beginn, Satzung oder Gesellschaftsvertrag b) Sonstige Rechtsverhältnisse | a) Tag der Eintragung b) Bemerkungen |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 1 | | | | | | b) Geburtsdatum von bereits gelöschtem Vorstandsmitglied nachträglich von Amts wegen berichtigt |
| 4 | | | | Einzelprokura mit der Befugnis im Namen der Gesellschaft mit sich als Vertreter eines Dritten Rechtsgeschäfte abzuschließen: Zenk, Frank, Hochheim, *11.02.1953 | | a) 27.01.2004 Baecker |
| 5 | b) Nicht mehr Vorstand: Faber, Bernhard, Leipzig, *22.03.1970 Vorstand: Dr. Roßmann, Christian, Bonn, *20.11.1959 mit der Befugnis im Namen der Gesellschaft mit sich als Vertreter eines Dritten Rechtsgeschäfte abzuschließen. | | | | | a) 11.02.2004 Kaiser |

Bonn, 02.03.2005
Der Ausdruck bezeugt den Inhalt des Handelsregisters.
Koch, Justizangestellte
Urkundsbeamter der Geschäftsstelle

Handelsregister B des Amtsgerichts Bonn

**Amtlicher Ausdruck**
Abruf vom 2.3.2005 11:10
->Dieser Ausdruck wird nicht unterschrieben und gilt als beglaubigte Abschrift<-

Nummer der Firma:
Seite 1 von 2

HRB 7160

A3

87

| Nummer der Eintragung | Firma a) Sitz, Niederlassung, Zweigniederlassungen c) Gegenstand des Unternehmens | Grund- oder Stammkapital | Allgemeine Vertretungsregelung b) Vorstand, persönlich haftender Gesellschafter, Geschäftsführer, Vertretungsberechtigte und besondere Vertretungsbefugnis | Prokura | a) Rechtsform, Beginn, Satzung oder Gesellschaftsvertrag b) Sonstige Rechtsverhältnisse | a) Tag der Eintragung b) Bemerkungen |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 1 | a) F.1 Beteiligung GmbH b) Bonn c) Beteiligung an anderen Unternehmen, insbesondere Gründung und Veräußerung von Vorratsgesellschaften | 25.000,00 EUR | a) Ist nur ein Geschäftsführer bestellt, so vertritt er die Gesellschaft allein. Sind mehrere Geschäftsführer bestellt, so wird die Gesellschaft durch zwei Geschäftsführer oder durch einen Geschäftsführer gemeinsam mit einem Prokuristen vertreten. b) Geschäftsführer: Dr. Mehrcke, Gerrit, Bonn, *13.11.1968 einzelvertretungsberechtigt; mit der Befugnis im Namen der Gesellschaft mit sich im eigenen Namen oder als Vertreter eines Dritten Rechtsgeschäfte abzuschließen. |  | a) Gesellschaft mit beschränkter Haftung Gesellschaftsvertrag vom 27.02.2002 mit Änderung vom 14.10.2002. Die Gesellschafterversammlung vom 05.11.2002 hat die Änderung des Gesellschaftsvertrages in § 1 (2) und mit ihr die Sitzverlegung von München (bisher Amtsgericht München HRB 141616) nach Bonn beschlossen. | a) 09.12.2002 Middelhoff b) Beschluss Blatt 4-5 Sonderband Gesellschaftsvertrag Bl. 7-8 Sonderband |
| 2 |  |  |  |  | b) Mit der FORATIS AG, Bonn (AG Bonn HRB 12089) als herrschendem Unternehmen ist am 17.12.2002 ein Beherrschungs- und Gewinnabführungsvertrag geschlossen worden. Ihm hat die Hauptversammlung der herrschenden Gesellschaft vom 17.12.2002 und die Gesellschafterversammlung der beherrschten Gesellschaft vom 17.12.2002 zugestimmt. | a) 19.12.2002 Wippenhohn b) Vertrag Blatt 12-13 Sonderband zustimmende Beschlüsse Blatt 10-11, 15-18 Sonderband |
| 3 |  |  | b) Geschäftsführer: Faber, Bernhard, Bonn, *22.03.1970 einzelvertretungsberechtigt; mit der Befugnis im Namen der Gesellschaft mit sich im eigenen Namen oder als Vertreter eines Dritten Rechtsgeschäfte abzuschließen. |  |  | a) 14.01.2003 Grotz |
| 4 | a) Firma, fertig, los GmbH |  |  |  | a) Die Gesellschafterversammlung vom 15.10.2003 hat | a) 09.01.2004 |

FEBO 001169

C.39

Handelsregister B des Amtsgerichts Bonn

Amtlicher Ausdruck
Abruf vom 2.3.2005 11:10

HRB 13360

Nummer der Firma:
Seite 2 von 2

-->Dieser Ausdruck wird nicht unterschrieben und gilt als beglaubigte Abschrift<--

| Nummer der Eintragung | a) Firma b) Sitz, Niederlassung, Zweigniederlassungen c) Gegenstand des Unternehmens | Grund- oder Stammkapital | a) Allgemeine Vertretungsregelung b) Vorstand, persönlich haftender Gesellschafter, Geschäftsführer, Vertretungsberechtigte und besondere Vertretungsbefugnis | Prokura | a) Rechtsform, Beginn, Satzung oder Gesellschaftsvertrag b) Sonstige Rechtsverhältnisse | a) Tag der Eintragung b) Bemerkungen |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| | | | | | eine Änderung des Gesellschaftsvertrages in § 1 Abs. 1 (Firma) und mit der Änderung der Firma beschlossen. | Wippenhohn Beschluss Blatt 34-35 Sonderband Gesellschaftsvertrag Blatt 38 Sonderband |
| 5 | | | b) Geschäftsführer: Zenk, Frank, Hochheim, *11.02.1953 einzelvertretungsberechtigt mit der Befugnis im Namen der Gesellschaft mit sich im eigenen Namen oder als Vertreter eines Dritten Rechtsgeschäfte abzuschließen. | | | a) 23.01.2004 Grotz |
| 6 | | | b) Nicht mehr: Geschäftsführer: Faber, Bernhard, Leipzig, *22.03.1970 | | | a) 17.03.2004 Grotz |



Bonn, 02.03.2005
Der Ausdruck bezeugt den Inhalt des Handelsregisters
Koch, Justizangestellte
Urkundsbeamter der Geschäftsstelle

A4  41

# AMTSGERICHT MANNHEIM

Registergericht

## Beglaubigte Ablichtung
==========================

aus dem Handelsregister

HRA _____

HRB _____

Nachfolgende Fotokopie ist ein vollständiges
Lichtbild der Registereintragungen.

Mannheim,  30. März 2005

Grüner
Justizangestellte

Justizangestellte
als Urkundsbeamtin der Geschäftsstelle

Anmerkung:
Die unterstrichenen Eintragungen sind
gelöscht, falls sich aus dem sonstigen
Inhalt nicht etwas anderes ergibt.





43

**Handelsregister – Abt. B – des Amtsgerichts MANNHEIM**

**HRB 3044w**

Blatt 1

(mit Fortsetzung Blatt ___)

| Nummer der Eintragung | a) Firma b) Sitz c) Gegenstand des Unternehmens | Grundkapital oder Stammkapital | Vorstand Persönlich haftende Gesellschafter Geschäftsführer Abwickler | Prokura | Rechtsverhältnisse | a) Tag der Eintragung und Unterschrift b) Bemerkungen |
|---|---|---|---|---|---|---|
| 1 | a) INGRABAN Beratungs- und Beteiligungs-GmbH b) Weinheim c) Erwerb, Verwaltung und Veräußerung von Grundbesitz, Unternehmen, Beteiligungen und Wertpapieren in eigenem Namen und für eigene Rechnung sowie die technische und kaufmännische Beratung. | 25.000,-- EUR | Cord Friederich Stähler, geb. 24.2.1959, Weinheim | | Gesellschaft mit beschränkter Haftung. Gesellschaftsvertrag von 19.5.2004. Die Gesellschaft wird, wenn nur ein Geschäftsführer vorhanden ist, durch diesen allein vertreten. Falls mehrere Geschäftsführer bestellt sind, wird die Gesellschaft durch zwei Geschäftsführer oder durch einen Geschäftsführer mit einem Prokuristen vertreten. Jeder Geschäftsführer ist befugt, die Gesellschaft bei der Vornahme von Rechtsgeschäften mit sich selbst im eigenen Namen oder als Vertreter eines Dritten uneingeschränkt zu vertreten. | a) 18. Oktober 2004 [signature] b) Gesellschaftsvertrag Seite 1 Blatt 6-10 |

## Vollmacht

Ich, der Unterzeichner, Herr Dr. Markus Beier, bevollmächtigte hiermit

**Herrn Cord Stähler, Siegfriedstraße 54, 69469 Weinheim,**

mich bei folgenden Geschäften und Handlungen zu vertreten:

1.  Kauf und Erwerb eines Geschäftsanteils im Nennbetrag von € 1.200,00 an einer Vorratsgesellschaft;

2.  Teilnahme an einer Gesellschafterversammlung dieser Vorratsgesellschaft, auch unter Verzicht auf alle Formen und Fristen der Einberufung und Einhaltung, insbesondere hinsichtlich des Versammlungsortes, und Ausübung meines Stimmrechts insbesondere im Hinblick auf folgende Gesellschafterbeschlüsse:

    -   die Abberufung des bisherigen Geschäftsführers der Vorratsgesellschaft
    -   Berufung von Herrn Cord F. Stähler als neuen Geschäftsführer,
    -   Neufassung des Gesellschaftsvertrages der Vorratsgesellschaft, zukünftig firmierend unter „febit biotech GmbH".

3.  Abschluss eines Beteiligungsvertrags zwischen sämtlichen Gesellschaftern der neuen febit biotech GmbH und der HDP Beteiligungs GmbH.

4.  Teilnahme an einer weiteren Gesellschafterversammlung der zukünftigen febit biotech GmbH, auch unter Verzicht auf alle Formen und Fristen der Einberufung und Einhaltung, insbesondere hinsichtlich des Versammlungsortes, und Ausübung meines Stimmrechts insbesondere im Hinblick auf Gesellschafterbeschlüssen über die Erhöhung des Stammkapitals unter Ausschluss des Bezugsrechts und unter Zulassung der Übernahme der neuen Geschäftsanteile durch Dritte, sowie über die Änderungen des Gesellschaftsvertrags.

5.  Abgabe eines bindenden und unwiderruflichen Angebots auf Veräußerung und Übertragung meines Geschäftsanteils an der LUMA Biotech Holding GmbH (vormals Magnet 41. VV GmbH) zum Nominalbetrag gegenüber der febit biotech GmbH.

6.  Abschluss einer Vesting-Vereinbarung im Hinblick auf meinen Geschäftsanteil an der Vorratsgesellschaft, gemäß der ich zur Übertragung eines Teilgeschäftsanteils bei einem vorzeitigen Ausscheiden als Angestellter aus der Vorratsgesellschaft vor dem 31. Dezember 2006 verpflichtet bin.

Der Bevollmächtigte ist zu allen erforderlichen oder zweckmäßigen Handlungen im Zusammenhang mit dem Vorstehenden berechtigt. Er ist von den Beschränkungen des § 181 BGB befreit und berechtigt, Untervollmachten zu erteilen.

*Heidelberg*, den *31.03.2005*

*Dr. Markus Beier*

300305  VH/Febit/Vollmacht-Beier-2V

Handelsregister – Abt. B – des Amtsgerichts Heidelberg

**HRB2086-WI**

*AB 117*

| Nummer der Eintragung | a) Firma b) Sitz c) Gegenstand des Unternehmens | Grundkapital oder Stammkapital DM/EUR | Vorstand Persönlich haftende Gesellschafter Geschäftsführer Abwickler | Prokura | Rechtsverhältnisse | a) Tag der Eintragung und Unterschrift b) Bemerkungen |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 1 | a) Cybiotis-Systems Beratungs- und Beteiligungsverwaltung GmbH<br><br>b) St. Leon-Rot<br><br>c) Erwerb, Verwalten und Veräußerung von Grundbesitz, Unternehmen, Beteiligungen und Wertpapieren in eigenem Namen und für eigene Rechnung sowie die Beratung von Unternehmen; Tätigkeiten auf dem Gebiet der Rechts- und Steuerberatung sind ausgenommen. | 25.000,00 Euro, | Klaus Thome, geb. 02. Januar 1961, St. Leon-Rot | | Gesellschaft mit beschränkter Haftung.<br>Gesellschaftsvertrag vom 30. September 2004, geändert durch Beschluss vom 07. Oktober 2004 und vom 10. März 2005.<br><br>Die Gesellschaft wird durch einen Geschäftsführer allein vertreten, wenn er einziger Geschäftsführer ist; bei Bestellung mehrerer Geschäftsführer wird die Gesellschaft durch je zwei Geschäftsführer gemeinschaftlich oder durch einen Geschäftsführer zusammen mit einem Prokuristen vertreten.<br><br>Es kann die Ermächtigung zur Alleinvertretung erteilt werden.<br><br>Der Geschäftsführer Klaus Thome ist alleinvertretungsberechtigt, auch wenn mehrere Geschäftsführer bestellt sind und befugt, die Gesellschaft bei der Vornahme von Rechtsgeschäften mit sich selbst im eigenen Namen oder als Vertreter eines Dritten zu vertreten (§ 181 BGB). | a) 21. März 2005<br><br>Tischer<br><br>b) Beschl. SB AS, 5 ff, 21 ff, 43 ff, Ges.Vertr. SB AS, 49 ff |
| | Eintragungsnachricht an:<br><br>a) Firma, 68789 St. Leon-Rot, Schillerstr. 25 B<br>b) Industrie- und Handelskammer Mannheim<br>c) Finanzamt Heidelberg - KörpStStelle -<br>d) Gewerbeamt des Rhein-Neckar-Kreises Heidelberg<br>e) Notariat 1, Mannheim, zu 1 UR 5405/04 u.a.<br><br>Auf Anordnung:<br>Tischer, Justizangestellte | | | | | |

Bitte übergeben Sie sofort die Eintragung und rufen Sie bei Unstimmigkeiten oder Anschriften-änderung das Amtsgericht Heidelberg Tel. 0 62 21/59 13 70) an.

FEBO 001174

# AMTSGERICHT MANNHEIM

Registergericht

## Beglaubigte Ablichtung
=====================================

aus dem Handelsregister

HRA _____

HRB _____ 306144

Nachfolgende Fotokopie ist ein vollständiges
Lichtbild der Registereintragungen.

Mannheim, 01. MÄR. 2005

Justizangestellte
als Urkundsbeamtin der Geschäftsstelle

Handelsregister – Abt. B – des Amtsgerichts

Blatt 1 (mit Fortsetzung Blatt)

HRB 3061

| a) Firma b) Sitz c) Gegenstand des Unternehmens | Grundkapital oder Stammkapital | Vorstand Persönlich haftende Gesellschafter Geschäftsführer Abwickler | Prokura | Rechtsverhältnisse | a) Tag der Eintragung und Unterschrift b) Bemerkungen |
|---|---|---|---|---|---|
| 2 | 3 | 4 | 5 | 6 | 7 |
| a) Synthelian Beratungs- und Beteiligungsver- waltung GmbH b) Hirschberg c) Erwerb, Verwalten und Veräußerung von Grund- besitz, Unternehmen, Beteiligungen und Wert- papieren im eigenen Na- men und für die eigene Rechnung sowie die Be- ratung von Unternehmen. | 25.000,-- EUR | Dr. Matthias Schäffler, geb. 8.3.1967, Hirschberg | | Gesellschaft mit beschränkter Haftung. Gesellschaftsvertrag vom 30.9.2004. Die Gesellschaft wird, wenn nur ein Geschäftsführer vor- handen ist, durch diesen allein vertreten. Falls mehrere Geschäftsführer bestellt sind, wird die Ge- sellschaft durch zwei Geschäftsführer oder durch einen Geschäftsführer mit einem Prokuristen vertreten. Einzelvertretungsbefugnis kann erteilt werden. Die Geschäftsführer sind befugt, die Gesellschaft bei der Vornahme von Rechtsgeschäften mit sich selbst im eigenen Namen oder als Vertreter eines Dritten uneingeschränkt zu vertreten. Der Geschäftsführer Dr. Matthias Schäffler ist stets ein- zelvertretungsberechtigt. | a) 24. Januar 2005 [Unterschrift] b) Gesellschafts- vertrag Band 1 Blatt 6-10 |

**Geschäftsnummer:**
Urkundenrolle: III UR 546/03

Beglaubigte Fotokopie
**Ausfertigung**



Notariat III Schwetzingen , 68706 Schwetzingen

Frau
Erika Hettich
Hans-Thoma-Str. 2

68723 Schwetzingen



# Notariat III Schwetzingen

## Urkunde des Notars

# Justizrat
# Peter Frauenfeld

### im Oberlandesgerichtsbezirk Karlsruhe
### mit dem Amtssitz in Schwetzingen

Notariat III Schwetzingen, Marstallstr. 11, 68723 Schwetzingen, ☎ 06202-81-600

FEBO 001177

## Verhandelt

zu Schwetzingen am 11. April 2003

Vor mir, dem unterzeichnenden Notar

### Justizrat Peter Frauenfeld

in Schwetzingen

erschien heute:

Frau Erika Hettich, geb. am 12.09.1963, wohnhaft Hans-Thoma-Straße 2, 68723 Schwetzingen.

Die Erschienene, ausgewiesen durch einen mit Lichtbild versehenen amtlichen Personalausweis und unbedenklich geschäftsfähig, legte einen beglaubigten Auszug aus dem Handelsregister der NewMarket Venture Verwaltungs GmbH (AG Mannheim, HRB 8453) vom ...01.04.. 2003 vor und bat um Beurkundung der nachstehenden

## Generalvollmacht.

In meiner Eigenschaft als alleinige, von den Beschränkungen des § 181 BGB befreite, Geschäftsführerin der NewMarket Verwaltungs GmbH mit Sitz in Mannheim, eingetragen im Handelsregister des Amtsgerichts Mannheim unter HRB 8453, („Gesellschaft") erteile ich hiermit

Herrn Dr. Christof Hettich, Hans-Thoma-Straße 2, 68723 Schwetzingen
- im Folgenden „**Bevollmächtigter**" genannt -

## Generalvollmacht.

Der Bevollmächtigte ist jeweils alleine berechtigt, sämtliche Angelegenheiten der Gesellschaft wahrzunehmen. Er ist befugt, für die Gesellschaft in gesetzlicher Weise ohne Einschränkung jede rechtlich bedeutsame Handlung vorzunehmen, die von der Gesellschaft und der Gesellschaft gegenüber nach dem Gesetz vorgenommen werden

24032003 MB/Cytonel/NewMarket/Generalvollmacht CH.doc

FEBO 001178

2

kann, und zwar mit denselben Wirkungen, als wenn die Gesellschaft durch ihre Geschäftsführerin gehandelt hätte.

Die Vollmacht umfasst insbesondere das Recht, Zahlungen für die Gesellschaft anzunehmen, zu quittieren oder Zahlungen vorzunehmen, Beschlüsse in Gesellschafterversammlungen von Gesellschaften zu fassen, an denen die Gesellschaft beteiligt ist sowie derartige Beschlüsse zum Handelsregister anzumelden. Der Bevollmächtigte ist auch befugt Anmeldungen von Beschlüssen der Gesellschafter der Gesellschaft zum Handelsregister vorzunehmen.

Die Vollmacht schließt für den Bevollmächtigten dessen Befreiung von den Beschränkungen des § 181 BGB ein. Der Bevollmächtigte ist berechtigt - auch unter Befreiung von den Beschränkungen des § 181 BGB - Untervollmacht zu erteilen.

Diese Niederschrift wurde der Erschienenen vorgelesen, von ihr genehmigt und von ihr und dem Notar wie folgt eigenhändig unterzeichnet:

Die Übereinstimmung vorstehender Fotokopie mit der vorgelegten *Ausfertigung* und wieder zurückgegebenen ~~Urschrift~~ V wird beglaubigt.

Mannheim, den **1 2 APR. 2005**
Notariat IX Mannheim

(Dr Preusche)
Notar

24032003 MB/Cytonet/NewMarket/Generalvollmacht CH.doc

Vorstehende **Ausfertigung** stimmt mit der amtlich zu verwahrenden Urschrift überein.

Schwetzingen, 11 April 2003
Notariat III

Frauenfeld
Notar

FEBO 001180

6?

# AMTSGERICHT MANNHEIM

Registergericht

## Beglaubigte Ablichtung
========================

aus dem Handelsregister

HRA _____

HRB ___ 8453 ___



Nachfolgende Fotokopie ist ein vollständiges
Lichtbild der Registereintragungen.

Mannheim, ___ 0 1. April 2003

Justizangestellte
als Urkundsbeamtin der Geschäftsstelle

Anmerkung:
Die unterstrichenen Eintragungen sind
gelöscht, falls sich aus dem sonstigen
Inhalt nicht etwas anderes ergibt

63

**HRB 845**

## Handelsregister – Abt. B – des Amtsgerichts Mannheim

Blatt 1
(mit Fortsetzung Blatt)

| Nummer der Eintragung | a) Firma b) Sitz c) Gegenstand des Unternehmens | Grundkapital oder Stammkapital DM/EUR | Vorstand Persönlich haftende Gesellschafter Geschäftsführer Abwickler | Prokura | Rechtsverhältnisse | a) Tag der Eintragung und Unterschrift b) Bemerkungen |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 1 | a) NewMarket Venture Verwaltungs GmbH  b) Mannheim  c) Der Erwerb und die Verwaltung von Beteiligungen sowie die Geschäftsführung und die Übernahme der persönlichen Haftung in anderen Unternehmen. | 25.000,-- EUR | Erika Hettich geb. 12.9.1963 Schwetzingen | | Gesellschaft mit beschränkter Haftung.  Gesellschaftsvertrag von 14.3.2000.  Die Gesellschaft wird, wenn nur ein Geschäftsführer vorhanden ist, durch diesen allein vertreten.  Falls mehrere Geschäftsführer bestellt sind, wird die Gesellschaft durch zwei Geschäftsführer oder durch einen Geschäftsführer mit einem Prokuristen vertreten.  Einzelvertretungsbefugnis kann erteilt werden.  Die Geschäftsführerin Erika Hettich ist stets einzelvertretungsberechtigt und befugt, die Gesellschaft bei der Vornahme von Rechtsgeschäften mit sich selbst im eigenen Namen oder als Vertreter eines Dritten uneingeschränkt zu vertreten. | a) 28. Juni 200  b) Gesellschaftsvertrag: Seite 1 Blatt 8 - 1 |

FEBO 001182

Handelsregister - Abt. B - des Amtsgerichts Ludwigsburg

Blatt _____ (mit Fortsetzung-Blatt)

HRB 5387

| Nummer der Eintragung | a) Firma b) Sitz c) Gegenstand des Unternehmens | Grundkapital oder Stammkapital DM | Vorstand Persönlich haftende Gesellschafter Geschäftsführer Abwickler | Prokura | Rechtsverhältnisse | a) Tag der Eintragung und Unterschrift b) Bemerkungen |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 1 | a) TechnoStart Ventures Verwaltungs GmbH b) Ludwigsburg c) Geschäftsführung und Vertretung der TechnoStart Ventures GmbH & Co. Fonds KG mit dem Sitz in München als deren persönlich haftende Gesellschafterin. Gegenstand der TechnoStart Ventures GmbH & Co. Fonds KG ist der Aufbau sowie das Halten und Verwalten eines Portefeuilles von passiven Eigenkapital- und eigenkapital- ähnlichen Anlagen im Bereich des Wachstums- kapitals an überwiegend nicht börsennotierten und überwiegend in Deutschland ansässigen Unternehmen. | 50.000,-- | Michael Mayer, Dipl.-Volkswirt Tann  Vincent James, Kaufmann, Neulsburg  Dr. Michael Rheinmecker, Biochemiker, Ludwigsburg | | Gesellschaft mit beschränkter Haftung. Gesellschaftsvertrag vom 28. Januar 1998. Die Gesellschaft wird vertreten, wenn nur ein Geschäfts- führer vorhanden ist durch diesen allein, wenn mehrere Geschäftsführer bestellt sind durch zwei Geschäfts- führer oder durch einen Geschäftsführer zu- sammen mit einem Prokuristen. Die Geschäftsführer Michael Mayer, Vincent James und Dr. Michael Rheinmecker sind einzelvertretungs- berechtigt und ihnen ist es gestattet, die Gesellschaft auch bei Rechtsgeschäften mit sich selbst in eigenem und fremden Namen zu vertreten. Die Gesellschafterversammlung vom 30. Juni 1998 hat die Sitzverlegung der Gesellschaft von München nach Ludwigsburg mit der entsprechenden Änderung des § 1 Ziffer (2) des Gesellschaftsvertrages beschlossen.  Rotunterstrichene Teile der Eintragung erscheinen in der Fotokopie schwarz. Diese Teile der Eintragungen sind gelöscht!  Vincent James ist nicht mehr Geschäftsführer. Die Gesellschafterversammlung vom 27. Januar 1999 hat die Änderung des § 5 (Stammkapital) des Gesellschafts- vertrages beschlossen.  Beglaubigt Gebühr: §§ 89, 73 KostO 18,- € AG Ludwigsburg, den - 7. April 2005 Justizangestellte KREISSER | a) 29. Juli 1998 b) Ges.-Vertrag Bl. 1 Sbd. And.Bl.7/10Sbd Erster Eintrag 4. März 1998 AG München HRB 119723  a) 24. März 1999 b) Bl. 30/37 Sbd. |

FEBO 001183

Handelsregister - Abt. A - des Amtsgerichts Ludwigsburg

Blatt 1 (mit Fortsetzung Blatt)

HRA 2587

| | Firma ... (bei juristischen Personen) | Geschäftsinhaber persönlich haftende Gesellschafter Vorstand Abwickler | Prokura | Rechtsverhältnisse | a) Tag der Eintragung und Unterschrift b) Bemerkungen |
|---|---|---|---|---|---|
| 1 | TechnoStart Ventures GmbH & Co. Fonds KG Ludwigsburg | TechnoStart Ventures Verwaltungs GmbH, Sitz Ludwigsburg | | Kommanditgesellschaft. Die Gesellschaft hat am 23. März 1998 begonnen. | c) 10. September: |

Kommanditisten:

Michael Mayer, Dipl.-Volkswirt, Tamm,
Einlage: 1.000,-- DM;

Vincent James Kaufmann, Neubiberg,
Einlage: 1.000,-- DM;

Dr. Michael Rheinmacker, Biochemiker, Aachen,
Einlage: 1.000,-- DM;

Folgende Kommanditisten sind in die Gesellschaft eingetreten:

European Investment Fund, Luxembourg,
Einlage: 75.000,-- DM;

Technologie-Beteiligungs-Gesellschaft mbH der Deutschen Ausgleichsbank, Bonn,
Einlage: 75.000,-- DM;

Günther Tröster, Mittelblumelitzer, Breitengießbach,
Einlage: 40.000,-- DM;

Strategie European Technologies N.V., Hoilvo/Niederlande,
Einlage: 37.500,-- DM;

Martin Brost, Unternehmer, München,
Einlage: 32.000,-- DM;

Technologieholding-Fonds VC GmbH, München,
Einlage: 12.500,-- DM;

Dr. Franz A. Wirtz, Dipl.-Chemiker, Stollberg,
Einlage: 10.000,-- DM;

Dr. Gert Köhler, Physiker, Friedrichsdorf,
Einlage: 5.000,-- DM;

Alk F. Straschek, Ingenieur, München,
Einlage: 5.000,-- DM;

Folgende Einlagen der Kommanditisten sind erhöht bei:

Michael Mayer um 3.000,-- DM auf 4.000,-- DM;

Vincent James um 2.000,-- DM auf 3.000,-- DM;

Dr. Michael Rheinmacker um 1.000,-- DM auf 2.000,-- DM;

Der Sitz der Gesellschaft ist von München nach Ludwigsburg verlegt.
Der Sitz der persönlich haftenden Gesellschafterin TechnoStart Ventures Verwaltungs GmbH ist ebenfalls von München nach Stuttgart verlegt.

b) AG Ludwigsburg HRB 3353

Ersteintragung 23. März 1998 AG München HRA 72 371

* richtig: pnG; AG Ludwigsburg HRB 5387 von Amts wegen berichtigt 200

* Ludwigsburg von Amts wegen berichtigt 11. September 1998

FEBO 001184

Handelsregister - Abt. A - des Amtsgerichts Ludwigsburg

HRA 2587

Blatt 1 Rs.
(mit Fortsetzung Blatt)

| a) Firma<br>b) Ort der Niederlassung<br>(Sitz der Gesellschaft)<br>c) Gegenstand des Unternehmens<br>(Bei juristischen Personen) | Geschäftsinhaber<br>persönlich haftende<br>Gesellschafter<br>Vorstand<br>Abwickler | Prokura | Rechtsverhältnisse | a) Tag der Eintragung<br>und Unterschrift<br>b) Bemerkungen |
|---|---|---|---|---|
| 2 | 3 | 4 | 5 | 6 |

Folgende Kommanditisten sind in die Gesellschaft eingetreten:

FERI Financial & Economic Research International GmbH, Bad Homburg v.d.H.,
Einlage:                                                    90.000,-- DM

* DOW Deutschland Anlagengesellschaft mbH,
Eschborn,
Einlage:                                                    40.000,-- DM

Erich Eggelhöfer, geb. 17. September 1942,
Mainz-Lerchenheim,
Einlage:                                                    10.000,-- DM

Dr. Heinrich Hornef, geb. 19. April 1931,
Weinheim,
Einlage:                                                     7.000,-- DM

---

Folgende Kommanditistin ist in die Gesellschaft ein-
getreten:
Andrea Krey, geb. am 11. Dezember 1959,
Stuttgart,
Einlage:                                                     1.000,-- DM

Folgende Einlagen der Kommanditisten sind erhöht bei:
Michael Mayer um 1.000,-- DM
auf                                                          5.000,-- DM

Erich Eggelhöfer, um 2.000,-- DM
auf                                                         12.000,-- DM

Der Kommanditist Vincent James ist aus der Gesellschaft
ausgeschieden.
Seine Kommanditeinlage ist im Wege der Sonderrechts-
nachfolge übergegangen auf die Kommanditisten

Michael Mayer, geb. am 30. August 1958, Tamm dessen
Einlage sich dadurch um 2.000,-- DM erhöht hat
auf                                                          7.000,-- DM
und

Dr. Michael Rheinnecker, geb. am 3. Mai 1965, Aachen
dessen Einlage sich dadurch um 1.000,-- DM erhöht hat
auf                                                          3.000,-- DM

a) 13. Januar 19

* Nach Umwandlun
nun Dow Deutsc
land Anlagenge
sellschaft mbH
OHG, Stade

15. Dezember 19

a) 03. März 199

Fortsetzung Bl. 2

**Handelsregister - Abt. A - des Amtsgerichts** Ludwigsburg

Blatt 2 (mit Fortsetzung Blatt ___)

HRA 2587

| Nummer der Eintragung | a) Firma b) Ort der Niederlassung (Sitz der Gesellschaft) c) Gegenstand des Unternehmens (bei juristischen Personen) | Geschäftsinhaber persönlich haftende Gesellschafter Vorstand Abwickler | Prokura | Rechtsverhältnisse | a) Tag der Eintragung und Unterschrift b) Bemerkungen |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
| noch 3 | | | | Folgende Einlagen der Kommanditisten sind erhöht bei: European Investment Fund, Luxembourg um 25.000,-- DM auf __100.000,-- DM__. Technologie-Beteiligungs-Gesellschaft mbH der Deutschen Ausgleichsbank, Bonn um 25.000,-- DM auf __100.000,-- DM__. Folgende Kommanditisten ist in die Gesellschaft eingetreten: VCM Treuhand-Beteiligungsverwaltung GmbH, Sitz München Einlage: __40.000,-- DM__. | |
| 4 | | | | Die Kommanditeinlagen der Kommanditisten wurden von DM auf EUR umgestellt und wie folgt verändert: European Investment Fund, Luxembourg von 100.000,-- DM umgestellt auf 51.129,19 EUR und herabgesetzt auf 51.120,-- EUR. Dr. Franz A. Wirtz, geb. 14. März 1932, Stolberg von 10.000,-- DM umgestellt auf 5.112,92 EUR und erhöht auf 5.120,-- EUR; Technologie-Beteiligungs-Gesellschaft mbH der Deutschen Ausgleichsbank, Bonn von 100.000,-- DM umgestellt auf 51.129,19 EUR und erhöht auf 51.160,-- EUR; Strategic European Technologies N.V. (berichtigt), Heiloo/Niederlande von 37.500,-- DM umgestellt auf 19.173,45 EUR und erhöht auf 19.180,-- EUR; Technologieholding Fonds VC GmbH, München von 12.500,-- DM umgestellt auf 6.391,15 EUR und erhöht auf 8.400,-- EUR; Günther Toteler, geb. 2. Juni 1948, richtig: Breitengüßbach von 40.000,-- DM umgestellt auf 20.451,68 EUR und erhöht auf 20.480,-- EUR; Falk Straschek richtig: Straschog, geb. 20. März 1940, München von 5.000,-- DM umgestellt auf 2.556,46 EUR und erhöht auf 2.560,-- EUR; Dr. Gert Köhler, geb. 18. Sept. 1949, Friedrichsdorf von 5.000,-- DM umgestellt auf 2.556,46 EUR und erhöht auf 2.560,-- EUR; Michael Mayer, geb. 30. Aug. 1953, Tamm von 7.000,-- DM umgestellt auf 3.579,04 EUR und erhöht auf 3.580,-- EUR; | a. 21. Februar 200 |

**Handelsregister · Abt. A · des Amtsgerichts**  Ludwigsburg  Blatt 2 Rs  HRA 2587

| Nummer der Eintragung | a) Firma b) Ort der Niederlassung (Sitz der Gesellschaft) c) Gegenstand des Unternehmens (bei juristischen Personen) | Prokura | Gesellschafter persönliche haftende Gesellschafter Vorstand Abwickler | Rechtsverhältnisse | a) Tag der Eintragung und Unterschrift b) Bemerkungen |
|---|---|---|---|---|---|
| 1 | 2 | 4 | 3 | 5 | 6 |
| noch 4 | | | | Dr. Michael Rheinnecker, geb. 3. Mai 1965, nun: Möglingen von 3.000,– DM umgestellt auf 1.533,88 EUR und erhöht auf | 1.540,– EUR |
| | | | | Dow Deutschland Anlagengesellschaft mbH & Co. OHG, Stade von 40.000,– DM umgestellt auf 20.451,68 EUR und erhöht auf | 20.460,– EUR |
| | | | | FERI Financial & Economic Research International GmbH nun: FERI Financial and Economic Research Institute GmbH, Bad Homburg von 90.000,– DM umgestellt auf 46.016,27 EUR und erhöht auf | 46.080,– EUR |
| | | | | Dr. Heinrich Monef, geb. 19. April 1931, Weinheim von 7.000,– DM umgestellt auf 3.579,04 EUR und erhöht auf | 3.580,– EUR |
| | | | | Erich Eggenhofer, geb. 17. Sept. 1942, Mainz von 12.000,– DM umgestellt auf 6.135,50 EUR und erhöht auf | 8.140,– EUR |
| | | | | Martin Brosi, geb. 4. Feb. 1946, München von 32.000,– DM umgestellt auf 16.361,34 EUR und erhöht auf | 16.370,– EUR |
| | | | | VCM Treuhand-Beteiligungsverwaltungs GmbH richtig: VCM Treuhand Beteiligungsverwaltung GmbH, München von 40.000,– DM umgestellt auf 20.451,68 EUR und erhöht auf | 20.460,– EUR |
| | | | | Andrea Krov, geb. 11. Dez. 1959, Stuttgart von 1.000,– DM umgestellt auf 511,29 EUR und erhöht auf | 520,– EUR |
| | | | | Rotunterstrichene Teile der Eintragung erscheinen in der Fotokopie schwarz. Diese Teile der Eintragungen sind geböacht | |

Beglaubigt
Gebühr §§ 89, 73 KostO 18,– €
AG Ludwigsburg, den 7. April 2005

*Justizangestellte*
KREISSEL

Au 1f

## Handelsregister – Abt. B – des Amtsgerichts Ludwigsburg

**HRB** 6060

**Blatt** 1
(mit Fortsetzung Blatt ___)

| nr | a) Firma b) Sitz c) Gegenstand des Unternehmens | Grundkapital oder Stammkapital DM/EUR | Vorstand Persönlich haftende Gesellschafter Geschäftsführer Abwickler | Prokura | Rechtsverhältnisse | a) Tag der Eintragung und Unterschrift b) Bemerkungen |
|---|---|---|---|---|---|---|
| | 1 | 3 | 4 | 5 | 6 | 7 |
| | a) Zweite TechnoStart Venture Verwaltungs GmbH<br><br>b) Ludwigsburg<br><br>c) Geschäftsführung und Vertretung der Zweite TechnoStart Ventures Fonds GmbH & Co. KG mit dem Sitz in Ludwigsburg als deren persönlich haftende Gesellschafterin. Geschäftsführung und Vertretung der Zweite TSV Fonds Beteiligungs KG mit dem Sitz in Ludwigsburg als deren persönlich haftende Gesellschafterin. | 25.000,-- EUR | Michael Mayer, geb. 30. Aug. 1953, Tamm<br><br>Dr. Michael Andress Rheinnecker, geb. 3. Mai 1965, Möglingen | | Gesellschaft mit beschränkter Haftung.<br><br>Gesellschaftsvertrag vom 23. Oktober 2000 mit Nachtrag vom 24. November 2000 und vom 30. November 2000.<br><br>Die Gesellschaft wird vertreten, wenn nur ein Geschäftsführer vorhanden ist, durch diesen allein, wenn mehrere Geschäftsführer bestellt sind, durch zwei Geschäftsführer gemeinsam oder durch einen Geschäftsführer zusammen mit einem Prokuristen.<br><br>Die Geschäftsführer Michael Mayer und Dr. Michael Andress Rheinnecker sind einzelvertretungsberechtigt und ihnen ist es gestattet, die Gesellschaft auch bei Rechtsgeschäften mit sich selbst in eigenem und fremden Namen zu vertreten. | a) 6. Dezember 2000<br><br>b) Ges. Vertrag Bl. 5/13 Sbd.. Nachtrag Bl. 17/19 Sbd. Bl. 34/35 Sbd. |

Beglaubigt
Gebühr §§ 89, 73 KostO    18,-- €
AG Ludwigsburg, den – 7. April 2005
*Justizangestellte*
**KREISSEL**

(Amtsgericht Ludwigsburg seal)

Handelsregister – Abt. A – des Amtsgerichts _____ Ludwigsburg

Blatt ___ (mit Fortsetzung Blatt)   HRA   2789

| Nummer der Eintragung | a) Firma b) Sitz (Niederlassung) der Gesellschaft c) Gegenstand des Unternehmens (bei juristischen Personen) | Geschäftsinhaber Persönlich haftende Gesellschafter Vorstand Abwickler | Prokura | Rechtsverhältnisse | a) Tag der Eintragung und Unterschrift b) Bemerkungen |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
| 1 | a) Zweite TechnoStart Ventures Fonds GmbH & Co. KG b) Ludwigsburg | Zweite TechnoStart Ventures Verwaltungs GmbH, Sitz Ludwigsburg | | Kommanditgesellschaft. Die Gesellschaft hat am 31. Januar 2001 begonnen. Kommanditbank: Michael Mayer, geb. 30. Aug. 1953, Tamm, Einlage:   1.000,– EUR; Dr. Michael Rheinmecker, geb. 3. Mai 1955, Möglingen, Einlage:   1.000,– EUR; Zweite TSV Initiativ GmbH & Co. KG, Sitz Ludwigsburg Einlage:   150.000,– EUR; | a) 31. Januar 2001 [signature] b) pHG, Amtsgericht Ludwigsburg, HRB 6050 |
| 2 | | | | Folgende Kommanditisten sind in die Gesellschaft eingetreten: Credit Suisse Anlagestiftung, Sitz Zürich Einlage:   10.000,– EUR Pearl Holding Limited, Sitz St. Peter Port (Guernsey) Einlage:   30.000,– EUR Partners Group Private Equity Performance Holding Limited, Sitz St. Peter Port (Guernsey) Einlage:   20.000,– EUR Dow Deutschland GmbH & Co. OHG, Sitz Schwalbach (Amtsgericht Starke, HRB 26140) Einlage:   16.000,– EUR European Investment Fund, Sitz Luxemburg Einlage:   120.000,– EUR tbg Technologie-Beteiligungs-Gesellschaft mbH der Deutschen Ausgleichsbank, Sitz Bonn (Amtsgericht Bonn, HRB 4900) Einlage:   100.000,– EUR Dr. Frantz Wirtz GmbH, Sitz Stolberg (Amtsgericht Eschweiler, HRB 1800) Einlage:   10.000,– EUR | a) 28. März 2003 [signature] |

RS 101 Vordruck für das Handelsregister A (VW 68)

Fortsetzung Rückseite

Handelsregister – Abt. A – des Amtsgerichts **Ludwigsburg**

HRA

2789

Blatt .......... (mit Fortsetzung Blatt

| Nummer der Eintragung | a) Firma b) Ort der Niederlassung (Sitz der Gesellschaft) c) Gegenstand des Unternehmens (bei juristischen Personen) | Geschäftsinhaber Persönlich haftende Gesellschafter Vorstand Abwickler | Prokura | Rechtsverhältnisse | a) Tag der Eintragung und Unterschrift b) Bemerkungen |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
| noch 2 | | | | Köhler Technovision VermögensverwaItungs KG, Sitz Friedrichsdorf (Amtsgericht Bad Homburg v.d. Höhe, HRA 3572) Einlage: 15.000,-- EUR<br><br>FEBI AG, Sitz Bad Homburg (Amtsgericht Bad Homburg v.d. Höhe, HRB 7121) Einlage: 155.000,-- EUR<br><br>Reiner Egidi, geb. 20. Dez. 1951, Kronberg Einlage: 1.000,-- EUR<br><br>Günther Tröster, geb. 2. Juni 1948, Breitengüßbach Einlage: 11.000,-- EUR<br><br>VCH Best-of-VC GmbH & Co. KgaA, Sitz Bayreuth (Amtsgericht Bayreuth, HRB 3482) Einlage: 10.000,-- EUR<br><br>Die Einlage der Kommanditistin Zweite TSV Initiativ GmbH & Co. KG, Sitz Ludwigsburg ist herabgesetzt um 25.000,-- EUR auf 125.000,-- EUR | |
| 3 | Rotunterstrichene Teile der Eintragung erscheinen in der Fotokopie schwarz. Diese Teile der Eintragungen sind gelöscht | | | Die Kommanditistin ibg Technologie-Beteiligungs-Gesellschaft mbH der Deutschen Ausgleichsbank hat ihre Firma geändert und heißt nunmehr ibg Technologie-Beteiligungs-Gesellschaft mbH.<br><br>Die Kommanditistin FERI AG hat ihre Firma geändert und heißt nunmehr Sauerborn Trust AG.<br><br>Die Sauerborn Trust AG hat ihren Kommanditanteil i.H.v. 155.000,-- EUR in einen Anteil von 130.000,-- EUR und einen Anteil von 25.000,-- EUR geteilt.<br><br>Die Sauerborn Trust AG hat im Wege der Sonderrechtsnachfolge übertragen auf<br><br>Wega Support GmbH, Sitz Garrel (Amtsgericht Cloppenburg, HRB 1895) die damit als Kommanditistin in die Gesellschaft eingetreten ist.<br><br>Der Kommanditanteil der Sauerborn Trust AG beträgt damit nur noch | a) 04. Februar 2004<br><br>130.000,-- EUR. |

Beglaubigt
Gebühr §§ 89, 73 KostO __18__ €
AG Ludwigsburg, den —7. April 2005
Justizangestellte
**KREISSEL**

Fortsetzung auf dem ____ te

81

auf Anlagen

A 13 u. A 14

wurde verzichtel



Nâle

FEBO 001191

*H 15*  *83*

# Gesellschaftsvertrag

## § 1 - Firma, Sitz

(1) Die Gesellschaft lautet

febit biotech GmbH.

(2) Die Gesellschaft hat ihren Sitz in Heidelberg.

## § 2 - Gegenstand des Unternehmens

(1) Gegenstand des Unternehmens ist die Entwicklung, Herstellung sowie der Vertrieb von Geräten, biochemischen und chemischen Reagenzien, Reagenzträgern und EDV-Programmen und sonstiger Hilfsmittel für die Verarbeitung und Auswertung von chemischen und biologischen Informationen. Soweit es um handwerkliche Tätigkeiten geht, erfolgt die Ausführung durch autorisierte Fachbetriebe.

(2) Die Gesellschaft ist berechtigt, alle Geschäfte vorzunehmen, die geeignet sind, den Gesellschaftszweck mittelbar oder unmittelbar zu fördern. Die Gesellschaft ist berechtigt, Grundbesitz zu erwerben. Die Gesellschaft ist berechtigt, sich an anderen Unternehmen zu beteiligen. Sie kann Niederlassungen im In- und Ausland errichten.

## § 3 - Dauer, Geschäftsjahr

(1) Die Gesellschaft ist auf unbestimmte Zeit errichtet.

(2) Geschäftsjahr ist das Kalenderjahr. Das erste Geschäftsjahr ist ein Rumpfjahr und endet am 31. Dezember 2005.

080405/VH/febit/GV-Gründung-3V

FEBO 001192

2

### § 4  -  Stammkapital, Stammeinlagen

(1) Das Stammkapital der Gesellschaft beträgt Euro 25.000,00. Es ist in voller Höhe sofort fällig.

(2) Die Geschäftsanteile werden wie folgt gehalten:

|  |  | EUR |
|---|---|---|
| a) | INGRABAN Beratungs- und Beteiligungs GmbH | ~~2.800,00~~ 1.000,– und 1.800,– |
| b) | Peer F. Stähler | 2.550,00 |
| c) | Dr. Ramon Güimil García | 1.400,00 |
| d) | Cybridts Systems Beratungs- und Beteiligungsverwaltung GmbH | 1.200,00 |
| e) | Dr. Markus Beier | 1.200,00 |
| f) | SyntheLion Beratungs- und Beteiligungsverwaltung GmbH | 1.200,00 |
| g) | Dr. Fritz Stähler | 2.200,00 |
| h) | ~~febit biotech Beteiligungs GdbR,~~ | 5.650,00 |

~~derzeit bestehend aus folgenden Gesellschaftern:~~

NewMarket Venture Verwaltungs GmbH
~~Dr. Gerald Möller~~
Gerhard Krusch
Dr. Berhard Jurisch
Kimelion Beteiligungs-GmbH
Dr. Peter Grassmann
~~Dr. Jörg Hoheisel~~

| TechnoStart Ventures GmbH & Co. Fonds KG | 2.900,00 |
|---|---|
| Zweite TechnoStart Ventures Fonds GmbH & Co. KG | 3.900,00 |

### § 5  -  Organe

Organe der Gesellschaft sind:

a)  die Geschäftsführung,

b)  die Gesellschafterversammlung,

c)  der Aufsichtsrat.

080405/VH/febit/GV-Gründung-3V

3

*87*

## § 6 - Geschäftsführung

(1) Die Gesellschaft hat einen oder mehrere Geschäftsführer, die durch den Aufsichtsrat bestellt und abberufen werden.

(2) Die Geschäftsführer sind verpflichtet, die Geschäfte der Gesellschaft in Übereinstimmung mit dem Gesetz, diesem Gesellschaftsvertrags, soweit vorhanden einer Geschäftsordnung und den Beschlüssen der Gesellschafterversammlung sowie des Aufsichtsrats zu führen.

(3) Der Aufsichtsrat kann durch Beschluss Geschäftsführungsmaßnahmen festlegen, zu deren Durchführung die Geschäftsführung der vorherigen Zustimmung des Aufsichtsrates bedarf.

(4) Der Aufsichtsrat beschließt eine Geschäftsordnung sowie ein Informations- und Berichtssystems für die Geschäftsführung.

## § 7 - Vertretung

(1) Sind mehrere Geschäftsführer bestellt, so wird die Gesellschaft gemeinschaftlich durch zwei Geschäftsführer oder gemeinschaftlich durch einen Geschäftsführer und einen Prokuristen vertreten. Die Gesellschaft wird durch einen Geschäftsführer allein vertreten, wenn er alleiniger Geschäftsführer ist. Der Aufsichtsrat kann, auch wenn mehrere Geschäftsführer bestellt sind, einzelne Geschäftsführer zur Alleinvertretung ermächtigen.

(2) Der Aufsichtsrat kann einem oder mehreren Geschäftsführern durch Beschluss generell oder für den Einzelfall die Befugnis erteilen, die Gesellschaft bei der Vornahme von Rechtsgeschäften mit sich selbst oder als Vertreter eines Dritten uneingeschränkt zu vertreten (Befreiung von den Beschränkungen des § 181 BGB).

080405/VH/febi/GV-Gründung-3V

FEBO 001194

4

### § 8 - Gesellschafterversammlung

(1) Gesellschafterversammlungen werden durch die Geschäftsführer oder durch Gesellschafter, die zusammen mindestens 10% des Stammkapitals auf sich vereinigen, einberufen. Jeder Geschäftsführer ist allein einberufungsberechtigt.

(2) Zu einer Gesellschafterversammlung ist unter Einhaltung einer Frist von mindestens zwei Wochen per Einschreiben gegen Rückschein einzuladen. Die Frist beginnt mit der Absendung der Einladung. Der Tag der Versammlung wird bei der Berechnung der Frist nicht mitgezählt. Tagungsort, Tagungszeit und Tagungsordnung sind in der Ladung mitzuteilen.

(3) Die Gesellschafterversammlung soll am Sitz der Gesellschaft einberufen werden. Mit Zustimmung aller Gesellschafter können Gesellschafterversammlungen jedoch auch an jedem anderen Ort abgehalten werden.

(4) Sind sämtliche Gesellschafter in der Gesellschafterversammlung anwesend oder vertreten und widerspricht keiner der Beschlussfassung, so können Beschlüsse auch dann gefasst werden, wenn die für die Einberufung und Ankündigung geltenden gesetzlichen oder gesellschaftsvertraglichen Vorschriften nicht eingehalten worden sind.

(5) Die Gesellschafterversammlung ist beschlussfähig, wenn drei Viertel des Stammkapitals vertreten ist. Ist dies nicht der Fall, so ist innerhalb von einer Woche mit einer Frist von zwei Wochen eine zweite Gesellschafterversammlung mit derselben Tagesordnung einzuberufen. Die zweite Gesellschafterversammlung ist ohne Rücksicht auf die Anzahl des vertretenen Stammkapitals beschlussfähig. Hierauf ist in der erneuten Ladung hinzuweisen.

(6) Jeder Gesellschafter kann sich durch einen Mitgesellschafter oder einen zur Berufsverschwiegenheit verpflichteten Dritten, der Angehöriger der rechts- und steuerberatenden oder wirtschaftsprüfenden Berufe ist, vertreten oder begleiten lassen. Die Vollmacht bedarf der Textform und ist bei dem Versammlungsleiter zu hinterlegen.

080405/VH/febil/GV-Gründung-3V

FEBO 001195

5

(7) Der Gesellschafter mit den meisten Stimmen übt den Vorsitz der Gesellschafterversammlung aus, es sei denn, die Gesellschafterversammlung bestimmt durch Beschluss einen anderen Versammlungsleiter.

(8) Soweit das Gesetz nicht entgegensteht können Gesellschafterbeschlüsse auch außerhalb von Gesellschafterversammlungen durch schriftliche, telefonische, telegrafische, mündliche oder fernschriftliche Abstimmung per Telefax oder per e-mail gefasst werden, sofern sich sämtliche Gesellschafter an der Beschlussfassung beteiligen und kein Gesellschafter der Art der Beschlussfassung widerspricht.

(9) Über den Hergang jeder Gesellschafterversammlung und über die gefassten Beschlüsse, auch wenn sie gem. Abs. 8 außerhalb einer Gesellschafterversammlung gefasst worden sind, führt der Vorsitzende ein Protokoll, das den Gesellschaftern vorzulegen ist. Die Gesellschafter haben innerhalb einer Woche nach Zugang zu widersprechen, anderenfalls gilt der Inhalt des Protokolls als genehmigt.

### § 9 - Gesellschafterbeschlüsse

(1) Sofern Gesetz oder dieser Gesellschaftsvertrag nicht zwingend eine andere Mehrheit vorschreiben, werden Gesellschafterbeschlüsse mit einfacher Mehrheit der abgegebenen gültigen Stimmen gefasst.

(2) Beschlüsse über folgende Gegenstände bedürfen in jedem Fall einer Mehrheit von 75 % der abgegebenen gültigen Stimmen:
   a) Änderungen des Gesellschaftsvertrags;
   b) Maßnahmen der Kapitalerhöhung und -herabsetzung;
   c) Umwandlungen im Sinne von § 1 Umwandlungsgesetz;
   d) Abschluss und Beendigung von Betriebspacht-, Betriebsführungs- und Unternehmensverträgen und Verträgen, die eine wesentliche Einschränkung potentieller unternehmerischer Aktivitäten der Gesellschaft zur Folge haben können;

080405/VH/febil/GV-Gründung-3V

FEBO 001196

6

e)   Veräußerung des Gesellschaftsvermögens als Ganzes oder zu einem wesentlichen Teil;

f)   Abschluss und Änderung von Konsortialverträgen;

g)   Eingehen stiller Gesellschaften und sonstiger Verträge, die Dritten ein Recht auf Beteiligung am Vermögen oder Gewinn der Gesellschaft gewähren.

(3) Vorstehender Abs. 2 gilt auch für alle sonstigen Beschlüsse, für die nach dem Gesetz eine Mehrheit von drei Vierteln der abgegebenen Stimmen oder des Stammkapitals erforderlich ist.

(4) Je Euro 50,00 eines Geschäftsanteils gewähren eine Stimme. Stimmenthaltungen gelten als nicht abgegebene Stimmen.

## § 10 -   Aufsichtsrat

(1) Die Gesellschaft hat einen Aufsichtsrat, der aus mindestens vier und höchstens sechs Mitgliedern besteht. Die Gesellschafter zu § 4 Abs. 2 lit. a) bis g) gemeinsam sowie die Gesellschafter zu § 4 Abs. 2 lit. i) und j) gemeinsam haben das Recht, je ein weiteres Aufsichtsratsmitglied zu entsenden und wieder abzuberufen. Die übrigen Aufsichtsratsmitglieder werden von der Gesellschafterversammlung gewählt.

(2) Der Aufsichtsrat ist insbesondere zuständig für:

a)   die laufende Beratung und Überwachung der Geschäftsführung, insbesondere für die Festlegung der strategischen Unternehmensentwicklung;



b)   die Festlegung der Geschäfte und Maßnahmen der Geschäftsführung, die der Zustimmung des Aufsichtsrats bedürfen, sowie Erteilung der Zustimmung;

c)   die Bestellung und Abberufung der Geschäftsführer und deren Entlastung sowie die Erteilung der Einzelvertretungsbefugnis und deren Befreiung von den Beschränkungen des § 181 BGB;

d)   den Abschluss, die Änderung und die Beendigung von Anstellungsverträgen mit den Geschäftsführern;

080405/VH/febit/GV-Gründung-3V

7

e) die Ausübung des Weisungsrechts der Gesellschafter, wenn die Gesell-
schafterversammlung dem Aufsichtsrat dieses Recht durch Gesellschaf-
terbeschluss zugewiesen hat;

f) die Aufforderung an die Geschäftsführung, eine Geschäftsordnung für die
Geschäftsführung zu erlassen sowie deren Genehmigung;

g) die Aufforderung an die Geschäftsführung zur Erstellung eines Informati-
ons- und Berichtssystems für die Geschäftsführung sowie dessen Ge-
nehmigung;

h) die Genehmigung des von der Geschäftsführung erstellten Jahresbud-
gets und des Geschäftsplans.

(3) Solange keine Aufsichtsratmitglieder entsandt wurden, obliegen die Aufga-
ben und Befugnisse des Aufsichtsrats der Gesellschafterversammlung, wobei
die Beschlüsse der Gesellschafterversammlung ~~und~~ ergehen

(4) Der Aufsichtsrat tritt mindestens viermal jährlich zusammen. Die Geschäfts-
führung hat das Recht, Vorschläge zur Tagesordnung zu machen, sowie an
der Aufsichtsratsitzung teilzunehmen, es sei denn, der Aufsichtsrat be-
schließt etwas anderes.

(5) Soweit in diesem Gesellschaftsvertrag oder in Gesellschaftervereinbarungen
nichts Abweichendes bestimmt ist, bedürfen Aufsichtsratsbeschlüsse der ein-
fachen Mehrheit der abgegebenen gültigen Stimmen. Der Aufsichtsrat ist nur
beschlussfähig, wenn mindestens 60% seiner Mitglieder anwesend sind. Ein
Mitglied ist auch dann anwesend, wenn es über Lautsprechertelefon zuge-
schaltet ist.

(6) Die Amtszeit der Aufsichtsratsmitglieder dauert bis zur Beendigung der Ge-
sellschafterversammlung, die über die Entlastung für das dritte Geschäftsjahr
nach dem Beginn der Amtszeit beschließt. Das Geschäftsjahr, in dem die
Amtszeit beginnt, wird nicht mitgerechnet. Die entsandten oder bestellten Mit-
glieder bleiben bis zur Neubenennung im Amt. Eine wiederholte Entsendung
oder Bestellung ist zulässig.

080405/VH/lebit/GV-Gründung-3V

FEBO 001198

8

(7) Jedes Mitglied des Aufsichtsrats kann sein Amt jederzeit ohne Angabe von Gründen mit einer Frist von einem Monat zum Ende eines Kalendermonats sowie aus wichtigem Grunde fristlos durch schriftliche Erklärung gegenüber dem Aufsichtsratsvorsitzenden oder seinem Stellvertreter niederlegen.

(8) Der Aufsichtsrat wählt nach jeder Änderung der Zusammensetzung ein Mitglied zum Vorsitzenden und ein weiteres Mitglied zum stellvertretenden Vorsitzenden. Im Falle seiner Verhinderung übernimmt für die Dauer der Verhinderung der Stellvertreter die Aufgaben des Vorsitzenden.

(9) Die Mitglieder der Geschäftsführung der Gesellschaft sind verpflichtet, dem Aufsichtsrat jede gewünschte Auskunft über alle geschäftlichen Verhältnisse der Gesellschaft zu erteilen sowie auf Aufforderung zu den Sitzungen zu erscheinen und ihm über alle Sachverhalte, die für die Entscheidung des Aufsichtsrats von Bedeutung sein können, zu berichten.

(10) Der Aufsichtsratsvorsitzende vertritt den Aufsichtsrat nach Außen und bei der Abgabe und der Entgegennahme von Erklärungen gegenüber den Geschäftsführern. Der Aufsichtsrat gibt sich durch Beschluss eine Geschäftsordnung. Die Aufsichtsratsmitglieder haften nur für Vorsatz und grobe Fahrlässigkeit.

(11) Die Gesellschaft kann den Aufsichtsratsmitgliedern eine angemessene Vergütung gewähren. Über deren Höhe entscheidet die Gesellschafterversammlung von Jahr zu Jahr.

## § 11 - Jahresabschluss, Gewinnverwendung

(1) Die Geschäftsführer sind verpflichtet, den Jahresabschluss, den Anhang - und falls erforderlich - den Lagebericht innerhalb der gesetzlichen Fristen aus §§ 264 ff HGB für das vergangene Geschäftsjahr aufzustellen.

(2) Die Gesellschafterversammlung stellt den Jahresabschluss fest. Sie bestimmt über die Gewinnverwendung, insbesondere darüber, inwieweit der Bilanzgewinn in eine Rücklage eingestellt und an die Gesellschafter ausgeschüttet

080405/VH/febit/GV-Gründung-3V

FEBO 001199

9

wird. Der ausgeschüttete Gewinn steht den Gesellschaftern entsprechend ih-
ren Geschäftsanteilen zu.

(3) Vorabausschüttungen auf den zu erwartenden Gewinn des laufenden Ge-
schäftsjahres können bereits vor dessen Ablauf beschlossen werden.

(4) Die Gewinnverwendung richtet sich im Übrigen nach § 29 GmbHG.

### § 12 -  Wettbewerbsverbot

(1) Den Gesellschaftern zu § 4 Abs. 2 lit. a) bis f) sowie allen sonstigen Gesell-
schaftern, die operativ für die Gesellschaft tätig sind, z.B. aufgrund eines Be-
ratervertrags, ist es untersagt, sich ohne Zustimmung aller übrigen Gesell-
schafter im Geschäftszweig der Gesellschaft unmittelbar oder mittelbar, ge-
werbsmäßig oder gelegentlich für eigene oder fremde Rechnung zu betäti-
gen. Die Gesellschafter stehen dafür ein, dass dieses Wettbewerbsverbot
auch von ihren Ehegatten und nahen Angehörigen bzw. soweit es sich bei
den Gesellschaftern um juristische Personen handelt, von ihren beherrschen-
den Gesellschaftern eingehalten wird.

(2) Die Gesellschafterversammlung kann im Einzelfall mit einer Mehrheit von drei
Vierteln der Stimmen aller Gesellschafter einen Gesellschafter von dem
Wettbewerbsverbot befreien. In diesem Fall sind weitere Einzelheiten von der
Gesellschafterversammlung festzulegen.

### § 13 -  Erbfolge

(1) Beim Ableben des Gesellschafters treten die Erben an dessen Stelle.

(2) Wird der Anteil des Gesellschafters nicht ausschließlich dessen Ehegatten
oder dessen Abkömmlingen vererbt, so können die anderen Gesellschafter
mit einer Mehrheit von drei Vierteln der abgegebenen gültigen Stimmen be-
schließen, dass der Geschäftsanteil des verstorbenen Gesellschafters von

FEBO 001200

10

der Gesellschaft eingezogen wird, soweit die gesetzlichen Voraussetzungen hinsichtlich der Zahlung einer Einziehungsverfügung erfüllt sind.

(3) Die Gesellschaft hat unverzüglich nach Prüfung, inwieweit die Voraussetzung für die Zahlung einer Einziehungsvergütung erfüllt ist, spätestens sechs Monate nach Kenntnis vom Eintritt des Erbfalls, den Erben anzuzeigen, dass die Einziehung beabsichtigt ist.

(4) Den Erben steht das Recht zu, innerhalb von sechs Monaten nach Zugang der Anzeige der bevorstehenden Einziehung, die Geschäftsanteile entsprechend den Bestimmungen dieses Gesellschaftsvertrags zu veräußern. Sofern die Veräußerung nicht stattfindet, kann die Einziehung durchgeführt werden.

(5) Im Fall der Einziehung erhalten die Erben eine Vergütung gemäß § 18 Abs. 3.

(6) Mehrere Erben können ihre Rechte nur durch einen gemeinsamen Bevollmächtigten wahrnehmen. § 19 findet Anwendung.

## § 14 - Verfügungsbeschränkungen

(1) Verfügungen über Geschäftsanteile oder Teile davon, insbesondere die Veräußerung sowie die Eingehung von Treuhandverhältnissen bedürfen der schriftlichen Zustimmung des Aufsichtsrats. Dies gilt entsprechend für die Begründung von Unterbeteiligungen. Die vorstehenden Regelungen können nur durch Zustimmung aller Gesellschafter abgeändert werden. § 17 Abs. 1 GmbHG bleibt unberührt.

(2) Hat ein veräußerungswilliger Gesellschafter die Regelungen der §§ 15 und 16 eingehalten und werden die Vorerwerbsrechte gem. § 15 sowie die Mitveräußerungsrechte gem. § 16 von den berechtigten Gesellschaftern ganz oder teilweise nicht ausgeübt, so ist der veräußerungswillige Gesellschafter nach Ablauf der in Abs. 3 geregelten Sperrfrist berechtigt, die Geschäftsanteile, hinsichtlich derer die vorgenannten Rechte nicht ausgeübt wurden, zu veräu-

080405/VH/feblt/GV-Gründung-3V

11

*118*

ßern oder in sonstiger Weise mit oder ohne Gegenleistung zu übertragen, ohne dass es der gesonderten Zustimmung gem. Abs. 1 bedarf.

(3) Die Sperrfrist gem. Abs. 2 beträgt für die Gesellschafter zu § 4 Abs. 2 lit. i) und j) drei Jahre und für die übrigen Gesellschafter fünf Jahre nach Beginn der Gesellschafterstellung.

### § 15 -  Vorerwerbsrecht

(1) Für den Fall, dass ein Gesellschafter (im Folgenden „übertragungswilliger Gesellschafter" genannt) einem Dritten die Veräußerung seiner Geschäftsan- teile oder von Teilen davon oder deren Übertragung in sonstiger Weise mit oder ohne Gegenleistung anbietet oder von einem Dritten ein solches Ange- bot erhält, steht den übrigen Gesellschaftern (im Folgenden auch „vorer- werbsberechtigte Gesellschafter" genannt) ein Vorerwerbsrecht zu. Dieses Vorerwerbsrecht berechtigt die übrigen Gesellschafter, die angebotenen Ge- schäftsanteile oder Teile davon zu den in dem Informationsschreiben gem. Abs. 2 enthaltenen Bedingungen zu erwerben.

(2) Die übertragungswilligen Gesellschafter haben die übrigen Gesellschafter un- verzüglich durch eingeschriebenen Brief über das Verkaufsangebot bzw. über das Angebot auf Übertragung zu informieren. In dem Informationsschreiben sind von dem übertragungswilligen Gesellschafter insbesondere Angaben über Name bzw. Firma, Sitz und Adresse des in Aussicht genommenen Er- werbers zu machen. Weiter sind Angaben zu machen hinsichtlich des Kauf- preises bzw. der sonstigen Gegenleistung für die beabsichtigte Veräußerung bzw. Übertragung in sonstiger Weise, bzw. des Verkehrswerts dieser Gegen- leistung, soweit diese nicht in Geld besteht, der Fälligkeit des Kaufpreises bzw. der sonstigen Gegenleistung.

(3) Besteht die in dem Angebot enthaltene Gegenleistung nicht in Geld, ist der Verkehrswert der Gegenleistung durch den übertragungswilligen Gesellschaf- ter in dem Schreiben gemäß Abs. 2 in Geld anzugeben. Zu diesem angege- benen Wert können die übrigen Gesellschafter dann ihr Vorerwerbsrecht ausüben. Bei Zweifeln an der Richtigkeit dieses Wertes können die vorer-

FEBO 001202

12

werbsberechtigten Gesellschafter zusammen oder einzeln bei einem unab-
hängigen Sachverständigen (z.B. Wirtschaftsprüfer) auf eigene Kosten ein
Gutachten über den Verkehrswert der Gegenleistung einholen. Das Ergebnis
dieses Gutachtens bestimmt den Verkehrswert der in dem Angebot genann-
ten Gegenleistung.

(4) Das Vorerwerbsrecht gemäß vorstehendem Abs. 1 ist durch die vorerwerbs-
berechtigten Gesellschafter innerhalb von zwei Monaten nach Zugang der
Mitteilung gemäß Abs. 2 durch eingeschriebenen Brief gegenüber dem über-
tragungswilligen Gesellschafter auszuüben. Die Frist beginnt für jeden Ge-
sellschafter gesondert mit Zugang der Mitteilung zu laufen. Die Gesellschaft
wird durch Übersendung einer Kopie der Ausübungserklärung informiert.

(5) Üben mehrere vorerwerbsberechtigte Gesellschafter das Vorerwerbsrecht
aus, so erwerben sie den oder die Anteil/e pro rata ihrer Beteiligung, wobei
die einzelnen Anteile durch 50 teilbar sein müssen und Spitzenbeträge dem-
jenigen zufallen, der die geringste Nominalbeteiligung hält. Übt einer oder ü-
ben mehrere der vorerwerbsberechtigten Gesellschafter sein bzw. ihr Vorer-
werbsrecht gem. Abs. 1 nicht oder nicht rechtzeitig aus, so steht der nicht ü-
bernommene Anteil den übrigen vorerwerbsberechtigten Gesellschaftern, die
ihre Vorerwerbsrechte ausgeübt haben, im Verhältnis ihrer Anteile zueinander
zu. Der übertragungswillige Gesellschafter teilt diesen Gesellschaftern inner-
halb einer Woche nach Ablauf der Frist gem. Abs. 4 durch eingeschriebenen
Brief mit, dass einzelne der vorerwerbsberechtigten Gesellschafter ihr Vorer-
werbsrecht nicht ausgeübt haben. Gleichzeitig teilt er ihnen den auf sie je-
weils entfallenden Nennbetrag der Geschäftsanteile mit, den sie durch eine
weitere Ausübungserklärung zusätzlich erwerben können. Die vorerwerbsbe-
rechtigten Gesellschafter, die diese weiteren, ihnen zustehenden Vorerwerbs-
rechte ausüben wollen, müssen gegenüber dem übertragungswilligen Gesell-
schafter innerhalb weiterer zwei Wochen nach Zugang der Mitteilung gem.
Satz 3 dieses Vorerwerbsrecht ausüben.

(6) Nach Ablauf der Ausübungsfristen gem. Abs. 4 und 5 teilt der übertragungs-
willige Gesellschafter der Gesellschaft sowie allen übrigen Gesellschaftern

FEBO 001203

13

unverzüglich durch eingeschriebenen Brief mit, in welchem Umfang und durch wen die Vorerwerbsrechte ausgeübt wurden.

(7) Die Vorerwerbsrechte können von einem Berechtigten jeweils nur in Anse-hung sämtlicher zum Verkauf stehender und auf einen Berechtigten anteilig entfallenden Anteile ausgeübt werden.

(8) Üben die vorerwerbsberechtigten Gesellschafter ihr Vorerwerbsrecht nach Ablauf der in Abs. 4 und 5 genannten Ausübungsfristen nicht aus, sind die üb-rigen Gesellschafter verpflichtet, der Übertragung der Anteile des übertra-gungswilligen Gesellschafters zuzustimmen. Die Zustimmung darf nur aus wichtigem Grund verweigert werden.

## § 16 - Mitveräußerungsrechte

Veräußert ein Gesellschafter alle Geschäftsanteile oder Teile davon unter Beachtung der vorstehenden §§ 14 und 15 an Dritte, haben die übrigen Ge-sellschafter das Recht, von dem veräußerungswilligen Gesellschafter zu ver-langen, dass der Erwerber ihnen ein entsprechendes Angebot zur gleichzeiti-gen Übernahme ihrer sämtlichen Geschäftsanteile zu den gleichen Konditio-nen entsprechend ihrer Beteiligung macht. § 14 Abs. 2 bleibt unberührt.

## § 17 - Einziehung von Geschäftsanteilen

(1) Die Gesellschafter können die Einziehung von Geschäftsanteilen beschlie-ßen, wenn der betroffene Gesellschafter zustimmt.

(2) Die Einziehung von Geschäftsanteilen ist ohne Zustimmung des betroffenen Gesellschafters zulässig, wenn
   a) über das Vermögen des betroffenen Gesellschafters das Insolvenzver-fahren eröffnet ist oder die Eröffnung mangels Masse abgelehnt wird;

080405/VH/febil/GV-Gründung-3V

FEBO 001204

14

b) der Gesellschafter die eidesstattliche Versicherung gemäß § 807 ZPO abgibt oder bereits abgegeben hat oder gegen ihn Haft zur Abgabe dieser eidesstattlichen Versicherung angeordnet wird (Haftbefehl);

c) von Seiten des Gläubigers eines Gesellschafters Zwangsvollstreckungsmaßnahmen in den Geschäftsanteil des Gesellschafters vorgenommen werden und es dem Gesellschafter des betroffenen Geschäftsanteils nicht binnen zwei Monaten seit Beginn dieser Maßnahme gelungen ist, ihre Aufhebung zu erreichen;

d) der Gesellschafter auf Auflösung der Gesellschaft klagt;

e) in der Person des Gesellschafters ein wichtiger, seinen Ausschluss rechtfertigender Grund vorliegt. Dies ist insbesondere der Fall, wenn der Gesellschafter gegen schwerwiegende Pflichten aus dem jeweils gültigen Beteiligungsvertrag, diesem Gesellschaftsvertrag oder dem Gesellschaftsverhältnis verstößt oder sich gesellschaftsschädlich verhält und die Zielsetzung der Gesellschaft nicht mehr mitträgt bzw. dagegen verstößt.

(3) Die von den Gesellschaftern zu § 4 Abs. 2 lit. a), d) und f) gehaltenen Geschäftsanteile können eingezogen werden, wenn

a) ein die Ausschließung rechtfertigender Grund in der Person des beherrschenden Gesellschafters vorliegt;

b) die Gesellschafter der oben genannten Gesellschafter gegen Bestimmungen des zu dem jeweiligen Zeitpunkt gültigen Beteiligungsvertrages oder diesem Gesellschaftsvertrag verstoßen;

c) die Bestellung des jeweiligen beherrschenden Gesellschafters als Geschäftsführer des jeweiligen Gesellschafters zu § 4 Abs. 2 lit. a), d) und f) endet oder weitere Geschäftsführer ohne Zustimmung des Aufsichtsrats bestellt werden, nicht jedoch im Falle der Krankheit oder des Todes des beherrschenden Gesellschafters;

d) die Satzung eines der Gesellschafter zu § 4 Abs. 2 lit. a), d) und f) ohne Zustimmung des Aufsichtsrats geändert wird;

e) Gesellschafter der Gesellschafter zu § 4 Abs. 2 lit. a), d) und f) über einzelne oder alle Geschäftsanteile oder Teile davon ohne Zustimmung des Aufsichtsrats verfügen, insbesondere diese an Dritte übertragen, oder eine Unterbeteiligung daran einräumen;

080405/VH/febi/GV-Gründung-3V

FEBO 001205

15

f)  Geschäftsanteile eingezogen werden, die der beherrschende Gesellschaf-
    ter des jeweiligen Gesellschafters zu § 4 Abs. 2 lit. a), d) und f) direkt an
    der Gesellschaft hält;

g)  sonst ein wichtiger Grund vorliegt.

~~(4)  Der von dem Gesellschafter zu § 4 Abs. 2 lit. h) gehaltene Geschäftsanteil~~
    kann eingezogen werden, wenn

a)  deren Gesellschafter gegen Bestimmungen des zum jeweiligen Zeitpunkt
    gültigen Beteiligungsvertrages oder diesem Gesellschaftsvertrag versto-
    ßen und die anderen Gesellschafter der Gesellschaft zu § 4 Abs. 2 lit. h)
    nicht innerhalb von vier Wochen ab Kenntnis von dem Verstoß den Aus-
    schluss des verstoßenden Gesellschafters beschließen;

b)  der Gesellschaftsvertrag des Gesellschafters zu § 4 Abs. 2 lit. h) ohne
    Zustimmung des Aufsichtsrates geändert wird;

c)  Gesellschafter des Gesellschafters zu § 4 Abs. 2 lit. h) über einzelne oder
    alle Gesellschaftsanteile oder Teile davon ohne Zustimmung des Auf-
    sichtsrats verfügen, insbesondere diese an Dritte übertragen, oder eine
    Unterbeteiligung daran einräumen;

d)  der im Gründungsvertrag des Gesellschafters zu § 4 Abs. 2 lit. h) be-
    nannte Geschäftsführer ausscheidet und ohne Zustimmung des Auf-
    sichtsrats durch einen Nachfolger ersetzt wird;

e)  der Gesellschafter zu § 4 Abs. 2 lit. h) aufgelöst wird;

f)  sonst ein wichtiger Grund vorliegt. Liegt der wichtige Grund nicht bei allen
    Gesellschaftern des Gesellschafters zu § 4 Abs. 2 lit. h) vor, ist eine Ein-
    ziehung nur möglich, wenn die Gesellschafter des Gesellschafters zu § 4
    Abs. 2 lit. h) nicht innerhalb von vier Wochen ab Kenntnis von dem wich-
    tigen Grund den Ausschluss des betroffenen Gesellschafters beschlos-
    sen haben.

(5)  Der Gesellschafter dessen Geschäftsanteil eingezogen wird, hat kein Stimm-
    recht im Hinblick auf den Einziehungsbeschluss. Ab dem Zeitpunkt des Zu-
    gangs der Mitteilung über den Einziehungsbeschluss ruht das Stimmrecht des
    betroffenen Gesellschafters.

FEBO 001206

16

A13

(6) Steht ein Geschäftsanteil mehreren Mitberechtigten ungeteilt zu, so ist die Einziehung gemäß Abs. 2 bis 4 auch zulässig, wenn deren Voraussetzungen nur in der Person eines Mitberechtigten vorliegen.

(7) Statt der Einziehung kann die Gesellschafterversammlung – ohne Stimmrecht des ausscheidenden Gesellschafters - verlangen, dass der Geschäftsanteil nach Wahl der Gesellschaft ganz oder geteilt an die Gesellschaft selbst, an einen oder mehrere Gesellschafter oder an von der Gesellschaft zu benennende Dritte abgetreten wird. Die Neubildung eines eingezogenen Geschäftsanteils ist zulässig.

## § 18 - Abfindung

(1) In allen Fällen des Ausscheidens eines Gesellschafters, gleich aus welchem Rechtsgrund, ist an ihn bzw. bei Ausscheiden von Todes wegen an seine Erben oder Vermächtnisnehmer eine Abfindung zu zahlen, die nach den nachstehenden Bestimmungen ermittelt wird.

(2) In den Fällen einer Einziehung gem. § 17 Abs. 2 bis 4 erhält der ausscheidende Gesellschafter sein anteiliges Stammkapital abzüglich anteiliger Verlustvorträge zuzüglich anteiliger Gewinnvorträge, abzüglich eines laufenden anteiligen Verlusts und zuzüglich eines laufenden anteiligen Gewinns.

(3) Im Falle des § 17 Abs. 1 und in anderen in diesem Vertrag ausdrücklich genannten Fällen ist an den bzw. die Gesellschafter bzw. Erben oder Vermächtnisnehmer eine Vergütung entsprechend dem Verkehrswert zu zahlen, die nach den Grundsätzen des IDW zur Durchführung von Unternehmensbewertungen (IDW S 1) in der jeweils aktuellen Fassung zu ermitteln ist.

(4) Sollte vorstehender Absatz 2 unwirksam sein und sowie in allen anderen Fällen eines Ausscheidens wird die Abfindung nach den jeweiligen geltenden Grundsätzen des Bewertungsgesetzes (derzeit: Stuttgarter Verfahren) zum Schluss des Geschäftsjahres, welches dem Einziehungs- oder Übertragungsbeschluss vorausgeht, ermittelt. Für den Fall, dass durch rechtskräftiges Urteil festgestellt ist, dass die Abfindung nach diesem Abs. 4 unwirksam ist, ver-

FEBO 001207

17

pflichten sich die Gesellschafter zu einer Festsetzung der Abfindung, die einerseits wirksam ist und andererseits die Gesellschaft am wenigsten belastet.

(5) Sollte sich ein Streit über die Höhe des Entgeltes erheben, so entscheidet über die Abfindung endgültig ein Wirtschaftsprüfer, der von der IHK Rhein-Neckar zu bestimmen ist, als Schiedsgutachter verbindlich für alle Parteien.

(6) In allen Fällen ist das Abfindungsguthaben in fünf gleichen Jahresraten auszuzahlen. Die erste Jahresrate wird fällig sechs Monate nach dem Zeitpunkt des Ausscheidens des betroffenen Gesellschafters. Ab dem Ausscheidungszeitpunkt ist der Abfindungsbetrag mit einem Zinssatz von 3 % über dem Basiszinssatz jährlich zu verzinsen, wobei die Zinsen mit den Raten fällig werden. Der Abfindungsbetrag kann vorzeitig ausbezahlt werden. Die Stellung einer Sicherheit kann nicht gefordert werden.

## § 19 -   Gemeinsamer Vertreter

(1) Steht ein Geschäftsanteil mehreren Mitberechtigten i.S.d. § 18 Abs. 1 GmbHG ungeteilt zu, so sind diese verpflichtet, gegenüber der Gesellschaft einen gemeinsamen Vertreter zur Ausübung ihrer Rechte aus dem Geschäftsanteil zu bestellen.

(2) Gemeinsamer Vertreter kann nur ein Mitberechtigter, ein anderer Gesellschafter oder ein zur Berufsverschwiegenheit verpflichteter Angehöriger der rechts- oder wirtschaftsberatenden Berufe sein.

(3) Bis zur Bestellung eines gemeinsamen Vertreters ruhen die Stimmrechte aus dem Geschäftsanteil.

## § 20 -   Schlussbestimmungen

(1) Bekanntmachungen der Gesellschaft erfolgen nur im Bundesanzeiger und, soweit gesetzlich zulässig, nur im elektronischen Bundesanzeiger.



080405/VH/lebil/GV-Gründung-3V



FEBO 001208

18

(2)  Sämtliche mit der Gründung verbundenen Kosten trägt die FORATIS AG.

(3)  Sollte eine Bestimmung dieses Vertrages unwirksam sein oder werden bzw.
der Vertrag eine Lücke enthalten, so bleibt die Rechtswirksamkeit der übrigen
Bestimmungen hiervon unberührt. Anstelle der unwirksamen Bestimmung gilt
eine wirksame Bestimmung als vereinbart, die dem von den Parteien Gewoll-
tem wirtschaftlich am nächsten kommt; das gleiche gilt im Fall einer Lücke.

080405/VH/febit/GV-Gründung-3V

FEBO 001209

Vorstehende **Ausfertigung** stimmt mit der amtlich
zu verwahrenden Urschrift überein.

Mannheim, den 12. April 2005
Notariat IX Mannheim

(Dr. Preuscher)
Notar

# EXHIBIT X

des Amtsgerichts Mannheim

**Amtlicher Ausdruck**
Abruf vom 7.9.2007 9:14

Dieser Ausdruck wird nicht unterschrieben und gilt als beglaubigte Abschrift

HRB 337906

Nummer der Firma:
Seite 1 von 2

| 1 | 2<br>a) Firma<br>b) Sitz, Niederlassung, geschäftsführende Niederlassungen<br>c) Gegenstand des Unternehmens | 3<br>Grund-<br>oder<br>Stammkapi-<br>tal | 4<br>a) Allgemeine Vertretungsregelung<br>b) Vorstand, Leitungsorgan, geschäftsführende Direktoren, persönlich haftende Gesellschafter, Geschäftsführer, Vertretungsberechtigte und besondere Vertretungsbefugnis | 5<br>Prokura | 6<br>a) Rechtsform, Beginn, Satzung oder Gesellschaftsvertrag<br>b) sonstige Rechtsverhältnisse | 7<br>a) Tag der Eintragung<br>b) Bemerkungen |
|---|---|---|---|---|---|---|
| 1 | a)<br>febi blech GmbH<br><br>b)<br>Heidelberg<br><br>c)<br>Die Entwicklung, Herstellung sowie der Vertrieb von Geräten, biochemischen und chemischen Reagenzien, Reagenzträgern und sonstiger Hilfsmittel für die Verarbeitung und Auswertung von chemischen und biochemischen Untersuchungsverfahren. Soweit es von handelsrechtlichen Tätigkeiten geht, erfolgt die Ausführung durch zugelassene Fachbetriebe. | 55.800,00<br>EUR | a)<br>Ist nur ein Geschäftsführer bestellt, vertritt er allein. Sind mehrere Geschäftsführer bestellt, vertreten zwei gemeinsam oder ein Geschäftsführer mit einem Prokuristen. Einzelvertretungsbefugnis kann erteilt werden.<br><br>b)<br>Geschäftsführer:<br>Stähler, Cord F., Weinheim, *24.02.1959 einzelvertretungsberechtigt mit der Befugnis, im Namen der Gesellschaft mit sich im eigenen Namen oder als Vertreter eines Dritten Rechtsgeschäfte abzuschließen. | Gesamtprokura gemeinsam mit einem Geschäftsführer oder einem anderen Prokuristen:<br>Stähler, Peer F., Mannheim, *14.02.1972<br>Kohlhaas, Jochen, Besigheim, *07.10.1962 | a)<br>Gesellschaft mit beschränkter Haftung<br>Gesellschaftsvertrag vom 16.02.2005 zuletzt geändert am 16.04.2005 | a)<br>16.02.2005<br>Winkler<br><br>b)<br>Dieses Blatt ist zur Fortführung auf EDV umgeschrieben worden und dabei an die Stelle des bisherigen Registerblattes getreten.<br>Freigegeben am 16.02.2005<br>Tag der ersten Eintragung:<br>22.02.2005<br>Gesellschaftsvertrag: Sonderband Blatt 489 ff<br><br>Änderungsbeschluss: Sonderband Blatt 183 ff |
| 2 | a)<br>Firma geändert; nun:<br>febi holding GmbH<br><br>c)<br>Gegenstand geändert, nun:<br>Das Halten und Verwalten von Beteiligungen im eigenen Namen und für eigene Rechnung. Ferner ist Gegenstand des Unternehmens die Entwicklung, Herstellung sowie der Vertrieb von Geräten, biochemischen und chemischen Reagenzien, Reagenzträgern und EDV-Programmen und sonstiger Hilfsmittel für die Verarbeitung und Auswertung von | 66.400,00<br>EUR | | | a)<br>Die Gesellschafterversammlung vom 06.08.2007 hat die Änderung des Gesellschaftsvertrages in § 1 (Firma, Sitz), § 2 (Gegenstand des Unternehmens), § 4 (Stammkapital, Stammeinlagen), § 10 (Aufsichtsrat) und § 14 (Verfügungsbeschränkungen) beschlossen.<br>Das Stammkapital ist durch Beschluss der Gesellschafterversammlung vom gleichen Tag auf 66.400,00 EUR erhöht. | a)<br>15.08.2007<br>Fries |

FEBO 001211

HRB 337906

Nummer der Firma:
Seite 2 von 2

Amtlicher Ausdruck
Abruf vom 7.9.2007 9:14

Dieser Ausdruck wird nicht unterschrieben und gilt als beglaubigte Abschrift

... des Amtsgerichts Mannheim

| Nummer der Eintragung | a) Firma b) Sitz, Niederlassung, Zweigniederlassungen c) Gegenstand des Unternehmens | Grund- oder Stammkapital | a) Allgemeine Vertretungsregelung b) Vorstand, Leitungsorgane, geschäftsführende Direktoren, persönlich haftende Gesellschafter, Geschäftsführer, Vertretungsberechtigte und besondere Vertretungsbefugnis | Prokura | a) Rechtsform, Beginn, Satzung oder Gesellschaftsvertrag b) Sonstige Rechtsverhältnisse | a) Tag der Eintragung b) Bemerkungen |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| | von chemischen und biologischen Informationen. Diese Tätigkeiten werden vorrangig durch Tochterunternehmen ausgeführt. Soweit es um handwerkliche Tätigkeiten geht, erfolgt die Ausführung durch autorisierte Fachbetriebe. | | | | | |

Mannheim, 07.09.2007
Der Ausdruck bezeugt den Inhalt des Handelsregisters
Barth, Justizhauptangestellte
Urkundsbeamter der Geschäftsstelle



FEBO 001213

# EXHIBIT Y

translation from german**********

Register of Commerce B of Mannheim District Court

Official print-out
Call of 22.8.2007, 13:28

Number of the company
Page 1 of 1

HRB 337906

| No. of entry | a) Business name b) Registered office, branch, branch establishments c) Object of the company | Original or authorised capital | a) General representation regulation. b) Board of Directors, executive organs, directors with management powers, personally liable partners, managing director(s), parties entitled to representation and special representation power | Signing powers | a) Legal form, commencement, articles of incorporation/partnership agreement b) Other legal relationships | a) Date of entry and confirmation b) Remarks |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 1. | a) febit biotech GmbH (limited liability company) b) Heidelberg c) To develop, manufacture and sell appliances, biochemical and chemical reagents, reagent plates and EDP programmes and other aids for the processing and evaluation of chemical and biological information. To the extent that it is a question of handicraft activities, implementation shall be done by authorised expert companies. | EUR 55,800.00 | a) If only one managing director has been appointed, he shall represent alone. If a plurality of managing directors have been appointed, two in community or one in community with a holder of a limited commercial power of attorney ("Prokurist") shall represent. The power to represent alone can be granted. b) Managing Director: Stähler, Cord F., Weinheim, born on 24.02.1969, entitled to represent the company alone, with the power to conclude legal transactions with himself in his own name or as a representative of a third party on behalf of the company | Joint signing rights together with a managing director or another holder of signing rights: Stähler, Peer F., Mannheim, 14.02.1972 Kohlhaas, Jochen, Besigheim, 07.10.1962 | a) Limited Liability Company Shareholders' Agreement of 16.02.2005, last amended on 19.04.2005 | a) 18.02.2005 Winkler b) This folio has been transcribed for continuation on EDP and has replaced the register (folio in use up to now. Approved on 16.02.2006. Date of first entry: 22.02.2005. Articles of Association, special volume, pp. 489 et seq. Amendment resolution: special volume, pages 183 et seq. |
| 2. | a) Corporate name changed, now: febit holding GmbH c) Object changed now: To have and administer holdings in its own name and for its own account. Further, the object of the enterprise is to develop, manufacture and sell appliances, biochemical and chemical reagents, reagent plates and EDP programmes and other aids for the processing and evaluation of chemical and biological information. These activities are primarily implemented by subsidiaries. To the extent that it is a question of handicraft activities, implementation shall be done by authorised expert companies. | EUR 66,400.00 | | | a) The Shareholders' Meeting of 06.08.2007 resolved amendment of § 1 (Corporate name, registered office), § 2 (Object of the enterprise), § 4 (Original capital, original contributions), § 10 (Limitations on disposal) of the Articles of Association. The original capital was increased to EUR 66,400.00 by a resolution of the Shareholders' Meeting of the same day. | a) 15.08.2007 Fries |

FEBO 001214

This is to certify the correctness and
completeness of the above translation
from the **German** language.

Grassel,  09.07.2008



# EXHIBIT Z



Amtsgericht Stuttgart
- Registergericht -
Hauffstraße 5

70190 Stuttgart

Amtsgericht Stuttgart

1 8. April 2005

Eintr. Verfg. Bl. _____
Eingetragen am : _____ H Bd.

HRB 25183
Neckarburg 66. V V GmbH

Als einzelvertretungsberechtigter Geschäftsführer der Neckarburg 66. V V GmbH (nach-
folgend „**Gesellschaft**" genannt) melde ich zur Eintragung in das Handelsregister an:

1.  Die Satzung der Gesellschaft ist unter Verlegung des Sitzes sowie in Bestimmung
    einer neuen Firma und eines geänderten Geschäftsgegenstandes komplett neu ge-
    fasst. Insbesondere wird angemeldet:

    a)  Die Firma der Gesellschaft ist geändert und lautet nunmehr „febit biotech
        GmbH".

    b)  Der Sitz der Gesellschaft ist nach Heidelberg verlegt. Die Geschäftsräume be-
        finden sich Im Neuenheimer Feld 515, 69120 Heidelberg.

    c)  Der Gegenstand der Gesellschaft ist geändert und lautet nunmehr wie folgt:

        „**§ 2 - Gegenstand des Unternehmers**

        (1) Gegenstand des Unternehmens ist die Entwicklung, Herstellung so-
            wie der Vertrieb von Geräten, biochemischen und chemischen Rea-
            genzien, Reagenzträgern und EDV-Programmen und sonstiger Hilfs-
            mittel für die Verarbeitung und Auswertung von chemischen und bio-
            logischen Informationen. Soweit es um handwerkliche Tätigkeiten
            geht, erfolgt die Ausführung durch autorisierte Fachbetriebe.

080405   VH/febit/HR-Gründung

2

(2) Die Gesellschaft ist berechtigt, alle Geschäfte vorzunehmen, die geeignet sind, den Gesellschaftszweck mittelbar oder unmittelbar zu fördern. Die Gesellschaft ist berechtigt, Grundbesitz zu erwerben. Die Gesellschaft ist berechtigt, sich an anderen Unternehmen zu beteiligen. Die Gesellschaft kann Niederlassungen im In- und Ausland errichten."

d) Die abstrakte Vertretungsregelung in dem Gesellschaftsvertrag (§ 7 Abs. 1 und 2) lautet wie folgt:

„(1) Sind mehrere Geschäftsführer bestellt, so wird die Gesellschaft gemeinschaftlich durch zwei Geschäftsführer oder gemeinschaftlich durch einen Geschäftsführer und einen Prokuristen vertreten. Die Gesellschaft wird durch einen Geschäftsführer allein vertreten, wenn er alleiniger Geschäftsführer ist. Der Aufsichtsrat kann, auch wenn mehrere Geschäftsführer bestellt sind, einzelne Geschäftsführer zur Alleinvertretung ermächtigen.

(2) Der Aufsichtsrat kann einem oder mehreren Geschäftsführern durch Beschluss generell oder für den Einzelfall die Befugnis erteilen, die Gesellschaft bei der Vornahme von Rechtsgeschäften mit sich selbst oder als Vertreter eines Dritten uneingeschränkt vertreten (Befreiung von den Beschränkungen des § 181 BGB)."

Es ist darauf hinzuweisen, dass, solange die erforderliche Anzahl der Aufsichtsratsmitglieder nicht bestellt ist, gemäß § 10 Abs. 2 des Gesellschaftsvertrages der Gesellschaft die Aufgaben und Befugnisse des Aufsichtsrats der Gesellschafterversammlung obliegen.

2.  Frau Nicole Suttner ist als Geschäftsführerin abberufen worden.

3.  Herr Cord F. Stähler, geboren am 24. Februar 1969, wohnhaft Siegfriedstraße 54, 69469 Weinheim, ist als neuer Geschäftsführer der Gesellschaft berufen worden.

Herr Cord F. Stähler vertritt die Gesellschaft wie folgt:

080405   VH/febit/HR-Gründung

FEBO 001217

3

Er ist stets einzelvertretungsberechtigt. Darüber hinaus ist er von den Beschrän-
kungen des § 181 BGB befreit und kann infolge dessen die Gesellschaft bei
Rechtsgeschäften mit sich selbst im eigenen oder mit einem von ihm vertretenen
Dritten vertreten.

Herr Cord F. Stähler zeichnet seine Unterschrift wie folgt:

Cord F. Stähler

4.  Herr Cord. F. Stähler versichert,

   -   dass bei ihm keine Umstände vorliegen, aufgrund derer er nach § 6 Abs. 2
       GmbHG von dem Amt als Geschäftsführer ausgeschlossen wäre. Er wurde
       niemals wegen einer Insolvenzstraftat (Bankrott, Verletzung der Buchfüh-
       rungspflicht, Gläubigerbegünstigung, Schuldnerbegünstigung - §§ 283 - 283 d
       StGB -) rechtskräftig verurteilt. Die Ausübung eines Berufs, Berufszweigs, Ge-
       werbes oder Gewerbezweigs ist ihm weder durch gerichtliches Urteil noch
       durch vollziehbare Entscheidung einer Verwaltungsbehörde untersagt. Über
       seine unbeschränkte Auskunftspflicht gegenüber dem Registergericht ist er
       durch den beglaubigenden Notar belehrt worden.

   -   dass das Stammkapital voll eingezahlt ist und sich bei Eingang der Handels-
       registeranmeldung bei Gericht in vollem Unfang ungeschmälert und endgültig
       zur freien Verfügung des Geschäftsführers befindet.

Als Anlagen werden überreicht:

1.  Ausfertigung der notariellen Niederschrift über den Geschäftsanteilserwerb, die
    Abberufung von Frau Suttner als Geschäftsführerin, die Neubestellung von Herrn
    Cord F. Stähler zum Geschäftsführer sowie dem Gesellschafterbeschluss über die
    Sitzverlegung vom 11. April 2005 (UR-Nr. 713 /2005 des Notars Dr. Rainer
    Preusche in Mannheim),

080405  VH/febit/HR-Gründung

FEBO 001218

4

2.  neue Gesellschafterliste,

3.  den vollständigen Wortlaut des geänderten Gesellschaftsvertrages mit Bescheinigung des Notars gemäß § 54 Abs. 1 Satz 1 GmbHG,

4.  Schreiben der IHK Rhein-Neckar vom 31. März 2005.

Mannheim, den 11. April 2005

Cord F. Stähler
- Geschäftsführer -

080405  VH/febit/HR-Gründung

FEBO 001219

5

9

Urkunde-Nr. *715*        /2005

Ich beglaubige hiermit, als echt und vor mir, Notar geleistet, die vorstehende Unterschrift und Namenszeichnung des Herrn Cord F. Stähler, geboren am 24. Februar 1969, wohnhaft Siegfriedstraße 54, 69469 Weinheim, ausgewiesen durch seinen Personalausweis.

Mannheim, den 11. April 2005

_____
Notar

080405  VH/lebi/HR-Gründung

# EXHIBIT AA

# EXHIBIT   REDACTED
# IN   ITS   ENTIRETY