IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| febit holding GMBH, | : |
| Plaintiff, | : |
| v. | : Civ. No. 07-385-GMS-LPS |
| Codon Devices Inc., | : |
| Defendant. | : |

## ORDER

A mediation conference having been held at Wilmington, Delaware on the 3rd day of **December, 2008** with Magistrate Judge Stark,

IT IS ORDERED that a status teleconference has been scheduled for **December 12th, 2008 at 9:30 a.m.** with Magistrate Judge Stark to further discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences. **Defendants' counsel shall initiate the teleconference call to 302-573-4573.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE