# Morris James LLP

Mary B. Matterer<br>
302.888.6960<br>
mmatterer@morrisjames.com

March 27, 2009

**VIA EFILING AND HAND DELIVERY**
The Honorable Leonard P. Stark
United States District Court for the
District of Delaware
844 North King Street
Wilmington, DE 19801

Re: *febit holding GmbH v. Codon Devices, Inc.*, C.A. No: 07-385 (GMS) (LPS)

Dear Judge Stark:

During our last status call regarding settlement negotiations in the referenced matter, Your Honor requested that we provide you with a written update regarding the progress of those negotiations. We are pleased to report that febit holding GmbH and Codon Devices, Inc. have agreed to terms resolving their dispute. The finalization of that agreement is subject to the approval of febit's and Codon's respective boards of directors, which approval we hope to receive by the end of next week. Once that approval is obtained, the parties will execute an agreed-upon Settlement Agreement and submit an endorsed consent judgment concluding this litigation to the Court for its entry. We appreciate Your Honor's patience as it allowed the parties to focus on reaching this amicable resolution.

Very truly yours,

Mary B. Matterer (I.D. #2696)

MBM

cc:    Jack B. Blumenfeld, Esq. (*via* electronic mail)
       Nicholas A. Brown, Esq. (*via* electronic mail)
       Mark F. Evens, Esq. (*via* electronic mail)