IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FEBIT HOLDING GMBH, | : |
| Plaintiff, | : |
| v. | : C. A. No. 07-385-GMS-LPS |
| CODON DEVICES, INC., | : |
| Defendant. | : |

### ORDER

At Wilmington this **24th** day of **April, 2009**.

IT IS ORDERED that the matter is STAYED until **June 30, 2009.**

IT IS FURTHER ORDERED that a status teleconference is scheduled for **July 1, 2009 at 9:00 a.m.** Plaintiff's counsel shall initiate the teleconference call to 302-573-4573.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE