```
 1                IN THE UNITED STATES DISTRICT COURT

 2                IN AND FOR THE DISTRICT OF DELAWARE

 3                              - - -
    FEBIT HOLDING GMBH,
 4                                   :    CIVIL ACTION
              Plaintiff,              :
 5                                    :
              v.                      :
 6                                    :
    CODON DEVICES, INC.,              :
 7                                    :    NO. 07-85 (GMS-LPS)
              Defendant.
 8                              - - -

 9                     Wilmington, Delaware
                Friday, April 24, 2009 at 1:03 p.m.
10                     TELEPHONE CONFERENCE

11                              - - -

12  BEFORE:    HONORABLE **LEONARD P. STARK**, Magistrate Judge

13                              - - -
    APPEARANCES:
14
         MORRIS JAMES, LLC
15       BY:  MARY B. MATTERER, ESQ.

16            and

17       STERNE, KESSLER, GOLDSTEIN & FOX, P.L.L.C.
         BY:  MARK FOX EVENS, ESQ.,
18            BYRON L. PICKARD, ESQ., and
              W. BLAKE COBLENTZ, ESQ.
19            (Washington, District of Columbia)

20                Counsel for Plaintiff

21
         MORRIS, NICHOLS & TUNNELL, LLP
22       BY:  JACK B. BLUMENFELD, ESQ.

23            and

24
                                     Brian P. Gaffigan
25                                   Official Court Reporter
```

```
 1    APPEARANCES: (Continued)

 2

 3            WEIL, GOTSHAL & MANGES, LLP
           BY:  NICHOLAS A. BROWN, ESQ.
 4              (Redwood Shores, California)

 5                Counsel for the defendant

 6

 7                      - oOo -

 8                P R O C E E D I N G S

 9           (REPORTER'S NOTE:  The following telephone

10    conference was held in chambers, beginning at 1:03 p.m.)

11           THE COURT:  Good afternoon, everyone.  This is

12    Judge Stark.  Who is there, please?

13           MS. MATTERER:  Good afternoon, Your Honor.  This

14    is Mary Matterer over at Morris James for the plaintiff.

15    And on the line with me, I have Blake Coblentz, Byron

16    Pickard and Mark Evans from the Sterne Kessler law firm.

17           THE COURT:  Okay.  Good afternoon all of you.

18           And who is there for the defendant, please?

19           MR. BLUMENFELD:  Good afternoon, Your Honor.

20    It's Jack Blumenfeld along with Nick Brown from Weil

21    Gotshal.

22           THE COURT:  Okay.  Today, we are on the record.

23    I have a court reporter with me.  It's our case of febit

24    holding versus Codon Devices, Civil Action 07-385-GMS-LPS.

25           I understand that this case is not going to be
```

1   resolved amicably so I scheduled this as a status conference
2   to figure out how to proceed from here.
3               Let me first get whatever ideas the plaintiffs
4   have, please.
5               MR. EVANS:  Yes, Your Honor.  This is Mark Evans
6   for the record.
7               To put it in context, we certainly thought we
8   had a deal but it was subject to board approval.  The febit
9   holding board had approved the deal.  I'm not quite sure
10  where we stand with Codon Devices.  I know that at least in
11  their last board meeting they did not, but that is subject
12  to waiting for, as I understand it, for some events to
13  unfold.
14              So our initial thought was if those events
15  unfold in some reasonably quick time frame, it may make
16  sense for both sides to consider the stay during that.
17  Otherwise, I guess we go back on track and figure out a
18  schedule that makes sense given the delay that we've had
19  over these past few months.
20              THE COURT:  Okay.  Mr. Blumenfeld or Mr. Brown.
21              MR. BROWN:  Your Honor, Nick Brown.
22              I agree with what plaintiff's counsel said.  In
23  terms of what happens, I think there was a deal that was
24  agreed to subject to board approval.  Codon's board has not
25  yet approved that.  They affirmatively did not approve it at

1  the last meeting.  I do think that there is some chance that
2  if we get through June, that board will approve the deal.
3           The situation is that Codon is in default on a
4  loan and is under forbearance.  They have laid off all its
5  employees and in the process of attempting to sell its
6  assets, and there is reasonable chance they will be a
7  position in June to possibly seal the deal that we settled
8  in negotiation.  I obviously can't promise anything.
9           My suggestion is that we wait until at some
10 point in June.  Perhaps we can even set a calendar now.  I'm
11 not adverse to that.  But that we leave the stay in place
12 until June and then if things haven't been resolved by the
13 end of June that we proceed on our litigation calender.
14          THE COURT:  Okay.  Mr. Evans, do you have any
15 response to that?
16          MR. EVANS:  Your Honor, we hate for our client
17 to incur needless expense if we can resolve this matter.
18 Our hope is that we can still get this agreement signed.  So
19 I had talk to my client ahead of time and they would have no
20 problems to such a stay through June.
21          THE COURT:  Okay.  Then what we'll do is we'll
22 continue the stay through the end of June, and I'll schedule
23 a follow-up status conference like this for probably
24 July 1st or whatever the first workday is in July.  And at
25 that point, if there has not been a resolution, then we'll

1 talk about scheduling and getting this case moving.

2 Any questions or anything further we need to

3 discuss, Mr. Evans?

4 MR. EVANS: No, Your Honor. Thank you. You've

5 been most patient.

6 THE COURT: And Mr. Brown?

7 MR. BROWN: No, Your Honor.

8 THE COURT: Okay. Thank you very much.

9 (The attorneys respond, "thank you, Your

10 Honor.")

11 THE COURT: Good-bye.

12 (Telephone conference ends at 1:08 p.m.)