# Morris James LLP

Mary B. Matterer
302.888.6960
mmatterer@morrisjames.com

July 10, 2009

**VIA EFILING AND HAND DELIVERY**
The Honorable Leonard P. Stark
United States District Court for the
District of Delaware
844 North King Street
Wilmington, DE 19801

      Re: *febit holding GmbH v. Codon Devices, Inc.*, C.A. No: 07-385 (GMS) (LPS)

Your Honor:

      Pursuant to the Court's July 1, 2009 Order, enclosed please find a proposed Amended Rule 16 Scheduling Order. Plaintiff febit has submitted the proposed scheduling order to counsel of record for Defendant Codon. Codon's counsel indicated that it had no objection to the scheduling but could not agree to the proposed Amended Scheduling Order due to an inability to gain approval from its client.

      Respectfully,

      */s/ Mary B. Matterer*
      Mary B. Matterer (I.D. #2696)

cc:    Jack B. Blumenfeld, Esq. (*via* electronic mail)
       Nicholas A. Brown, Esq. (*via* electronic mail)