**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| **FEBIT HOLDING GMBH** | ) ) ) ) |  |
| PLAINTIFF, | ) ) |  |
| vs. | ) ) | Civil Action No.: 07-cv-00385-GMS-LPS |
| **CODON DEVICES, INC.** | ) ) ) |  |
| DEFENDANT. | ) ) ) |  |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of the following document, **febit holding GmbH's Rule 26(a)(1) Initial Disclosures**, were served upon the attorneys listed below as indicated on the 27th day of July, 2009:

**VIA EMAIL AND HAND DELIVERY**
Jack B. Blumenfeld, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801
jblumenfeld@mnat.com

**VIA EMAIL AND FEDEX**
Edward R. Reines, Esq.
Nicholas A. Brown, Esq.
Rip Finst, Esq.
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
650.802.3000
edward.reines@weil.com
nicholas.brown@weil.com
rip.finst@weil.com

Dated: July 27, 2009

　　　*/s/ Mary B. Matterer*
P. Clarkson Collins, Jr. (#739)
Mary B. Matterer (#2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
302.888.8600
mmatterer@morrisjames.com
*Attorneys for Plaintiff*