IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FEBIT HOLDING GMBH | ) ) ) ) | |
| PLAINTIFF, | ) ) | |
| VS. | ) ) | CIVIL ACTION NO.: 07-CV-00385-GMS |
| CODON DEVICES, INC. | ) ) | |
| DEFENDANT. | ) ) ) | |

**PLAINTIFF FEBIT HOLDING GMBH'S STATUS REPORT**

Pursuant to the Court's October 2, 2009 Order, Plaintiff febit holding GmbH ("febit holding")[1] hereby provides the following status report.

1. On August 3, 2009, the Court entered an order granting Weil, Gotshal, & Manges, LLP's and Morris, Nichols, Arsht & Tunnell, LLP's Motion to Withdraw as Counsel for Defendant Codon Devices, Inc. ("Codon"). *See* Docket No. 105 (the "Order").

2. In the Order, the Court directed Codon to retain new counsel no later than September 4, 2009. The Court further stated that Codon's failure to retain new counsel in this matter would be deemed a failure to defend resulting in the Court's scheduling of a hearing to determine whether judgment (and in what amount) should be entered against Codon. *See* Docket No. 105.

---

[1] This status report is made solely on behalf of febit holding. As shown below, Codon has no counsel of record in this case and febit holding has been unable to confer with Codon in preparing this status report.

3. To date, no new counsel has entered an appearance on Codon's behalf in this case. febit holding is not aware of Codon having retained new counsel.

4. Pursuant to the Court's Order, the Court should find that Codon failed to defend itself in this action. febit holding requests that the Court permit febit holding to submit a concise brief and supporting declaration(s), as may be necessary, setting forth the relief febit holding seeks and the grounds therefor. Should the Court determine the matter cannot be resolved on the papers and find a hearing is needed, febit holding further requests that the Court enter an order setting a hearing to determine whether judgment should be entered against Codon.

Dated: October 13, 2009

By: /s/ Mary Matterer
P. Clarkson Collins, Jr. (#739)
Mary B. Matterer (#2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
302.888.6800
mmatterer@morrisjames.com

Mark Fox Evens
Edward J. Kessler
STERNE, KESSLER, GOLDSTEIN & FOX PLLC
1100 New York Avenue, NW
Washington, D.C. 20005-3934
202.371-2600

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of October 2009, I caused a true and correct copy of febit holding GmbH's Status Report to be served via hand-delivery as listed below:

The Corporation Trust Company
Corporation Trust Center 1209 Orange Street
Wilmington, Delaware 19801
*Registered Agent for Codon Devices Inc.*

_____
Mary B. Matterer