IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FEBIT HOLDING GMBH | ) ) ) ) | |
| PLAINTIFF, | ) ) | |
| VS. | ) ) | CIVIL ACTION NO.: 07-CV-00385-GMS |
| CODON DEVICES, INC. | ) ) ) | |
| DEFENDANT. | ) ) | |

## ORDER

This matter having come before the Court most recently in Plaintiff febit holding GmbH's October 13, 2009 Status Report (D.I. 107) and whereas Defendant Codon Devices, Inc. has failed to acquire counsel and has failed to defend itself in this action;

IT IS HEREBY ORDERED that febit holding shall submit a concise brief and supporting declaration(s), as may be necessary, setting forth the relief it seeks and the grounds therefor on or before November 6, 2009.  If the Court deems it helpful, it will schedule a teleconference to address the final judgment.

Dated: _____  _____
United States District Court Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of October 2009, I caused a true and correct copy of the foregoing **Proposed Order** to be served via hand-delivery as listed below:

The Corporation Trust Company
Corporation Trust Center 1209 Orange Street
Wilmington, Delaware 19801
*Registered Agent for Codon Devices Inc.*

_____
Mary B. Matterer