IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FEBIT HOLDING GMBH ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| VS. ) | CIVIL ACTION NO.: 07-CV-00385-GMS |
| ) | |
| CODON DEVICES, INC. ) | |
| ) | |
| DEFENDANT. ) | |

## ORDER

This matter having come before the Court most recently in Plaintiff febit holding GmbH's October 13, 2009 Status Report (D.I. 107) and whereas Defendant Codon Devices, Inc. has failed to acquire counsel and has failed to defend itself in this action;

IT IS HEREBY ORDERED that febit holding shall submit a concise brief and supporting declaration(s), as may be necessary, setting forth the relief it seeks and the grounds therefor on or before November 6, 2009. If the Court deems it helpful, it will schedule a teleconference to address the final judgment.

Dated: October 15, 2009

_____
United States District Court Magistrate Judge