# Morris James LLP

February 15, 2010

**VIA EFILING AND HAND DELIVERY**

The Honorable Leonard P. Stark
United States District Court for the
District of Delaware
844 North King Street
Wilmington, DE  19801

> **Re:**  *febit holding GmbH v. Codon Devices, Inc.*
> **C.A. No:  07-385 (GMS) (LPS)**

Your Honor:

As Your Honor may recall, in this matter counsel for Defendant Codon Devices, Inc. has withdrawn and Defendant has failed to acquire new counsel or otherwise defend this litigation. On October 15, 2009, the Court ordered Plaintiff to submit a brief setting forth the relief requested. Plaintiff febit Holding GMBH responded on November 6, 2009, with a motion for default judgment and permanent injunction (D.I. 110). We are writing today to ascertain whether the Court is expecting anything further from the Plaintiff in order to rule on this motion.

Respectfully,

Mary B. Matterer (I.D. #2696)

2502260