IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| febit holding GmbH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-385 GMS |
| | ) |
| CODON DEVICES, INC., | ) |
| | ) |
| Defendant. | ) |

### ORDER

WHEREAS, on June 15, 2007, the plaintiff filed a complaint against the above-captioned defendant (D.I. 1);

WHEREAS, on August 3, 2009, the court issued an order (D.I. 105) granting the motion to withdraw as counsel filed by counsel for Codon;

WHEREAS the court, in that order, directed Codon to retain new counsel, and stated that "[f]ailure . . . to comply with this order will be considered a failure to defend and will result in the scheduling of a hearing to determine whether judgment (and in what amount) shall be entered against Codon" (Id.);

WHEREAS no new counsel has entered an appearance for Codon; and

WHEREAS the plaintiff filed a motion for default against Codon for failure to comply with the court's order (D.I. 110);

IT IS HEREBY ORDERED that the defendant, Codon Devices Inc., is directed to SHOW GOOD CAUSE, in writing, within ten (10) days from the date of this Order, as to why the Clerk of Court should not enter default against the defendant for failure to defend.

September 30, 2010

CHIEF, UNITED STATES DISTRICT JUDGE