# Morris James LLP

Mary B. Matterer<br>
302.888.6960<br>
mmatterer@morrisjames.com

October 20, 2010

**VIA EFILING AND HAND DELIVERY**
Dr. Peter T. Dalleo, Clerk of the Court
USDC for the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re: *febit holding GmbH v. Codon Devices, Inc.*, C.A. No: 07-385 GMS

Dear Dr. Dalleo:

      Pursuant to the Court's September 30, 2010 Order at D.I. 112 in the above referenced matter, the appropriate time limit for responding that the Court granted to Defendant Codon expired on October 11, and counsel for Plaintiff requests that you enter default against Defendant for failure to defend.

                            Very truly yours,

                             Mary B. Matterer (I.D. #2696)

cc:    Mark Fox Evens, Esq.
        Edward J. Kessler, Esq.
        Richard K. Herrmann, Esq.