IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| febit holding GmbH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-385 |
| | ) | |
| CODON DEVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY OF DEFAULT**

WHEREAS, on September 30, 2010, this court issued an Order to Show Cause, in writing, within ten (10) days from the date of the Order, as to why the Clerk of Court should not enter default against the defendant for failure to defend (D.I. 112);

WHEREAS, the defendant has failed to comply with the Order;

IT IS HEREBY ORDERED THAT:

Default is entered as to the defendant pursuant to Federal Rule of Civil Procedure 55(a).

PETER T. DALLEO, Clerk of Court

Dated: November 10, 2010                                /s/
                                                By: Marie McDavid, Deputy Clerk