

Mary B. Matterer
302.888.6960
mmatterer@morrisjames.com

November 29, 2010

**VIA EFILING AND HAND DELIVERY**

The Honorable Leonard P. Stark
USDC for the District of Delaware
844 North King Street
Wilmington, DE  19801

> **Re:**   *febit holding GmbH v. Codon Devices, Inc.*
> **C.A. No:  07-385 (LPS)**

Your Honor:

We represent plaintiff febit holding GmbH in this matter.  On November 10, 2010, the Clerk entered default judgment in favor of febit and against defendant Codon Devices, Inc. D.I. 114.  Later the same day, Judge Sleet assigned this matter to Your Honor.  With the entry of default judgment, we considered this matter resolved and believe no further attention from the Court is required.  We wanted to advise Your Honor about the entry of default judgment to avoid unnecessary expenditure of judicial resources.  Of course, we are available if the Court has any questions.

Respectfully,

/s/Mary B. Matterer

Mary B. Matterer (I.D. #2696)