OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

844 NORTH KING STREET, UNIT 18
WILMINGTON, DE 19801-3570
www.ded.uscourts.gov
(302) 573-6170

October 17, 2012

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

RE: febit holding GmbH v. Codon Devices Inc.
   Civ No.: 07-385-LPS

Dear Counsel:

   Pursuant to the Order signed by the Honorable Leonard P. Stark on 10/1/12, the following sealed document(s) are herewith being returned to you:

   D.I#   59, 60, 75

A copy of the signed acknowledgment has been attached for your records.

Peter T. Dalleo, Clerk

By: _____

I hereby acknowledge receipt of the above mentioned documents on _____.

Signature: _____